## CERTIFICATION

I, Dwight Mattingly, on behalf of Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan ("Palm Tran"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint in this matter and I am authorized in my capacity as Chairman of Palm Tran to initiate litigation and to execute this Certification on behalf of Palm Tran.

2. Palm Tran did not purchase the securities that are the subject of this action at the direction of counsel, or in order to participate in any action arising under the federal securities laws.

3. Palm Tran is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

4. Palm Tran's transactions in Emergent BioSolutions Inc. common stock during the Class Period are set forth below.

| Date | Transaction | Shares | Price |
| --- | --- | --- | --- |
| 08/07/20 | Purchase | 17 | $128.73 |
| 08/07/20 | Purchase | 81 | $130.25 |
| 08/10/20 | Purchase | 45 | $129.43 |
| 09/23/20 | Purchase | 63 | $102.51 |
| 10/07/20 | Purchase | 8 | $107.94 |
| 10/07/20 | Purchase | 51 | $108.68 |
| 03/11/21 | Sale | 39 | $93.41 |

5. Palm Tran has sought to serve and was appointed as lead plaintiff and/or representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *None*

6. Palm Tran has sought to serve as a lead plaintiff or representative party on behalf of an asserted class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff, was not appointed lead plaintiff or the lead plaintiff decision is still pending:

   *Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan v. Credit Acceptance Corp.*, No. 2:20-cv-12698 (E.D. Mich.)

7. Palm Tran will not accept any payment for serving as a representative party on behalf of the Class beyond Palm Tran Plan's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16 day of April, 2021.

*Palm Tran, Inc. Amalgamated Transit Union Local 1577 Pension Plan*

_____
Dwight Mattingly, Chairman