IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN<br><br>　　　　　　　　　　Defendants. | Case No.: 8:21-cv-00955-PX |

## JOINT STIPULATION REGARDING TIME TO ANSWER OR OTHERWISE PLEAD

WHEREAS, Plaintiff commenced this Action by filing a complaint dated April 19, 2021 (the "Complaint");

WHEREAS, the Complaint asserts claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5 on behalf of a putative class;

WHEREAS, pursuant to Section 21D(a) of the Exchange Act, the Court will appoint a Lead Plaintiff(s); and

WHEREAS, the parties have agreed to a schedule that extends Defendants' time to respond to the Complaint until after a Lead Plaintiff has been appointed and an amended complaint has been filed.

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to the Court's approval, as follows:

1.	Without waiving any rights, defenses or other objections, undersigned counsel for Defendants is authorized and agrees to accept service of the Complaint on behalf of all Defendants;

2.	Defendants shall not be required to answer or otherwise respond to the Complaint; and,

3.	Following entry of an order by the Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") selecting a Lead Plaintiff(s) and appointing Lead Counsel, counsel for Defendants and Lead Counsel shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response thereto.

Dated: May 17, 2021

Respectfully Submitted,

_____
Mark Hanna (Federal Bar No. 16031)
Roseann R. Romano (Federal Bar No. 19843)
Charles A. Sinks (Federal Bar No. 21185)
MURPHY ANDERSON PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
Fax: (202) 296-9600
mhanna@murphypllc.com
rromano@murphypllc.com
csinks@murphypllc.com

Maya Saxena (pro hac vice forthcoming)
Joseph E. White, III (pro hac vice forthcoming)
Lester R. Hooker (pro hac vice forthcoming)
SAXENA WHITE P.A.
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Respectfully submitted,

_____
Howard M. Shapiro
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel: (202) 663-6606
Howard.Shapiro@wilmerhale.com

Michael G. Bongiorno (pro hac vice forthcoming)
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Counsel for Defendants*

Steven B. Singer (pro hac vice forthcoming)
SAXENA WHITE P.A.
10 Bank Street, 8th Floor
White Plains, New York 10606
Telephone: (914) 437-8551
ssinger@saxenawhite.com

*Counsel for Plaintiff*