## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| **PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN** <br> **301 N. Olive Avenue** <br> **West Palm Beach, FL 33401** <br><br> **– Individually and on Behalf of All Others Similarly Situated –** <br><br>                     **Plaintiff,** <br><br>       **v.** <br><br> **EMERGENT BIOSOLUTIONS INC.** <br> **400 Professional Drive, Suite 400** <br> **Gaithersburg, MD 20879** <br> **(Montgomery County)** <br><br> **ROBERT G. KRAMER SR.** <br> **400 Professional Drive, Suite 400** <br> **Gaithersburg, MD 20879** <br> **(Montgomery County)** <br><br> **RICHARD S. LINDAHL** <br> **400 Professional Drive, Suite 400** <br> **Gaithersburg, MD 20879** <br> **(Montgomery County)** <br><br> **SYED T. HUSAIN** <br> **400 Professional Drive, Suite 400** <br> **Gaithersburg, MD 20879** <br> **(Montgomery County)** <br><br>                  **Defendants.** | **Case No. 8:21-cv-955-PX** |
| **ALAN I. ROTH,** <br> **5129 Dixie Hwy, Suite 105** <br> **Louisville, KY 40216,** <br> **Individually and On Behalf of All Others Similarly Situated,** | **Case No. 1:21-cv-01189-CCB** |

|  |  |
|---|---|
| **Plaintiff,**<br><br>v.<br><br>EMERGENT BIOSOLUTIONS INC.,<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and<br><br>ROBERT G. KRAMER,<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and RICHARD S. LINDAHL,<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and<br><br>SYED T. HUSAIN,<br>9310 Athena Circle, Suite 130<br>La Jolla, CA 92037,<br><br>**Defendants.** |  |
| STEPHEN M. WEISS, Individually and On Behalf of All Others Similarly Situated,<br><br>**Plaintiff,**<br>v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER, RICHARD S. LINDAHL and SYED HUSAIN,<br><br>**Defendants.** | Case No. 8:21-cv-01368-PX |

**MOTION OF GRAND SLAM ASSET MANAGEMENT, LLC FOR (1) CONSOLIDATION OF THE RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF AND (3) APPROVAL OF SELECTION OF COUNSEL**

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

Proposed Lead Plaintiff, Grand Slam Asset Management LLC ("Movant"), by and through undersigned Counsel, hereby move this Court, before Hon. Paula Xinis, United States District Court Judge, for entry of an Order:  (1) consolidating the above-captioned related actions; (2) appointing Movant as Lead Plaintiff in the consolidated action pursuant to the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995; (3) approving Movant's selection of Wolf Haldenstein Adler Freeman & Herz LLP to serve as Lead Counsel and Goldman & Minton P.C. as Liaison Counsel to the Class in the consolidated action; and (4) granting such other and further relief as the Court may deem just and proper.

This Motion is supported by the accompanying Memorandum of Law; the accompanying declaration of Matthew M. Guiney and the exhibits attached thereto; the pleadings herein; and any such other written and/or oral argument, as may be presented to the Court.

Dated: June 18, 2021

/s/ Thomas J. Minton
Thomas J. Minton – No. 03370
**GOLDMAN & MINTON P.C.**
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
Tel: (410) 783-7575
Fax: (410) 783-1711
tminton@chamcitylegal.com

and

Matthew M. Guiney
Patrick Donovan
**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Guiney@whafh.com

3

Donovan@whafh.com

*Proposed Lead Counsel and Counsel for Movant Grand Slam Asset Management*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2021, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

s/ *Thomas J. Minton*
Thomas J. Minton – No. 03370