# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| **PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN**<br>**301 N. Olive Avenue**<br>**West Palm Beach, FL 33401**<br><br>**– Individually and on Behalf of All Others Similarly Situated –**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**EMERGENT BIOSOLUTIONS INC.**<br>**400 Professional Drive, Suite 400**<br>**Gaithersburg, MD 20879**<br>**(Montgomery County)**<br><br>**ROBERT G. KRAMER SR.**<br>**400 Professional Drive, Suite 400**<br>**Gaithersburg, MD 20879**<br>**(Montgomery County)**<br><br>**RICHARD S. LINDAHL**<br>**400 Professional Drive, Suite 400**<br>**Gaithersburg, MD 20879**<br>**(Montgomery County)**<br><br>**SYED T. HUSAIN**<br>**400 Professional Drive, Suite 400**<br>**Gaithersburg, MD 20879**<br>**(Montgomery County)**<br><br>　　　　　　**Defendants.** | **Case No.: 8:21-cv-955-PX** |
| **ALAN I. ROTH,**<br>**5129 Dixie Hwy, Suite 105**<br>**Louisville, KY 40216,**<br>**Individually and On Behalf of All Others Similarly Situated,**<br><br>　　　　　　**Plaintiff,** | **Case No. 1:21-cv-01189-CCB** |

| | |
|---|---|
| v.<br><br>**EMERGENT BIOSOLUTIONS INC.,**<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and<br><br>**ROBERT G. KRAMER,**<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and **RICHARD S. LINDAHL,**<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and<br><br>**SYED T. HUSAIN,**<br>9310 Athena Circle, Suite 130<br>La Jolla, CA 92037,<br><br>                         Defendants. | |
| **STEPHEN M. WEISS, Individually and On Behalf of All Others Similarly Situated,**<br><br>            Plaintiff,<br>    v.<br><br>**EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER, RICHARD S. LINDAHL and SYED HUSAIN,**<br><br>                         Defendants. | Case No. 8:21-cv-01368-PX |

**DECLARATION OF MATTHEW M. GUINEY IN SUPPORT OF THE MOTION OF GRAND SLAM ASSET MANAGEMENT, LLC FOR (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND <u>(3) APPROVAL OF SELECTION OF COUNSEL</u>**

I, Matthew M. Guiney, hereby declare:

    1.    I am a partner at the law firm of Wolf Haldenstein Adler Freeman & Herz LLP

("Wolf Haldenstein").  I submit this declaration in support of the motion of Grand Slam Asset

2

Management, LLC ("Movant") for consolidation of related actions, the Movant's appointment as Lead Plaintiff, and approval of Movant's selection of Wolf Haldenstein as Lead Counsel and Goldman & Minton P.C., ("Goldman & Minton") as Liaison Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the notice of pendency published on *Globe Newswire* on April 19, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of Movant's sworn certification, demonstrating standing as a class member, as well as the requisite financial interest in the outcome of the litigation.

4. Attached hereto as Exhibit 3 is a true and correct copy of a loss chart detailing Movant's transactions in shares of Emergent BioSolutions Inc., and demonstrating Movant's losses therefrom.

5. Attached hereto as Exhibit 4 is a true and correct copy of my firm's resume, setting forth Wolf Haldenstein's background and considerable experience litigating complex securities class actions in federal and state courts throughout the country.

6. Attached hereto as Exhibit 5 is a true and correct copy of Goldman & Minton's resume, setting forth its background and considerable experience litigating cases of this nature

7. Attached hereto as Exhibit 6 is a true and correct copy of the [Proposed] Order appointing Movant as Lead Plaintiff and approving Lead Plaintiff's selection of Counsel.

Signed under penalty of perjury this 18th day of June 2021.

    s/ Matthew M. Guiney_____
    Matthew M. Guiney