# **<u>EXHIBIT 2</u>**

DocuSign Envelope ID: 644FA59E-CDC9-4C1C-8D70-052EF16BF3A4

## PLAINTIFF'S CERTIFICATION

Eric Volfing, CFO/COO of Grand Slam Asset Management, on behalf of the Grand Slam Capital Master Fund, Ltd. ("Plaintiff"), declares under penalty of perjury as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the Complaint and authorized the commencement of a lead plaintiff motion on Plaintiff's behalf.

2.      Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3.      Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Plaintiff's transactions in Emergent BioSolutions Inc.  securities during the Class Period specified in the Complaint are as follows: **see attached SCHEDULE A**.

5.      During the three years prior to the date of this Certification, Plaintiff sought to serve as a representative party for a class in an action filed under the federal securities laws, and was not appointed lead plaintiff, as follows:

*Grand Slam Capital Master Fund, Ltd. v. Rosen et al*; 1:19-cv-05362-PGG (S.D. NY)

6.       Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed  on ___5/19/2021_____.



DocuSigned by:

*Eric Volfing*

8E63DC1BA752470...

Eric Volfing, CFO/COO,
Grand Slam Asset Management on behalf of the
Grand Slam Capital Master Fund, Ltd.

DocuSign Envelope ID: 644FA59E-CDC9-4C1C-8D70-052EF16BF3A4

**Schedule A to Certification of Grand Slam Asset Management, on behalf of the Grand Slam Capital Master Fund, Ltd.**

**Emergent BioSolutions Inc.**

| Date of Purchase | Number of Shares | Price per Share |
|---|---|---|
| 07/30/20 | 1,000 | $94.44 |
| 07/31/20 | 2,052 | $107.79 |
| 09/08/20 | 1,000 | $104.85 |
| 09/10/20 | 1,000 | $101.53 |
| 09/11/20 | 1,000 | $99.19 |
| 10/29/20 | 2,300 | $89.60 |
| 10/30/20 | 2,300 | $90.15 |
| 01/29/21 | 1,000 | $108.00 |
| 02/23/21 | 300 | $91.60 |
| 04/01/21 | 4,000 | $79.73 |

| Date of Sale | Number of Shares | Price per Share |
|---|---|---|
| 03/31/21 | 1,100 | $93.17 |
| 04/01/21 | 120 | $86.29 |
| 04/05/21 | 14,732 | $79.59 |