# EXHIBIT 3

**Movant Loss Chart**
**Grand Slam Asset Management, on behalf of the Grand Slam Capital Master Fund, Ltd.**
**Emergent BioSolutions Inc.**
**Cusip: 29089Q105**

| Date of Purchase | Number of Shares | Price per Share |
|---|---|---|
| 07/30/20 | 1,000 | $94.44 |
| 07/31/20 | 2,052 | $107.79 |
| 09/08/20 | 1,000 | $104.85 |
| 09/10/20 | 1,000 | $101.53 |
| 09/11/20 | 1,000 | $99.19 |
| 10/29/20 | 2,300 | $89.60 |
| 10/30/20 | 2,300 | $90.15 |
| 01/29/21 | 1,000 | $108.00 |
| 02/23/21 | 300 | $91.60 |
| 04/01/21 | 4,000 | $79.73 |
| Purchases | 15,952 | |

| Date of Sale | Number of Shares | Price per Share |
|---|---|---|
| 03/31/21 | 1,100 | $93.17 |
| 04/01/21 | 120 | $86.29 |
| 04/05/21 | 14,732 | $79.59 |
| | 15,952 | |

**LOSS**

| Basis |
| --- |
| $94,438.00 |
| $221,192.06 |
| $104,848.00 |
| $101,534.20 |
| $99,194.00 |
| $206,086.44 |
| $207,346.38 |
| $108,000.00 |
| $27,480.00 |
| $318,934.80 |
| $1,489,053.88 |

| Proceeds |
| --- |
| $102,487.00 |
| $10,354.60 |
| $1,172,528.72 |
| $1,285,370.32 |
| **$203,683.56** |