# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Southern Division)

| | |
|---|---|
| **PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN**<br>301 N. Olive Avenue<br>West Palm Beach, FL 33401<br><br>– Individually and on Behalf of All Others Similarly Situated –<br><br>                    **Plaintiff,**<br><br>    v.<br><br>**EMERGENT BIOSOLUTIONS INC.**<br>400 Professional Drive, Suite 400<br>Gaithersburg, MD 20879<br>(Montgomery County)<br><br>**ROBERT G. KRAMER SR.**<br>400 Professional Drive, Suite 400<br>Gaithersburg, MD 20879<br>(Montgomery County)<br><br>**RICHARD S. LINDAHL**<br>400 Professional Drive, Suite 400<br>Gaithersburg, MD 20879<br>(Montgomery County)<br><br>**SYED T. HUSAIN**<br>400 Professional Drive, Suite 400<br>Gaithersburg, MD 20879<br>(Montgomery County)<br><br>                    **Defendants.** | **Case No. 8:21-cv-955-PX** |
| **ALAN I. ROTH,**<br>5129 Dixie Hwy, Suite 105<br>Louisville, KY 40216,<br>**Individually and On Behalf of All Others Similarly Situated,**<br><br>                    **Plaintiff,** | **Case No. 1:21-cv-01189-CCB** |

| | |
|---|---|
| v.<br><br>**EMERGENT BIOSOLUTIONS INC.,**<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and<br><br>**ROBERT G. KRAMER,**<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and **RICHARD S. LINDAHL,**<br>400 Professional Drive, Suite 400,<br>Gaithersburg, MD 20879,<br><br>and<br><br>**SYED T. HUSAIN,**<br>9310 Athena Circle, Suite 130<br>La Jolla, CA 92037,<br><br>                    Defendants. | |
| **STEPHEN M. WEISS, Individually and On Behalf of All Others Similarly Situated,**<br><br>                    Plaintiff,<br>          v.<br><br>**EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER, RICHARD S. LINDAHL and SYED HUSAIN,**<br><br>                    Defendants. | **Case No. 8:21-cv-01368-PX** |

## [PROPOSED] ORDER GRANTING THE MOTION OF
## GRAND SLAM ASSET MANAGEMENT, LLC FOR
## (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL

Having considered the motion of Grand Slam Asset Management, LLC ("Movant") for

consolidation of the related actions, appointment of Movant as Lead Plaintiff, and approval of

2

Movant's selection of Counsel (the "Motion"), and good cause appearing, the Court hereby ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are consolidated for pre-trial purposes;

3. Additional class actions filed in or transferred to this Court, arising out of the same operative facts and alleging substantially the same causes of action, shall be similarly consolidated herewith and subject to this Court's orders;

4. Any pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| IN RE EMERGENT BIOSOLUTIONS INC., SECURITIES LITIGATION | ) ) ) ) ) ) ) ) | Civil Action No. 8: 21-cv-00955-PX |
|---|---|---|
| This Document Relates To:  ALL ACTIONS | | |

5. The files of the consolidated action shall be maintained in one file under Civil Action No. 8:21-cv-00955-PX.

6. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoint Movant as Lead Plaintiff; and

7. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Wolf Haldenstein Adler Freeman & Herz LLP is approved as Lead Counsel for the Class and Goldman & Minton P.C. is approved as Liaison Counsel.

SO ORDERED this _____ day of _____, 2021

  _____
  HON. PAULA XINIS, U.S. District Judge