**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, AND SYED T. HUSAIN,<br><br>       Defendants. | Case No.: 8:21-cv-00955-PX<br><br><br>CLASS ACTION |
| ALAN I. ROTH, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER, RICHARD S. LINDAHL, AND SYED T. HUSAIN,<br><br>       Defendants. | Case No.: 8:21-cv-01189-PX<br><br>CLASS ACTION |
| STEPHEN M. WEISS, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER, RICHARD S. LINDAHL, and SYED T. HUSAIN,<br><br>       Defendants. | Case No.: 8:21-cv-01368-PX<br><br>CLASS ACTION |

**MOTION OF LAWRENCE EDLUND TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

1

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the District of Maryland, Movant Lawrence Edlund ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto) granting:

(a)   Consolidation of the above-captioned related actions (the "Related Actions");

(b)   Appointment of Movant as Lead Plaintiff for the litigation;

(c)   Appointment of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel and Murphy, Falcon & Murphy as Liaison Counsel, for the litigation;

(d)   Granting such other and further relief as the Court may deem just and proper.

In support of this Motion, Movant submits: (i) a Memorandum of Law dated June 21, 2021 (and exhibits); (ii) the Declaration of Nikoletta S. Mendrinos filed herewith (and exhibits); and (iii) a [Proposed] Order Consolidating Related Actions, Appointing Lead Plaintiff, and Approving Lead Plaintiff's Selection of Counsel.

Dated: June 21, 2021                    Respectfully submitted,

By:  /s/ Nikoletta S. Mendrinos
Nikoletta S. Mendrinos (18961)
**MURPHY, FALCON & MURPHY**
One South Street, 30th Floor
Baltimore, Maryland 21202
Telephone: (410) 539-6500
Fax: (202) 539-6599
Email: nikoletta.mendrinos@murphyfalcon.com

*[Proposed] Liaison Counsel for Lead Plaintiff and Class*

2

**THE ROSEN LAW FIRM, P.A.**

Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Lead Plaintiff and Class*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF on counsel of record on this 21st day of June, 2021.

Dated: June 21, 2021

Respectfully Submitted,

<u>/s/Nikoletta S. Mendrinos</u>
Nikoletta S. Mendrinos

4