**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, AND SYED T. HUSAIN,<br><br>Defendants. | Case No.: 8:21-cv-00955-PX<br><br>CLASS ACTION |
| ALAN I. ROTH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER, RICHARD S. LINDAHL, AND SYED T. HUSAIN,<br><br>Defendants. | Case No.: 8:21-cv-01189-PX<br><br>CLASS ACTION |
| STEPHEN M. WEISS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER, RICHARD S. LINDAHL, and SYED T. HUSAIN,<br><br>Defendants. | Case No.: 8:21-cv-01368-PX<br><br>CLASS ACTION |

**DECLARATION OF NIKOLETTA S. MENDRINOS IN SUPPORT OF THE MOTION OF LAWRENCE EDLUND TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL**

1

I, Nikoletta S. Mendrinos, declare:

1.    I am an associate at the law firm of Murphy, Falcon & Murphy, proposed Liaison Counsel for Movant Lawrence Edlund ("Movant").  I make this Declaration in support of the Movant's Motion for: (1) consolidation of the above-captioned related actions (the "Related Actions"); (2) appointment of Movant as Lead Plaintiff for the Class; and (3) appointment of Movant's choice of counsel, The Rosen Law Firm, P.A. as Lead Counsel and Murphy, Falcon & Murphy as Liaison Counsel for the Class; and (4) such other and further relief as the Court may deem just and proper.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:    PSLRA Early Notice;

Exhibit 2:    Movant's PSLRA certification;

Exhibit 3:    Movant's loss chart

Exhibit 4:    Firm resume of The Rosen Law Firm, P.A.; and

Exhibit 5:    Firm resume of Murphy, Falcon & Murphy.

I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing facts are true and correct.

Executed on this 21st day of June, 2021.

/s/Nikoletta S. Mendrinos
Nikoletta S. Mendrinos

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF on counsel of record on this 21st day of June, 2021.

Dated: June 21, 2021

Respectfully Submitted,

<u>/s/Nikoletta S. Mendrinos</u>
Nikoletta S. Mendrinos