# EXHIBIT 2

# Certification and Authorization of Named Plaintiff Pursuant to Federal Securities Laws

The individual or institution listed below (the "Plaintiff") authorizes and, upon execution of the accompanying retainer agreement by The Rosen Law Firm P.A., retains The Rosen Law Firm P.A. to file an action under the federal securities laws to recover damages and to seek other relief against Emergent BioSolutions Inc.. The Rosen Law Firm P.A. will prosecute the action on a contingent fee basis and will advance all costs and expenses. The Emergent BioSolutions Inc.. Retention Agreement provided to the Plaintiff is incorporated by reference, upon execution by The Rosen Law Firm P.A.

| | |
|---|---|
| First name: | LAWRENCE |
| Middle initial: | R |
| Last name: | EDLUND |
| Entity: | |
| Title: | |
| Address: | |
| City: | |
| State: | |
| Zip: | |
| Country: | |
| Facsimile: | |
| Phone: | |
| Email: | |

Plaintiff certifies that:

1. Plaintiff has reviewed the complaint and authorized its filing.
2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.
3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.
4. Plaintiff represents and warrants that he/she/it is fully authorized to enter into and execute this certification.
5. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.
6. Plaintiff has made no transaction(s) during the Class Period in the debt or equity securities that are the subject of this action except those set forth below:

Acquisitions:

| Type of Security | Buy Date | # of Shares | Price per Share |
|---|---|---|---|
| See Schedule A. | | | |

7. I have not served as a representative party on behalf of a class under the federal securities laws during the last three years, except if detailed below. [ ]

**Certification for LAWRENCE EDLUND (cont.)**

---

I declare under penalty of perjury, under the laws of the
United States, that the information entered is accurate:          **YES**

By clicking on the button below, I intend to sign and execute
this agreement and retain the Rosen Law Firm, P.A. to
proceed on Plaintiff's behalf, on a contingent fee basis.          **YES**

Signed pursuant to California Civil Code Section 1633.1, et seq. - and the Uniform
Electronic Transactions Act as adopted by the various states and territories of the
United States.

Date of signing: 04/21/2021

DocuSign Envelope ID: D6029F12-EAE6-431D-B6E9-9F80D368F7F5

## ASSIGNMENT

Jennifer Edlund, the undersigned Assignor ("Assignor"), hereby assigns, transfers, and sets over to Larry Edlund all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the Assignor's purchases of the securities of Emergent BioSolutions, Inc.  Further, the Assignor hereby appoints Larry Edlund  as her true and lawful attorney-in-fact for the purpose of exercising all owners relating to such causes of action.

Larry Edlund has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of Larry Edlund.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Executed on ___6/16/2021___.

DocuSigned by:

*Jennifer Edlund*

FA6A171B00BA4AF...

Jennifer Edlund

## SCHEDULE A

## LAWRENCE EDLUND

### CLASS PERIOD TRANSACTIONS

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | **DATE** | **SHARES** | **PRICE** |
| 08/26/2020 | 2,000 | ($123.75) | | | |
| 08/31/2020 | 1,000 | ($115.00) | | | |

## JENNIFER EDLUND

### CLASS PERIOD TRANSACTIONS

| PURCHASES | | | SALES | | |
|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE** | **DATE** | **SHARES** | **PRICE** |
| 08/25/2020 | 43 | ($123.50) | | | |
| 08/26/2020 | 25 | ($123.50) | | | |
| 08/28/2020 | 75 | ($118.00) | | | |
| 09/17/2020 | 16 | ($100.00) | | | |