# EXHIBIT 3

**Emergent BioSolutions Inc. Loss Chart**
**Class Period: April 24, 2020 through April 16, 2021**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 61.44 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Edlund, Lawrence | 8/26/2020 | 2,000 | ($123.75) | ($247,500.00) | | | | | | | | |
| | 8/31/2020 | 1000 | ($115.00) | ($115,000.00) | | | | | | | | |
| | | 3,000 | | ($362,500.00) | | | | | 1,300 | $79,871.69 | ($282,628.31) | |
| Edlund, Jennifer* | 8/25/2020 | 43 | ($123.50) | ($5,310.50) | | | | | | | | |
| | 8/26/2020 | 25 | ($123.50) | ($3,087.50) | | | | | | | | |
| | 8/28/2020 | 75 | ($118.00) | ($8,850.00) | | | | | | | | |
| | 9/17/2020 | 16 | ($100.00) | ($1,600.00) | | | | | | | | |
| | | 159 | | ($18,848.00) | | | | | 159 | $9,768.92 | ($9,079.08) | |
| | | | | | | | | **TOTAL LOSS:** | | | ($291,707.39) | |

*Ms. Edlund is Mr. Edlund's daughter. Please see Exhibit 2 for Ms. Edlund's assignment of her shares to Mr. Edlund.