# EXHIBIT 5



Murphy, Falcon & Murphy, a 100% minority owned firm, has a unique track record of successes: over $700 million in verdicts and settlements in courts around the Country. Our team has extensive experience handling numerous forms of complex civil litigation. We are passionate about giving a voice to those with a compelling story to tell and tireless in our quest to secure justice on their behalf. At our core, our firm is aggressive, proactive, and tenacious, zealously fighting for the best interests of our clients. We are driven to win cases, whether through a favorable settlement or exhaustive courtroom battle. We have the experience, drive, skill, and resources to take on cases in some of the toughest jurisdictions in the country, and we always try our own cases.

### *HERE'S WHAT DIFFERENTIATES MURPHY, FALCON & MURPHY*

### WE REPRESENT PLAINTIFFS & DEFENDANTS

This dual perspective helps us better serve our clients because we intimately understand the strengths and weaknesses of their positions. We have refined our ability to accurately and confidently assess a case, understand the weaknesses of our opponent with the goal of further developing our own strategy, and ultimately, craft novel settlement solutions or prevail at trial. It is this divergent experience that most informs our practice.

### OUR BOUTIQUE SIZE LENDS TO CLIENT CONNECTION

Our formidable team of trial lawyers is large enough to handle some of the nation's most complicated litigation, yet small and responsive enough to provide the kind of quality client service not normally found in larger firms. We strive to build long-lasting relationships with our clients, ensuring that we understand their perspective and can achieve the best outcome that is right for them.

### WE THRIVE ON DIVERSITY

As an African American-owned firm founded in Baltimore City more than 70 years ago, we take pride in cultivating a group of attorneys who are diverse not only racially and ethnically, but also in terms of socio-economic background and experience beyond the law. Our breadth of knowledge and our diversity of perspective separates our attorneys from those at other law firms.

### OUR PRACTICE IS FLEXIBLE AND CLIENT-CENTERED

Without the stratification often found at other law firms, our partners and senior attorneys are able to keep in constant contact with our clients and tailor legal services to suit their specific

needs. This lack of bureaucracy characterizes our firm-wide culture of collaboration and allows us to offer flexible and creative ideas, innovative litigation strategies, unconventional settlement solutions, and most of all, helps us achieve success on behalf of our clients. When clients reach out to us, they don't get just one lawyer—they get a team.

## Notable Cases

- ***In re: Equifax, Inc., Customer Data Sec. Breach Litig.*** (2018) (United States District Court for the Northern District of Georgia). MFM served as a member of the Steering Committee and assisted in negotiating a $380.5 million settlement for victims of the Equifax data breach.

- ***Scott, et al. v. LifeBridge Health, Inc.*** (2018) (Circuit Court for Baltimore City). As lead co-counsel, MFM successfully defended a motion to dismiss claims involving two data breaches for lack of legally cognizable injuries.

- ***Estate of William Green, et al. v. Prince George's Cnty., Md.*** (2020) (Circuit Court for Prince George's County). MFM obtained a $20 million pre-suit settlement for the family and Estate of William Green after he was murdered by a Prince George's County police officer, one of the largest in the nation.

- ***Estate of Jordan McNair, et al. v. Daniel Durkin, et al.*** (2019) (United States District Court for the District of Maryland). MFM obtained a $3.5 million pre-suit settlement for the family and Estate of Jordan McNair after the University of Maryland Football staff's brutal treatment and neglect resulted in his death by heat stroke. The settlement included significant non-monetary terms, including a multi-year partnership with the Jordan McNair Foundation and the University of Maryland to increase awareness of exertional heat stroke and athlete safety.

- ***Freddie Gray, Jr. v. Caesar R. Goodson, Jr., et al.*** (2015) (Circuit Court for Baltimore City). MFM obtained a $6.4 million pre-suit settlement for the family and Estate of Freddie Gray, Jr., for federal and state civil rights' violations that led to Plaintiff's death.

- ***Fallows, et al. v. St. Joseph Medical Center, Inc.*** (2014) (Circuit Court for Baltimore City). MFM obtained $50 million in settlements for individuals and a certified class action with St. Joseph's Medical Center, Inc. on behalf of patients that had unnecessary stents placed by Dr. Mark Midei.

- ***Do Right's Plant Growers, et al. v. RSM Equico, Inc., et al.*** (2011) (Superior Court for Orange County, California). As settlement counsel for Defendant, successfully negotiated a $37.5 million class action settlement.

- ***Wynn et al. v. MJ Harbor Hotel, LLL, et al.*** (2010) (Circuit Court for Baltimore City). MFM won a $34.3 million verdict on behalf of injured restaurant workers poisoned by carbon monoxide exposure.

- *Queen v. Constellation Power Source Generation, Inc.* (2009) (Circuit Court for Baltimore City). MFM reached a $55 million class action settlement with Constellation Energy on behalf of homeowners whose groundwater had been contaminated by coal ash.

- *Billieson, et al. v. Scottsdale Ins. and Hous. Auth. of New Orleans* (2007) (Civil District Court for the Parish of Orleans, Louisiana). Defended a $5 billion class action brought against Defendants by 2,400 children injured by lead paint that settled for $55 million.

- *Mosley v. Bryan Keshaw* (2006) (Circuit Court for Baltimore City). MFM obtained a $44.3 million verdict in Baltimore City Circuit Court for an individual who was rendered a quadriplegic after a battery by a Baltimore City Police officer.

- *People of the State of New York, by the Attorney General v. H&R Block, Inc., et al.* (2006) (Supreme Court of New York City, New York). Defended H&R Block in an action brought by the Attorney General of the State of New York.

- *In re H&R Block, Inc., Express IRA Marketing Litigation* (2006) (United States District Court, Western District of Missouri). Defended H&R Block in a national class action based on excessive fees charged to consumers.

- *Diaz v. Johnson & Johnson* (2003) (United States District Court, Eastern District of Louisiana). MFM successfully defended Johnson & Johnson in the first trial of a multi-thousand case district litigation proceeding in the United States District Court in New Orleans concerning the drug Propulsid.

- *H&R Block Refund Anticipation Loan Cases* (2003) (Nationwide). National coordinating counsel for H&R Block in Refund Anticipation Loan litigation nationwide, including two national class actions and four state class actions. Successfully litigated and resolved all cases which included millions of class members.

- *Lynne A. Carnegie, et al. v. H&R Block, Inc., et al.* (2003) (United States District Court, Northern District of Illinois). Defended and settled H&R Block in a nationwide class action alleging violations of the Truth in Lending Act and the Racketeer Influenced and Corrupt Organizations Act.

- *Steele Software Systems v. First Union National Bank* (2002) (Circuit Court for Baltimore City). MFM won a $276 million verdict against a major national bank. This was the largest punitive damage award in Maryland history at that time.

- *Jackson, et al. v. Microsoft Corp.* (2002) (United States District Court, Western District of Washington) and *Donaldson, et al. v. Microsoft Corp.* (2001) (United States District Court, Western District of Washington). MFM successfully defended the Microsoft Corporation in two $5 billion race discrimination class action cases brought separately by

Willie Gary and Johnny Cochran, respectively, resulting in the dismissal of the class allegations in the first case and denial of class certification in the second case.

- *__Devan v. Ernst & Young__* (2002) (Circuit Court for Baltimore City). MFM and co-counsel Snyder, Weiner & Weltcheck negotiated a $185 million settlement against Ernst & Young, the largest single-defendant settlement in Maryland history.

- *__Green, et al. v. H&R Block, Inc., et al.__* (2000) (United States District Court, District of Maryland). Defended and settled statewide class action based on H&R Block's Refund Anticipation Loan product.

- *__Mike Tyson v. Don King Productions, et al.__* (2000) (United States District Court, Southern District of New York). Defense counsel for Don King Productions.

## NIKOLETTA MENDRINOS
### ASSOCIATE



Ms. Mendrinos is an Associate at Murphy, Falcon & Murphy in Baltimore. Since joining the firm in 2012, she has worked on many of the firm's high profile and complex cases. In this role, she researches novel legal issues, drafts complaints, motions, mediation statements, and drives cases to their successful resolution. She is also responsible for overseeing and executing the settlement distributions for many of the firm's complex, multi-plaintiff cases.

In addition to significant research and writing, she is responsible for building and trying some of the firm's most difficult cases that involve issues of contributory negligence, gross negligence, malice, and punitive damages. With a meticulous eye, a practical understanding of the law, and an ability to drive matters to conclusion, Ms. Mendrinos' work has assisted the firm in securing settlements in excess of $95 million.

### ADMISSIONS
- Maryland (2012)
- District of Columbia (2014)
- U.S. District Court for the District of Maryland (2014)
- New York (2021)

## LEGAL EXPERIENCE

- **Murphy, Falcon & Murphy,** Baltimore, MD
  - *Associate Attorney,* September 2012-Current
- **The Honorable Stephen J. Sfekas, Circuit Court for Baltimore City, Baltimore, MD**
  - *Judicial Intern,* August 2012-September 2012
- **Shaw, Joseph & Just, P.A.,** Hunt Valley, MD
  - *Law Clerk,* May 2010-May 2012
- **The Honorable John Prevas, Circuit Court for Baltimore City, Baltimore, MD**
  - *Judicial Intern,* Fall 2010
- **The Honorable Barry Williams, Circuit Court for Baltimore City, Baltimore, MD**
  - *Judicial Intern,* Summer 2010

## EDUCATION

- **University of Baltimore School of Law,** Baltimore, MD
  - J.D.*, cum laude,* May 2012
- **University of Nevada, Las Vegas,** Las Vegas, NV
  - B.S. in Recreation and Sports Management, Minor in Psychology, December 1998

## PUBLICATIONS

- Recent Development, *Legal Issues Presented by the Use of Dispersants in the Deepwater Horizon Oil Spill.* 18 U. Balt. J. Envtl. L. 99 (Fall 2010).

## AWARDS, ACTIVITIES & HONORS

- Selected as a Maryland Rising Star by Maryland Super Lawyers for five consecutive years (2017-2021)
- University of Baltimore, Journal of Land and Development, Managing Editor (2011-2012)
- University of Baltimore, National Moot Court Competition Team, Member (2011)
- UNLV Scholar Athlete
- Western Athletic Conference Scholar Athlete
- Big West Scholar Athlete
- UNLV Swimming and Diving Team, Member and Letterwinner (94-98) and Team Captain (96-98)
- Women's Big West Conference Champion, 200 yard butterfly (1996)
- Greek Best Swimmer of the Year (1991)
- Greek National record holder in multiple events, with one record standing for nine years (1991-2000)

## LANGUAGES

- Fluent in Greek