**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | Civil No. 8:21-cv-00955-PX |
| Plaintiff, | |
| v. | |
| EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN, | |
| Defendants. | |
| ALAN I. ROTH, Individually and on Behalf of All Others Similarly Situated, | Civil No. 8:21-cv-01189-PX |
| Plaintiff, | |
| v. | |
| EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN, | |
| Defendants. | |
| STEPHEN M. WEISS, Individually and on Behalf of All Others Similarly Situated, | Civil No. 8:21-cv-01368-PX |
| Plaintiff, | |
| v. | |
| EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN, | |
| Defendants. | |

**MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN AND THE CITY OF FORT LAUDERDALE POLICE & FIREFIGHTERS' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL**

The Nova Scotia Health Employees' Pension Plan ("NSHEPP") and the City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F") hereby move this Court, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order (attached hereto as Exhibit 1): (i) consolidating the above-captioned securities fraud class actions; (ii) appointing NSHEPP and Fort Lauderdale P&F as Lead Plaintiffs to oversee the consolidated action on behalf of a Class of all persons who purchased or otherwise acquired the common stock of Emergent BioSolutions Inc. during the Class Period at issue, as may be adjusted, currently extending from April 24, 2020 to April 16, 2021, both dates inclusive; and (iii) approving proposed Lead Plaintiffs NSHEPP's and Fort Lauderdale P&F's selection of Pomerantz LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class.

In support of this motion, NSHEPP and Fort Lauderdale P&F respectfully submit herewith the accompanying Memorandum of Law, Declaration of Matthew L. Tuccillo, and the exhibits appended thereto, including NSHEPP's and Fort Lauderdale's Certifications and Joint Declaration.

Dated: June 21, 2021

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Daniel S. Sommers*

Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

2

stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff Movants
Nova Scotia Health Employees' Pension
Plan and the City of Fort Lauderdale Police
& Firefighters' Retirement System and
Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman*
Matthew L. Tuccillo*
J. Alexander Hood II*
600 Third Avenue
New York, NY 20016
(212) 661-1100
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti*
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiff Movants
Nova Scotia Health Employees' Pension
Plan and the City of Fort Lauderdale Police
& Firefighters' Retirement System and
Proposed Lead Counsel for the Class*

**KLAUSNER, KAUFMAN, JENSEN &
LEVINSON**
Robert D. Klausner*
Stuart Kaufman*
7080 NW 4th Street
Plantation, Florida 33317
Phone: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

3

*Additional Counsel for City of Fort Lauderdale Police & Firefighters' Retirement System*

**\****pro hac vice* applications forthcoming

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by the Court's

CM/ECF system on counsel of record on this 21st day of June, 2021.

Dated: June 21, 2021

/s/ Daniel S. Sommers
Daniel S. Sommers