**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN, <br><br> Defendants. | Civil No. 8:21-cv-00955-PX |
| ALAN I. ROTH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN, <br><br> Defendants. | Civil No. 8:21-cv-01189-PX |
| STEPHEN M. WEISS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN, <br><br> Defendants. | Civil No. 8:21-cv-01368-PX |

**[PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFFS AND APPROVING LEAD AND LIAISON COUNSEL**

WHEREAS, the Court has considered the competing motions for consolidation of the above-captioned actions (the "Related Actions"), appointment of Lead Plaintiff(s), and approval of Lead Counsel;

**IT IS HEREBY ORDERED THAT:**

**I.    <u>CONSOLIDATION OF RELATED ACTIONS</u>**

1.    Pursuant to Federal Rule of Civil Procedure 42, the Related Actions are hereby consolidated for all purposes into one action.

2.    These actions shall be referred to herein as the "Consolidated Action." This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court that relates to the same subject matter as in the Consolidated Action.

3.    Every pleading in this Consolidated Action shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PX<br><br><u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: | [TITLE OF DOCUMENT] |

4.    When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

5.    This Court requests assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case which might properly be deemed related to the Consolidated Action and may properly be consolidated as part of this Consolidated Action and

2

thereby subject to the terms of this Order, including the appointment of Lead Plaintiffs and Lead and Liaison Counsel set forth herein.

### II.    MASTER DOCKET AND MASTER FILE

6.    A Master Docket and Master File shall be established for the Consolidated Action. The Master File shall be Civil No. 8:21-cv-00955-PX.  All orders, pleadings, motions and other documents shall, when filed and docketed in the Master File, be deemed filed and docketed in each individual case to the extent applicable.  When an order, pleading, motion or document is filed with a caption indicating that it is applicable to fewer than all individual actions in the Consolidated Action, the clerk shall file such pleadings in the Master File and note such filing in the Master Docket and in the docket of each action referenced.

### III.    APPOINTMENT OF LEAD PLAINTIFFS AND LEAD COUNSEL

7.    Having reviewed all pending motions and accompanying memoranda of law, the Court hereby appoints the Nova Scotia Health Employees' Pension Plan ("NSHEPP") and the City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F") as Lead Plaintiffs in the Consolidated Action.  NSHEPP and Fort Lauderdale P&F satisfy the requirements for Lead Plaintiffs pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 ("PSLRA").

8.    Lead Plaintiffs, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, have selected and retained Pomerantz LLP as Lead Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel, which choices the Court likewise hereby approves.

9.    Lead Counsel and/or Liaison Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel to whom Lead Counsel and/or Liaison Counsel shall designate as needed in Lead Counsel's and/or Liaison Counsel's discretion.

10.     No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs or other class members without the approval of Lead Plaintiffs and Lead Counsel, so as to prevent duplicative pleadings or discovery.  No settlement negotiations shall be conducted without the approval of Lead Plaintiff and Lead Counsel.

11.     Counsel in any related action that is consolidated with this Consolidated Action shall be bound by the appointment of Lead Plaintiffs, the appointment of Lead and Liaison counsel, and the organization of Plaintiffs' counsel set forth herein.

12.     Lead Counsel shall direct and coordinate all activities of Plaintiffs' counsel, and Lead Counsel and/or Liaison Counsel shall be the primary contact amongst Plaintiffs' counsel and between Plaintiffs' counsel and the Court and Defendants' counsel.

13.     Defendants shall effectuate service of papers on Lead Plaintiffs by serving a copy of same on Lead Counsel and Liaison Counsel by electronic delivery and/or ECF.  Lead Plaintiffs shall effectuate service of papers on Defendants by serving a copy of same on Defendants' counsel by electronic delivery and/or by ECF on all counsel of record.

14.     During the litigation's pendency, or until further Order of this Court, the parties shall take reasonable steps to preserve all documents within their possession, custody, or control, including without limitation electronically-generated and -stored information, and materials such as computerized data and electronic mail, containing information which is relevant or which may lead to the discovery of information relevant to the subject matter of the pending litigation.

IT IS SO ORDERED this _____ day of _____, 20__.


_____
THE HONORABLE PAULA XINIS
UNITED STATES DISTRICT JUDGE

4