## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN,<br><br>　　　　　　　　　　　　Defendants. | Civil No. 8:21-cv-00955-PX |
| ALAN I. ROTH, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN,<br><br>　　　　　　　　　　　　Defendants. | Civil No. 8:21-cv-01189-PX |
| STEPHEN M. WEISS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>EMERGENT BIOSOLUTIONS INC., ROBERT G. KRAMER SR., RICHARD S. LINDAHL, and SYED T. HUSAIN,<br><br>　　　　　　　　　　　　Defendants. | Civil No. 8:21-cv-01368-PX |

**DECLARATION OF MATTHEW L. TUCCILLO IN SUPPORT OF MOTION OF THE NOVA SCOTIA HEALTH EMPLOYEES' PENSION PLAN AND THE CITY OF FORT LAUDERDALE POLICE & FIREFIGHTERS' RETIREMENT SYSTEM FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFFS <u>AND APPROVAL OF COUNSEL</u>**

I, Matthew L. Tuccillo, hereby declare as follows:

1. I am a Partner of Pomerantz LLP ("Pomerantz"), counsel for the Nova Scotia Health Employees' Pension Plan ("NSHEPP") and the City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F") and proposed Lead Counsel for the putative Class in this litigation.

2. I am a member in good standing of the Bars of the State of New York, the State of Connecticut, and the Commonwealth of Massachusetts. I am also a member in good standing of the Bars of the Supreme Court of the United States, the Second and Ninth Circuit Courts of Appeal, and the United States District Courts for the Southern and Eastern Districts of New York, the District of Connecticut, the District of Massachusetts, the Northern District of Illinois, and the Southern District of Texas.

3. I make this Declaration in support of the motion of NSHEPP and Fort Lauderdale P&F, pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for consolidation of the above-captioned securities fraud class actions (the "Related Actions"), appointment as Lead Plaintiffs in the consolidated Related Actions, and approval of NSHEPP's and Fort Lauderdale P&F's selection of Pomerantz as Lead Counsel and Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Liaison Counsel for the Class.

4. Attached hereto as the exhibits indicated are true and correct copies of the following:

    Exhibit A:    Chart reflecting the financial interests of NSHEPP and Fort Lauderdale P&F in the relief sought by the Class in the Related Actions;

| | |
|---|---|
| Exhibit B: | Press release published over *Globe Newswire* on April 19, 2021, announcing the pendency of *Palm Tran, Inc. – Amalgamated Transit Union Local 1577 Pension Plan v. Emergent BioSolutions Inc. et al.*, 8:21-cv-00955-PX; |
| Exhibit C: | PSLRA Certifications executed on behalf of NSHEPP and Fort Lauderdale P&F; |
| Exhibit D: | Joint Declaration executed on behalf of NSHEPP and Fort Lauderdale P&F; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Cohen Milstein. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 21, 2021 at Fairfield, Connecticut.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on counsel of record on this 21st day of June, 2021.

Dated: June 21, 2021                     /s/ Daniel S. Sommers
                                                                             Daniel S. Sommers