# EXHIBIT A

**Emergent BioSolutions Inc. (EBS)**
**Class Period: April 24, 2020 and April 16, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 61-Day* Mean Price $61.4577 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Nova Scotia Health Employees' Pension Plan ("NSHEPP")** | | | | | | | | | | | | | |
| NSHEPP | 4/29/2020 | 3,876 | $72.9200 | ($282,638) | | | | | | | | | |
| NSHEPP | 11/30/2020 | 2,100 | $82.2920 | ($172,813) | | | | | | | | | |
| NSHEPP | 12/2/2020 | 5,000 | $81.9670 | ($409,835) | | | | | | | | | |
| **NSHEPP** | | **10,976** | | **($865,286)** | | | | | **10,976** | **10,976** | **$674,560** | **($190,726)** | **($190,726)** |
| | | | | | | | | | | | | | |
| **City of Fort Lauderdale Police & Firefighters' Retirement Systems ( the "Retirement System")** | | | | | | | | | | | | | |
| | | | | | PreClass | 2,004 | | | | | | | |
| Account 1 | 7/21/2020 | 300 | $94.3510 | ($28,305) | 5/13/2020 | (500) | $80.3254 | $40,163 | | | | | |
| Account 1 | 9/1/2020 | 325 | $110.6232 | ($35,953) | 1/12/2021 | (825) | $103.5003 | $85,388 | | | | | |
| Account 1 | 9/2/2020 | 25 | $109.4711 | ($2,737) | 2/1/2021 | (100) | $116.1461 | $11,615 | | | | | |
| Account 1 | 9/18/2020 | 200 | $97.6900 | ($19,538) | 5/19/2021** | (910) | $61.5487 | $56,009 | | | | | |
| Account 1 | 9/21/2020 | 25 | $97.9612 | ($2,449) | 5/20/2021** | (770) | $61.4275 | $47,299 | | | | | |
| Account 1 | 10/13/2020 | 300 | $98.2828 | ($29,485) | 6/1/2021** | (5) | $60.7703 | $304 | | | | | |
| Account 1 | 10/28/2020 | 400 | $91.3484 | ($36,539) | | | | | | | | | |
| Account 1 | 10/29/2020 | 50 | $90.9269 | ($4,546) | | | | | | | | | |
| Account 1 | 10/30/2020 | 200 | $89.7351 | ($17,947) | | | | | | | | | |
| Account 1 | 11/6/2020 | 175 | $93.7410 | ($16,405) | | | | | | | | | |
| Account 1 | 11/6/2020 | 300 | $93.8709 | ($28,161) | | | | | | | | | |
| Account 1 | 11/11/2020 | 475 | $89.1514 | ($42,347) | | | | | | | | | |
| Account 1 | 11/12/2020 | 400 | $86.7006 | ($34,680) | | | | | | | | | |
| Account 1 | 11/13/2020 | 350 | $85.7900 | ($30,027) | | | | | | | | | |
| Account 1 | 11/17/2020 | 350 | $86.1796 | ($30,163) | | | | | | | | | |
| Account 1 | 11/18/2020 | 350 | $82.3140 | ($28,810) | | | | | | | | | |
| Account 1 | 4/14/2021 | 10 | $74.6100 | ($746) | | | | | | | | | |
| **Account 1** | | **4,235** | | **($388,838)** | | **(3,110)** | | **$240,777** | **4,235** | **3,129** | **$192,301** | **($128,561)** | **($88,354)** |
| | | | | | | | | | | | | | |
| Account 2 | 6/23/2020 | 1,832 | $74.8820 | ($137,184) | 1/15/2021 | (660) | $105.0100 | $69,307 | | | | | |
| Account 2 | 6/29/2020 | 585 | $75.0376 | ($43,897) | | | | | | | | | |
| Account 2 | 6/29/2020 | 6 | $76.0000 | ($456) | | | | | | | | | |
| Account 2 | 6/30/2020 | 163 | $77.8480 | ($12,689) | | | | | | | | | |
| **Account 2** | | **2,586** | | **($194,226)** | | **(660)** | | **$69,307** | **1,926** | **1,926** | **$118,368** | **($6,552)** | **($6,552)** |
| | | | | | | | | | | | | | |
| **Retirement System** | | **6,821** | | **($583,064)** | | **(3,770)** | | **$310,084** | **6,161** | **5,055** | | **($135,113)** | **($94,906)** |
| | | | | | | | | | | | | | |
| **Summary** | | | | | | | | | | | | | |
| NSHEPP | | 10,976 | | ($865,286) | | 0 | | $0 | 10,976 | 10,976 | | ($190,726) | ($190,726) |
| Retirement System | | 6,821 | | ($583,064) | | (3,770) | | $310,084 | 6,161 | 5,055 | | ($135,113) | ($94,906) |
| **Total** | | **17,797** | | **($1,448,350)** | | **(3,770)** | | **$310,084** | **17,137** | **16,031** | | **($325,839)** | **($285,632)** |

*Average Closing Prices from April 19, 2021 to June 18, 2021

**Post-class sale prices are valued at the average closing prices from April 19 to the date of sale