# EXHIBIT C

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Stefan Cowell, on behalf of the Nova Scotia Health Employees' Pension Plan ("NSHEPP"), as Chief Executive Officer, with authority to enter into litigation on behalf of NSHEPP, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed Complaints filed against Emergent BioSolutions Inc. ("Emergent") and authorize the filing of a motion on NSHEPP's behalf for appointment as lead plaintiff.

3.      NSHEPP did not purchase or acquire Emergent securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      NSHEPP is willing to serve as a representative party on behalf of a class of investors who purchased or acquired Emergent securities during the Class Period as specified in the Complaints, including providing testimony at deposition and trial, if necessary.  I understand that the Court has authority to select the most adequate plaintiff in this action.

5.      To the best of my current knowledge, the attached sheet lists all of NSHEPP's transactions in Emergent securities during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, NSHEPP has served or sought to serve as a representative party in the following actions:

- *Ahnefeldt et al. v. Dickson et al.*, 4:20-cv-02539 (S.D. Tex.);

- *In re The Chemours Company Securities Litigation*, 1:19-cv-01911 (D. Del.);

- *Melucci v. Corcept Therapeutics Incorporated et al.*, 4:19-cv-01372 (N.D. Cal.);

- *Edwards v. McDermott International, Inc. et al.*, 4:18-cv-04330 (S.D. Tex.); and

- *In re Aegean Marine Petroleum Network Inc. Securities Litigation*, 1:18-cv-04993 (S.D.N.Y.)

7.     NSHEPP agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Executed __June 14__, 2021
          (Date)

_____
                                    (Signature)
Stefan Cowell
Chief Executive Officer
Nova Scotia Health Employees' Pension Plan

**Emergent BioSolutions Inc. (EBS)**   **Nova Scotia Health Employees' Pension Plan ("NSHEPP")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 4/29/2020 | 3,876 | $72.9200 |
| Purchase | 11/30/2020 | 2,100 | $82.2920 |
| Purchase | 12/2/2020 | 5,000 | $81.9670 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Lynn Wenguer, as Plan Administrator of the City of Fort Lauderdale Police & Firefighters' Retirement System (the "Retirement System"), with authority to bind the Retirement System and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I have reviewed a Complaint against Emergent BioSolutions Inc. ("Emergent" or the "Company") and authorize the filing of a motion on behalf of the Retirement System for appointment as lead plaintiff.

3.      The Retirement System did not purchase or acquire Emergent securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      The Retirement System is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Emergent securities during the Class Period as specified in the Complaint, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.      The attached sheet lists all of the Retirement System's transactions in the Emergent securities that are the subject of this litigation during the Class Period.

6.      During the three-year period preceding the date on which this Certification is signed, the Retirement System has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Chauhan v. Intercept Pharmaceuticals, Inc.*, 1:21-cv-00036 (S.D.N.Y.); and

- *Roberts v. Zuora, Inc.*, 3:19-cv-03422 (N.D. Cal.).

7.      The Retirement System agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of

any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.      I declare under penalty of perjury that the foregoing is true and correct.

Executed     6/11/21
               **(Date)**

                                   **(Signature)**

**Lynn Wenguer**
**Plan Administrator**
**City of Fort Lauderdale Police & Firefighters'**
**Retirement System**

**Emergent BioSolutions Inc. (EBS)**

**City of Fort Lauderdale Police & Firefighters' Retirement Systems ("Ft. Lauderdale P&F")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Account 1 | | | |
| Purchase | 7/21/2020 | 300 | $94.3510 |
| Purchase | 9/1/2020 | 325 | $110.6232 |
| Purchase | 9/2/2020 | 25 | $109.4711 |
| Purchase | 9/18/2020 | 200 | $97.6900 |
| Purchase | 9/21/2020 | 25 | $97.9612 |
| Purchase | 10/13/2020 | 300 | $98.2828 |
| Purchase | 10/28/2020 | 400 | $91.3484 |
| Purchase | 10/29/2020 | 50 | $90.9269 |
| Purchase | 10/30/2020 | 200 | $89.7351 |
| Purchase | 11/6/2020 | 175 | $93.7410 |
| Purchase | 11/6/2020 | 300 | $93.8709 |
| Purchase | 11/11/2020 | 475 | $89.1514 |
| Purchase | 11/12/2020 | 400 | $86.7006 |
| Purchase | 11/13/2020 | 350 | $85.7900 |
| Purchase | 11/17/2020 | 350 | $86.1796 |
| Purchase | 11/18/2020 | 350 | $82.3140 |
| Purchase | 4/14/2021 | 10 | $74.6100 |
| Sale | 5/13/2020 | (500) | $80.3254 |
| Sale | 1/12/2021 | (825) | $103.5003 |
| Sale | 2/1/2021 | (100) | $116.1461 |
| Account 2 | | | |
| Purchase | 6/23/2020 | 1,832 | $74.8820 |
| Purchase | 6/29/2020 | 585 | $75.0376 |
| Purchase | 6/29/2020 | 6 | $76.0000 |
| Purchase | 6/30/2020 | 163 | $77.8480 |
| Sale | 1/15/2021 | (660) | $105.0100 |