UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil No. PX-21-00955 <br><br> CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) ) | |
| Defendants. | ) ) | |
| ALAN I. ROTH, Individually and on Behalf of All Others Similarly Situated, | ) ) | Civil No. PX-21-01189 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) | |
| Defendants. | ) ) | |
| STEPHEN WEISS Individually and on Behalf of All Others Similarly Situated, | ) ) | Civil No. PX-01368 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) | |
| Defendants. | ) ) | |

**MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

PLEASE TAKE NOTICE that, on a date and at a time designated by the Court, in the courtroom of the Honorable Paula Xinis, located at the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, Maryland 20770, Western Pennsylvania Electrical Employees Insurance Trust Fund and Western Pennsylvania Electrical Employees Pension Fund ("Western Pennsylvania Funds") will respectfully move the Court, pursuant to the Private Securities Litigation Reform Act of 1995 for entry of an Order: (i) consolidating the above-captioned related securities actions pursuant to Rule 42(a) of the Federal Rule of Civil Procedure; (ii) appointing the Western Pennsylvania Funds as Lead Plaintiff in the above-captioned actions; and (iii) approving the Western Pennsylvania Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel and Silverman | Thompson | Slutkin | White LLC as Local Counsel for the class.

The grounds for this Motion are set forth in the accompanying Memorandum of Law, and the Declaration of William N. Sinclair in support thereof, filed contemporaneously herewith.

DATED:  June 21, 2021

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
ANDREW C. WHITE (VSB No. 08821)
WILLIAM N. SINCLAIR (VSB No. 28833)

s/ William N. Sinclair
WILLIAM N. SINCLAIR

201 N. Charles Street, 26th Floor
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com

[Proposed] Local Counsel

- 1 -

4846-6809-8799.v2

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (*pro hac vice* to be filed)
JENNIFER N. CARINGAL (*pro hac vice* to be filed)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiffs

- 2 -

4846-6809-8799.v2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 21st day of June, 2021, a copy of the foregoing was electronically filed with Clerk of the Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

Dated:  June 21, 2021

/s/ William N. Sinclair
William N. Sinclair, VSB No. 28833
bsinclair@mdattorney.com

4846-6809-8799.v2