UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil No. PX-21-00955 <br><br> CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) ) | |
| Defendants. | ) ) | |
| ALAN I. ROTH, Individually and on Behalf of All Others Similarly Situated, | ) ) | Civil No. PX-21-01189 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) ) | |
| Defendants. | ) ) | |
| STEPHEN WEISS Individually and on Behalf of All Others Similarly Situated, | ) ) | Civil No. PX-21-01368 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

4823-6778-5455.v1

The Court, having considered Western Pennsylvania Electrical Employees Insurance Trust Fund and Western Pennsylvania Electrical Employees Pension Fund's (the "Western Pennsylvania Funds") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel (the "Motion"), and good cause appearing therefor, ORDERS as follows:

1.      The Motion is GRANTED.

2.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Palm Tran, Inc. - Amalgamated Transit Union Local 1577 Pension Plan v. Emergent BioSolutions Inc.*, Civil No. PX-21-00955 (D. Md.), *Roth v. Emergent BioSolutions In*c., Civil No. PX-21-01189 (D. Md.), and *Weiss v. Emergent BioSolutions Inc*., Civil No. PX-21-01368 are hereby consolidated as:

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | ) ) ) ) | Master File Civil No. PX-21-00955 <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: <br><br>     ALL ACTIONS. | ) ) ) ) ) | |

(a)      The file in Civil No. PX-21-00955 shall constitute the master file for every action in the consolidated action.  The Clerk shall administratively close the other actions. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:".  When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

- 1 -

4823-6778-5455.v1

(b)     All securities class actions on behalf of purchasers of Emergent BioSolutions Inc. securities subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action; and

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

3.     The Western Pennsylvania Funds are appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.     Robbins Geller Rudman & Dowd LLP is appointed as Lead Counsel for the class and Silverman | Thompson | Slutkin | White LLC is appointed as Local Counsel.  Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a)     the briefing and argument of any and all motions;

(b)     the conduct of any and all discovery proceedings and depositions;

(c)     settlement negotiations with counsel for defendants;

(d)     the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required;

(e)     the preparation and filing of all pleadings; and

(f)     the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

IT IS SO ORDERED.

DATED: _____     _____
                                        THE HONORABLE PAULA XINIS
                                        UNITED STATES DISTRICT JUDGE

4823-6778-5455.v1