UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EMERGENT BIOSOLUTIONS INC., et al.,<br><br>　　　　　　　Defendants. | Civil No. PX-21-00955<br><br>CLASS ACTION |
| ALAN I. ROTH, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EMERGENT BIOSOLUTIONS INC., et al.,<br><br>　　　　　　　Defendants. | Civil No. PX-21-01189<br><br>CLASS ACTION |
| STEPHEN WEISS Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>EMERGENT BIOSOLUTIONS INC., et al.,<br><br>　　　　　　　Defendants. | Civil No. PX-21-01368<br><br>CLASS ACTION |

**DECLARATION OF WILLIAM N. SINCLAIR IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, William N. Sinclair, declare as follows:

1.      I am attorney licensed to practice in Maryland and am a partner of Silverman | Thompson | Slutkin | White LLC, local counsel for proposed lead plaintiff Western Pennsylvania Electrical Employees Insurance Trust Fund and Western Pennsylvania Electrical Employees Pension Fund (the "Western Pennsylvania Funds") in the above-captioned related securities class actions. I make this Declaration in support of the Western Pennsylvania Funds' Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published on *Globe Newswire* on April 19, 2021;

Exhibit B:   The Western Pennsylvania Funds' Certification; and

Exhibit C:   Estimate of the Western Pennsylvania Funds' losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of June, 2021.

s/ William N. Sinclair<br>
WILLIAM N. SINCLAIR

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June, 2021, a copy of the foregoing was electronically filed with Clerk of the Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

Dated:  June 21, 2021                  /s/ William N. Sinclair
                                                         William N. Sinclair, VSB No. 28833
                                                         bsinclair@mdattorney.com