# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Western Pennsylvania Electrical Employees Pension Fund** | 08/04/2020 | 800 | $122.63 | $98,104.00 | held | 3,200 | $61.95 | $198,250.11 | |
| | 08/19/2020 | 800 | $131.78 | $105,424.00 | | | | | |
| | 09/18/2020 | 400 | $100.59 | $40,236.00 | | | | | |
| | 11/23/2020 | 500 | $79.67 | $39,835.00 | | | | | |
| | 03/22/2021 | 200 | $95.03 | $19,006.00 | | | | | |
| | 04/16/2021 | 500 | $77.64 | $38,820.00 | | | | | |
| | | **3,200** | | **$341,425.00** | | **3,200** | | **$198,250.11** | **($143,174.89)** |
| **Western Pennsylvania Electrical Employees Insurance Trust Fund** | 08/04/2020 | 510 | $122.63 | $62,541.30 | held | 2,130 | $61.95 | $131,960.23 | |
| | 08/19/2020 | 510 | $131.78 | $67,207.80 | | | | | |
| | 09/02/2020 | 40 | $111.51 | $4,460.40 | | | | | |
| | 09/18/2020 | 220 | $100.59 | $22,129.80 | | | | | |
| | 10/15/2020 | 40 | $99.55 | $3,982.00 | | | | | |
| | 11/20/2020 | 90 | $82.66 | $7,439.40 | | | | | |
| | 11/23/2020 | 300 | $79.67 | $23,901.00 | | | | | |
| | 12/08/2020 | 20 | $85.61 | $1,712.20 | | | | | |
| | 03/22/2021 | 100 | $95.03 | $9,503.00 | | | | | |
| | 04/16/2021 | 300 | $77.64 | $23,292.00 | | | | | |
| | | **2,130** | | **$226,168.90** | | **2,130** | | **$131,960.23** | **($94,208.67)** |
| **Movants' Total** | | **5,330** | | **$567,593.90** | | **5,330** | | **$330,210.33** | **($237,383.57)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $61.95 as of June 17, 2021 for common stock.

Prices listed are rounded up to two decimal places.