UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| PALM TRAN, INC. – AMALGAMATED TRANSIT UNION LOCAL 1577 PENSION PLAN, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Civil No. PWG-21-00955 <br><br> CLASS ACTION |
| Plaintiff, | ) ) | |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) ) | |
| Defendants. | ) ) | |
| ALAN I. ROTH, Individually and on Behalf of All Others Similarly Situated, | ) ) | Civil No. PWG-21-01189 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) | |
| Defendants. | ) ) | |
| STEPHEN WEISS Individually and on Behalf of All Others Similarly Situated, | ) ) | Civil No. PWG-21-01368 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| EMERGENT BIOSOLUTIONS INC., et al., | ) | |
| Defendants. | ) ) | |

NOTICE OF SUPPLEMENTAL AUTHORITY

4823-8331-2374.v1

Western Pennsylvania Electrical Employees Insurance Trust Fund and Western Pennsylvania Electrical Employees Pension Fund (the "Western Pennsylvania Funds") respectfully bring to the Court's attention the recent order in *Koffsmon v. Green Dot Corp.*, 2021 WL 3473975 (C.D. Cal. Aug. 6, 2021) as supplemental authority in support of the Western Pennsylvania Funds' motion for appointment as lead plaintiff. The order is attached hereto as Exhibit A.

In *Koffsmon*, the court declined to appoint as lead plaintiff a group of smaller institutional investors who sought to aggregate their financial interests so as to claim the largest financial interest, and instead appointed the institutional investor with the single largest loss. *Id.* at *3. While the court recognized that "some courts have appointed a group of investors lead plaintiff even in the absence of a pre-existing relationship between the investors," "courts have based their approval upon the fact that one individual member of the proposed group, even standing alone, had a greater financial interest than any other proposed lead plaintiff." *Id.* at *3. Where, as here, "several smaller institutional investors seek to aggregate their interests to exceed those of, and against the opposition of, a single, large, institutional investor with financial interests greater than those of any other single investor, institutional or otherwise" the court determined that absent authority or compelling reason, the single largest institutional investor has the "largest financial interest in the relief sought." *Id.*

The court also noted that the group's joint declaration "raises more questions than it answers," as it "indicate[d] that there was no pre-existing relationship between the [group's] members, and that the [group] only came into being with the facilitation of one of [the group member's] two law firms, which had already been in independent discussions with each [group] member." *Id.* Accordingly, "to allow the [group] to aggregate its members' losses would be to undermine the PSLRA's objective of preventing lawyer-driven litigation." *Id.*

- 1 -

4823-8331-2374.v1

With losses of $237,384, the Western Pennsylvania Funds have the largest financial interest and should be appointed as Lead Plaintiff for the same reasons as articulated in *Koffsmon*.

DATED:  August 13, 2021

Respectfully submitted,

SILVERMAN THOMPSON SLUTKIN
  & WHITE LLC
ANDREW C. WHITE (VSB No. 08821)
WILLIAM N. SINCLAIR (VSB No. 28833)

s/ William N. Sinclair
WILLIAM N. SINCLAIR

201 N. Charles Street, 26th Floor
Baltimore, MD  21201
Telephone:  410/385-2225
410/547-2432 (fax)
awhite@mdattorney.com
bsinclair@mdattorney.com

[Proposed] Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiffs

- 2 -

4823-8331-2374.v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of August, 2021, a copy of the foregoing was electronically filed with Clerk of the Court by using the CM/ECF system, which will furnish electronic copies to all counsel.

Dated:  August 13, 2021                                 /s/ William N. Sinclair
                                                    William N. Sinclair, VSB No. 28833
                                                    bsinclair@mdattorney.com