**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: All Actions | SCHEDULING ORDER |

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

1.      Co-Lead Plaintiffs shall file a Consolidated Complaint on or before March 10, 2022;

2.      Defendants' response to the Consolidated Complaint shall be due on or before May 10, 2022;

3.      If Defendants move to dismiss the Consolidated Complaint, Co-Lead Plaintiffs' opposition shall be due on July 12, 2022; and

4.      Defendants' reply brief in support of any motion to dismiss shall be due on or before August 12, 2022.

5.      Motion and response memoranda are limited to 30 pages (exclusive of exhibits, etc.) without prior approval of the Court, and the reply brief is limited to 15 pages. The parties are directed to highlight the relevant language in any exhibits so the Court can readily determine the relevant information in the exhibit; and if there are more than 5 exhibits longer than 5 pages each, the parties shall also provide a courtesy copy to chambers of the exhibits in a tabbed binder, no larger than 2.5-inch rings (if more space is needed, provide additional binder(s)), with each exhibit individually tabbed, sequentially numbered, and all relevant portions highlighted. Local Rules 102.2 and 105 remain in effect other than as stated.

**SO ORDERED.**

Dated: January 19, 2022                              /S/
_____
HONORABLE PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE