## SUPPLEMENTAL CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.      I, Lynn Wenguer, as Plan Administrator of the City of Lauderdale Police & Firefighters' Retirement System (the "Retirement System"), with authority to bind the Retirement System and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.      I understand that by order dated December 23, 2021, the Court appointed the Retirement System as one of the lead plaintiffs in the consolidated action *In re Emergent BioSolutions Inc. Securities Litigation*, 8:21-cv-00955-PWG (D. Md.) (the "Action") for all claims.  The Retirement System remains willing to serve as a representative party on behalf of a class of investors who purchased or acquired the securities of Emergent BioSolutions Inc. ("Emergent") during the Class Period as specified in the First Amended Class Action Complaint For Violations Of The Federal Securities Laws (the "Amended Complaint"), including providing testimony at deposition and trial, if necessary.

3.      I have reviewed the initial Complaint filed against Emergent and the pertinent lead plaintiff filings in the Action, and authorize the filing of the Amended Complaint on behalf of the Retirement System.

4.      The Retirement System did not purchase or acquire Emergent securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

5.      To the best of my current knowledge, the attached sheet lists all of the Retirement System's transactions in the Emergent securities that are the subject of this litigation during the revised Class Period as specified in the Amended Complaint.

6.      During the three-year period preceding the date on which this Certification is signed, in addition to this Action, the Retirement System has served or sought to serve as a representative party on behalf of a class under the federal securities laws in the following actions:

- *Chauhan v. Intercept Pharmaceuticals, Inc.*, 1:21-cv-00036 (S.D.N.Y.); and

- *Roberts v. Zuora, Inc.*, 3:19-cv-03422 (N.D. Cal.).

7.    The Retirement System agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Amended Complaint, beyond its *pro rata* share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed   *March 8, 2022*
             **(Date)**

                  **(Signature)**
                  Lynn Wenguer
                  Plan Administrator
                  City of Fort Lauderdale Police & Firefighters'
                  Retirement System

2

**Emergent BioSolutions Inc. (EBS)**

**City of Fort Lauderdale Police & Firefighters' Retirement Systems ("Ft. Lauderdale P&F")**

**List of Purchases and Sales**

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| **Account 1** | | | |
| Purchase | 7/21/2020 | 300 | $94.3510 |
| Purchase | 9/1/2020 | 325 | $110.6232 |
| Purchase | 9/2/2020 | 25 | $109.4711 |
| Purchase | 9/18/2020 | 200 | $97.6900 |
| Purchase | 9/21/2020 | 25 | $97.9612 |
| Purchase | 10/13/2020 | 300 | $98.2828 |
| Purchase | 10/28/2020 | 400 | $91.3484 |
| Purchase | 10/29/2020 | 50 | $90.9269 |
| Purchase | 10/30/2020 | 200 | $89.7351 |
| Purchase | 11/6/2020 | 175 | $93.7410 |
| Purchase | 11/6/2020 | 300 | $93.8709 |
| Purchase | 11/11/2020 | 475 | $89.1514 |
| Purchase | 11/12/2020 | 400 | $86.7006 |
| Purchase | 11/13/2020 | 350 | $85.7900 |
| Purchase | 11/17/2020 | 350 | $86.1796 |
| Purchase | 11/18/2020 | 350 | $82.3140 |
| Purchase | 4/14/2021 | 10 | $74.6100 |
| Purchase | 10/1/2021 | 650 | $54.9714 |
| Purchase | 10/4/2021 | 435 | $54.2987 |
| Sale | 5/13/2020 | (500) | $80.3254 |
| Sale | 1/12/2021 | (825) | $103.5003 |
| Sale | 2/1/2021 | (100) | $116.1461 |
| Sale | 5/19/2021 | (910) | $56.4745 |
| Sale | 5/20/2021 | (770) | $58.3230 |
| Sale | 6/1/2021 | (5) | $60.7600 |
| **Account 2** | | | |
| Purchase | 6/23/2020 | 1,832 | $74.8820 |
| Purchase | 6/29/2020 | 585 | $75.0376 |
| Purchase | 6/29/2020 | 6 | $76.0000 |
| Purchase | 6/30/2020 | 163 | $77.8480 |
| Sale | 1/15/2021 | (660) | $105.0100 |