## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

IN RE EMERGENT BIOSOLUTIONS INC.
SECURITIES LITIGATION

Civil No. 8:21-cv-00955-PWG

CLASS ACTION

THIS DOCUMENT RELATES TO:
All Actions

## <u>MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT</u>

Defendants Emergent BioSolutions, Inc., Robert G. Kramer, Richard S. Lindahl, and

Syed T. Husain respectfully move this Court for an Order dismissing, with prejudice, Plaintiffs'

Consolidated Amended Complaint for Violations of the Federal Securities Laws, dated March

19, 2022, pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the

Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq*., and granting such

other and further relief as the Court may deem just and proper.  In support of the Motion to

Dismiss, Defendants incorporate herein the facts and arguments presented in the Memorandum

of Law in Support of Defendants' Motion to Dismiss the Amended Complaint and the

accompanying Declaration of Timothy J. Perla, with attached exhibits, dated May 19, 2022.

Additionally, pursuant to Local Rule 105.6, Defendants respectfully request an oral argument on

this motion.

Dated:  May 19, 2022                          Respectfully submitted,

*/s/ William M. Krulak, Jr.*
**MILES & STOCKBRIDGE P.C.**

William M. Krulak, Jr. (Fed. Bar No. 26452)
Ariana K. DeJan-Lenoir (Fed. Bar No. 20522)
100 Light Street
Baltimore, Maryland 21202
(410) 385-3448
wkrulak@milesstockbridge.com
adejanlenoir@milesstockbridge.com

*Attorneys for Defendants*

By */s/ Michael B. Bongiorno*

**WILMER CUTLER PICKERING HALE AND
DORR LLP**

Michael G. Bongiorno (NY Bar No. 4347316)*
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: (212) 230-8800
Facsimile: (212) 230-8888

Timothy J. Perla (MA Bar No. 660447)*
Arjun K. Jaikumar (MA Bar No. 691311)*
Kim A. Crowley (MA Bar No. 707072)*
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Facsimile: (617) 526-5000

*\* Pro hac vice*

2

## **Certificate of Service**

I HEREBY CERTIFY that on May 19, 2022, I caused the foregoing Motion to Dismiss Plaintiffs' Consolidated Amended Complaint, a supporting memorandum of law, the supporting Declaration of Timothy J. Perla complete with all exhibits thereto, and a [Proposed] Order to be electronically filed with the Clerk of the Court and served on all parties of record via the CM/ECF electronic filings system.

*/s/ William M. Krulak, Jr.*
William M. Krulak, Jr.