# Exhibit 12



# Corporate Overview

## BofA Securities 2020 "Virtual" Health Care Conference

Richard S. Lindahl
Executive Vice President, CFO & Treasurer

**May 12, 2020**

# Forward-looking statements / Non-GAAP financial measures / trademarks



**Safe-Harbor Statement**

This presentation includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements, other than statements of historical fact, including, without limitation, our financial forecast and guidance, statements regarding our continued success, becoming a Fortune 500 company, our sustainable business model and competitive advantages, building on scalable capabilities, statements about consistent, diversified growth, profitability, doubling revenues and achieving target adjusted EBITDA margin, covering a larger portion of the public health threat market, growth through M&A, strengthening our R&D portfolio, the ability to advance potential solutions to combat the novel strain of coronavirus (SARS-CoV-2) causing COVID-19 disease; statements regarding related future large-scale manufacturing dose capacity; the negotiation of a future long-term commercial supply agreement with Johnson & Johnson; the results of clinical trials; the pursuit of Emergency Use Authorization; tailwinds in our CDMO business; as well as our ability to sustain momentum in the current uncertain economic environment and other key growth areas and related future market opportunities and any other statements containing the words "will," "believes," "expects," "anticipates," "intends" "plans," "targets," "forecasts," "estimates" and similar expressions in conjunction with, among other things, discussions of the Company's outlook, financial performance or financial condition, financial and operation goals, strategic goals, growth strategy, product sales, government development or procurement contracts or awards, government appropriations, manufacturing capabilities, and the timing of certain regulatory approvals or expenditures are forward-looking statements. These forward-looking statements are based on our current intentions, beliefs and expectations regarding future events. We cannot guarantee that any forward-looking statement will be accurate. Investors should realize that if underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could differ materially from our expectations. Investors are, therefore, cautioned not to place undue reliance on any forward-looking statement. Any forward-looking statements speak only as of the date of this presentation, and, except as required by law, we do not undertake to update any forward-looking statement to reflect new information, events or circumstances.

There are a number of important factors that could cause the Company's actual results to differ materially from those indicated by such forward-looking statements, including the availability of funding and the exercise of options under our anthrax vaccine contracts; appropriations for the procurement of our products; our ability to continue deliveries of AV7909, ACAM and VIGIV to the SNS; our ability to secure Emergency Use Authorization designation and eventual licensure of AV7909 from the FDA within the anticipated timeframe, if at all; availability of funding for our U.S. government grants and contracts; our ability to successfully integrate and develop the operations, products or product candidates, programs, and personnel of any entities, businesses or products that we acquire, including our acquisitions of PaxVax and Adapt Pharma; our ability to complete expected deliveries of anthrax vaccines, BAT and raxibacumab; our ability to establish a multi-year follow-on contract for raxibacumab; our ability to identify and acquire or in-license products or product candidates that satisfy our selection criteria; our ability and the ability of our collaborators to defend underlying patents from infringement by generic naloxone entrants; whether anticipated synergies and benefits from an acquisition or in-license will be realized within expected time periods, if at all; our ability to utilize our manufacturing facilities and expand our capabilities; our ability and the ability of our contractors and suppliers to maintain compliance with Current Good Manufacturing Practices and other regulatory obligations; the results of regulatory inspections; the success of our ongoing and planned development programs; the timing and results of clinical trials; the timing of and our ability to obtain and maintain regulatory approvals for our product candidates; and our commercialization, marketing and manufacturing capabilities and strategy. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from our expectations in any forward-looking statement. Investors should consider this cautionary statement as well as the risk factors identified in our periodic reports filed with the Securities and Exchange Commission when evaluating our forward-looking statements.

**Non-GAAP Financial Measures**

This presentation contains five financial measures (Adjusted Net Income, Adjusted Net Income margin, Adjusted EBITDA (Earnings Before Interest, Taxes, Depreciation and Amortization) and Adjusted EBITDA margin) that are considered "non-GAAP" financial measures under applicable Securities and Exchange Commission rules and regulations. These non-GAAP financial measures should be considered supplemental to and not a substitute for financial information prepared in accordance with generally accepted accounting principles. The Company's definition of these non-GAAP measures may differ from similarly titled measures used by others. Adjusted Net Income adjusts for specified items that can be highly variable or difficult to predict or reflect the non-cash impact of charges resulting from purchase accounting. Adjusted Net Income margin is defined as Adjusted Net Income divided by total revenues. Adjusted EBITDA reflects net income excluding the impact of depreciation, amortization, interest expense and provision for income taxes as well as specified items that can be highly variable and the non-cash impact of certain purchase accounting adjustments (which are tax effected utilizing the statutory tax rate for the US). Adjusted EBITDA margin is defined as Adjusted EBITDA divided by total revenues. The Company views these non-GAAP financial measures as a means to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results and comparison to competitors' operating results. These non-GAAP financial measures reflect an additional way of viewing aspects of the Company's operations that, when viewed with GAAP results and the reconciliations to the corresponding GAAP financial measure, may provide a more complete understanding of factors and trends affecting the Company's business. The determination of the amounts that are excluded from these non-GAAP financial measures are a matter of management judgment and depend upon, among other factors, the nature of the underlying expense or income amounts. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and publicly filed reports in their entirety. For additional on the non-GAAP financial measures noted here, please refer to the Reconciliation Tables provided in the Appendix to this presentation.

**Trademarks**

BioThrax® (Anthrax Vaccine Adsorbed), RSDL® (Reactive Skin Decontamination Lotion Kit), BAT® [Botulism Antitoxin Heptavalent (A,B,C,D,E,F,G)-(Equine)], Anthrasil® (Anthrax Immune Globulin Intravenous [human]), CNJ-016®  [Vaccinia Immune Globulin Intravenous (Human)], Trobigard® (atropine sulfate, obidoxime chloride), ACAM2000®, (Smallpox (Vaccinia) Vaccine, Live), Vivotif® (Typhoid Vaccine Live Oral Ty21a), Vaxchora® (Cholera Vaccine, Live, Oral), NARCAN® (naloxone HCl) Nasal Spray and any and all Emergent BioSolutions Inc. brands, products, services and feature names, logos and slogans are trademarks or registered trademarks of Emergent BioSolutions Inc. or its subsidiaries in the United States or other countries. All other brands, products, services and feature names or trademarks are the property of their respective owners.



# Who We Are
# What We Do



# Emergent delivers **PEACE OF MIND** in an uncertain world

# Who we are today



| | | |
|---|---|---|
| **~2,000**<br>Employees | **10**<br>Marketed products | **2**<br>Product candidates procured[1] |
| **$4.2B**<br>Market cap[2] | **$1.1B**<br>Total revenue 2019 | **$280M**<br>Adjusted EBITDA[3] 2019 |
| **19**<br>Global locations | **15+**<br>Pipeline products | **Molecule-to-market**<br>CDMO services |

1. AV7909 and Trobigard® are not approved by the FDA or any other health regulatory agency but are procured by certain authorized government agencies under special circumstances.
2. As of 05/08/2020
3. See the Appendix for non-GAAP reconciliation tables.

# Our marketed and specially-procured products



## Product types



Vaccines
(liquid, oral)



Therapeutics
(hyperimmune/mAb)



Medical devices
(device, drug-device
combination product)

### Anthrax

**Anthrasil®**
[Anthrax Immune
Globulin Intravenous
(human)]

**AV7909[1]**
[Anthrax Vaccine
Adsorbed (AVA),
Adjuvanted]

**BioThrax®**
(Anthrax Vaccine
Adsorbed)

**raxibacumab
injection**
A fully human
monoclonal antibody

### Smallpox

**ACAM2000®**
(Smallpox (Vaccinia)
Vaccine, Live)

**VIGIV CNJ-016®**
[Vaccinia Immune
Globulin Intravenous
(Human)]

### Travel Health

**Vaxchora®**
(Cholera Vaccine,
Live, Oral)

**Vivotif®**
(Typhoid Vaccine
Live Oral Ty21a)

### Opioids

**NARCAN®**
(naloxone HCl)
Nasal Spray

### Chemical

**RSDL®**
(Reactive Skin
Decontamination
Lotion Kit)

**Trobigard®[1]**
(atropine sulfate,
obidoxime chloride
auto-injector)

### Botulism

**BAT®**
[Botulism Antitoxin
Heptavalent
(A, B, C, D, E, F, G) -
(Equine)]



Public Health Threats

Emerging Infectious Disease

Travel Health

Emerging Health Crises

Acute | Emergency Care

CBRNE

## >$30B Market Opportunity

1.     AV7909 and Trobigard® are not approved by the FDA or any other health regulatory agency but are procured by certain authorized government agencies under special circumstances.

# Our services



## Molecule-to-market CDMO offerings



Development services
[DVS]



Drug substance
[DS]



Drug product &
packaging
[DP]

## Sustainable competitive advantages

- Foundational market approach

- Science and technology

- Industry-leading track record

- Speed and flexibility to market

- Tailored, individualized and integrated offerings

- 9 Global development & manufacturing sites

- Center for Innovation in Advanced Development and Manufacturing (CIADM)



## $20B Market Opportunity

# Strong track record of M&A



**2013**  RSDL. Reactive Skin Decontamination Lotion Kit — Hattiesburg, MS

**2014**  Anthrasil Anthrax Immune Globulin Intravenous (human)   BAT Botulism Antitoxin Heptavalent (A, B, C, D, E, F, G) - (Equine)   VIGIV [Vaccinia Immune Globulin Intravenous (Human)]   Winnipeg, Canada   Baltimore, MD (Camden)

**2015**  Auto-injector platform

**2017**  ACAM2000 (Smallpox (Vaccinia) Vaccine, Live)   Canton, MA   Rockville, MD   raxibacumab injection — A fully human monoclonal antibody

**2018**  Vivotif Typhoid Vaccine Live Oral Ty21a   Vaxchora (Cholera Vaccine, Live, Oral)   Bern, Switzerland   NARCAN (naloxone HCl) NASAL SPRAY

## Added $600M in annual revenue through acquisitions since 2017

# Consistent, diversified revenue growth…








# …Driving strong profitability



## Adjusted EBITDA*
($ Millions)



## Adjusted net income*
($ Millions)



\* See the Appendix for non-GAAP reconciliation tables.



# 2024 Growth Strategy

# 2024 strategic goals



- Double revenue to >$2B

- Grow in disciplined, profitable way; achieve adjusted EBITDA margin of 27%-30%[1]

- Expand and build scalable leadership positions in current and new public health threat (PHT) markets

- Invest in capabilities, innovation and operational excellence

1.    Defined as Adjusted EBITDA divided by total revenue.



# Core strategies driving the next five years





**Execute Core Business**

**Grow Through M&A**

**Strengthen R&D Portfolio**

**Build Scalable Capabilities**

**Evolve Culture**

# 2020-2024 corporate growth strategy targets large addressable market opportunities







**>$30B Market Opportunity**

**$20B Market Opportunity**

# Customer and partner mix provides platform for continued success

Case 2:21-cv-00955-DLR   Document 74-4   Filed 06/19/24   Page 16 of 41



| NGO | Government | Clinics/Distributors/Pharmacies | Pharma and Biotech |
|---|---|---|---|



















Small

Mid

Large

>50 customers

# Pipeline of vaccines



| Development Candidate | Threat | Partner | Priority Review Voucher Eligible* | Pre-Clinical | I | II | III | IV/LCM** |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Clinical Phase | | |
| **Vaxchora® - pediatric** *(Cholera vaccine, live, oral)* | Travel Health | - | - | | | | | |
| **AV7909** [Anthrax vaccine adsorbed (AVA), adjuvanted] | CBRNE | HHS-BARDA | - | | | | | |
| **CHIKV VLP\*\*\*** *Chikungunya virus VLP vaccine)* | Travel Health | - | ✓ | | | | **2020\*\*\*\*** | |
| **Shigella-ETEC** *(Live, attenuated Shigella vaccine expressing ETEC antigens)* | Travel Health | - | - | | | | | |
| **EBS-LASV** *(Vector vaccine for Lassa fever)* | EID | CEPI | - | | | | | |
| **UNI-FLU** *(Universal influenza vaccine)* | EID | - | - | | | | | |
| **rVSV-Marburg** *(Vector vaccine for treatment of Marburg virus disease)* | EID | - | - | | | | | |
| **rVSV-Sudan** *(Vector vaccine for treatment of Sudan virus disease)* | EID | - | - | | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
\*\* Life cycle management
\*\*\* Granted Fast Track Designation in December 2017 by the U.S. Food and Drug Administration
\*\*\*\* Target for First Subject enrollment.

# Pipeline of therapeutics



| Development Candidate | Threat | Partner | Priority Review Voucher Eligible* | Pre-Clinical | Clinical Phase | | |
|---|---|---|---|---|---|---|---|
| | | | | | I | II | III |
| **FLU-IGIV** <br> *(Seasonal influenza A therapeutic)* | Acute care | - | - | | | | **2021**** |
| **ZIKV-IG** <br> *(Zika virus therapeutic)* | EID | - | ✓ | | | | |
| **COVID-HIG**** <br> *(Human polyclonal hyperimmune with antibodies to SARS-CoV-2)* | EID | - | - | | **2020**** | | |
| **COVID-EIG**** <br> *(Equine-derived polyclonal hyperimmune with antibodies to SARS-CoV-2)* | EID | - | - | | **2020**** | | |
| **DAT** <br> *(Diphtheria antitoxin)* | Acute care | - | - | | | | |
| **Ricin-IG** <br> *(Ricin antitoxin)* | CBRNE | - | ✓ | | | | |
| **Pan-Ebola** <br> *(Ebola/Sudan monoclonal)* | EID | PHAC | ✓ | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
\*\* Target for First Subject enrollment.
\*\*\* Pandemic use.

# Pipeline of devices



| Development Candidate | Threat | Funding Partner | Priority Review Voucher Eligible* | Early Stage | | | Late Stage | |
|---|---|---|---|---|---|---|---|---|
| | | | | Concept | Feasibility | Development | Transition | Launch |
| **Medical Countermeasures** | | | | | | | | |
| **Trobigard** ** # *(Atropine sulfate, obidoxime chloride auto-injector)* | CBRNE | - | - | | | | | |
| **D4** *(2PAM/atropine)* | CBRNE | DoD - MCS | - | | | | | |
| **PC2A** *(Diazepam)* | CBRNE | DoD - MCS | - | | | | | |
| **SIAN** *(Stabilized isoamyl nitrite)* | CBRNE | HHS - BARDA/SwRI | - | | | | | |
| **Opioid Crisis** | | | | | | | | |
| **AP004** *(Naloxone prefilled syringe)* | Opioid Overdose Reversal | - | - | | | | | |
| **AP003** *(Naloxone multidose nasal spray)* | Opioid Overdose Reversal | - | - | | | | | |
| **AP007** *(Sustained-release nalmefene Injectable)* | Opioid Use Disorder | NIDA | - | | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
\*\* Trobigard is not approved by FDA or by any other regulatory agency but is procured by certain authorized government agencies under special circumstances. # Application submitted to a regulatory health authority in the European Union.

# M&A growth driven by a disciplined approach





## Criteria

- **Strategic fit**

- **Preference for products accretive in less than 24 months**

- **Ability to generate risk-adjusted returns**



# COVID-19 Response

# The universal response to COVID-19



Vaccines

Therapeutic Treatments

Health Care Services

Development & Manufacturing

Testing & Detection

# CDMO COVID-19 partnerships



| SERVICE OFFERINGS | | |
| --- | --- | --- |
| Development Services | Drug Substance | Drug Product |
| **SITES** | | |
| Gaithersburg, Maryland | Baltimore, Maryland (Bayview) | Baltimore, Maryland (Camden) |

| PARTNERSHIP ACTIVITIES | Development Services | Drug Substance | Drug Product |
| --- | --- | --- | --- |
| **NOVAVAX** — NVX-CoV2373 | ● | ● | ● |
| **VAXART** — COVID-19 | ● | ● | |
| **Johnson & Johnson** — COVID-19 | | ● | |

**Novavax**
- Agreement provides clinical supply to support Phase 1 trial in May 2020

**Vaxart**
- Agreement provides clinical supply to support Phase 1 trial in H2 2020

**Johnson & Johnson**
- Agreement to be the manufacturer of drug substance, enables readiness and reservation of certain capacity to provide large-scale manufacturing in 2021
- Long-term commercial supply agreement in negotiation

# Development of a hyperimmune treatment









## Immune Response

When a person is exposed to coronavirus, their body makes antibodies that recognize and help fight against the virus

## Collect Plasma

Plasma is collected from donors with identified antibody response to coronavirus

## Commercial Manufacturing

Plasma is pooled to get consistent levels of target antibodies. Antibodies are then purified, including steps for virus removal, in order to manufacture concentrated, uniform doses for administration to patients



## Administer Product

The hyperimmune product is administered to patients to help fight the infection and help speed up recovery, and to potentially protect people at risk for infection

# Expedited development pathway



| cGMP Manufacturing | Clinical | Pursue Emergency Use Authorization (EUA) |
|---|---|---|
| Lots produced as soon as plasma is collected | Phase 2 study in patients | COVID-19 efficacy and safety data |



**Safety**



**Plasma Expertise**



**Commercial Manufacturing**



**Leverage Regulatory Foundation**



# 1Q20 Financial Highlights

# Financial outlook highlights



**1** Solid 1Q20 financial performance

**4** 2020 full year guidance reaffirmed

**2** Strong liquidity position

**5** Responsibly confident in ability to sustain momentum in current uncertain environment

**3** Tailwinds in CDMO business mitigating softness in Travel Health

# Primary financial metrics



[$M]







1.    See the Appendix for a definition of non-GAAP terms and reconciliation tables.

# Strong capital structure and ample liquidity



(As of 03/31/2020)

**Cash** **$182M**

**Accounts receivable** **$163M**

**Undrawn revolver** **$245M**

**Solid credit profile supports significant financial flexibility**

# 2020 financial guidance – reaffirmed full year; 2Q20 total revenue established[1]



| Metric | Guidance Reaffirmed |
|---|---|
| **Total Revenue**<br>-- Anthrax Vaccines<br>-- ACAM2000<br>-- NARCAN Nasal Spray<br>-- **CDMO** | • **$1,175M – $1,275M**<br>-- $270M – $300M<br>-- $180M – $200M<br>-- $285M – $315M<br>-- **$125M – $145M** |
| **Adjusted Net Income**[2] | • **$160M – $210M** |
| **Adjusted EBITDA**[2] | • **$300M – $360M** |

2Q20 Total Revenue:  **$270M – $300M**

*Note: 2020 financial forecast does not include impact of M&A.*

1. Based upon the ranges provided in the press release issued by the Company on April 30, 2020.
2. See the Appendix for a definition of non-GAAP terms and a reconciliation tables.

# Summary takeaways



**Proven track record** – build from history of profitable, diversified revenue growth

**Scalable and sustainable business model** – deliver expanding offering of specialty products and services addressing global preparedness and response

**Established leader** – continue to build and scale leadership positions in select PHT markets where we have competitive advantages

**Strong financial foundation** – employ a disciplined capital deployment approach to support strategic objectives and drive shareholder value





# Reconciliation Tables

# Reconciliation of Net Income to Adjusted EBITDA – 2012-2020F



| ($ in millions) | Twelve Months Ended December 31, | | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2020F | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | |
| **Net Income** | **$105.0 to $155.0** | **$54.5** | **$62.7** | **$82.6** | **$62.5** | **$91.4** | **$54.3** | **$71.2** | **$58.2** | **NA** |
| Adjustments: | | | | | | | | | | |
| + Depreciation & Amortization | 111.0 to 121.0 | 110.7 | 61.3 | 40.8 | 34.9 | 31.2 | 29.4 | 18.3 | 9.7 | COGS, SG&A, R&D |
| + Total Interest Expense | 31.0 | 36.1 | 8.3 | 6.6 | 7.6 | 6.5 | 8.2 | -- | -- | Other Expense/(Income) |
| + Provision for Income Taxes | 48.0 | 22.9 | 18.8 | 36.0 | 36.7 | 44.3 | 29.9 | 12.3 | 9.8 | Income Taxes |
| + Change in fair value of contingent consideration | 1.0 | 24.8 | 3.1 | -- | -- | -- | -- | -- | -- | COGS |
| + Acquisition-related costs (transaction & integration) | 4.0 | 12.6 | 27.3 | 5.6 | 1.7 | 2.1 | 8.1 | 4.6 | 1.3 | SG&A |
| + IPR&D intangible asset impairment | -- | 12.0 | -- | -- | -- | -- | -- | -- | -- | R&D |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | 18.4 | 2.6 | 1.1 | 0.3 | 3.0 | -- | -- | COGS |
| + Exit and disposal costs | -- | -- | 0.4 | 1.5 | 11.8 | -- | 2.6 | 2.8 | -- | SG&A |
| Total Additional Adjustments | 195.0 to 205.0 | 55.5 | 49.2 | 9.7 | 14.6 | 2.4 | 13.7 | 7.4 | 1.3 | NA |
| **Adjusted EBITDA** | **$300.0 to $360.0** | **$279.7** | **$200.3** | **$175.7** | **$156.3** | **$175.8** | **$135.5** | **$109.2** | **$79.0** | **NA** |

# Reconciliation of Net Income to Adjusted Net Income – 2012-2020F



| ($ in millions) | Twelve Months Ended December 31, | | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2020F | 2019 | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | |
| **Net Income** | **$105.0 to $155.0** | **$54.5** | **$62.7** | **$82.6** | **$62.5** | **$91.4** | **$54.3** | **$71.2** | **$58.2** | **NA** |
| Adjustments: | | | | | | | | | | |
| + Non-cash amortization charges | 64.0 | 61.7 | 25.9 | 10.4 | 8.5 | 8.8 | 10.2 | 2.0 | -- | Intangible Asset Amortization, Other |
| + Change in fair value of contingent consideration | 1.0 | 24.8 | 3.1 | -- | -- | -- | -- | -- | -- | COGS |
| + Acquisition-related costs (transaction & integration) | 4.0 | 12.6 | 27.3 | 5.6 | 1.7 | 2.1 | 8.1 | 4.6 | 1.3 | SG&A |
| + IPR&D intangible asset impairment | -- | 12.0 | -- | -- | -- | -- | -- | -- | -- | R&D |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | 18.4 | 2.6 | 1.1 | 0.3 | 3.0 | -- | -- | COGS |
| + Exit and disposal costs | -- | -- | 0.4 | 1.5 | 11.7 | -- | 2.6 | 2.8 | -- | SG&A |
| Tax effect | (14.0) | (19.4) | (15.1) | (7.0) | (8.0) | (4.0) | (8.4) | (3.3) | (0.5) | NA |
| Total Adjustments | 55.0 | 97.8 | 60.0 | 13.1 | 15.0 | 7.4 | 15.5 | 6.1 | 0.8 | NA |
| **Adjusted Net Income** | **$160.0 to $210.0** | **$152.3** | **$122.7** | **$95.7** | **$77.5** | **$98.8** | **$69.8** | **$77.3** | **$59.0** | **NA** |

# Reconciliation of Net Income to Adjusted EBITDA – 1Q18, 1Q19, 1Q20



| ($ in millions) | Twelve Months Ended December 31, | | | Source |
|---|---|---|---|---|
| | 1Q2020 | 1Q2019 | 1Q2018 | |
| **Net Loss** | **($12.5)** | **($26.0)** | **($4.9)** | **NA** |
| Adjustments: | | | | |
| + Depreciation & Amortization | 28.2 | 26.6 | 12.3 | COGS, SG&A, R&D |
| + Total Interest Expense, net | 7.8 | 9.0 | 0.2 | Other Expense/(Income) |
| + Provision for Income Taxes | (8.8) | (11.8) | (4.5) | Income Taxes |
| + Change in fair value of contingent consideration | 0.6 | 1.6 | -- | COGS |
| + Acquisition-related costs (transaction & integration) | -- | 4.0 | 0.2 | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | 5.0 | -- | COGS |
| Total Additional Adjustments | 27.8 | 34.4 | 8.2 | NA |
| **Adjusted EBITDA** | **$15.3** | **8.4** | **$3.3** | **NA** |

# Reconciliation of Net Income to Adjusted Net Income – 1Q18, 1Q19, 1Q20



| ($ in millions) | Twelve Months Ended December 31, | | | Source |
|---|---|---|---|---|
| | 1Q2020 | 1Q2019 | 1Q2018 | |
| **Net Loss** | **($12.5)** | **($26.0)** | **($4.9)** | **NA** |
| Adjustments: | | | | |
| + Non-cash amortization charges | 15.5 | 15.3 | 4.0 | SG&A, Other Income |
| + Change in fair value of contingent consideration | 0.6 | 1.6 | -- | SG&A |
| + Acquisition-related costs (transaction & integration) | -- | 4.0 | 0.2 | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | 5.0 | -- | COGS |
| Tax effect | (3.3) | (5.1) | (0.9) | NA |
| Total Adjustments | 12.8 | 20.8 | 3.3 | NA |
| **Adjusted Net Income (Loss)** | **$0.3** | **($5.2)** | **($1.6)** | **NA** |



# Appendix

# History of relative outperformance (as of 04/30/2020)



SOURCE: Nasdaq Corporate Services, May 2020.

# Supporting data – Relative Outperformance Chart



| | $10,000 | | | | |
|---|---|---|---|---|---|
| | SINCE IPO | 10 YEAR | 5 YEAR | 3 YEAR | 1 YEAR |
| EBS | 569.23% | 380.96% | 163.73% | 147.24% | 43.09% |
| SLY | 139.54% | 129.46% | 17.87% | -5.12% | -19.47% |
| NBI | 388.53% | 329.79% | 14.22% | 27.26% | 17.41% |
| Russell2K | 99.35% | 109.84% | 15.27% | -2.44% | -16.39% |
| S&P 500 | 176.81% | 202.21% | 54.74% | 29.66% | 0.86% |
| | | | | | |
| EBS | $66,923.34 | $48,096.02 | $26,372.62 | $24,724.18 | $14,309.20 |
| SLY | $23,954.42 | $22,945.51 | $11,786.57 | $9,487.94 | $8,053.47 |
| NBI | $48,853.16 | $42,979.39 | $11,422.01 | $12,725.77 | $11,740.75 |
| Russell2K | $19,935.00 | $20,984.00 | $11,527.00 | $9,756.00 | $8,361.00 |
| S&P 500 | $27,680.54 | $30,221.31 | $15,473.76 | $12,966.01 | $10,086.31 |

SOURCE: Nasdaq Corporate Services, May 2020.

# Glossary of Terms



| Term | Definition |
|------|-----------|
| ANVISA | National Health Surveillance Agency Brazil |
| BARDA | Biomedical Advanced Research and Development Authority |
| BMGS | Federal Ministry of Health Germany |
| BSL3 | A biosafety level of biocontainment precautions required to isolate dangerous agents in an enclosed laboratory facility |
| CAGR | Compound annual growth rate |
| CBRNE | Chemical, Biological, Radiological, Nuclear, and Explosives |
| CDC | Centers for Disease Control and Prevention |
| CDMO | Contract development and manufacturing organization |
| CEPI | Coalition for Epidemic Preparedness Innovations |
| cGMP | Certified Good Manufacturing Practices |
| DHS | U.S. Department of Homeland Security |
| DoD | U.S. Department of Defense |
| DOS | U.S. Department of State |
| DTRA | U.S. Defense Threat Reduction Agency |
| EBITDA | Earnings before interest, tax, depreciation and amortization |
| EID | Emerging Infectious Disease |

# Glossary of terms



| Term | Definition |
| --- | --- |
| EMA | European Medicines Agency |
| EUA | Emergency Use Authorization |
| FDA | U.S. Food and Drug Administration |
| GAAP | U.S. Generally Accepted Accounting Principles |
| HHS | U.S. Department of Health and Human Services |
| M&A | Mergers and acquisitions |
| MCS | Medical Countermeasure Systems |
| MCMs | Medical countermeasures |
| MHRA | Medicines and Healthcare Products Regulatory Agency U.K. |
| MRMC | United States Army Medical Research and Materiel Command |
| NGOs | Non-governmental organizations |
| PHAC | Public Health Agency Canada |
| PMDA | Pharmaceuticals and Medical Devices Agency |
| SwRI | Southwest Research Institute |
| USG | United States Government |