# Exhibit 20



# Corporate Overview

## 2020 Intellisight Conference

Robert G. Burrows
Vice President, Investor Relations

**August 12, 2020**

# Forward-looking statements / Non-GAAP financial measures / trademarks



**Safe-Harbor Statement**

This presentation includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements, other than statements of historical fact, including, without limitation, our financial forecast and guidance, statements regarding our continued success, becoming a Fortune 500 company, our sustainable business model and competitive advantages, building on scalable capabilities, statements about consistent, diversified growth, profitability, doubling revenues and achieving target adjusted EBITDA margin, covering a larger portion of the public health threat market, growth through M&A, strengthening our R&D portfolio, the ability to advance potential solutions to combat the novel strain of coronavirus (SARS-CoV-2) causing COVID-19 disease; statements regarding related future large-scale manufacturing dose capacity; the negotiation of a future long-term commercial supply agreement with Johnson & Johnson; the results of clinical trials; the pursuit of Emergency Use Authorization; tailwinds in our CDMO business; as well as our ability to sustain momentum in the current uncertain economic environment and other key growth areas and related future market opportunities and any other statements containing the words "will," "believes," "expects," "anticipates," "intends" "plans," "targets," "forecasts," "estimates" and similar expressions in conjunction with, among other things, discussions of the Company's outlook, financial performance or financial condition, financial and operation goals, strategic goals, growth strategy, product sales, government development or procurement contracts or awards, government appropriations, manufacturing capabilities, and the timing of certain regulatory approvals or expenditures are forward-looking statements. These forward-looking statements are based on our current intentions, beliefs and expectations regarding future events. We cannot guarantee that any forward-looking statement will be accurate. Investors should realize that if underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could differ materially from our expectations. Investors are, therefore, cautioned not to place undue reliance on any forward-looking statement. Any forward-looking statements speak only as of the date of this presentation, and, except as required by law, we do not undertake to update any forward-looking statement to reflect new information, events or circumstances.

There are a number of important factors that could cause the Company's actual results to differ materially from those indicated by such forward-looking statements, including the availability of funding and the exercise of options under our anthrax vaccine contracts; appropriations for the procurement of our products; our ability to continue deliveries of AV7909, ACAM and VIGIV to the SNS; our ability to secure Emergency Use Authorization designation and eventual licensure of AV7909 from the FDA within the anticipated timeframe, if at all; availability of funding for our U.S. government grants and contracts; our ability to successfully integrate and develop the operations, products or product candidates, programs, and personnel of any entities, businesses or products that we acquire, including our acquisitions of PaxVax and Adapt Pharma; our ability to complete expected deliveries of anthrax vaccines, BAT and raxibacumab; our ability to establish a multi-year follow-on contract for raxibacumab; our ability to identify and acquire or in-license products or product candidates that satisfy our selection criteria; our ability and the ability of our collaborators to defend underlying patents from infringement by generic naloxone entrants; whether anticipated synergies and benefits from an acquisition or in-license will be realized within expected time periods, if at all; our ability to utilize our manufacturing facilities and expand our capabilities; our ability and the ability of our contractors and suppliers to maintain compliance with Current Good Manufacturing Practices and other regulatory obligations; the results of regulatory inspections; the success of our ongoing and planned development programs; the timing and results of clinical trials; the timing of and our ability to obtain and maintain regulatory approvals for our product candidates; and our commercialization, marketing and manufacturing capabilities and strategy. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from our expectations in any forward-looking statement. Investors should consider this cautionary statement as well as the risk factors identified in our periodic reports filed with the Securities and Exchange Commission when evaluating our forward-looking statements.

**Non-GAAP Financial Measures**

This presentation contains five financial measures (Adjusted Net Income, Adjusted Net Income margin, Adjusted EBITDA (Earnings Before Interest, Taxes, Depreciation and Amortization) and Adjusted EBITDA margin) that are considered "non-GAAP" financial measures under applicable Securities and Exchange Commission rules and regulations. These non-GAAP financial measures should be considered supplemental to and not a substitute for financial information prepared in accordance with generally accepted accounting principles. The Company's definition of these non-GAAP measures may differ from similarly titled measures used by others. Adjusted Net Income adjusts for specified items that can be highly variable or difficult to predict or reflect the non-cash impact of charges resulting from purchase accounting. Adjusted Net Income margin is defined as Adjusted Net Income divided by total revenues. Adjusted EBITDA reflects net income excluding the impact of depreciation, amortization, interest expense and provision for income taxes as well as specified items that can be highly variable and the non-cash impact of certain purchase accounting adjustments (which are tax effected utilizing the statutory tax rate for the US). Adjusted EBITDA margin is defined as Adjusted EBITDA divided by total revenues. The Company views these non-GAAP financial measures as a means to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results and comparison to competitors' operating results. These non-GAAP financial measures reflect an additional way of viewing aspects of the Company's operations that, when viewed with GAAP results and the reconciliations to the corresponding GAAP financial measure, may provide a more complete understanding of factors and trends affecting the Company's business.  The determination of the amounts that are excluded from these non-GAAP financial measures are a matter of management judgment and depend upon, among other factors, the nature of the underlying expense or income amounts. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and publicly filed reports in their entirety. For additional on the non-GAAP financial measures noted here, please refer to the Reconciliation Tables provided in the Appendix to this presentation.

**Trademarks**

BioThrax® (Anthrax Vaccine Adsorbed), RSDL® (Reactive Skin Decontamination Lotion Kit), BAT® [Botulism Antitoxin Heptavalent (A,B,C,D,E,F,G)-(Equine)], Anthrasil® (Anthrax Immune Globulin Intravenous [human]), CNJ-016®   [Vaccinia Immune Globulin Intravenous (Human)], Trobigard® (atropine sulfate, obidoxime chloride), ACAM2000®, (Smallpox (Vaccinia) Vaccine, Live), Vivotif® (Typhoid Vaccine Live Oral Ty21a), Vaxchora® (Cholera Vaccine, Live, Oral), NARCAN® (naloxone HCl) Nasal Spray and any and all Emergent BioSolutions Inc. brands, products, services and feature names, logos and slogans are trademarks or registered trademarks of Emergent BioSolutions Inc. or its subsidiaries in the United States or other countries. All other brands, products, services and feature names or trademarks are the property of their respective owners.

Intellisight Conference 2020



# Who We Are
# What We Do



# Emergent delivers **PEACE OF MIND** in an uncertain world

# Who we are today



## LTM 6/30/20 Revenue Breakdown

**$1,259MM LTM 6/30/20 Total Revenue**

**$455MM[1] LTM 6/30/20 Adjusted EBITDA**



Pie chart:
- Narcan Nasal Spray 23%
- ACAM2000 21%
- Anthrax Vaccines 25%
- CDMO 11%
- C&G[2] 8%
- Other Products 12%

## Business Description

Emergent is a global life sciences company focused on providing **specialty pharmaceutical products and solutions** and **contract development and manufacturing (CDMO) services** that address several categories of **public health threats**

- **10** marketed products and **2** product candidates procured by governments and commercial entities*

- **9** CDMO sites serving **50+** customers across the pharma/biopharma industry and U.S. government (USG)

- **15+** pipeline products

- **~2,000** employees across **19** global locations

- **$6.8B** market capitalization[3]

[1] Adj. EBITDA definition excludes stock-based compensation expense
[2] C&G refers to Contracts & Grants
[3] As of 8/10/20
* AV7909 and Trobigard are not approved by the FDA or any other health regulatory agency but are procured by certain authorized government agencies under special circumstances
Note: Please refer to the Appendix for non-GAAP reconciliation and definition

# Our marketed and specially-procured products



## Product types



Vaccines
(liquid, oral)



Therapeutics
(hyperimmune/mAb)



Medical devices
(device, drug-device
combination product)

### Anthrax

**Anthrasil®**
[Anthrax Immune
Globulin Intravenous
(human)]

**AV7909[1]**
[Anthrax Vaccine
Adsorbed (AVA),
Adjuvanted]

**BioThrax®**
(Anthrax Vaccine
Adsorbed)

**raxibacumab
injection**
A fully human
monoclonal antibody

### Smallpox

**ACAM2000®**
(Smallpox (Vaccinia)
Vaccine, Live)

**VIGIV CNJ-016®**
[Vaccinia Immune
Globulin Intravenous
(Human)]

### Travel Health

**Vaxchora®**
(Cholera Vaccine,
Live, Oral)

**Vivotif®**
(Typhoid Vaccine
Live Oral Ty21a)

### Opioids

**NARCAN®**
(naloxone HCl)
Nasal Spray

### Chemical

**RSDL®**
(Reactive Skin
Decontamination
Lotion Kit)

**Trobigard®[1]**
(atropine sulfate,
obidoxime chloride
auto-injector)

### Botulism

**BAT®**
[Botulism Antitoxin
Heptavalent
(A, B, C, D, E, F, G) -
(Equine)]



**>$30B Market
Opportunity**

1. AV7909 and Trobigard® are not approved by the FDA or any other health regulatory agency but are procured by certain authorized government agencies under special circumstances.

# Our key solutions

| Anthrax | Smallpox | Opioids |
|---|---|---|
| **BioThrax®**: Vaccine against anthrax disease<br><br>**AV7909***: Next generation vaccine candidate against anthrax disease<br><br>**Anthrasil®**: Therapeutic for inhalational anthrax<br><br>**Raxibacumab**: Therapeutic for inhalational anthrax | **ACAM2000®**: Vaccine for smallpox<br><br>**VIGIV CNJ-016®**: Therapeutic for smallpox vaccine complications | **NARCAN® Nasal Spray**: Drug/device combination for treatment of opioid overdose |

   

BioThrax®   AV7909*   Anthrasil®   Raxibacumab injection

 

ACAM2000®   VIGIV CNJ-016®



NARCAN® Nasal Spray

### *Key Highlights*

| Anthrax | Smallpox | Opioids |
|---|---|---|
| ✓ **Sole supplier** to US government of medical countermeasures for anthrax vaccination<br><br>✓ Initial vaccine contract awarded in 1997 and 7 consecutive renewal cycles | ✓ ACAM2000® and VIGIV are the **cornerstone smallpox products** in the USG stockpile<br><br>✓ Secured a **10-year contract** with the USG **valued at $2B** for ACAM2000®<br><br>✓ Government plan to protect entire U.S. population from smallpox | ✓ **First and only** FDA-approved intranasal form of naloxone in market<br><br>✓ **Market leader** in public and retail segments<br><br>✓ **97% of insured lives have coverage** |

* AV7909 is not approved by the FDA or any other health regulatory agency but is procured by certain authorized government agencies under special circumstances



# Our key solutions

| Travel Health | Chemical | Botulism |
|---|---|---|
| ■ **Vaxchora®**: Vaccine for cholera (oral)<br><br>■ **Vivotif®**: Vaccine for typhoid (oral) | ■ **RSDL®**: Device to neutralize/remove chemical warfare agents from skin<br><br>■ **Trobigard®\***: Product candidate for nerve agent poisoning | ■ **BAT®**: Therapeutic that treats botulism |
| <br>Vaxchora®            Vivotif® | <br>RSDL® | <br>BAT® |

| *Key Highlights* | | |
|---|---|---|
| ✓ Vaxchora® is the **first and only** FDA-approved cholera vaccine<br>✓ Vivotif® is the **only oral typhoid vaccine** | ✓ RSDL® is the **only FDA-cleared decontaminant** for its product indication<br>✓ Currently pursuing approval for Trobigard in Belgium | ✓ **Only product to treat all seven types of botulism** licensed by the FDA |

\* Trobigard is not approved by the FDA or any other health regulatory agency but is procured by certain authorized government agencies under special circumstances

# Our CDMO overview



## Molecule-to-market CDMO offerings



Development services
[DVS]



Drug substance
[DS]



Drug product & packaging
[DP]

## Sustainable competitive advantages

- Foundational market approach

- Science and technology

- Industry-leading track record

- Speed and flexibility to market

- Tailored, individualized and integrated offerings

- 9 Global development & manufacturing sites

- Center for Innovation in Advanced Development and Manufacturing (CIADM)



### $20B Market Opportunity

# Our CDMO services, capabilities and sites



| Site | Technologies | Capability | | | | Acquisition | Development, Manufacturing and Compliance Excellence | CDMO | |
|------|-------------|------------|------|------|-------|-------------|-------------------------------------------------------|------|---|
| | | DVS | DS | DP | CIADM | | | | |
| Baltimore, MD (Bayview) | Mammalian, Microbial, Viral, BSL2 | | ● | | ● | | | | Single-use technology, 1 of 3 CIADM facilities in the U.S. |
| Baltimore, MD (Camden) | Small molecule, Mammalian, Microbial, Viral | | | ● | ◌ | | | | New flex-fill line expected to be on-line in Q1 2021, doubling of capacity |
| Lansing, MI | Microbial, BSL2/3 | | ● | | ◌ | | | | New BSL3 dedicated suite for small- to mid-volume products |
| Winnipeg, Manitoba, Canada | Plasma | ● | ● | ● | | | | | Molecule-to-market offering for plasma |
| Gaithersburg, MD | Mammalian, Microbial, Viral, BSL2 | ● | | | ◌ | | | | CoE for process, formulation and analytical development |
| Rockville, MD | Viral, BSL2 | | | ● | ◌ | | | | State-of-the-art fill line expansion under assessment |
| Bern, Switzerland | Mammalian, Microbial, Viral | | ● | | | | | | EU launch platform, molecule-to-market expansion under assessment |
| Canton, MA | Viral, BSL2 | | ● | | ◌ | | | | State-of-the-art DS expansion under assessment |
| Hattiesburg, MS | Packaging | | | ● | | | | | Customized offering under assessment |

● Development Services    ● Drug Substance    ● Drug Product    ● Center for Innovation in Advanced Development and Manufacturing (CIADM)    ◌ Potential CIADM

**~$200M of investments in capabilities and capacities: ~$50M Camden; $85.5M Rockville; ~$75M Canton**

# Our development pipeline – vaccines



| Development Candidate | Threat | Partner | Priority Review Voucher Eligible* | Pre-Clinical | Clinical Phase | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | I | II | III | IV/LCM** |
| **Vaxchora® - pediatric** *(Cholera vaccine, live, oral)* | Travel Health | - | - | | | | | |
| **AV7909** [Anthrax vaccine adsorbed (AVA), adjuvanted] | CBRNE | HHS-BARDA | - | | | | | |
| **CHIKV VLP*** *Chikungunya virus VLP vaccine)* | Travel Health | - | ✓ | | | | **2021****** | |
| **Shigella-ETEC** *(Live, attenuated Shigella vaccine expressing ETEC antigens)* | Travel Health | - | - | | | | | |
| **EBS-LASV** *(Vector vaccine for Lassa fever)* | EID | CEPI | - | | | | | |
| **UNI-FLU** *(Universal influenza vaccine)* | EID | - | - | | | | | |
| **rVSV-Marburg** *(Vector vaccine for treatment of Marburg virus disease)* | EID | - | - | | | | | |
| **rVSV-Sudan** *(Vector vaccine for treatment of Sudan virus disease)* | EID | - | - | | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
\*\* Life cycle management
\*\*\* Granted Fast Track Designation in December 2017 by the U.S. Food and Drug Administration
\*\*\*\* Target for First Subject enrollment.

# Our development pipeline – therapeutics



| Development Candidate | Threat | Partner | Priority Review Voucher Eligible* | Pre-Clinical | Clinical Phase | | |
|---|---|---|---|---|---|---|---|
| | | | | | I | II | III |
| **FLU-IGIV** *(Seasonal influenza A therapeutic)* | Acute care | - | - | | | | **2021**** |
| **ZIKV-IG** *(Zika virus therapeutic)* | EID | - | ✓ | | | | |
| **COVID-HIG**** *(Human polyclonal hyperimmune with antibodies to SARS-CoV-2)* | EID | - | - | | | **2020**** | |
| **COVID-EIG**** *(Equine-derived polyclonal hyperimmune with antibodies to SARS-CoV-2)* | EID | - | - | | | **2020**** | |
| **DAT** *(Diphtheria antitoxin)* | Acute care | - | - | | | | |
| **Ricin-IG** *(Ricin antitoxin)* | CBRNE | - | ✓ | | | | |
| **Pan-Ebola** *(Ebola/Sudan monoclonal)* | EID | PHAC | ✓ | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
\*\* Target for First Subject enrollment.
\*\*\* Pandemic use.

# Our development pipeline – devices



| Development Candidate | Threat | Funding Partner | Priority Review Voucher Eligible* | Early Stage | | | Late Stage | |
|---|---|---|---|---|---|---|---|---|
| | | | | Concept | Feasibility | Development | Transition | Launch |
| **Medical Countermeasures** | | | | | | | | |
| **Trobigard** \*\* # <br>*(Atropine sulfate, obidoxime chloride auto-injector)* | CBRNE | – | – | | | | | |
| **D4** <br>*(2PAM/atropine)* | CBRNE | DoD - MCS | – | | | | | |
| **PC2A** <br>*(Diazepam)* | CBRNE | DoD - MCS | – | | | | | |
| **SIAN** <br>*(Stabilized isoamyl nitrite)* | CBRNE | HHS - BARDA | – | | | | | |
| **Opioid Crisis** | | | | | | | | |
| **AP004** <br>*(Naloxone prefilled syringe)* | Opioid Overdose Reversal | – | – | | | | | |
| **AP003** <br>*(Naloxone multidose nasal spray)* | Opioid Overdose Reversal | – | – | | | | | |
| **AP007** <br>*(Sustained-release nalmefene Injectable)* | Opioid Use Disorder | NIDA | – | | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
\*\* Trobigard is not approved by FDA or by any other regulatory agency but is procured by certain authorized government agencies under special circumstances. # Application submitted to a regulatory health authority in the European Union.

# Strong track record of M&A



**2013**


Hattiesburg, MS

**2014**

  

Winnipeg, Canada    Baltimore, MD (Camden)

**2015**    Auto-injector platform

**2017**

 
Canton, MA

Rockville, MD

**raxibacumab injection**
A fully human monoclonal antibody

**2018**

  
Bern, Switzerland
 

## Added $600M in annual revenue through acquisitions since 2017



# 2024 Growth Strategy

# 2024 strategic goals



- Double revenue to **>$2B**

- Grow in disciplined, profitable way; achieve adjusted EBITDA margin of **27%-30%**[1]

- Expand and build scalable leadership positions in current and new public health threat (PHT) markets

- Invest in capabilities, innovation and operational excellence

1.    Defined as Adjusted EBITDA divided by total revenue.



# Core strategies driving the next five years





**Execute Core Business**

**Grow Through M&A**

**Strengthen R&D Portfolio**

**Build Scalable Capabilities**

**Evolve Culture**

# 2020-2024 corporate growth strategy targets large addressable market opportunities

Case 8:21-cv-00955-SB Document 72-22 Filed 06/19/23 Page 19 of 52







### >$30B Market Opportunity

### $20B Market Opportunity

# M&A growth driven by a disciplined approach





## Criteria

- **Strategic fit**

- **Preference for products accretive in less than 24 months**

- **Ability to generate risk-adjusted returns**



# COVID-19 Response

# COVID-19 update



## COVID-19 Universal Response



## EBS Opportunity

**New CDMO Wins Across Government and Non-Government Customers…**









**…Representing >$1.5B of contracted revenue signed within the last 4 months**

# COVID-19 CDMO partnerships overview





| | SERVICE OFFERINGS | | |
| --- | --- | --- | --- |
| Development Services | Drug Substance | Drug Product | |
| **SITES** | | | |
| Gaithersburg, MD | Baltimore, MD (Bayview) | Baltimore, MD (Camden) | Rockville, MD |
| **PARTNERSHIP ACTIVITIES** | | | |
| BARDA | | ● | ● | ● |
| Johnson&Johnson | | ● | | |
| AstraZeneca | ● | ● | | |
| VAXART | ● | ● | | |
| NOVAVAX | ● | ● | ● | |

# New COVID-19 CDMO partnerships



**New CDMO Partnerships with Government & Non-Government Customers for COVID-19 Vaccine Candidates**

- Announced collaborations with Johnson & Johnson, AstraZeneca, Novavax and Vaxart to develop and manufacture COVID-19 vaccine candidates

- Expanded existing partnership with the USG under "Operation Warp Speed" to accelerate efforts for COVID-19 investigational vaccines, including:

  - **$543MM** to provide CDMO services and commit manufacturing capacity

  - **$85MM** to expand viral and non-viral CDMO drug product fill/finish capacity

| Announced COVID-19 Related CDMO Contracts | | | | |
|---|---|---|---|---|
| Contract Party | Announced | Value | Start Date | Duration |
| BARDA | 6/1 | $628MM | 2020 | 1+ year |
| Johnson & Johnson | 7/6<br>4/23 | $480MM[1]<br>$135MM | 2021<br>2020 | 5 years<br>1+ year |
| AstraZeneca | 7/27<br>6/11 | $174MM[2]<br>$87MM | 2020<br>2020 | 3 years<br>1 year |
| Novavax | 3/10 | Not Disclosed | 2020 | Not Disclosed |
| Vaxart | 3/18 | Not Disclosed | 2020 | Not Disclosed |

[1] Reflects value in years 1 and 2, combined
[2] Reflects value in year 1

**>$1.5B of contracted CDMO revenue signed since March**

# Development of potential COVID-19 therapeutics



**Two COVID-19 Treatment Candidates in Development Under Collaboration with Government & Non-Government Partners**

- In March, announced the development of two product candidates for COVID-19 treatment: COVID-HIG and COVID-EIG

- In April, awarded contract from the USG to provide funding and support development of COVID-HIG

  – Contract with BARDA valued at up to **$15MM**

  – NIH to include COVID-HIG in a clinical study

  – Collaborating with FDA to expedite development process

- In July, announced partnership with Mount Sinai Health System and ImmunoTek Bio Centers to develop, manufacture, and conduct clinical trials to evaluate COVID-HIG

  – Includes up to **$35MM** in funding from the U.S. DOD

  – Anticipate entering Phase 2 of clinical studies late summer with potential data by year-end

| Announced COVID-19 Related Development Contracts | | | |
|---|---|---|---|
| Contract Party | Announced | Value | Start Date |
| U.S. DoD | 7/8 | $35MM | 2020 |
| BARDA | 4/2 | $15MM | 2020 |

**~$50MM of development funding signed since March**

**HIG Update**

Anticipate initiation of Phase 3 trial August 2020



# Financial Highlights

# Primary financial metrics – 2Q



[$M]







1.    See the Appendix for a definition of non-GAAP terms and reconciliation tables.

# Key margins – 2Q









1.    Net R&D is calculated as gross R&D less contracts & grants revenue; net R&D margin is calculated as net R&D as a function of adjusted revenue, which is calculated as total revenue less contracts & grants revenue.

# Total revenue mix – 2Q



- **Product Sales** (teal)
- **Contract Manufacturing** (orange)
- **C&G** (grey)

[$M]

**2Q18**



$24
$17
$220
$180

**2Q19**

$41
$19
$243
$183

**2Q20**

$24
$73
$395
$299

11%
7%
$220
82%

17%
8%
$243
75%

6%
18%
$395
76%

# Total revenue – Sources mix – 2Q



■ US Government Revenues
■ Non-US Government Revenues

[$M]

## 2Q18

$35
$220
$185

$220
16%
84%

## 2Q19

$110
$243
$133

$243
45%
55%

## 2Q20

$105
$395
$290

$395
27%
73%

# Product sales mix – 2Q



- Anthrax vaccines
- ACAM2000
- NARCAN Nasal Spray
- Other products

*[$M]*



# Primary financial metrics – YTD



[$M]







1.  See the Appendix for a definition of non-GAAP terms and reconciliation tables.

# Key margins – YTD









1.    Net R&D is calculated as gross R&D less contracts & grants revenue; net R&D margin is calculated as net R&D as a function of adjusted revenue, which is calculated as total revenue less contracts & grants revenue.

# Total revenue mix – YTD



- Product Sales
- Contract Manufacturing
- C&G

[$M]

## 6M18



$32
$50
$338
$256

## 6M19

$63
$35
$434
$336

## 6M20

$46
$94
$587
$447

10%
15%
$338
76%

14%
8%
$434
78%

8%
16%
$587
76%

# Total revenue – Sources mix – YTD



- ■ US Government Revenues
- ■ Non-US Government Revenues

*[$M]*

## 6M18

$72
$338
$266

21%
$338
79%

## 6M19

$207
$434
$227

48%
$434
52%

## 6M20

$212
$587
$375

36%
$587
64%

# Product sales mix – YTD



- ■ Anthrax vaccines
- ■ ACAM2000
- ■ NARCAN Nasal Spray
- ■ Other products

*[$M]*



# Strong capital structure and ample liquidity



(As of 06/30/2020)

**Cash** **$269M**

**Accounts receivable** **$259M**

**Undrawn revolver** **$244M**

## 08/07

**Closed on $450M 3.875% Senior Unsecured Notes Due 2028**

- $353M repaid existing borrowings
- Remainder to cash

# 2020 financial guidance – significant upward revision; 3Q20 total revenue established[1]



Case 3:21-cv-00955-DCG   Document 121-2   Filed 05/29/22   Page 38 of 52

| Metric | Revised Reaffirmed | Previous |
|---|---|---|
| **Total Revenue**<br>-- Anthrax Vaccines<br>-- ACAM2000<br>-- NARCAN Nasal Spray<br>-- **CDMO** | • **$1,500M – $1,600M**<br>-- $320M – $350M<br>-- $180M – $200M<br>-- $285M – $315M<br>-- **$440M – $460M** | • $1,175M – $1,275M<br>-- $270M – $300M<br>-- $180M – $200M<br>-- $285M – $315M<br>-- $125M – $145M |
| **Adjusted Net Income**[2] | • **$340M – $390M** | • $160M – $210M |
| **Adjusted EBITDA**[2] | • **$535M – $600M** | • $300M – $360M |

3Q20 Total Revenue:  **$420M – $450M**

*Note: 2020 financial forecast does not include impact of M&A.*

1. Based upon the ranges provided in the press release issued by the Company on July 30, 2020.
2. See the Appendix for a definition of non-GAAP terms and a reconciliation tables.



# Key Takeaways

# Summary takeaways



**Proven track record** – build from history of profitable, diversified revenue growth

**Scalable and sustainable business model** – deliver expanding offering of specialty products and services addressing global preparedness and response

**Established leader** – continue to build and scale leadership positions in select PHT markets where we have competitive advantages

**Strong financial foundation** – employ a disciplined capital deployment approach to support strategic objectives and drive shareholder value





# Reconciliation Tables

# Reconciliation of Net Income to Adjusted EBITDA – 2Q20, 2Q19, 2Q18



| ($ in millions) | Three Months Ended June 30, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| **Net Income (Loss)** | **$92.7** | **($9.5)** | **$50.1** |
| Adjustments: | | | |
| + Depreciation & Amortization | 28.6 | 27.2 | 12.2 |
| + Total Interest Expense, net | 6.3 | 8.8 | 1.0 |
| + Provision (Benefit) for (from) Income Taxes | 28.0 | (5.6) | 15.7 |
| + Changes in fair value of contingent consideration | 0.5 | 3.9 | -- |
| + Acquisition-related costs (transaction & integration) | -- | 3.5 | 1.4 |
| + Impact of purchase accounting on inventory step-up | -- | 1.1 | -- |
| Total Additional Adjustments | 63.4 | 38.9 | 30.3 |
| **Adjusted EBITDA** | **$156.1** | **$29.4** | **$80.4** |

# Reconciliation of Net Income to Adjusted EBITDA – 6M20, 6M19, 6M18



| ($ in millions) | Six Months Ended June 30, | | |
|---|---|---|---|
| | **2020** | **2019** | **2018** |
| **Net Income (Loss)** | **$80.2** | **($35.6)** | **$45.2** |
| Adjustments: | | | |
| + Depreciation & Amortization | 56.8 | 53.8 | 24.5 |
| + Total Interest Expense, net | 14.1 | 17.8 | 1.2 |
| + Provision (Benefit) for (from) Income Taxes | 19.2 | (17.4) | 11.2 |
| + Changes in fair value of contingent consideration | 1.1 | 5.5 | -- |
| + Acquisition-related costs (transaction & integration) | -- | 7.4 | 1.6 |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | -- |
| Total Additional Adjustments | 91.2 | 73.2 | 38.5 |
| **Adjusted EBITDA** | **$171.4** | **$37.6** | **$83.7** |

# Reconciliation of Net Income to Adjusted EBITDA – 2020 Guidance



| ($ in millions) | REVISED 2020 Full Year Forecast |
| --- | --- |
| | 2020F |
| **Net Income** | **$290 - $340** |
| Adjustments: | |
| + Depreciation & Amortization | 115 |
| + Total Interest Expense, net | 30 |
| + Provision for Income Taxes | 98 - 113 |
| + Changes in fair value of contingent consideration | 2 |
| + Acquisition-related costs (transaction & integration) | -- |
| + Impact of purchase accounting on inventory step-up | -- |
| Total Additional Adjustments | 245 - 260 |
| **Adjusted EBITDA** | **$535 - $600** |

# Reconciliation of Net Income to Adjusted Net Income – 2Q20, 2Q19, 2Q18



| ($ in millions) | Three Months Ended June 30, | | | Source |
| --- | --- | --- | --- | --- |
| | 2020 | 2019 | 2018 | |
| **Net Income (Loss)** | **$92.7** | **($9.5)** | **$50.1** | **NA** |
| Adjustments: | | | | |
| + Non-cash amortization charges | 15.8 | 15.4 | 4.0 | SG&A, Other Income |
| + Change in fair value of contingent consideration | 0.5 | 3.9 | -- | SG&A |
| + Acquisition-related costs (transaction & integration) | -- | 3.5 | 1.4 | SG&A |
| + Exit and disposal costs | -- | -- | 0.4 | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | 1.1 | -- | COGS |
| Tax effect | (3.3) | (4.2) | (1.2) | NA |
| Total Adjustments | 13.0 | 19.7 | 4.6 | NA |
| **Adjusted Net Income** | **$105.7** | **$10.2** | **$54.7** | **NA** |

# Reconciliation of Net Income to Adjusted Net Income – 6M20, 6M19, 6M18



| ($ in millions) | Six Months Ended June 30, | | | Source |
|---|---|---|---|---|
| | 2020 | 2019 | 2018 | |
| **Net Income (Loss)** | **$80.2** | **($35.6)** | **$45.2** | **NA** |
| Adjustments: | | | | |
| + Non-cash amortization charges | 31.3 | 30.7 | 8.0 | SG&A, Other Income |
| + Change in fair value of contingent consideration | 1.1 | 5.5 | -- | SG&A |
| + Acquisition-related costs (transaction & integration) | -- | 7.4 | 1.6 | SG&A |
| + Exit and disposal costs | -- | -- | 0.4 | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | -- | COGS |
| Tax effect | (6.6) | (9.3) | (2.1) | NA |
| Total Adjustments | 25.8 | 40.4 | 7.9 | NA |
| **Adjusted Net Income** | **$106.0** | **$4.8** | **$53.1** | **NA** |

# Reconciliation of Net Income to Adjusted Net Income – 2020 Guidance



| ($ in millions) | REVISED 2020 Full Year Forecast | |
| --- | --- | --- |
| | 2020F | Source |
| **Net Income** | **$290 - $340** | **NA** |
| Adjustments: | | |
| + Non-cash amortization charges | 62 | IA Amort.; Other Income |
| + Change in fair value of contingent consideration | 2 | SG&A |
| + Acquisition-related costs (transaction & integration) | -- | SG&A |
| + Exit and disposal costs | -- | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | COGS |
| Tax effect | (14) | NA |
| Total Adjustments | 50 | NA |
| **Adjusted Net Income** | **$340 - $390** | **NA** |

# Reconciliation of Net R&D Expense – 2Q20, 2Q19, 2Q18



| ($ in millions) | Three Months Ended June 30, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| **Research and Development Expenses** | **$47.9** | **$63.9** | **$24.7** |
| Adjustments: | | | |
| - Contracts and Grants revenue | $23.6 | 41.0 | 16.5 |
| **Net Research and Development Expenses** | **$24.3** | **$22.9** | **$8.2** |
| **Adjusted Revenue (Total Revenue Less Contracts & Grants Revenue)** | **$371.1** | **$202.2** | **$203.7** |
| **Net R&D Margin (Net Research and Development Expenses as % of Adjusted Revenue)** | **7%** | **11%** | **4%** |

# Reconciliation of Net R&D Expense – 6M20, 6M19, 6M18



| ($ in millions) | Six Months Ended June 30, | | |
|---|---|---|---|
| | 2020 | 2019 | 2018 |
| **Research and Development Expenses** | **$90.6** | **$110.0** | **$53.8** |
| Adjustments: | | | |
| - Contracts and Grants revenue | 46.2 | $62.8 | 32.4 |
| **Net Research and Development Expenses** | **$44.4** | **$47.2** | **$21.4** |
| **Adjusted Revenue (Total Revenue Less Contracts & Grants Revenue)** | **$541.0** | **$371.1** | **$305.6** |
| **Net R&D Margin (Net Research and Development Expenses as % of Adjusted Revenue)** | 8% | 13% | 7% |



# Appendix

# Glossary of terms



| Term | Definition |
| --- | --- |
| ANVISA | National Health Surveillance Agency Brazil |
| BARDA | Biomedical Advanced Research and Development Authority |
| BMGS | Federal Ministry of Health Germany |
| BSL3 | A biosafety level of biocontainment precautions required to isolate dangerous agents in an enclosed laboratory facility |
| CAGR | Compound annual growth rate |
| CBRNE | Chemical, Biological, Radiological, Nuclear, and Explosives |
| CDC | Centers for Disease Control and Prevention |
| CDMO | Contract development and manufacturing organization |
| CEPI | Coalition for Epidemic Preparedness Innovations |
| cGMP | Certified Good Manufacturing Practices |
| DHS | U.S. Department of Homeland Security |
| DoD | U.S. Department of Defense |
| DOS | U.S. Department of State |
| DTRA | U.S. Defense Threat Reduction Agency |
| EBITDA | Earnings before interest, tax, depreciation and amortization |
| EID | Emerging Infectious Disease |

Intellisight Conference 2020

# Glossary of Terms



| Term | Definition |
| --- | --- |
| EMA | European Medicines Agency |
| EUA | Emergency Use Authorization |
| FDA | U.S. Food and Drug Administration |
| GAAP | U.S. Generally Accepted Accounting Principles |
| HHS | U.S. Department of Health and Human Services |
| M&A | Mergers and acquisitions |
| MCS | Medical Countermeasure Systems |
| MCMs | Medical countermeasures |
| MHRA | Medicines and Healthcare Products Regulatory Agency U.K. |
| MRMC | United States Army Medical Research and Materiel Command |
| NGOs | Non-governmental organizations |
| PHAC | Public Health Agency Canada |
| PMDA | Pharmaceuticals and Medical Devices Agency |
| SwRI | Southwest Research Institute |
| USG | United States Government |