# Exhibit 21



# Developing and deploying COVID-19 vaccines, therapeutics, and treatments:
science, equity, and trust

**Karen Smith, M.D., PhD., LLM., MBA**
*EVP, Chief Medical Officer*

**August 26, 2020**

# Forward-looking statements / Non-GAAP Financial Measures / Trademarks



**Safe-Harbor Statement**

This presentation includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements, other than statements of historical fact, including, without limitation, statements regarding our ability to develop safe and effective treatments against the novel strain of coronavirus (SARS-CoV-2) causing COVID-19 disease using antibodies and produce viable COVID-19 vaccine candidates on the anticipated timelines and pave their potential pathway to licensure; our ability to address inequities amongst certain groups; sustainable competitive advantages; scalable capabilities, and future market opportunities and any other statements containing the words "will," "believes," "expects," "anticipates," "intends" "plans," "targets," "forecasts," "estimates" and similar expressions in conjunction with, among other things, discussions of the Company's outlook, strategic goals, product sales, government development or procurement contracts or awards, government appropriations, manufacturing capabilities, and the timing of certain clinical trials, receipt of Emergency Use Authorization, regulatory approvals or expenditures are forward-looking statements. These forward-looking statements are based on our current intentions, beliefs and expectations regarding future events. We cannot guarantee that any forward-looking statement will be accurate. You should realize that if underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could differ materially from our expectations. You are, therefore, cautioned not to place undue reliance on any forward-looking statement. Any forward-looking statements speak only as of the date of this presentation, and, except as required by law, we do not undertake to update any forward-looking statement to reflect new information, events or circumstances. There are a number of important factors that could cause the Company's actual results to differ materially from those indicated by such forward-looking statements. Such risks include, but are not limited to, the impact of COVID-19 disease on global economic conditions, our operations, and employees as well as those of our customers and suppliers; the safety and effectiveness of the current COVID-19 product candidates we are working on; the level of viable convalescent plasma collected for such product candidates that rely on it; availability of U.S. government funding for procurement for our products and candidates; our ability to perform under our contracts with customers, including the timing of and specifications relating to deliveries; the continued exercise of discretion by the Biomedical Advanced Research Development Authority (BARDA) to procure additional doses of AV7909 (anthrax vaccine adsorbed (AVA), adjuvanted) prior to approval by the U.S. Food and Drug

Administration (FDA); our ability to secure licensure of AV7909 from the FDA within the anticipated timeframe, if at all; our ability to secure follow-on procurement contracts for our solutions to public health threats that are under procurement contracts that have expired or will be expiring; our ability to successfully appeal the recent patent litigation decision related to NARCAN® (naloxone hydrochloride) Nasal Spray 4mg/spray; our ability to identify and acquire companies, businesses, products or product candidates that satisfy our selection criteria; our ability and the ability of our contractors and suppliers to maintain compliance with Current Good Manufacturing Practices and other regulatory obligations; our ability to obtain and maintain regulatory approvals for our product candidates and the timing of any such approvals; the procurement of products by U.S. government entities under regulatory exemptions prior to approval by the FDA and corresponding procurement by government entities outside of the United States under regulatory exemptions prior to approval by the corresponding regulatory authorities in the applicable country; the success of our commercialization, marketing and manufacturing capabilities and strategy; and the accuracy of our estimates regarding future revenues, expenses, and capital requirements and needs for additional financing. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from our expectations in any forward-looking statement. You should consider this cautionary statement as well as the risk factors identified in our periodic reports filed with the Securities and Exchange Commission when evaluating our forward-looking statements.

**Trademarks**

BioThrax® (Anthrax Vaccine Adsorbed), RSDL® (Reactive Skin Decontamination Lotion Kit), BAT® [Botulism Antitoxin Heptavalent (A,B,C,D,E,F,G)-(Equine)], Anthrasil® (Anthrax Immune Globulin Intravenous [human]), CNJ-016® [Vaccinia Immune Globulin Intravenous (Human)], Trobigard® (atropine sulfate, obidoxime chloride), ACAM2000®, (Smallpox (Vaccinia) Vaccine, Live), Vivotif® (Typhoid Vaccine Live Oral Ty21a), Vaxchora® (Cholera Vaccine, Live, Oral), NARCAN® (naloxone HCl) Nasal Spray and any and all Emergent BioSolutions Inc. brands, products, services and feature names, logos and slogans are trademarks or registered trademarks of Emergent BioSolutions Inc. or its subsidiaries in the United States or other countries. All other brands, products, services and feature names or trademarks are the property of their respective owners.



# About Emergent BioSolutions

# Our mission is simple –




## To protect and enhance life

Emergent BioSolutions is a global life sciences company focused on providing specialty products and contract development and manufacturing services that address public health threats



4     **WHO WE ARE**

Science, Equity, and Trust

# Our products and services



## Product types



Vaccines
(liquid, oral)



Therapeutics
(hyperimmune/mAb)



Medical devices
(device, drug-device
combination product)

## Anthrax

**Anthrasil®**
[Anthrax Immune Globulin
Intravenous (human)]

**AV7909***
[Anthrax Vaccine Adsorbed
(AVA), Adjuvanted]

**BioThrax®**
(Anthrax Vaccine Adsorbed)

**raxibacumab injection**
A fully human
monoclonal antibody

## Smallpox

**ACAM2000®**
(Smallpox (Vaccinia)
Vaccine, Live)

**VIGIV CNJ-016®**
[Vaccinia Immune Globulin
Intravenous (Human)]

## Travel Health

**Vaxchora®**
(Cholera Vaccine, Live, Oral)

**Vivotif®**
(Typhoid Vaccine Live Oral
Ty21a)

## Opioids

**NARCAN®**
(naloxone HCl)
Nasal Spray

## Chemical

**RSDL®**
(Reactive Skin
Decontamination
Lotion Kit)

**Trobigard®***
(atropine sulfate, obidoxime
chloride
auto-injector)

## Botulism

**BAT®**
[Botulism Antitoxin
Heptavalent
(A, B, C, D, E, F, G) - (Equine)]

## Molecule-to-market CDMO offerings



Development services



Drug substance



Drug product &
packaging

## Public health threats

CBERNE ● Emerging Infectious Disease  ● Emerging Health Crises ● Travel Health
Acute/Emergency Care

## Technology platforms

Mammalian ● Microbial ●  Viral ● Plasma
Advanced Therapies

\* Product candidates procured under specific circumstances. These products are not currently approved/licensed by any regulatory authority and safety or effectiveness have not been established

Science, Equity, and Trust

# Helping to make a difference against a global pandemic



| **Therapeutics** | **Vaccine Development** | **Vaccine Manufacturing** |
|---|---|---|
| • Hyperimmunes built on our proven platform<br>• Potential treatment and prophylaxis protection using antibodies | • Process development<br>• Analytical development<br>• Formulation development<br>• Non-GMP, lab-scale manufacturing | • Drug substance<br>• Drug product<br>• Pandemic manufacturing |
| **Two candidates** | **Three candidates** | **Four agreements** |

- **COVID-HIG**
- **COVID-EIG**

- **AZD1222**
- **COVID-19**
- **NVX-CoV2373**







These product candidates are not currently approved/licensed by any regulatory authority and safety or effectiveness have not been established

Science, Equity, and Trust

# Hyperimmune therapies to help address the COVID-19 burden on the healthcare system



| COVID-HIG:<br>Derived from convalescent Human Plasma | COVID-EIG:<br>Derived from equine plasma |
|---|---|

**Plasma collection, clinical manufacturing runs underway**

**Proposed indication:** Treatment of patients hospitalized or at risk of severe disease

**Proposed indication:** Preventative/prophylaxis for individuals at high risk of exposure, e.g., healthcare workers or military

**Program status/ updates:**

| NIAID clinical trial in hospitalized patients | Phase 3, Q3 2020 |
|---|---|
| NIAID clinical trial in outpatient population | Phase 2, Q4 2020 |

**Program status/ updates:**

| Pharmacokinetics/ pharmacodynamics | Phase 1 Q3 2020 |
|---|---|
| Clinical program for prophylaxis in individuals at high risk of exposure | Phase 2, Q4 2020 |
| Clinical trial for military personnel | Expanded access protocol |

**Scalable plasma source**

**Proposed indication**: Treatment of hospitalized patients

**Program status/ updates:**

- ✓ Equine immunizations initiated
- ✓ Plasma collection and pilot manufacturing runs

| Clinical trial in hospitalized patients | Phase 2 Q4 2020 |
|---|---|

*To have a significant impact on COVID-19, it is critical to advance **multiple potential solutions** where we can leverage our **expertise and capabilities** across the continuum of care*

These product candidates are not currently approved/licensed by any regulatory authority and safety or effectiveness have not been established

Science, Equity, and Trust

# COVID-19 vaccine development and manufacturing



| SERVICE OFFERINGS | | |
|---|---|---|
| Development Services | Drug Substance | Drug Product |
| COVID-19 PARTNERSHIP ACTIVITIES | | |
|  | ● | ● |
|  | ● |  |
| ● | ● |  |
| ● | ● |  |
| ● | ● | ● |

**Engaged in high-profile development & manufacturing agreements**

- Five CDMO agreements, including only public-private CDMO partnership in history
- First COVID commercial supply agreement in industry
- 2 out of 3 outsourced Operation Warp Speed (OWS) candidates w/ Emergent for long term

**Development services, drug substance, drug product**





# COVID-19 therapeutics and vaccines in development around the globe

# Leading COVID-19 therapeutics in development



| Drug Name | Company | Clinical Status |
|-----------|---------|-----------------|
| sarilumab | Regeneron/Sanofi | Phase III |
| eculizumab | Alexion Pharmaceuticals | Phase III |
| ASC09 + ritonavir | Ascletis Pharma Inc | Phase III |
| chloroquine/hydroxychloroquine | Sanofi | Phase III |
| LY-CoV555 | Lilly | Phase III |
| COVID-HIG | Emergent BioSolutions | Phase III |
| COVID-HIG | Emergent BioSolutions | Phase II |
| siltuximab | EUSA Pharma | Phase II |
| tocilizumab | Roche/Chugai | Phase II |
| danoprevir + ritonavir | Ascletis Pharma Inc | Phase II |
| baricitinib | Eli Lilly | Phase II |
| RLF-100 (Aviptadil) | NeuroRx | Phase II |
| opaganib | RedHill Biopharma | Phase II |
| SNG001 | Synairgen | Phase II |
| MK-4482 | Merck/Ridgeback | Phase II |

- Underway: 44 convalescent plasma trials, 40 mAbs, 29 stem cell therapy, 50 antiviral trials
- Grifols and Octapharma are evaluating approved IVIG products for use in treating COVID-19 infections
- Of the 15 ongoing hyperimmune trials in the U.S.:
  - Emergent BioSolutions COVID-HIG as well as those from CSL, Grifols and Tak-888 (Takeda), are in Phase III INSIGHT013 trial (NIH)
  - Separately, Emergent BioSolutions COVID-HIG is in two Phase 2 trials, PEP and early stage disease (INSIGHT012)
- Regeneron mAb cocktail (REGN10933 + REGN10987), Roche's Tocilizumab and a few other mAbs are in Phase 3

Source: GlobalData Pharmaceutical Intelligence  Center, Accessed July 20, 2020
Emergent BioSolutions product candidates listed are not currently approved/licensed by any regulatory authority and safety or effectiveness have not been established

# There are few approved therapeutics, but the COVID-19 therapeutics and vaccines pipeline is crowded



*No approved vaccines thus far, but over 1,000 vaccines and therapeutics are in development*
*(as of 17 August 2020)*



Landscape of Pipeline Tx Candidates for COVID-19, by Phase

| Phase | Count |
|---|---|
| Discovery | 357 |
| Preclinical | 415 |
| IND/CTA | 49 |
| Phase 0 | 6 |
| Phase I | 119 |
| Phase II | 148 |
| Phase III | 78 |
| Pre-registration | 1 |



Landscape of Vaccine Candidates for COVID-19, by Phase

| Phase | Count |
|---|---|
| Discovery | 94 |
| Preclinical | 200 |
| IND/CTA | 7 |
| Phase I | 12 |
| Phase II | 19 |
| Phase III | 7 |

Vaccine Candidates By Technology

| Technology | No. of Vaccines |
|---|---|
| Live Attenuated | 10 |
| Inactivated | 12 |
| Virus-Like Protein | 16 |
| DNA | 20 |
| RNA | 26 |
| Undisclosed | 33 |
| Viral Vector | 44 |
| Protein-Subunit Vector | 88 |

\* Phase 1/2 trials included in Phase 2 count, Phase 2/3 trials included in Phase 3 count
\*\* Numbers based on assets covered in the landscapes in this deck

Source: GlobalData Analysis; Client & Subject Matter Expert Interviews; Press Articles; Company Announcements; Verdict Media

Science, Equity, and Trust

# Huge government and non-government spending to accelerate vaccine development, manufacture and distribution



Deck and notes document 720 final 050-922 slide 13 Page 13 of 23

- U.S. federal government allocated $12 B to develop and manufacture COVID-19 vaccines
  - Includes $2.5B for vaccine vials, syringes and manufacturing capacity
- In May 2020, European, Asian, and African governments, and U.S. and ex-U.S. non-governmental organizations, pledged $8.1B to COVID-19 vaccines, treatments and diagnostics research, manufacture and distribution
- European commission plans to use an emergency fund of currently $2.7B to buy coronavirus vaccines – 6 vaccines to cover 458M people
- To accelerate development, most companies running clinical trials in parallel
  - Reducing vaccine normal development timeline from 8 to 12 years to 12 to 18 months

| Company | USG Funding | Doses by 2020 |
|---|---|---|
| Moderna | $2.5 B | 100 M |
| Sanofi Pasteur/GSK | $2.1 B | 100 M |
| BioNTech/ Pfizer | $1.95 B | 100 M + 500 M option |
| Novavax | $1.6 B | 300 M |
| J& J | $1.5 B | 100 M |
| AZ | $1.2 B | 300 M |
| Emergent BioSolutions | $628 M | |
| Merck | $38 M | |

     

| | Research | Preclinical | Clinical Trials | Approval | Manufacturing | Distribution |
|---|---|---|---|---|---|---|
| **Normal :** | 2-4 years | 2 years | ~5 years | 1 year | 2 years | 3 – 6 months |
| **Accelerated :** | 6 months | 6 months | 1.5 years | 6 months | 3 - 6 months | 1 month |

Sources: USA Today, 10 Aug, 2020, Reuters, 4 May & 12 June, 2020 and Council on Foreign Relations

# Clinical trial development timelines and anticipated Emergency Use Authorization and first-dose availability for leading COVID-19 vaccine candidates in the U.S.





- Two other COVID-19 vaccine candidates namely BBIBP-CorV (SinoPharma, China) and CoronaVac, previously PicoVacc, (Sinovac Biotech, China) have also begun their Phase III trials and may make their vaccines available by December 2020 if successful

- Inovio is in talks with the FDA to begin their Phase III trial of INO-4800 in September.

- Initial doses may be prioritized to be administered to high-risk individuals such as healthcare workers, nursing home staff & residents, emergency service personnel

- Moderna, BionTech/Pfizer's mRNA vaccine platforms and Inovia's DNA vaccine platform are truly novel. Novavax's vaccine platform has not yielded any vaccine approved by the regulators yet.

Source: McKinsey, press reports

# Summary of vaccine development and deployment: rapid, unprecedented (r)evolution



| The need: | Addressing the need |
|---|---|
| Many vaccine candidates | Many co-development, co-production agreements in place, across national and continental boundaries |
| Variety of robust approaches | Myriad methods: inactivated virus, mRNA, viral vector, protein-based |
| Rapid development | Race to develop more than 165 candidates, 32 in human trials* (7 in Phase 3) |
| Rapid and diverse clinical trials | Combined-phase clinical trials, centered in diverse areas of disease incidence, such as New York City. 1/5th of the subjects enrolled in the Moderna and Pfizer Phase 3 clinical trials are from minority groups |
| Expedited regulatory approvals | FDA:<br>• Threshold of 50% effectiveness<br>• Expediting vaccine clinical trials by providing timely advice to and interactions with vaccine developers<br>• Supporting product development and manufacturing scale up<br>• Assistance in submission of emergency IND requests |
| Rapid, large-scale production of billions of doses to be deployed worldwide | • Operation Warp Speed<br>• CIADM surge capacity manufacturing facilities<br>• Logistics of delivery |



# Public expectations & equity – and how Emergent is addressing these issues.

# Therapeutics and vaccines: public expectations



**The expectation:
A return to
pre-pandemic life**

Needed:
Information
campaign
to address and
inform public
expectations

# Equity issues – vaccine clinical trials



**Disproportionate impact on minorities:**

- Higher case rate, higher death rate
- Fauci: "Double whammy":[1]
  1. Higher proportion of essential workers
  2. Higher prevalence of underlying health conditions

**Clinical trial recruitment challenges:**

- Financial strain and work demands on potential volunteers during the pandemic[2]
- History of racial injustices, including unethical clinical trials[2]

**Moderna: 18% minority enlistment in Phase 3 trial as of August 22[3]**
**Pfizer: Will locate Phase 3 trials in diverse communities**

**Concern among NIH/OWS officials about a vaccine tested
for safety and efficacy primarily on a single ethnic group[1]**

**To date, only 10% of vaccine trial registrants are Black or Latino
(of 350,000 coronavirus clinical trial online registrations)[1]**

[1]CNN.com online article
[2]CNN Health online article
[3]USA Today online article



# Equity issues – vaccine distribution

**Distributing to diverse communities:**

- Financial strain, limited time away from work to wait in line for a vaccine

- Burden of travel to vaccine dosing site

- Health insurance disparities, vaccine cost

**Medical mistrust:**

- History of racial injustices, including unethical clinical trials

- Vaccine "doubters" and misinformation

- Fear of adverse events

- Concerns around the FDA 50% efficacy standard

- Misunderstanding of efficacy

**Focus on overcoming economic, social. and historical barriers**

Science, Equity, and Trust

# Bedside to bedside: making a difference









| | | |
|---|---|---|
| • Manufacturing & regulatory expertise<br>• NIAID clinical trial partnership<br>• HHS & DoD support | • Facility & staff<br>• Testing capabilities<br>• 10,000+ patients<br>• State licensure<br>• Clinical trial network | • FDA source license<br>• Expertise for building & training new production facilities<br>• Integrated supply chain |

**Collaboration to add plasma collection capability and develop, manufacture, and conduct clinical trials to evaluate COVID-HIG for PEP**



Donate Plasma. You could help save lives.

Plasma-based therapies are being investigated for COVID-19. That's why plasma donation is absolutely crucial at this moment, especially from recovered COVID-19 patients. If you've recovered from COVID-19, consider donating your plasma. It may help save lives.

- Collection of source plasma from recovered COVID-19 patients

- Intended for preventative and therapeutic programs

- Clinical studies: post-exposure prophylaxis study in individuals at high risk of exposure to COVID-19, such as front-line health care workers and military personnel

**Diversity and Inclusion:** Diverse population at the collection site. NYC COVID-19 death rates among Black and Latino people are five times those of white people[1]

**Innovation:** Three parties with no past relationship work together to fight the pandemic

**Inspiration:** Many donors are healthcare practitioners from the hospitals

**Application:** Interest to replicate elsewhere, bringing plasma collection capabilities closer to recovered COVID-19 patients

[1]New York City Department of Health
COVID-HIG is an investigational treatment and the safety or effectiveness have not been established



# Key takeaways

# Addressing equity issues



**Needed: multi-part effort to promote diversity in clinical trials**

**Regulatory, industry efforts:**

- **FDA:** FDA communication of clinical trial expectations (60+ guidance docs)

- **BioPharma:** Vaccine developers plan for trial locations in diverse communities

- **Trials:** Target % of minority participants

- **Sites:** Make distribution as easy as possible with many locations in diverse communities

- **Access:** No-cost / low cost options

**Community outreach efforts:**

- **Availability:** Many clinical trial sites in diverse communities

- **Education/Information:** Communication/ education campaigns to target audiences

- **Other:** Emphasis on diseases that disproportionately affect African Americans, and those having fewer treatment options. Can government incentivize to encourage more drug development for BIPOC communities?

Science, Equity, and Trust

# In summary



**COVID-19 is the public health threat of the century**

- Discovery, development, manufacturing, logistics, regulatory efforts adapting at unprecedented pace

- Governments, industry, and NGOs must coordinate closely and effectively to meet the pandemic with safe, effective, and readily available therapeutics and vaccines

**Substantial equity issues to overcome beyond COVID-19**

- Small steps underway; larger measures needed

- Understand and address issues related to access, vulnerabilities, healthcare insurance, misinformation, mistrust

- Governments, industry, NGOs, and communities must coordinate closely and effectively to identify and address inequities

**Recommendation: Task force of industry, government and community representatives to identify and discuss equity issues and develop measures to address them**