# Exhibit 24



# Corporate Update

2020 Southwest IDEAS Investor Conference

**Robert Burrows**
*VP, Investor Relations Officer*

**November 18, 2020**

# Safe harbor statement / trademarks



This presentation includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements, other than statements of historical fact, including, without limitation, our financial guidance and related projections and statements regarding our ability to meet such projections in the anticipated timeframe, if at all; statements regarding our ability to develop safe and effective treatments against the novel strain of coronavirus (SARS-CoV-2) causing COVID-19 disease; the timing of and results of clinical trials; the timing of the submission of our biologics licensing application (BLA) related to AV7909; our confident outlook; being poised for next year; market opportunities; the potential size of our contract development and manufacturing (CDMO) portfolio value and CDMO opportunity funnel; being positioned to achieve longer-term revenue and profitability guidance; the durability of our core business; sustaining strong operating and financial momentum and our growth profile; expansion of our sales and business development teams; enhancement of our molecule-to-market offering; driving global awareness, investing to meet market needs; increasing manufacturing capacity; partnership opportunities; total contract and related option value; and any other statements containing the words "will," "believes," "expects," "anticipates," "intends," "plans," "targets," "forecasts," "estimates" and similar expressions in conjunction with, among other things, discussions of the Company's outlook, financial performance or financial condition, financial and operation goals, strategic goals, growth strategy, product sales, government development or procurement contracts or awards, government appropriations, manufacturing capabilities, and the timing of certain regulatory approvals or expenditures are forward-looking statements. These forward-looking statements are based on our current intentions, beliefs and expectations regarding future events. We cannot guarantee that any forward-looking statement will be accurate.

Investors should realize that if underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could differ materially from our expectations. Investors are, therefore, cautioned not to place undue reliance on any forward-looking statement. Any forward-looking statements speak only as of the date of this presentation, and, except as required by law, we do not undertake to update any forward-looking statement to reflect new information, events or circumstances. There are a number of important factors that could cause our actual results to differ materially from those indicated by such forward-looking statements, including the impact of global economic conditions and public health crises and epidemics, such as the impact from the global pandemic that arose from COVID-19 disease, on the markets, our operations, and employees as well as those of our customers and suppliers; our ability to obtain or maintain FDA approval or authorization for emergency or broader patient use of our COVID-19 treatments and their actual safety and effectiveness; availability of U.S. government funding for procurement for our products and certain product candidates and the future exercise of options under contracts related to such procurement; the negotiation of further commitments or contracts related to the collaboration and deployment of capacity toward future commercial manufacturing under our CDMO contracts; our ability to perform under our contracts with the U.S. government and our CDMO clients, including the timing of and specifications relating to deliveries; the continued exercise of discretion by BARDA to procure additional doses of AV7909 (Anthrax Vaccine Adsorbed, Adjuvanted) prior to approval by the FDA; our ability to secure licensure of AV7909 from the FDA within the anticipated timeframe, if at all; our ability to secure follow-on procurement contracts for our solutions to public health threats that are under procurement contracts that have expired or will be expiring; our ability to successfully appeal the patent litigation decision related to NARCAN® (naloxone hydrochloride) Nasal Spray 4mg/spray; our ability and the ability of our collaborators to enforce patents related to NARCAN® Nasal Spray against potential generic entrants; our ability to identify and acquire companies, businesses, products or product candidates that satisfy our selection criteria; our ability and the ability of our contractors and suppliers to maintain compliance with Current Good Manufacturing Practices and other regulatory obligations; our ability to comply with the operating and financial covenants required by our senior secured credit facilities and the indenture governing our senior unsecured notes due 2028; our ability to obtain and maintain regulatory approvals for our other product candidates and the timing of any such approvals; the procurement by government entities outside of the United States under regulatory exemptions prior to approval by the corresponding regulatory authorities in the applicable country; the success of our commercialization, marketing and manufacturing capabilities and strategy; and the accuracy of our estimates regarding future revenues, expenses, and capital requirements and needs for additional financing. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from our expectations in any forward-looking statement. Investors should consider this cautionary statement as well as the risk factors identified in periodic reports filed with the Securities and Exchange Commission when evaluating our forward-looking statements.

Trademarks
BioThrax® (Anthrax Vaccine Adsorbed), RSDL® (Reactive Skin Decontamination Lotion Kit), BAT® (Botulism Antitoxin Heptavalent (A,B,C,D,E,F,G)-(Equine)), Anthrasil® (Anthrax Immune Globulin Intravenous (Human)), VIGIV (Vaccinia Immune Globulin Intravenous (Human)), Trobigard® (atropine sulfate, obidoxime chloride), ACAM2000® (Smallpox (Vaccinia) Vaccine, Live), Vivotif® (Typhoid Vaccine Live Oral Ty21a), Vaxchora® (Cholera Vaccine, Live, Oral), NARCAN® (naloxone HCl) Nasal Spray and any and all Emergent BioSolutions Inc. brands, products, services and feature names, logos and slogans are trademarks or registered trademarks of Emergent BioSolutions Inc. or its subsidiaries in the United States or other countries. All other brands, products, services and feature names or trademarks are the property of their respective owners.

# Non-GAAP financial measures



This presentation contains four financial measures (Adjusted Net Income, Adjusted EBITDA (Earnings Before Depreciation and Amortization, Interest and Taxes, Gross Margin and Adjusted Gross Margin)) that are considered "non-GAAP" financial measures under applicable Securities and Exchange Commission rules and regulations. These non-GAAP financial measures should be considered supplemental to and not a substitute for financial information prepared in accordance with generally accepted accounting principles. The Company's definition of these non-GAAP measures may differ from similarly titled measures used by others. Adjusted net income adjusts for specified items that can be highly variable or difficult to predict, or reflect the non-cash impact of charges. All adjustments are tax effected utilizing the federal statutory tax rate for the US, except for changes in the fair value of contingent consideration as the vast majority is non-deductible for tax purposes. Adjusted net income margin is defined as adjusted net income divided by total revenues. Adjusted EBITDA reflects net income excluding the impact of depreciation, amortization, interest expense and income tax provision (benefit), excluding specified items that can be highly variable and the non-cash impact of certain accounting adjustments. Adjusted EBITDA margin is defined as Adjusted EBITDA divided by total revenues. Gross margin reflects adjusted revenues minus cost of product sales and contract development and manufacturing services (COGS). Adjusted revenues is calculated as total revenues minus contracts and grants revenues. Gross margin percentage is calculated as gross margin divided by adjusted revenues. Adjusted gross margin adjusts COGS for specified items that can be highly variable or difficult to predict, or to reflect the non-cash impacts of charges (Adjusted COGS). Adjusted gross margin is calculated as adjusted revenues minus adjusted COGS. Adjusted gross margin percentage is calculated as adjusted gross margin divided by adjusted revenues. The Company views these non-GAAP financial measures as a means to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results and comparison to competitors' operating results. These non-GAAP financial measures reflect an additional way of viewing aspects of the Company's operations that, when viewed with GAAP results and the reconciliations to the corresponding GAAP financial measure may provide a more complete understanding of factors and trends affecting the Company's business.

The determination of the amounts that are excluded from these non-GAAP financial measures are a matter of management judgment and depend upon, among other factors, the nature of the underlying expense or income amounts. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and publicly filed reports in their entirety.



# Who We Are / What We Do

# Our mission

# To protect and enhance life

Emergent is a global life sciences company focused on providing specialty products for civilian and military populations that address accidental, deliberate and naturally occurring public health threats

# Our vision



To become a Fortune 500 global life sciences company recognized for **protecting and enhancing life**, driving innovation and living our values



**1B** lives **protected** or **enhanced** by 2030

# Our promise



Emergent delivers **PEACE OF MIND** in an uncertain world

# Our products



## Product types



Vaccines
(liquid, oral)



Therapeutics
(hyperimmune/mAb)



Medical devices
(device, drug-device
combination product)

### Anthrax

**Anthrasil®**
[Anthrax Immune
Globulin Intravenous
(human)]

**AV7909***
[Anthrax Vaccine
Adsorbed (AVA),
Adjuvanted]

**BioThrax®**
(Anthrax Vaccine
Adsorbed)

**raxibacumab
injection**
A fully human
monoclonal antibody

### Smallpox

**ACAM2000®**
(Smallpox (Vaccinia)
Vaccine, Live)

**VIGIV CNJ-016®**
[Vaccinia Immune
Globulin Intravenous
(Human)]

### Travel Health

**Vaxchora®**
(Cholera Vaccine,
Live, Oral)

**Vivotif®**
(Typhoid Vaccine
Live Oral Ty21a)

### Opioids

**NARCAN®**
(naloxone HCl)
Nasal Spray

### Chemical

**RSDL®**
(Reactive Skin
Decontamination
Lotion Kit)

**Trobigard®***
(atropine sulfate,
obidoxime chloride
auto-injector)

### Botulism

**BAT®**
[Botulism Antitoxin
Heptavalent
(A, B, C, D, E, F, G) -
(Equine)]

*Public Health Threats — CBRNE, Emerging Infectious Disease, Travel Health, Emerging Health Crises, Acute / Emergency Care*

\* Product candidates procured under specific circumstances

Emergent BioSolutions®, BioThrax®, RSDL®, BAT®, Trobigard®, Anthrasil® , CNJ-016®,  ACAM2000®, Vivotif®, Vaxchora®, NARCAN® and any and all Emergent BioSolutions Inc. brands, products, services and feature names, logos and slogans are trademarks or registered trademarks of Emergent BioSolutions Inc. or its subsidiaries in the United States or other countries.

# Our services



## Molecule-to-market CDMO offerings



Development services



Drug substance



Drug product & packaging

* Product candidates procured under specific circumstances

## Sustainable competitive advantages

- Foundational market approach

- Science and technology

- Industry-leading track record

- Speed and flexibility to market

- 9 Global development & manufacturing sites
- Center for Innovation in Advanced Development and Manufacturing (CIADM)



# Our CDMO sites, services and capabilities



| SITE | TECHNOLOGIES | DVS | DS | DP | CIADM |
|---|---|:---:|:---:|:---:|:---:|
| **Baltimore, MD (Bayview)** | Mammalian, Viral, Microbial | | ● | | ● |
| **Baltimore, MD (Camden)** | Mammalian, Microbial | | | ● | ● |
| **Lansing, MI** | Microbial | | ● | | |
| **Winnipeg, Manitoba, Canada** | Plasma | ● | ● | ● | |
| **Gaithersburg, MD** | Mammalian, Microbial, Viral, Advanced Therapies | ● | | | |
| **Rockville, MD** | Viral, Advanced Therapies | | | ● | ● |
| **Bern, Switzerland** | Mammalian, Microbial | | ● | | |
| **Canton, MA** | Viral, Advanced Therapies | | ● | | |
| **Hattiesburg, MS** | Packaging | | | ● | |

● DEVELOPMENT SERVICES    ● DRUG SUBSTANCE    ● DRUG PRODUCT    ● CENTER FOR INNOVATION IN ADVANCED DEVELOPMENT AND MANUFACTURING (CIADM)

**Committed investments of >$200M in capabilities and capacities: $50M Camden; $75M Canton; $85.5M Rockville/Camden (funded by BARDA)**

# Where we are



# Pipeline of vaccines



| Development Candidate | Threat | Partner | Priority Review Voucher Eligible* | Pre Clinical | Clinical Phase | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | I | II | III | IV/LCM** |
| **Vaxchora® - pediatric** *(Cholera vaccine, live, oral)* | Travel Health | - | - | ████████████████████████████████ | | | | |
| **AV7909** *[Anthrax vaccine adsorbed (AVA), adjuvanted]* | CBRNE | HHS-BARDA | - | ██████████████████████████ | | | | |
| **CHIKV VLP*** *** *Chikungunya virus VLP vaccine)* | Travel Health | - | ✓ | ███████████████████ **2021****** | | | | |
| **Shigella-ETEC** *(Live, attenuated Shigella vaccine expressing ETEC antigens)* | Travel Health | - | - | ██████████ | | | | |
| **EBS-LASV** *(Vector vaccine for Lassa fever)* | EID | CEPI | - | ██████████ | | | | |
| **UNI-FLU** *(Universal influenza vaccine)* | EID | - | - | ██████ | | | | |
| **rVSV-Marburg** *(Vector vaccine for treatment of Marburg virus disease)* | EID | - | - | ██████ | | | | |
| **rVSV-Sudan** *(Vector vaccine for treatment of Sudan virus disease)* | EID | - | - | ██████ | | | | |

* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
** Life cycle management
*** Granted Fast Track Designation in December 2017 by the U.S. Food and Drug Administration
**** Target for First Subject enrollment.

# Pipeline of therapeutics



| Development Candidate | Threat | Partner | Priority Review Voucher Eligible* | Pre Clinical | Clinical Phase I | II | III |
|---|---|---|---|---|---|---|---|
| **FLU-IGIV** <br> *(Seasonal influenza A therapeutic)* | Acute care | - | - | | | | 2021** |
| **ZIKV-IG** <br> *(Zika virus therapeutic)* | EID | - | ✓ | | | | |
| **COVID-HIG\*\*\*** <br> *(Human polyclonal hyperimmune with antibodies to SARS-CoV-2)* | EID | - | - | | | 2020** | |
| **COVID-EIG\*\*\*** <br> *(Equine-derived polyclonal hyperimmune with antibodies to SARS-CoV-2)* | EID | - | - | | | 2020** | |
| **DAT** <br> *(Diphtheria antitoxin)* | Acute care | - | - | | | | |
| **Ricin-IG** <br> *(Ricin antitoxin)* | CBRNE | - | ✓ | | | | |
| **Pan-Ebola** <br> *(Ebola/Sudan monoclonal)* | EID | PHAC | ✓ | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.
\*\* Target for First Subject enrollment.
\*\*\* Pandemic use.

# Pipeline of devices



| Development Candidate | Threat | Funding Partner | Priority Review Voucher Eligible* | Early Stage | | | Late Stage | |
|---|---|---|---|---|---|---|---|---|
| | | | | Concept | Feasibility | Development | Transition | Launch |
| **Medical Countermeasures** | | | | | | | | |
| **Trobigard** ** # <br>*(Atropine sulfate, obidoxime chloride auto-injector)* | CBRNE | - | - | | | | | |
| **D4** <br>*(2PAM/atropine)* | CBRNE | DoD - MCS | - | | | | | |
| **PC2A** <br>*(Diazepam)* | CBRNE | DoD - MCS | - | | | | | |
| **SIAN** <br>*(Stabilized isoamyl nitrite)* | CBRNE | HHS - BARDA/SwRI | - | | | | | |
| **Opioid Crisis** | | | | | | | | |
| **AP004** <br>*(Naloxone prefilled syringe)* | Opioid Overdose Reversal | - | - | | | | | |
| **AP003** <br>*(Naloxone multidose nasal spray)* | Opioid Overdose Reversal | - | - | | | | | |
| **AP007** <br>*(Sustained-release nalmefene Injectable)* | Opioid Use Disorder | NIDA | - | | | | | |

\* Priority Review Program authorizes FDA to award a voucher for priority review of an application to the sponsor/manufacturer of a new drug or biologic targeting a neglected tropical disease, rare pediatric disease, or certain medical countermeasures for biological, chemical, radiological, or nuclear threats.

\*\* Trobigard is not approved by FDA or by any other regulatory agency but is procured by certain authorized government agencies under special circumstances. # Application submitted to a regulatory health authority in the European Union.

# Strong track record of M&A



**2013** RSDL® Reactive Skin Decontamination Lotion Kit — Hattiesburg, MS

**2014** Anthrasil™ Anthrax Immune Globulin Intravenous (human) — BAT™ Botulism Antitoxin Heptavalent (A, B, C, D, E, F, G) – (Equine) — VIGIV [Vaccinia Immune Globulin Intravenous (Human)] — Winnipeg, Canada — Baltimore, MD (Camden)

**2015** Auto-injector platform

**2017** ACAM2000® (Smallpox (Vaccinia) Vaccine, Live) — Canton, MA — Rockville, MD — **raxibacumab injection** A fully human monoclonal antibody

**2018** Vivotif® Typhoid Vaccine Live Oral Ty21a — Vaxchora™ (Cholera Vaccine, Live, Oral) — Bern, Switzerland — NARCAN® (naloxone HCl) NASAL SPRAY

## Added $600M in annual revenue through acquisitions since 2017



# 2024 Growth Strategy

# 2024 strategic goals



- Double revenue to **>$2B**

- Grow in disciplined, profitable way; achieve adjusted EBITDA margin of **27%-30%**[1]

- Expand and build scalable leadership positions in current and new public health threat (PHT) markets

- Invest in capabilities, innovation and operational excellence

1. Defined as Adjusted EBITDA divided by total revenues.



# Our core strategies





| Execute Core Business | Grow Through M&A | Strengthen R&D Portfolio | Build Scalable Capabilities | Evolve Culture |

# 2020-2024 corporate growth strategy targets large addressable market opportunities







**>$30B Market Opportunity**

**$20B Market Opportunity**

# M&A growth driven by a disciplined approach





## Criteria

- **Strategic fit**

- **Preference for products accretive in less than 24 months**

- **Ability to generate risk-adjusted returns**

2020 Southwest IDEAS Investor Conference



# COVID-19 Response

# COVID-19 update



| COVID-19 Universal Response | EBS Opportunity |
|---|---|



**New CDMO Wins Across Government and Non-Government Customers...**





   

**...Representing >$1.5B of contracted revenue signed since March 2020**

# COVID-19 CDMO partnerships overview





| SERVICE OFFERINGS | | | |
|---|---|---|---|
| Development Services | Drug Substance | Drug Product | |
| **SITES** | | | |
| Gaithersburg, MD | Baltimore, MD (Bayview) | Baltimore, MD (Camden) | Rockville, MD |
| **PARTNERSHIP ACTIVITIES** | | | |
| BARDA | | ● | ● | ● |
| Johnson & Johnson | | ● | | |
| AstraZeneca | ● | ● | | |
| VAXART | ● | ● | | |
| NOVAVAX | ● | ● | ● | |

# New COVID-19 CDMO partnerships



**New CDMO Partnerships with Government & Non-Government Customers for COVID-19 Vaccine Candidates**

- Announced collaborations with Johnson & Johnson, AstraZeneca, Novavax and Vaxart to develop and manufacture COVID-19 vaccine candidates

- Expanded existing partnership with the USG under "Operation Warp Speed" to accelerate efforts for COVID-19 investigational vaccines, including:

  - **$543MM** to provide CDMO services and commit manufacturing capacity

  - **$85MM** to expand viral and non-viral CDMO drug product fill/finish capacity

| Announced COVID-19 Related CDMO Contracts | | | | |
|---|---|---|---|---|
| Contract Party | Announced | Value | Start Date | Duration |
| BARDA | 6/1 | $628MM | 2020 | 1+ year |
| Johnson & Johnson | 7/6<br>4/23 | $480MM[1]<br>$135MM | 2021<br>2020 | 5 years<br>1+ year |
| AstraZeneca | 7/27<br>6/11 | $174MM[2]<br>$87MM | 2020<br>2020 | 3 years<br>1 year |
| Novavax | 3/10 | Not Disclosed | 2020 | Not Disclosed |
| Vaxart | 3/18 | Not Disclosed | 2020 | Not Disclosed |

[1] Reflects value in years 1 and 2, combined
[2] Reflects value in year 1

## >$1.5B of contracted CDMO revenue signed since March

# Development of potential COVID-19 therapeutics



**Two COVID-19 Treatment Candidates in Development Under Collaboration with Government & Non-Government Partners**

- In March, announced the development of two product candidates for COVID-19 treatment: COVID-HIG and COVID-EIG

- In April, awarded contract from the USG to provide funding and support development of COVID-HIG
  - Contract with BARDA valued at up to **$15MM**
  - NIH to include COVID-HIG in a clinical study
  - Collaborating with FDA to expedite development process

- In July, announced partnership with Mount Sinai Health System and ImmunoTek Bio Centers to develop, manufacture, and conduct clinical trials to evaluate COVID-HIG
  - Includes up to **$35MM** in funding from the U.S. DOD
  - Anticipate entering Phase 2 of clinical studies late summer with potential data by year-end

| Announced COVID-19 Related Development Contracts | | | |
|---|---|---|---|
| Contract Party | Announced | Value | Start Date |
| U.S. DoD | 7/8 | $35MM | 2020 |
| BARDA | 4/2 | $15MM | 2020 |

**~$50MM of development funding signed since March**

**HIG Update**

Phase 3 trial initiated
Nov. 2020



# Financial Highlights

# Primary financial metrics – 3Q



[$M]







1.    See the Appendix for a definition of non-GAAP terms and reconciliation tables.

# Primary financial metrics – YTD



[$M]







1.   See the Appendix for a definition of non-GAAP terms and reconciliation tables.

# Other key financial metrics – YTD



[$M]



1. Debt amounts indicated on the Company's Balance Sheet are not of unamortized debt issuance costs of $11.2M for 12/31/19 and $11.7M for 09/30/20.
2. Net Debt is calculated as Total Debt minus Cash.

# Other key financial metrics – YTD



[$M]







1.    Free Cash Flow is calculated as Operating Cash Flow minus CAPEX

# Other key financial metrics – YTD



[$M]







1.      See the Appendix for a definition of non-GAAP terms and reconciliation tables.

# Strong capital structure and ample liquidity



(As of 09/30/2020)

**Cash** **$415M**

**Accounts receivable** **$196M**

**Undrawn revolver** **$600M**

**08/07/20**

**Closed on $450M 3.875% Senior Unsecured Notes Due 2028**

- $353M repaid existing borrowings

- Remainder to cash

# 2020 financial guidance – updated



*[$M]*

| Metric | Updated 11/5/20 | Previous |
|---|---|---|
| **Total Revenue**<br>**-- Anthrax Vaccines**<br>**-- ACAM2000®**<br>**-- NARCAN® Nasal Spray**<br>**-- CDMO** | • **$1,520M – $1,580M**<br>-- **$350M – $370M**<br>-- **$160M – $200M**<br>-- **$295M – $315M**<br>-- **$450M – $470M** | • $1,500M – $1,600M<br>-- $320M – $350M<br>-- $180M – $200M<br>-- $285M – $315M<br>-- $440M – $460M |
| **Adjusted Net Income**[1] | • **$375M – $405M** | • $340M – $390M |
| **Adjusted EBITDA**[1] | • **$575M – $615M** | • $535M – $600M |

*Note: 2020 financial forecast does not include impact of M&A.*

1.    See the Appendix for a definition of non-GAAP terms and a reconciliation tables.



# Key Takeaways

# Summary takeaways



**Proven track record** – build from history of profitable, diversified revenue growth

**Scalable and sustainable business model** – deliver expanding offering of specialty products and services addressing global preparedness and response

**Established leader** – continue to build and scale leadership positions in select PHT markets where we have competitive advantages

**Strong financial foundation** – employ a disciplined capital deployment approach to support strategic objectives and drive shareholder value





# Appendix

# Reconciliation of Net Income to Adjusted Net Income – 3Q20, 3Q19



| ($ in millions) | Three Months Ended September 30, | | Source |
|---|---|---|---|
| | **2020** | **2019** | |
| **Net income** | **$39.5** | **$43.2** | **NA** |
| Adjustments: | | | |
| + Changes in fair value of contingent consideration | 30.2 | 6.9 | COGS |
| + Impairment of IPR&D intangible asset | 29.0 | -- | R&D |
| + Exit and disposal costs* | 17.1 | -- | COGS, SG&A and Other Income |
| + Non-cash amortization charges | 15.9 | 15.4 | Intangible Asset Amortization; Other Income |
| + Acquisition-related costs (transaction & integration) | 0.5 | 3.2 | SG&A |
| Tax effect | (13.2) | (3.9) | NA |
| Total adjustments | 79.5 | 21.6 | NA |
| **Adjusted net income** | **$119.0** | **$64.8** | **NA** |

* Amount incorporates $13.8M of inventory reserves associated with the Company's travel health vaccines.

# Reconciliation of Net Income to Adjusted Net Income – 9M20, 9M19



| ($ in millions) | Nine Months Ended September 30, | | Source |
| --- | --- | --- | --- |
| | 2020 | 2019 | |
| **Net income** | **$119.7** | **$7.6** | **NA** |
| Adjustments: | | | |
| + Non-cash amortization charges | 47.2 | 46.1 | Intangible Asset Amortization; Other Income |
| + Changes in fair value of contingent consideration | 31.3 | 12.4 | COGS |
| + Impairment of IPR&D intangible asset | 29.0 | -- | R&D |
| + Exit and disposal costs* | 17.1 | -- | COGS, SG&A and Other Income |
| + Acquisition-related costs (transaction & integration) | 0.5 | 10.6 | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | COGS |
| Tax effect | (19.7) | (13.2) | NA |
| Total adjustments | 105.4 | 62.0 | NA |
| **Adjusted net income** | **$225.1** | **$69.6** | **NA** |

\* Amount incorporates $13.8M of inventory reserves associated with the Company's travel health vaccines.

2020 Southwest IDEAS Investor Conference

# Reconciliation of Net Income to Adjusted Net Income – 2020 Guidance



| ($ in millions) | UPDATED 2020 Full Year Forecast | |
| --- | --- | --- |
| | **2020F** | **Source** |
| **Net income** | **$255 - $285** | **NA** |
| Adjustments: | | |
| + Non-cash amortization charges | 63 | Intangible Asset Amortization; Other Income |
| + Changes in fair value of contingent consideration | 32 | COGS |
| + Impairment of IPR&D intangible asset | 29 | R&D |
| + Exit and disposal costs | 17 | COGS, SG&A and Other Income |
| + Acquisition-related costs (transaction & integration) | 1 | SG&A |
| Tax effect | (22) | NA |
| Total adjustments | 120 | NA |
| **Adjusted net income** | **$375 - $405** | **NA** |

# Reconciliation of Net Income to Adjusted EBITDA – 3Q20, 3Q19



| ($ in millions) | Three Months Ended September 30, | |
| --- | --- | --- |
| | 2020 | 2019 |
| **Net Income** | **$39.5** | **$43.2** |
| Adjustments: | | |
| + Depreciation & amortization | 28.8 | 27.7 |
| + Provision for income taxes | 15.5 | 15.7 |
| + Total interest expense, net* | 7.5 | 9.7 |
| + Changes in fair value of contingent consideration | 30.2 | 6.9 |
| + Impairment of IPR&D intangible asset | 29.0 | -- |
| + Exit and disposal costs** | 17.1 | -- |
| + Acquisition-related costs (transaction & integration) | 0.5 | 3.2 |
| Total adjustments | 128.6 | 63.2 |
| **Adjusted EBITDA** | **$168.1** | **$106.4** |

\* Includes interest income of $0.1M in 2020 and $0.6M in 2019.

\*\* Amount incorporates $13.8M of inventory reserves associated with the Company's travel health vaccines.

# Reconciliation of Net Income to Adjusted EBITDA – 9M20, 9M19



| ($ in millions) | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2020 | 2019 |
| **Net Income** | **$119.7** | **$7.6** |
| Adjustments: | | |
| + Depreciation & amortization | 85.6 | 82.8 |
| + Provision (benefit) for (from) income taxes | 34.7 | (1.7) |
| + Total interest expense, net* | 21.6 | 27.6 |
| + Changes in fair value of contingent consideration | 31.3 | 12.4 |
| + Impairment of IPR&D intangible asset | 29.0 | -- |
| + Exit and disposal costs** | 17.1 | -- |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 |
| + Acquisition-related costs (transaction & integration) | 0.5 | 10.6 |
| Total adjustments | 219.8 | 137.8 |
| **Adjusted EBITDA** | **$339.5** | **$145.4** |

\* Includes interest income of $1.0M in 2020 and $1.7M in 2019.
\*\* Amount incorporates $13.8M of inventory reserves associated with the Company's travel health vaccines.

# Reconciliation of Net Income to Adjusted EBITDA – 2020 Guidance



| ($ in millions) | UPDATED 2020 Full Year Forecast |
|---|---|
| | 2020F |
| **Net Income** | **$255 - $285** |
| Adjustments: | |
| + Depreciation & amortization | 115 |
| + Provision for income taxes | 96 - 106 |
| + Total interest expense | 30 |
| + Changes in fair value of contingent consideration | 32 |
| + Impairment of IPR&D intangible asset | 29 |
| + Exit and disposal costs | 17 |
| + Acquisition-related costs (transaction & integration) | 1 |
| Total adjustments | 320 - 330 |
| **Adjusted EBITDA** | **$575 - $615** |

# Reconciliation of Net R&D Expense – 9M20, 9M19



| ($ in millions) | Nine Months Ended September 30, | |
| --- | --- | --- |
| | 2020 | 2019 |
| **Research and Development Expenses** | **$175.0** | **$163.4** |
| Adjustments: | | |
| - Contracts and Grants revenue | $72.1 | $98.4 |
| - Impairment of IPR&D intangible asset | $29.0 | $-- |
| **Net Research and Development Expenses** | **$73.9** | **$65.0** |
| **Adjusted Revenue (Total Revenue Less Contracts & Grants Revenue)** | **$900.3** | **$647.3** |
| **Net R&D as % of Adjusted Revenue** | **8%** | **10%** |

# Reconciliation of Gross Margin and Adjusted Gross Margin – 9M20, 9M19



| ($ in millions) | Nine Months Ended September 30, | |
|---|---|---|
| | **2020** | **2019** |
| **Total revenues** | **$972.4** | **$745.7** |
|  - Contracts and grants revenue | (72.1) | (98.4) |
| **Adjusted revenues** | **$900.3** | **$647.3** |
| | | |
| **Cost of product sales and contract development and manufacturing services (COGS)** | **$355.7** | **$300.7** |
|  - Changes in fair value of contingent consideration | (31.3) | (12.4) |
|  - Inventory reserves related to Travel Health vaccines | (13.8) | -- |
| **Adjusted COGS** | **$310.6** | **$288.3** |
| | | |
| **Gross margin (adjusted revenue less COGS)** | **$544.6** | **$346.6** |
| **Gross margin % (gross margin divided by adjusted revenue)** | **60%** | **54%** |
| **Adjusted gross margin (adjusted revenue less adjusted COGS)** | **$589.7** | **$359.0** |
| **Adjusted gross margin % (adjusted gross margin divided by adjusted revenue)** | **66%** | **55%** |

# Glossary of Terms



| Term | Definition |
|------|------------|
| ANVISA | National Health Surveillance Agency Brazil |
| BARDA | Biomedical Advanced Research and Development Authority |
| BMGS | Federal Ministry of Health Germany |
| BSL3 | A biosafety level of biocontainment precautions required to isolate dangerous agents in an enclosed laboratory facility |
| CAGR | Compound annual growth rate |
| CBRNE | Chemical, Biological, Radiological, Nuclear, and Explosives |
| CDC | Centers for Disease Control and Prevention |
| CDMO | Contract development and manufacturing organization |
| CEPI | Coalition for Epidemic Preparedness Innovations |
| cGMP | Certified Good Manufacturing Practices |
| DHS | U.S. Department of Homeland Security |
| DoD | U.S. Department of Defense |
| DOS | U.S. Department of State |
| DTRA | U.S. Defense Threat Reduction Agency |
| EBITDA | Earnings before interest, tax, depreciation and amortization |
| EID | Emerging Infectious Disease |

# Glossary of Terms



| Term | Definition |
|------|-----------|
| EMA | European Medicines Agency |
| EUA | Emergency Use Authorization |
| FDA | U.S. Food and Drug Administration |
| GAAP | U.S. Generally Accepted Accounting Principles |
| HHS | U.S. Department of Health and Human Services |
| M&A | Mergers and acquisitions |
| MCS | Medical Countermeasure Systems |
| MCMs | Medical countermeasures |
| MHRA | Medicines and Healthcare Products Regulatory Agency U.K. |
| MRMC | United States Army Medical Research and Materiel Command |
| NGOs | Non-governmental organizations |
| PHAC | Public Health Agency Canada |
| PMDA | Pharmaceuticals and Medical Devices Agency |
| SwRI | Southwest Research Institute |
| USG | United States Government |



www.emergentbiosolutions.com