# Exhibit 30



# Emergent BioSolutions Corporate Update

## J.P. Morgan Global Leveraged Finance and High Yield Conference

**Richard S. Lindahl**
*Executive Vice President, Chief Financial Officer and Treasurer*

**March 1, 2021**

# Safe Harbor Statement



This presentation includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements, other than statements of historical fact, including, without limitation, our financial guidance and related projections and statements regarding our ability to meet such projections in the anticipated timeframe, if at all; statements regarding our ability to advance potential solutions to combat the novel strain of coronavirus (SARS-CoV-2) causing COVID-19 disease; the anticipated timing for receipt of COVID-HIG Phase 3 clinical data and filing a related application for Emergency Use Authorization; continuation by the U.S. government to stockpile our countermeasures; the expected growth and expansion in our contract development and manufacturing (CDMO) services business; the amounts of our CDMO backlog and CDMO opportunity funnel; the anticipated timing of the renewed importance of travelers' health and safety and the impact on our travel health business; the timing of the initiation of a Phase 3 clinical trial for our Chikungunya VLP vaccine candidate; sustained operating and financial momentum; being poised for continued growth in 2021; our durable business model and any other statements containing the words "will," "believes," "expects," "anticipates," "intends" "plans," "targets," "forecasts," "estimates" and similar expressions in conjunction with, among other things, discussions of our outlook, financial performance or financial condition, financial and operational goals, strategic goals, growth strategy, product sales, government development or procurement contracts or awards, government appropriations, manufacturing capabilities, and the timing of certain regulatory approvals or expenditures are forward-looking statements. These forward-looking statements are based on our current intentions, beliefs and expectations regarding future events. We cannot guarantee that any forward-looking statement will be accurate.

Investors should realize that if underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could differ materially from our expectations. Investors are, therefore, cautioned not to place undue reliance on any forward-looking statement. Any forward-looking statements speak only as of the date of this presentation, and, except as required by law, we do not undertake to update any forward-looking statement to reflect new information, events or circumstances. There are a number of important factors that could cause our actual results to differ materially from those indicated by such forward-looking statements, including the impact of global economic conditions and public health crises and epidemics, such as the global pandemic that arose from COVID-19, on the markets, our operations, and employees as well as those of our customers and suppliers; availability of U.S. government funding for procurement for our products and certain product candidates and the future exercise of options under contracts related to such procurement; the negotiation of further commitments or contracts related to the collaboration and deployment of capacity toward future commercial manufacturing under our CDMO contracts; our ability to perform under our contracts with the U.S. government and our CDMO clients, including the timing of and specifications relating to deliveries; the continued exercise of discretion by BARDA to procure additional doses of AV7909 prior to approval by the FDA; our ability to secure licensure of AV7909 from the FDA within the anticipated timeframe, if at all; our ability to secure follow-on procurement contracts for our solutions to public health threats that are under procurement contracts that have expired or will be expiring; our ability to successfully appeal the patent litigation decision related to NARCAN® Nasal Spray 4mg/spray; our ability and the ability of our collaborators to enforce patents related to NARCAN® Nasal Spray against potential generic entrants; our ability to identify and acquire companies, businesses, products or product candidates that satisfy our selection criteria; our ability and the ability of our contractors and suppliers to maintain compliance with Current Good Manufacturing Practices and other regulatory obligations; our ability to obtain or maintain FDA approval or authorization for emergency or broader patient use of our COVID-19 treatment candidates and their actual safety and effectiveness; timing of and results of clinical trials; our ability to comply with the operating and financial covenants required by our senior secured credit facilities and the indenture governing our senior unsecured notes due 2028; our ability to obtain and maintain regulatory approvals for our other product candidates and the timing of any such approvals; the procurement of our product candidates by U.S. government entities under regulatory exemptions prior to approval by the FDA and corresponding procurement by government entities outside of the United States under regulatory exemptions prior to approval by the corresponding regulatory authorities in the applicable country; the success of our commercialization, marketing and manufacturing capabilities and strategy; and the accuracy of our estimates regarding future revenues, expenses, and capital requirements and needs for additional financing. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from our expectations in any forward-looking statement. Investors should consider this cautionary statement as well as the risk factors identified in our periodic reports filed with the Securities and Exchange Commission when evaluating our forward-looking statements.

# Non-GAAP Financial Measures / Trademarks



**Non-GAAP Financial Measures**

This presentation contains two financial measures (Adjusted Net Income and Adjusted EBITDA (Earnings Before Interest, Taxes, Depreciation and Amortization)) that are considered "non-GAAP" financial measures under applicable Securities and Exchange Commission rules and regulations. These non-GAAP financial measures should be considered supplemental to and not a substitute for financial information prepared in accordance with generally accepted accounting principles. The Company's definition of these non-GAAP measures may differ from similarly titled measures used by others. Adjusted net income adjusts for specified items that can be highly variable or difficult to predict, or reflect the non-cash impact of charges.  All adjustments are tax effected utilizing the federal statutory tax rate for the US, except for changes in the fair value of contingent consideration as the vast majority is non-deductible for tax purposes. Adjusted EBITDA reflects net income excluding the impact of depreciation, amortization, interest expense and income taxes, excluding specified items that can be highly variable and the non-cash impact of certain accounting adjustments. The Company views these non-GAAP financial measures as a means to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results and comparison to competitors' operating results. These non-GAAP financial measures reflect an additional way of viewing aspects of the Company's operations that, when viewed with GAAP results and the reconciliations to the corresponding GAAP financial measure may provide a more complete understanding of factors and trends affecting the Company's business.

The determination of the amounts that are excluded from these non-GAAP financial measures are a matter of management judgment and depend upon, among other factors, the nature of the underlying expense or income amounts. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and publicly filed reports in their entirety.

**Trademarks**

BioThrax® (Anthrax Vaccine Adsorbed), RSDL® (Reactive Skin Decontamination Lotion Kit), BAT® (Botulism Antitoxin Heptavalent (A,B,C,D,E,F,G)-(Equine)), Anthrasil® (Anthrax Immune Globulin Intravenous (Human)), VIGIV (Vaccinia Immune Globulin Intravenous (Human)), Trobigard® (atropine sulfate, obidoxime chloride), ACAM2000® (Smallpox (Vaccinia) Vaccine, Live), Vivotif® (Typhoid Vaccine Live Oral Ty21a), Vaxchora® (Cholera Vaccine, Live, Oral), NARCAN® (naloxone HCl) Nasal Spray and any and all Emergent BioSolutions Inc. brands, products, services and feature names, logos and slogans are trademarks or registered trademarks of Emergent BioSolutions Inc. or its subsidiaries in the United States or other countries. All other brands, products, services and feature names or trademarks are the property of their respective owners

# Company snapshot

A life sciences company with a diversified portfolio of **products + pipeline** plus **CDMO services** focused on addressing **public health threats**.

- Proven **22-year track record in preparedness and response**
- **Leadership positions** in key public health threat markets
- **Trusted partner** to governments, NGOs and pharma/biotech innovators
- Organized as **four distinct business units** with shared services
- **Scalable and sustainable** business model

# Our four business units



## PRODUCTS + PIPELINE



**VACCINES**



**THERAPEUTICS**



**DEVICES**

- Multiple products against significant public health threats
- Robust pipeline using multiple proprietary technology modalities
- Excellence in manufacturing of complex biologics
- Trusted partner in rapid response to public health emergencies and crises

## CDMO SERVICES



**CONTRACT DEVELOPMENT AND MANUFACTURING**

- Development Services
- Drug Substance
- Drug Product/Packaging

# Our business units address a >$50B global market



## PRODUCTS + PIPELINE



## >$30B[1,2] Market Opportunity

## CDMO SERVICES



## >$20B[1,3] Market Opportunity

1. Company and third-party sources.
2. Expected forward growth rate: Single digit CAGR.
3. Expected forward growth rate: Double digit CAGR.

# The public health threat market landscape



**CHEMICAL:** Nerve agents, cyanide, chlorine, toxic industrial chemicals

**BIOLOGICAL:** Anthrax, smallpox, botulism, Ebola, other category A threats

**RADIOLOGICAL/NUCLEAR:** Nuclear, radiological agents

**EXPLOSIVES:** Trauma, burn, wound care

**ACUTE/EMERGENCY CARE:**
Hospitalized influenza, poison control/antidotes, burn, trauma, community use emergency medicine



**EMERGING INFECTIOUS DISEASES:**
Marburg, dengue, Gram-negative organisms, Ebola, Lassa, MERS, multi-drug resistant pathogens, Nipah, pandemic influenza, SARS, Zika

**TRAVEL HEALTH:**
Cholera, ETEC, Hepatitis A/Hepatitis B, Japanese encephalitis, malaria, polio, rabies, Shigella, typhoid, yellow fever, chikungunya

**EMERGING HEALTH CRISES:**
Opioid crisis (overdose, opioid use disorder) and other emerging threats similar in nature

# Diverse portfolio of products[1] addressing multiple public health threats





**VACCINES**
(injectable, oral)

**THERAPEUTICS**
(hyperimmune/mAb)

**DRUG-DEVICE COMBINATIONS**
(device, drug-device combination product)

## ANTHRAX

**Anthrasil®**
[Anthrax Immune Globulin Intravenous (human)]

**AV7909[1]**
[Anthrax Vaccine Adsorbed (AVA), Adjuvanted]

**BioThrax®**
(Anthrax Vaccine Adsorbed)

**raxibacumab injection**
A fully human monoclonal antibody

## SMALLPOX

**ACAM2000®**
(Smallpox (Vaccinia) Vaccine, Live)

**VIGIV CNJ-016®**
[Vaccinia Immune Globulin Intravenous (Human)]

## CHEMICAL AGENTS

**RSDL®**
(Reactive Skin Decontamination Lotion Kit)

**Trobigard®[1]**
(atropine sulfate, obidoxime chloride auto-injector)

## OPIOID CRISIS

**NARCAN®**
(naloxone HCl) Nasal Spray

## BOTULISM

**BAT®**
[Botulism Antitoxin Heptavalent (A, B, C, D, E, F, G) - (Equine)]

## TRAVEL HEALTH

**Vaxchora®**
(Cholera Vaccine, Live, Oral)

**Vivotif®**
(Typhoid Vaccine Live Oral Ty21a)

1. AV7909 and Trobigard are not approved by the FDA or any other health regulatory authority but are procured by authorized government agencies under special circumstances.

# Select R&D pipeline programs – sources of potential future growth



| BUSINESS UNIT | CANDIDATE | THREAT | CURRENT PHASE |
|---|---|---|---|
| **VACCINES** | **AV7909**[1]<br>[Anthrax Vaccine Adsorbed (AVA), adjuvanted] | CBRNE | • Phase III; BLA filing anticipated 2021 |
| | **CHIKV VLP**<br>(Chikungunya virus VLP vaccine) | Travel Health/EID | • Phase II; Phase III initiation 2021 |
| | **WEVEE VLP**<br>(Western, Eastern and Venezuelan equine encephalitic VLP) | CBRNE/EID | • Phase I |
| **THERAPEUTICS** | **COVID-HIG (Treatment)**<br>(Human polyclonal hyperimmune with antibodies to SARS-CoV-2) | EID | • Phase III; EUA potential 2021 |
| | **COVID-HIG (Post-Exposure Prophylaxis (PEP))**<br>(Human polyclonal hyperimmune with antibodies to SARS-CoV-2) | EID | • Phase I |
| | **FLU-IGIV**<br>(Seasonal influenza A therapeutic) | Acute Care | • Phase II; Phase III initiation 2021[3] |
| **DEVICES** | **Trobigard Auto-Injector**[1,2]<br>(Atropine sulfate, obidoxime chloride auto-injector) | CBRNE | • Late Stage[1] |
| | **D4**<br>(2PAM/atropine) | CBRNE | • Development Stage |
| | **AP007**<br>(Sustained-release nalmefene Injectable) | Opioids/Opioid Use Disorder | • Early Stage/Feasibility Phase |

1. *AV7909 and Trobigard Auto-Injector are not approved by the FDA or any other health regulatory authority but are procured by authorized government agencies under special circumstances.*
2. *Application submitted to a regulatory health authority in the European Union.*
3. *Contingent on completion of stage gate assessment and timing of seasonal influenza.*

# Biologics-focused CDMO services add diversification and growth opportunities



emergent
biosolutions®



**SERVICE PILLARS**

**DEVELOPMENT SERVICES (DVS)**

**DRUG SUBSTANCE (DS)**

**DRUG PRODUCT / PACKAGING (DP)**

## Key Metrics Related to CDMO Services Business



**$53M**

**New Business**[1]
In 4Q20



**$1.34B**

**Backlog**[2]
As of 12/31/20



**$689M**

**Rolling Opportunity Funnel**[3]
As of 12/31/20

1. New business is defined as initial value of contracts secured within the indicated period and is incorporated into Backlog.
2. Backlog is defined as estimated remaining contract value as of the indicated period pursuant to signed contracts, which is expected to be realized over the next one to three years.
3. Opportunity funnel is defined as the initial proposal values from new work with new customers, new work with existing customers and extensions/expansions of existing contracts with existing customers to be realized over the next one to three years if awarded. This excludes CSA extensions with Johnson & Johnson and AstraZeneca.

# CDMO Services site network and related capabilities



| SITE | TECHNOLOGIES | SERVICE PILLARS | | | CIADM[1] | REVENUE GENERATING | |
|---|---|---|---|---|---|---|---|
| | | DVS | DS | DP | | 2020 | 2024F |
| **Baltimore, MD (Bayview)** | Mammalian, Viral, Microbial | | ● | | ● | ● | ● |
| **Baltimore, MD (Camden)** | Mammalian, Microbial | | | ● | ● | ● | ● |
| **Lansing, MI** | Microbial | | ● | | | | ● |
| **Winnipeg, Manitoba, Canada** | Plasma, Mammalian, Microbial | ● | ● | ● | | ● | ● |
| **Gaithersburg, MD** | Mammalian, Microbial, Viral, Gene Therapy | ● | | | | ● | ● |
| **Rockville, MD** | Viral, Gene Therapy | | | ● | ● | ● | ● |
| **Bern, Switzerland** | Mammalian, Microbial | | ● | | | | ● |
| **Canton, MA** | Viral, Gene Therapy | | ● | | | | ● |
| **Hattiesburg, MS** | Packaging | | | ● | | | ● |

**Committed investments of >$200M in capabilities and capacities: $50M Camden (completed); $75M Canton (ongoing); $85.5M Rockville/Camden (ongoing -- funded by BARDA)**

# CDMO Services COVID-19 Partnerships (9)



| | | Development Services<br>Gaithersburg, MD | Drug Substance<br>Baltimore, MD (Bayview) | Drug Product<br>Baltimore, MD (Camden) | Drug Product<br>Rockville, MD | Drug Product<br>Winnipeg, Manitoba, CA | Clinical | Commercial |
|---|---|---|---|---|---|---|---|---|
| AstraZeneca | Viral | ● | ● | | | | | ● |
| Humanigen | Mammalian | | | ● | | | ● | ● |
| Johnson&Johnson | Viral | | ● | | | | | ● |
| NOVAVAX | Mammalian | ● | ● | ● | | | ● | |
| PROVIDENCE | mRNA | | | | ● | | ● | ● |
| VAXART | Viral | ● | ● | | | | ● | |
| U.S. small biotech | mRNA | | | ● | | | ● | |
| U.S. large biotech | Mammalian | | | ● | | | | ● |
| BARDA | | | ● | ● | ● | | ● | ● |

*Pharma/Biotech Innovators*

*Gov't / NGO*

Technologies    Viral    Mammalian    mRNA

# Diversified revenue and profitability growth reflect sustained operational and financial momentum



*($M, except per share value)*











1. *See the Appendix for a definition of non-GAAP terms and reconciliation tables.*

# Liquidity and cash flow generation reinforce business model strength and durability

Case 3:21-cv-00955-WHB Document 71-32 Filed 05/19/22 Page 15 of 28



($M)













1. Debt amounts indicated on the Company's Balance Sheet are net of unamortized debt issuance costs of $14.2M for 12/31/18, $11.2M for 12/31/19 and $10.7M for 12/31/20.
2. Net Debt is calculated as Total Debt minus Cash.
3. Free Cash Flow is calculated as Operating Cash Flow minus CAPEX.

# Solid credit profile has produced significant deleveraging







1.  Gross Leverage is calculated as Total Debt divided by Adjusted EBITDA.
2.  Net Leverage is calculated as Net Debt divided by Adjusted EBITDA.

# 2021 Guidance[1]



1. **Total revenues in a range of $1.95 billion to $2.05 billion**

   - Anthrax vaccines in a range of $280 million to $310 million

   - ACAM2000 in a range of $185 million to $205 million

   - NARCAN Nasal Spray in a range of $305 million to $325 million

   - CDMO services revenue in a range of $925 million to $965 million

2. **Adjusted EBITDA[2] of $750 million to $810 million**

3. **Adjusted net income[2] of $475 million to $525 million.**

**1Q21 Total Revenues: $330 million to $370 million**

1. *2021 guidance reaffirmed by the Company on 02/18/2021.*
2. *See the Appendix for a definition of non-GAAP terms and reconciliation tables.*

# 2020-2024 Growth Strategy key pillars and goals





| EXECUTE CORE BUSINESS | GROW THROUGH M&A | STRENGTHEN R&D PORTFOLIO | BUILD SCALABLE CAPABILITIES | EVOLVE CULTURE |

- Double revenue to **>$2B**
- Grow in disciplined, profitable way; achieve adjusted EBITDA margin of **27%-30%**[1]
- Expand and build scalable leadership positions in current and new public health threat (PHT) markets
- Invest in capabilities, innovation and operational excellence

*Company is reevaluating its long-term objectives and expects to provide an update later in 2021.*

1. *Defined as Adjusted EBITDA divided by Total Revenues.*

# Key credit profile highlights



1. **Product portfolio critical to public health**

2. **Highly favorable market dynamics**

3. **Durable business model**

4. **Disciplined growth strategy**

5. **Strong free cash flow generation**

**Emergent is Well-Positioned to Continue Executing its Key Business and Financial Objectives**





# Appendix

# Glossary of terms (page 1 of 2)



| Term | Definition |
| --- | --- |
| ANVISA | National Health Surveillance Agency Brazil |
| BARDA | Biomedical Advanced Research and Development Authority |
| BMGS | Federal Ministry of Health Germany |
| BSL3 | A biosafety level of biocontainment precautions required to isolate dangerous agents in an enclosed laboratory facility |
| CAGR | Compound annual growth rate |
| CBRNE | Chemical, Biological, Radiological, Nuclear, and Explosives |
| CDC | Centers for Disease Control and Prevention |
| CDMO | Contract development and manufacturing organization |
| CEPI | Coalition for Epidemic Preparedness Innovations |
| cGMP | Current Good Manufacturing Practices |
| DHS | U.S. Department of Homeland Security |
| DoD | U.S. Department of Defense |
| DOS | U.S. Department of State |
| DTRA | U.S. Defense Threat Reduction Agency |
| EBITDA | Earnings before interest, tax, depreciation and amortization |
| EID | Emerging Infectious Disease |

# Glossary of terms (page 2 of 2)



| Term | Definition |
| --- | --- |
| EMA | European Medicines Agency |
| EUA | Emergency Use Authorization |
| FDA | U.S. Food and Drug Administration |
| GAAP | U.S. Generally Accepted Accounting Principles |
| HHS | U.S. Department of Health and Human Services |
| M&A | Mergers and acquisitions |
| MCS | Medical Countermeasure Systems |
| MCMs | Medical countermeasures |
| MHRA | Medicines and Healthcare Products Regulatory Agency U.K. |
| MRMC | United States Army Medical Research and Materiel Command |
| NGOs | Non-governmental organizations |
| PHAC | Public Health Agency Canada |
| PMDA | Pharmaceuticals and Medical Devices Agency |
| SwRI | Southwest Research Institute |
| USG | United States Government |

# Reconciliation of Net Income to Adjusted Net Income – FY20, FY19, FY18



| (in millions, except per share value) | Year Ended December 31, | | | Source |
| --- | --- | --- | --- | --- |
| | **2020** | **2019** | **2018** | |
| **Net Income** | **$305.1** | **$54.5** | **$62.7** | |
| Adjustments: | | | | |
| + Non-cash amortization charges | 63.4 | 61.7 | 25.9 | Intangible Asset Amortization; Other Income |
| + Change in fair value of contingent consideration | 31.7 | 24.8 | 3.1 | COGS |
| + Impairment of IPR&D | 29.0 | 12.0 | -- | R&D |
| + Exit and disposal costs | 17.2 | -- | 0.4 | COGS, SG&A, Other Income |
| + Acquisition-related costs (transaction & integration) | 0.6 | 12.6 | 27.3 | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | 18.4 | COGS |
| Tax effect | (23.1) | (19.4) | (15.1) | |
| Total Adjustments: | 118.8 | 97.8 | 60.0 | |
| **Adjusted Net Income** | **$423.9** | **$152.3** | **$122.7** | |
| **Adjusted Net Income Per Diluted Share** | **$7.88** | **$2.91** | **$2.39** | |

# Reconciliation of Net Income to Adjusted Net Income – 2021 Guidance



|  | Full Year Forecast | |
| --- | --- | --- |
| (in millions) | 2021F | Source |
| Net Income | $420.0 - $470.0 | |
| Adjustments: | | |
|   + Non-cash amortization charges | 64.0 | Intangible Asset Amortization, Other Income |
|   + Changes in fair value of contingent consideration | 3.0 | COGS |
|   + Acquisition-related costs (transaction & integration) | 2.0 | SG&A |
| Tax effect | (14.0) | |
| Total Adjustments: | 55.0 | |
| Adjusted Net Income | $475.0 - $525.0 | |

# Reconciliation of Net Income to Adjusted EBITDA FY20, FY19, FY18



| (in millions) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2020** | **2019** | **2018** |
| **Net Income** | **$305.1** | **$54.5** | **$62.7** |
| Adjustments: | | | |
| + Depreciation & amortization | 114.5 | 110.7 | 61.3 |
| + Total interest expense, net * | 30.2 | 36.1 | 8.3 |
| + Income tax expense | 102.1 | 22.9 | 18.8 |
| + Change in fair value of contingent consideration | 31.7 | 24.8 | 3.1 |
| + Impairment of IPR&D intangible asset | 29.0 | 12.0 | -- |
| + Exit and disposal costs | 17.2 | -- | 0.4 |
| + Acquisition-related costs (transaction & integration) | 0.6 | 12.6 | 27.3 |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | 18.4 |
| Total Adjustments: | 325.3 | 225.2 | 137.6 |
| **Adjusted EBITDA** | **$630.4** | **$279.7** | **$200.3** |

* Includes interest income of $1.1M in 2020, $2.4M in 2019 and $1.6M in 2018

# Reconciliation of Net Income to Adjusted EBITDA — 2021 Guidance



| (in millions) | Full Year Forecast |
| --- | --- |
| | 2021F |
| Net Income | $420.0 - $470.0 |
| Adjustments: | |
|   + Depreciation & amortization | 133.0 |
|   + Income taxes | 161.0 - 171.0 |
|   + Total interest expense | 31.0 |
|   + Acquisition-related costs (transaction & integration) | 2.0 |
|   + Change in fair value of contingent consideration | 3.0 |
| Total Adjustments | 330.0 - 340.0 |
| Adjusted EBITDA | $750.0 - $810.0 |

# www.emergentbiosolutions.com

