.

# Exhibit 38



# Emergent BioSolutions Inc. Corporate Update

IDEAS East Coast Conference
[Sponsored by Three Part Advisors]

**Robert G. Burrows**
*Vice President, Investor Relations*

**June 16, 2021**

# Safe Harbor Statement



This presentation includes forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Any statements, other than statements of historical fact, including, without limitation, our financial guidance and related projections and statements regarding our ability to meet such projections in the anticipated timeframe, if at all; statements regarding future growth; procurement of AV7909; ACAM2000® vaccine deliveries; the award of a new procurement contract for raxibacumab, the strength of the naloxone market; the timing and number of generic naloxone entrants; the timing of the anticipated appellate decision on pending patent litigation; pipeline progress and the anticipated timing and number of regulatory submissions; the timing of CDMO revenues, our CDMO backlog and opportunity funnel; future growth; capital expenditures and total contract value; and any other statements containing the words "will," "believes," "expects," "anticipates," "intends," "plans," "targets," "forecasts," "estimates" and similar expressions in conjunction with, among other things, discussions of the Company's outlook, financial performance or financial condition, financial and operation goals, product sales, government development or procurement contracts or awards, government appropriations, manufacturing capabilities, and the timing of certain regulatory approvals or expenditures are forward-looking statements. These forward-looking statements are based on our current intentions, beliefs and expectations regarding future events. We cannot guarantee that any forward-looking statement will be accurate.

Investors should realize that if underlying assumptions prove inaccurate or unknown risks or uncertainties materialize, actual results could differ materially from our expectations. Investors are, therefore, cautioned not to place undue reliance on any forward-looking statement. Any forward-looking statements speak only as of the date of this presentation, and, except as required by law, we do not undertake to update any forward-looking statement to reflect new information, events or circumstances. There are a number of important factors that could cause our actual results to differ materially from those indicated by such forward-looking statements, including the impact of COVID-19 on the markets, our operations and employees as well as those of our customers and suppliers; the ability to obtain authorization from the FDA for our proposed COVID-19 treatment and its safety and effectiveness; the ability to obtain authorization from the FDA to produce the products and product candidates of our customers; availability of U.S. government funding for procurement of our products and certain product candidates and the future exercise of options under contracts related to such procurement; the negotiation of further commitments or contracts related to the collaboration and deployment of capacity toward future commercial manufacturing under our CDMO contracts; our ability to perform under our contracts with the U.S. government and our CDMO clients, including the timing of and specifications relating to deliveries; the continued exercise of discretion by BARDA to procure additional doses of AV7909 (Anthrax Vaccine Adsorbed, Adjuvanted) prior to approval by the FDA; our ability to secure licensure of AV7909 from the FDA within the anticipated timeframe, if at all; our ability to secure follow-on procurement contracts for our solutions to public health threats that are under procurement contracts that have expired or will be expiring; our ability to successfully appeal the patent litigation decision related to NARCAN® Nasal Spray 4mg/spray; our ability and the ability of our collaborators to enforce patents related to NARCAN® Nasal Spray against potential generic entrants; our ability to identify and acquire companies, businesses, products or product candidates that satisfy our selection criteria; our ability and the ability of our contractors and suppliers to maintain compliance with Current Good Manufacturing Practices and other regulatory obligations; our ability to comply with the operating and financial covenants required by our senior secured credit facilities and the indenture governing our senior unsecured notes due 2028; our ability to obtain and maintain regulatory approvals for our other product candidates and the timing of any such approvals; the procurement by government entities outside of the United States under regulatory exemptions prior to approval by the corresponding regulatory authorities in the applicable country; the success of our commercialization, marketing and manufacturing capabilities and strategy; and the accuracy of our estimates regarding future revenues, expenses, and capital requirements and needs for additional financing. The foregoing sets forth many, but not all, of the factors that could cause actual results to differ from our expectations in any forward-looking statement. Investors should consider this cautionary statement as well as the risk factors identified in our periodic reports filed with the Securities and Exchange Commission when evaluating our forward-looking statements.

# Non-GAAP Financial Measures / Trademarks



**NON-GAAP FINANCIAL MEASURES**

This presentation contains financial measures (Adjusted Net Income, Adjusted Net Income Per Diluted Share, Adjusted EBITDA (Earnings Before Depreciation and Amortization, Interest and Taxes), Adjusted Gross Margin and Adjusted Revenues) that are considered "non-GAAP" financial measures under applicable Securities and Exchange Commission rules and regulations. These non-GAAP financial measures should be considered supplemental to and not a substitute for financial information prepared in accordance with generally accepted accounting principles. The Company's definition of these non-GAAP measures may differ from similarly titled measures used by others. For its non-GAAP measures, the Company adjusts for specified items that can be highly variable or difficult to predict, or reflect the non-cash impact of charges or accounting changes. As needed, such adjustments are tax effected utilizing the federal statutory tax rate for the US, except for changes in the fair value of contingent consideration as the vast majority is non-deductible for tax purposes. The Company views these non-GAAP financial measures as a means to facilitate management's financial and operational decision-making, including evaluation of the Company's historical operating results and comparison to competitors' operating results. These non-GAAP financial measures reflect an additional way of viewing aspects of the Company's operations that, when viewed with GAAP results and the reconciliations to the corresponding GAAP financial measure may provide a more complete understanding of factors and trends affecting the Company's business. For more information on these non-GAAP financial measures, please see the tables in the Appendix included at the end of this presentation.

The determination of the amounts that are excluded from these non-GAAP financial measures are a matter of management judgment and depend upon, among other factors, the nature of the underlying expense or income amounts. Because non-GAAP financial measures exclude the effect of items that will increase or decrease the Company's reported results of operations, management strongly encourages investors to review the Company's consolidated financial statements and publicly filed reports in their entirety.

**TRADEMARKS**

BioThrax® (Anthrax Vaccine Adsorbed), RSDL® (Reactive Skin Decontamination Lotion Kit), BAT® (Botulism Antitoxin Heptavalent (A,B,C,D,E,F,G)-(Equine)), Anthrasil® (Anthrax Immune Globulin Intravenous (Human)), VIGIV (Vaccinia Immune Globulin Intravenous (Human)), Trobigard® (atropine sulfate, obidoxime chloride), ACAM2000® (Smallpox (Vaccinia) Vaccine, Live), Vivotif® (Typhoid Vaccine Live Oral Ty21a), Vaxchora® (Cholera Vaccine, Live, Oral), NARCAN® (naloxone HCl) Nasal Spray and any and all Emergent BioSolutions Inc. brands, products, services and feature names, logos and slogans are trademarks or registered trademarks of Emergent BioSolutions Inc. or its subsidiaries in the United States or other countries. All other brands, products, services and feature names or trademarks are the property of their respective owners.

# Company snapshot



A life sciences company with a diversified portfolio of **products + pipeline** plus **CDMO services** focused on addressing **public health threats**.

- Proven **22-year track record in preparedness and response**
- **Leadership positions** in key public health threat markets
- **Trusted partner** to governments, NGOs and pharma/biotech innovators
- Organized as **four distinct business units** with shared services
- **Scalable and sustainable** business model

# Our four business units



## PRODUCTS + PIPELINE



**VACCINES**



**THERAPEUTICS**



**DEVICES**

- Multiple products against significant public health threats
- Robust pipeline using multiple proprietary technology modalities
- Excellence in manufacturing of complex biologics
- Trusted partner in rapid response to public health emergencies and crises

## CDMO SERVICES



**CONTRACT DEVELOPMENT AND MANUFACTURING**

- Development Services
- Drug Substance
- Drug Product/Packaging

# Our business units address a >$50B global market



## PRODUCTS + PIPELINE



>$30B[1,2] Market Opportunity

## CDMO SERVICES



>$20B[1,3] Market Opportunity

1. Company and third-party sources.
2. Expected forward growth rate: Single digit CAGR.
3. Expected forward growth rate: Double digit CAGR.

# Our products/pipeline business is focused on the public health threat market landscape

Case 8:21-cv-01995-PLB Document 72-30 Filed 05/26/22 Page 8 of 42



**CHEMICAL:** Nerve agents, cyanide, chlorine, toxic industrial chemicals

**BIOLOGICAL:** Anthrax, smallpox, botulism, Ebola, other category A threats

**RADIOLOGICAL/NUCLEAR:** Nuclear, radiological agents

**EXPLOSIVES:** Trauma, burn, wound care

**ACUTE/EMERGENCY CARE:**
Hospitalized influenza, poison control/antidotes, burn, trauma, community use emergency medicine



**EMERGING INFECTIOUS DISEASES:**
Marburg, dengue, Gram-negative organisms, Ebola, Lassa, MERS, multi-drug resistant pathogens, Nipah, pandemic influenza, SARS, Zika

**TRAVEL HEALTH:**
Cholera, ETEC, Hepatitis A/Hepatitis B, Japanese encephalitis, malaria, polio, rabies, Shigella, typhoid, yellow fever, chikungunya

**EMERGING HEALTH CRISES:**
Opioid crisis (overdose, opioid use disorder) and other emerging threats similar in nature

# Diverse portfolio of products[1] addressing multiple public health threats





**VACCINES**
(injectable, oral)

**THERAPEUTICS**
(hyperimmune/mAb)

**DRUG-DEVICE COMBINATIONS**
(device, drug-device combination product)

## ANTHRAX

**Anthrasil®**
[Anthrax Immune Globulin Intravenous (human)]

**AV7909[1]**
[Anthrax Vaccine Adsorbed (AVA), Adjuvanted]

**BioThrax®**
(Anthrax Vaccine Adsorbed)

**raxibacumab injection**
A fully human monoclonal antibody

## SMALLPOX

**ACAM2000®**
(Smallpox (Vaccinia) Vaccine, Live)

**VIGIV CNJ-016®**
[Vaccinia Immune Globulin Intravenous (Human)]

## CHEMICAL AGENTS

**RSDL®**
(Reactive Skin Decontamination Lotion Kit)

**Trobigard®[1]**
(atropine sulfate, obidoxime chloride auto-injector)

## OPIOID CRISIS

**NARCAN®**
(naloxone HCl) Nasal Spray

## BOTULISM

**BAT®**
[Botulism Antitoxin Heptavalent (A, B, C, D, E, F, G) - (Equine)]

## TRAVEL HEALTH

**Vaxchora®**
(Cholera Vaccine, Live, Oral)

**Vivotif®**
(Typhoid Vaccine Live Oral Ty21a)

1. AV7909 and Trobigard are not approved by the FDA or any other health regulatory authority but are procured by authorized government agencies under special circumstances.

# Select R&D pipeline programs – sources of potential future growth



| BUSINESS UNIT | CANDIDATE | THREAT | CURRENT PHASE |
|---|---|---|---|
| VACCINES | **AV7909[1]**<br>[Anthrax Vaccine Adsorbed (AVA), adjuvanted] | CBRNE | • Phase III; BLA filing anticipated 2021 |
| | **CHIKV VLP**<br>(Chikungunya virus VLP vaccine) | Travel Health/EID | • Phase II; Phase III anticipated 2021 |
| | **Shigella-ETEC**<br>(Live, attenuated Shigella vaccine expressing ETEC antigens) | CBRNE/EID | • Phase I anticipated 2021 |
| | **EBS-LASV**<br>(Vector vaccine for Lassa fever) | CBRNE/EID | • Preclinical |
| THERAPEUTICS | **COVID-HIG (Treatment)**<br>(Human polyclonal hyperimmune with antibodies to SARS-CoV-2) | EID | • Phase II anticipated 2021 |
| | **FLU-IGIV**<br>(Seasonal influenza A therapeutic) | Acute Care | • Phase II; Phase III initiation 2021[3] |
| DEVICES | **Trobigard Auto-Injector[1,2]**<br>(Atropine sulfate, obidoxime chloride auto-injector) | CBRNE | • Late Stage[1] |
| | **D4**<br>(2PAM/atropine) | CBRNE | • Development Stage |
| | **AP007**<br>(Sustained-release nalmefene Injectable) | Opioids/Opioid Use Disorder | • Early Stage/Feasibility Phase |

1. *AV7909 and Trobigard Auto-Injector are not approved by the FDA or any other health regulatory authority but are procured by authorized government agencies under special circumstances.*
2. *Application submitted to a regulatory health authority in the European Union.*
3. *Contingent on completion of stage gate assessment and timing of seasonal influenza.*

# Our CDMO occupies a unique position in the biologics manufacturing services landscape



PURE PLAY CDMO

**INTEGRATED CDMO**

EMBEDDED CDMO

Emergent combines the best of both worlds: the customer focus and capacity of a pure play CDMO, plus all the expertise and experience of a successful innovator. We have the technology and facilities to bring products all the way from concept to market.

# Biologics-focused CDMO services add diversification and growth opportunities

Case 3:21-cv-00955-VAB   Document 72-45   Filed 05/13/22   Page 12 of 42



**3 SERVICE PILLARS**



DEVELOPMENT SERVICES (DVS)

DRUG SUBSTANCE (DS)

DRUG PRODUCT / PACKAGING (DP)

**5 TECHNOLOGY PLATFORMS**

- MAMMALIAN
- VIRAL
- MICROBIAL
- PLASMA
- GENE THERAPY

**9 FACILITIES COMPRISING SITE NETWORK**

| Site | Services Capabilities |
| --- | --- |
| Bayview (Baltimore) | • DS; CIADM[1] |
| Camden (Baltimore) | • DP; CIADM[1] |
| Lansing (Michigan) | • DS |
| Winnipeg (Canada) | • DVS; DS; DP |
| Gaithersburg (Maryland) | • DVS |
| Rockville (Maryland) | • DP; CIADM[1] |
| Bern (Switzerland) | • DS |
| Canton (Massachusetts) | • DS |
| Hattiesburg (Mississippi) | • DP |

# CDMO services – summary of site network and related capabilities



| SITE | TECHNOLOGIES | SERVICE PILLARS | | | CIADM[1] | REVENUE GENERATING | |
|---|---|---|---|---|---|---|---|
| | | DVS | DS | DP | | 2020 | 2024F |
| **Baltimore, MD (Bayview)** | Mammalian, Viral, Microbial | | ✓ | | ✓ | $ | $ |
| **Baltimore, MD (Camden)** | Mammalian, Microbial | | | ✓ | ✓ | $ | $ |
| **Lansing, MI** | Microbial | | ✓ | | | | *TBD* |
| **Winnipeg, Manitoba, Canada** | Plasma, Mammalian, Microbial | ✓ | ✓ | ✓ | | $ | $ |
| **Gaithersburg, MD** | Mammalian, Microbial, Viral, Gene Therapy | ✓ | | | | $ | $ |
| **Rockville, MD** | Viral, Gene Therapy | | | ✓ | ✓ | $ | $ |
| **Bern, Switzerland** | Mammalian, Microbial | | ✓ | | | | *TBD* |
| **Canton, MA** | Viral, Gene Therapy | | ✓ | | | | *TBD* |
| **Hattiesburg, MS** | Packaging | | | ✓ | | | *TBD* |

**Committed investments of >$200M in capabilities and capacities: $50M Camden (completed); $75M Canton (ongoing); $85.5M Rockville/Camden (ongoing -- funded by BARDA)**

# CDMO services – summary of COVID-19 partnerships [current count: 9]



| Pharma/Biotech Innovators | | Development Services Gaithersburg, MD | Drug Substance Baltimore, MD (Bayview) | Drug Product Baltimore, MD (Camden) | Drug Product Rockville, MD | Drug Product Winnipeg, Manitoba, CA | Clinical | Commercial |
|---|---|---|---|---|---|---|---|---|
| AstraZeneca | | ● | ● | | | | | ● |
| Humanigen | | | | ● | | | ● | ● |
| Johnson & Johnson | | | ● | | | | | ● |
| NOVAVAX | | ● | ● | ● | | | ● | |
| PROVIDENCE | | | | | ● | | ● | ● |
| VAXART | | ● | ● | | | | ● | |
| U.S. small biotech | | | | ● | | | ● | |
| U.S. large biotech | | | | ● | | | | ● |
| BARDA (Gov't / NGO) | | | ● | ● | ● | | ● | ● |

Technologies  Viral  Mammalian  mRNA

# Breakdown of the $20B CDMO market opportunity





$15B MAMMALIAN + $2B VIRAL + $1.5B MICROBIAL + $1B PLASMA + $0.5B GENE THERAPY

**EMERGENT CDMO FORMULA FOR GROWTH:**

- Molecule-to-market development and manufacturing services with successful track record of innovation.
- Enterprise team of more than 1400 technical and quality compliance professionals.
- Facilities and capabilities located in proximity to pharma and biotech hubs.
- Unique platform of customizable offerings across entire drug development lifecycle.

14    CDMO SERVICES

# CDMO services – key metrics



*($ in millions)*



**NEW BUSINESS[1]**
**[net new contracted value included in Backlog]**

| 3Q20 | 4Q20 | 1Q21 |
|------|------|------|
| $60 | $53 | $187 |



**BACKLOG[2]**

| 9/30/2020 | 12/31/2020 | 3/31/2021 |
|-----------|------------|-----------|
| $1,484 | $1,340 | $1,343 |



**ROLLING OPPORTUNITY FUNNEL[3]**

| 9/30/2020 | 12/31/2020 | 3/31/2021 |
|-----------|------------|-----------|
| $475 | $689 | $807 |

1. *New business is defined as initial value of contracts secured as well as incremental value of existing contracts modified within the indicated period and is incorporated into Backlog.*
2. *Backlog is defined as estimated remaining contract value as of the indicated period pursuant to signed contracts, the majority of which is expected to be realized over the next 24 months.*
3. *Opportunity funnel is defined as the initial proposal values from new work with new customers, new work with existing customers and extensions/expansions of existing contracts with existing customers, that if converted to new business, the majority of such value is expected to be realized over the next 24 months. This excludes any value associated with an extension of the commercial supply agreements (CSA) with Johnson & Johnson and AstraZeneca.*

# 1Q21 Performance Summary Points



- Solid financial performance, consistent with expectations

- Financial outcomes reflect strength and durability of diversified business

- Financial condition remains sound with liquidity and financial flexibility to fund operations and pursue opportunistic investments

- Despite recent headwinds, remain steadfast in commitment to supporting global preparedness and response to public health threats (PHTs)

# Primary Metrics: P&L – 1Q21 vs. 1Q20



*($ in millions, except per share amounts)*

 1Q21   1Q20

| | 1Q21 | 1Q20 |
|---|---|---|
| Total Revenues | $343.0 | $192.5 |
| Adjusted EBITDA[1] | $123.5 | $15.3 |
| Adjusted Net Income[1] | $83.6 | $0.3 |
| Adjusted Net Income Per Diluted Share[1] | $1.53 | $0.01 |

1.  *See the Appendix for a definition of non-GAAP terms and reconciliation tables.*

# Primary Metrics: Balance Sheet & Liquidity – 1Q21



*($ in millions)*

## As of March 31, 2021

| | |
|---|---|
| Cash | $547.8 |
| Accounts Receivable | $184.4 |
| Cash + Accounts Receivable | $732.2 |
| Net Debt Position[1,2] | $321.4 |
| Operating Cash Flow | $5.1 |
| Capital Expenditures | $56.1 |

1. *Debt amount indicated on the Company's Balance Sheet is net of unamortized debt issuance costs of $10.1M.*
2. *Net Debt is calculated as Total Debt minus Cash.*

# Revised 2021 Forecast



*($ in millions)*

| Metric | REVISED FORECAST [As of 04/29/2021] | Previous Forecast |
|---|---|---|
| Total revenues | $1,700 - $1,900 | $1,950 - $2,050 |
| -- NARCAN Nasal Spray<br>-- Anthrax vaccines<br>-- ACAM2000<br>-- CDMO services | $305 - $325<br>$280 - $310<br>$185 - $205<br>$765 - $875 | $305 - $325<br>$280 - $310<br>$185 - $205<br>$925 - $965 |
| Adjusted EBITDA[1] | $620 - $720 | $750 - $810 |
| Adjusted net income[1] | $395 - $470 | $475 - $525 |
| Gross margin | 63%-65% | 65% |

## 2Q21 forecasted total revenues: $370 to $430

# Revised 2021 Forecast: Key Considerations



- **UNCHANGED from previous forecast:**

  - Anthrax vaccines revenues are expected to continue to primarily reflect procurement of AV7909 under the terms of the Company's existing contract with the Biomedical Advanced Research and Development Authority (BARDA) at a more normalized annual level.

  - ACAM2000® vaccine deliveries are expected to continue under the terms of the Company's existing contract with the U.S. Department of Health and Human Services (HHS) at unit volume levels consistent with 2020 deliveries.

  - Narcan® (naloxone HCl) Nasal Spray revenues assume the naloxone market remains competitive, that at least one new entrant will enter the market by year end, and that no generic entrant will enter the market prior to the anticipated appellate decision related to the pending patent litigation, which is expected in the second half of 2021.

  - Pipeline progress is expected across the vaccines, therapeutics, and devices portfolios, anticipating at least one Phase 3 launch and one Biologics License Application (BLA)/Emergency Use Authorization (EUA) filing.

  - Capital expenditures, net of reimbursement, are expected to be in a range of 8% to 9% of total revenues, reflecting ongoing investments in capacity and capability expansions in support of the Company's CDMO services business and product portfolio.

- **REVISED from previous forecast:**

  - CDMO services revenues have been reduced primarily due to the hold of certain COVID-19 vaccine bulk drug substance lots as well as commitment not to initiate new manufacturing at Bayview pending further review by the FDA. Even assuming FDA concurrence to re-initiate new manufacturing and/or release of lots, the Company expects a delay in the timing of expected revenue.

  - Total revenues, specifically other product sales, are expected to be impacted due to the Company's assumption that a new raxibacumab contract will be awarded later than previously planned.

# Diversified revenue and profitability growth reflect sustained operational and financial momentum

Case 1:21-cv-00955-DLB    Document 72-40    Filed 06/19/21    Page 22 of 42



*($ in millions, except per share amounts)*

## TOTAL REVENUES



| | | |
|---|---|---|
| $782 | $1,106 | $1,555 |
| 2018 | 2019 | 2020 |

## TOTAL REVENUES BY CATEGORY



2018 — 77%, 13%, 10%
2019 — 82%, 7%, 11%
2020 — 64%, 29%, 7%

Product Sales
CDMO Services
C&G

## ADJUSTED EBITDA[1]



| | | |
|---|---|---|
| $200 | $280 | $630 |
| 2018 | 2019 | 2020 |

## ADJ. NET INCOME[1]



| | | |
|---|---|---|
| $123 | $152 | $424 |
| 2018 | 2019 | 2020 |

## ADJ. NET INCOME PER DILUTED SHARE[1]



| | | |
|---|---|---|
| $2.39 | $2.91 | $7.88 |
| 2018 | 2019 | 2020 |

1. *See the Appendix for a definition of non-GAAP terms and reconciliation tables.*

# Diversified revenue growth complemented by sustained profitability



*($ in millions)*



TOTAL REVENUES[1,2]

2016-2020 CAGR
**34%**

$489  $561  $782  $1,106  $1,555  $1,800

2016  2017  2018  2019  2020  2021F

■ Product Sales  ■ CDMO Services  ■ Contracts & Grants



ADJUSTED EBITDA[1,3] &
ADJUSTED EBITDA MARGIN[1,3]

2016-2020 CAGR
**45%**

$144  $182  $200  $280  $630  $670
29%  32%  26%  25%  41%  37%

2016  2017  2018  2019  2020  2021F

1. *2021F (forecasted) reflects the midpoint of ranges provided in the press release issued by the Company on April 29, 2021.*
2. *AV7909 and Trobigard are not approved by the FDA or any other health regulatory authority but are procured by authorized government agencies under special circumstances.*
3. *See the Appendix for a definition of non-GAAP terms and reconciliation tables.*

# Liquidity and cash flow generation reinforce business model strength and durability

Case 3:21-sv-00826-MAB   Document 71-40   Filed 05/19/22   Page 24 of 42



*($ in millions, except per share amounts)*



CASH

$112  12/31/18
$168  12/31/19
$621  12/31/20



DEBT[1]

$809  12/31/18
$823  12/31/19
$886  12/31/20



NET DEBT[1,2]

$697  12/31/18
$655  12/31/19
$265  12/31/20



OPERATING CASH FLOW

$42   2018
$188  2019
$536  2020



CAPEX

$72   2018
$87   2019
$141  2020



FREE CASH FLOW[3]

($30)  2018
$101   2019
$395   2020

1.  Debt amounts indicated on the Company's Balance Sheet are net of unamortized debt issuance costs of $14.2M for 12/31/18, $11.2M for 12/31/19 and $10.7M for 12/31/20.
2.  Net Debt is calculated as Total Debt minus Cash.
3.  Free Cash Flow is calculated as Operating Cash Flow minus CAPEX.

# Solid credit profile has produced significant deleveraging





**GROSS LEVERAGE[1]**

4.0x — 12/31/18
2.9x — 12/31/19
**1.4x** — 12/31/20



**NET LEVERAGE[2]**

3.5x — 12/31/18
2.3x — 12/31/19
**0.4x** — 12/31/20

1.  *Gross Leverage is calculated as Total Debt divided by Adjusted EBITDA.*
2.  *Net Leverage is calculated as Net Debt divided by Adjusted EBITDA.*

# 2020-2024 Growth Strategy key pillars and goals





**EXECUTE CORE BUSINESS** + **GROW THROUGH M&A** + **STRENGTHEN R&D PORTFOLIO** + **BUILD SCALABLE CAPABILITIES** + **EVOLVE CULTURE**

- Double revenue to **>$2B**
- Grow in disciplined, profitable way; achieve adjusted EBITDA margin of **27%-30%**[1]
- Expand and build scalable leadership positions in current and new public health threat (PHT) markets
- Invest in capabilities, innovation and operational excellence

*Company is reevaluating its long-term objectives and expects to provide an update later in 2021, if necessary.*

1. *Defined as Adjusted EBITDA divided by Total Revenues.*

# Key takeaways



1. **Product portfolio critical to public health**

2. **Highly favorable market dynamics**

3. **Durable business model**

4. **Disciplined growth strategy**

5. **Strong free cash flow generation**

> **Emergent remains well-positioned to continue executing its key long-term business and financial objectives**



# Appendix

# Glossary of terms (page 1 of 2)

Case 8:21-cv-00955-DLB    Document 72-40    Filed 05/19/22    Page 29 of 42



| Term | Definition |
|------|-----------|
| ANVISA | National Health Surveillance Agency Brazil |
| BARDA | Biomedical Advanced Research and Development Authority |
| BMGS | Federal Ministry of Health Germany |
| BSL3 | A biosafety level of biocontainment precautions required to isolate dangerous agents in an enclosed laboratory facility |
| CAGR | Compound annual growth rate |
| CBRNE | Chemical, Biological, Radiological, Nuclear, and Explosives |
| CDC | Centers for Disease Control and Prevention |
| CDMO | Contract development and manufacturing organization |
| CEPI | Coalition for Epidemic Preparedness Innovations |
| cGMP | Current Good Manufacturing Practices |
| DHS | U.S. Department of Homeland Security |
| DoD | U.S. Department of Defense |
| DOS | U.S. Department of State |
| DTRA | U.S. Defense Threat Reduction Agency |
| EBITDA | Earnings before interest, tax, depreciation and amortization |
| EID | Emerging Infectious Disease |

# Glossary of terms (page 2 of 2)



| Term | Definition |
| --- | --- |
| EMA | European Medicines Agency |
| EUA | Emergency Use Authorization |
| FDA | U.S. Food and Drug Administration |
| GAAP | U.S. Generally Accepted Accounting Principles |
| HHS | U.S. Department of Health and Human Services |
| M&A | Mergers and acquisitions |
| MCS | Medical Countermeasure Systems |
| MCMs | Medical countermeasures |
| MHRA | Medicines and Healthcare Products Regulatory Agency U.K. |
| MRMC | United States Army Medical Research and Materiel Command |
| NGOs | Non-governmental organizations |
| PHAC | Public Health Agency Canada |
| PMDA | Pharmaceuticals and Medical Devices Agency |
| SwRI | Southwest Research Institute |
| USG | United States Government |

# The growth of the CDMO business at Emergent



**Launch of CDMO commercialization strategy**

**SITES**

| LANSING | GAITHERSBURG | BAYVIEW | BAYVIEW – CIADM | HATTIESBURG | CAMDEN | WINNIPEG | | | CANTON | ROCKVILLE | BERN | | | |

| 1998 | 2003 | 2009 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020E | 2021F |

**CDMO REVENUES**

**Internal-focused manufacturing**

| | | | | | $31M | $43M | $49M | $69M | $99M | $80M | $460M[1] | $945M[2] |

**$50M Capital Investment in Camden**

**$86M Capital Investment in Rockville/ Camden**

**$75M Capital Investment in Canton**

1. 2020E reflects the midpoint of a guidance range provided in the press release issued by the Company on November 5, 2020.
2. 2021F reflects the midpoint of a guidance range provided in the press release issued by the Company on January 10, 2021.

# History of key M&A since 2013



**2013**        Hattiesburg, MS

**2014**               Winnipeg, Canada      Baltimore, MD (Camden)

**2015**   **Auto-injector platform**

**2017**       Canton, MA    Rockville, MD   **raxibacumab injection**
A fully human monoclonal antibody

**2018**          Bern, Switzerland

# Reconciliation of Net Income to Adjusted Net Income – 1Q21 vs. 1Q20



| (in millions, except per share amounts) | Three Months Ended March 31, | | |
| --- | --- | --- | --- |
| | 2021 | 2020 | Source |
| Net income (loss) | $69.7 | $(12.5) | |
| Adjustments: | | | |
| + Non-cash amortization charges | 16.0 | 15.5 | Intangible Asset Amortization, Other Income |
| + Changes in fair value of contingent consideration | 1.1 | 0.6 | COGS |
| + Acquisition-related costs (transaction & integration) | 0.2 | --- | SG&A |
| Tax effect | (3.4) | (3.3) | |
| Total adjustments: | 13.9 | 12.8 | |
| Adjusted net income | $83.6 | $0.3 | |
| Adjusted net income per diluted share | $1.53 | $0.01 | |

# Reconciliation of Net Income to Adjusted Net Income – 2021 Forecast



| (in millions) | Full Year Forecast | |
| --- | --- | --- |
| | **2021F** | **Source** |
| Net income | $340.0 - $415.0 | |
| Adjustments: | | |
| + Non-cash amortization charges | 64.0 | Intangible Asset Amortization, Other Income |
| + Changes in fair value of contingent consideration | 3.0 | COGS |
| + Acquisition-related costs (transaction & integration) | 2.0 | SG&A |
| Tax effect | (14.0) | |
| Total adjustments: | 55.0 | |
| Adjusted net income | $395.0 - $470.0 | |

# Reconciliation of Net Income to Adjusted EBITDA 1Q21 vs. 1Q20



| (in millions) | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2021 | 2020 |
| Net income (loss) | $69.7 | $(12.5) |
| Adjustments: | | |
| + Depreciation & amortization | 28.7 | 28.2 |
| + Provision for income taxes | 15.5 | (8.8) |
| + Total interest expense, net* | 8.3 | 7.8 |
| + Change in fair value of contingent consideration | 1.1 | 0.6 |
| + Acquisition-related costs (transaction & integration) | 0.2 | --- |
| Total adjustments | 53.8 | 27.8 |
| Adjusted EBITDA | $123.5 | $15.3 |

# Reconciliation of Net Income to Adjusted EBITDA – 2021 Forecast



| (in millions) | Full Year Forecast |
|---|---|
|  | 2021F |
| Net income | $340.0 - $415.0 |
| Adjustments: |  |
| + Depreciation & amortization | 129.0 |
| + Income taxes | 114.0 – 139.0 |
| + Total interest expense | 32.0 |
| + Change in fair value of contingent consideration | 3.0 |
| + Acquisition-related costs (transaction & integration) | 2.0 |
| Total adjustments | 280.0 – 305.0 |
| Adjusted EBITDA | $620.0 – $720.0 |

# Reconciliation of Gross Margin to Adjusted Gross Margin – 1Q21 vs. 1Q20



|  | Three Months Ended March 31, | |
| --- | --- | --- |
| (in millions) | 2021 | 2020 |
| Total revenues | $343.0 | $192.5 |
|   - Contract and grants revenues | (21.3) | (22.6) |
| Adjusted revenues | $321.7 | $169.9 |
|  |  |  |
| Cost of product sales and contract development and manufacturing services ("COGS") | $99.3 | $76.9 |
|   - Changes in fair value of contingent consideration | (1.1) | (0.6) |
| Adjusted COGS | $98.2 | $76.3 |
|  |  |  |
| Gross margin (adjusted revenues minus COGS) | $222.4 | $93.0 |
| Gross margin % (gross margin divided by adjusted revenues) | 69% | 55% |
|  |  |  |
| Adjusted gross margin (adjusted revenues minus adjusted COGS) | $223.5 | $93.6 |
| Adjusted gross margin % (adjusted gross margin divided by adjusted revenues) | 69% | 55% |

# Reconciliation of Net Income to Adjusted Net Income – FY20, FY19, FY18



| (in millions, except per share value) | Year Ended December 31, | | | Source |
| --- | --- | --- | --- | --- |
| | **2020** | **2019** | **2018** | |
| **Net Income** | **$305.1** | **$54.5** | **$62.7** | |
| Adjustments: | | | | |
| + Non-cash amortization charges | 63.4 | 61.7 | 25.9 | Intangible Asset Amortization; Other Income |
| + Change in fair value of contingent consideration | 31.7 | 24.8 | 3.1 | COGS |
| + Impairment of IPR&D | 29.0 | 12.0 | -- | R&D |
| + Exit and disposal costs | 17.2 | -- | 0.4 | COGS, SG&A, Other Income |
| + Acquisition-related costs (transaction & integration) | 0.6 | 12.6 | 27.3 | SG&A |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | 18.4 | COGS |
| Tax effect | (23.1) | (19.4) | (15.1) | |
| Total Adjustments: | 118.8 | 97.8 | 60.0 | |
| **Adjusted Net Income** | **$423.9** | **$152.3** | **$122.7** | |
| **Adjusted Net Income Per Diluted Share** | **$7.88** | **$2.91** | **$2.39** | |

# Reconciliation of Net Income to Adjusted Net Income – 2021 Guidance



| (in millions) | Full Year Forecast | |
| --- | --- | --- |
| | 2021F | Source |
| Net Income | $340.0 - $415.0 | |
| Adjustments: | | |
| + Non-cash amortization charges | 64.0 | Intangible Asset Amortization, Other Income |
| + Changes in fair value of contingent consideration | 3.0 | COGS |
| + Acquisition-related costs (transaction & integration) | 2.0 | SG&A |
| Tax effect | (14.0) | |
| Total Adjustments: | 55.0 | |
| Adjusted Net Income | $395.0 - $470.0 | |

# Reconciliation of Net Income to Adjusted EBITDA FY20, FY19, FY18



| (in millions) | Year Ended December 31, | | |
| --- | --- | --- | --- |
| | **2020** | **2019** | **2018** |
| **Net Income** | **$305.1** | **$54.5** | **$62.7** |
| Adjustments: | | | |
| + Depreciation & amortization | 114.5 | 110.7 | 61.3 |
| + Total interest expense, net * | 30.2 | 36.1 | 8.3 |
| + Income tax expense | 102.1 | 22.9 | 18.8 |
| + Change in fair value of contingent consideration | 31.7 | 24.8 | 3.1 |
| + Impairment of IPR&D intangible asset | 29.0 | 12.0 | -- |
| + Exit and disposal costs | 17.2 | -- | 0.4 |
| + Acquisition-related costs (transaction & integration) | 0.6 | 12.6 | 27.3 |
| + Impact of purchase accounting on inventory step-up | -- | 6.1 | 18.4 |
| Total Adjustments: | 325.3 | 225.2 | 137.6 |
| **Adjusted EBITDA** | **$630.4** | **$279.7** | **$200.3** |

* Includes interest income of $1.1M in 2020, $2.4M in 2019 and $1.6M in 2018

# Reconciliation of Net Income to Adjusted EBITDA – 2021 Guidance



| (in millions) | Full Year Forecast |
| --- | --- |
| | 2021F |
| Net Income | $340.0 - $415.0 |
| Adjustments: | |
| + Depreciation & amortization | 129.0 |
| + Income taxes | 114.0 - 139.0 |
| + Total interest expense | 32.0 |
| + Acquisition-related costs (transaction & integration) | 2.0 |
| + Change in fair value of contingent consideration | 3.0 |
| Total Adjustments | 280.0 - 305.0 |
| Adjusted EBITDA | $620.0 - $720.0 |

**www.emergentbiosolutions.com**

