.

# Exhibit 45

CdN

# OWS Manufacturing & Supply Chain

# Emergent BioSolutions sites visit report

# DRAFT

This report is based on company provided information, a review session with the BARDA team of SMEs who have interacted with the company so far, and a site visit to the Emergent Bayview and Camden facilities performed by CdN, T.Belski and A.Donabedian on June 4, 2020.

**Executive Summary**: The scope of the visit was to assess the company organization and facilities readiness to accept transfer in of the Janssen, AZ and Novavax vaccine candidates, and start manufacturing drug substance and drug product according to the current very aggressive schedule.

The Bayview drug substance plant is currently being reconfigured to accommodate the covid-19 vaccine candidates, and it is not ready yet. Most of the large scale existing equipment is not suitable for the new processes, and will be either removed or mothballed. New 2000lt bioreactors are on order, and will be installed as delivered, together with most ancillary equipment. The plant overall design is modern and suitable for the purpose assessed, with 4 manufacturing suites. The supporting infrastructure is very limited, and will need substantial remediation and expansion to allow manufacturing to proceed at the planned rate. The operations management is knowledgeable and appears self confident.

Risks identified for Bayview

- Scale up risk – limited: the scale up ratios are small, and the organization has the necessary experience/competence. Main risk here is process drifting, to be assessed with strong change control.
- Facilities readiness risk – medium: Most of the critical equipment for the Janssen vaccine has not been received yet, and will have to be installed and qualified. Warehousing must be expanded, and so QC and Utilities. Might require government support for expediting.
- Personnel risk – significant: The staffing plans presented seem inadequate to the level of concurrent activities required for full scale production of 3 programs. In addition, recent FDA and customer audits has highlighted the need for extensive training of personnel, and strengthening of the quality function.
- Compliance risk – significant: Emergent Bayview has been focused on R&D activities for the last 8+ years, and will have to strengthen the change control process, systems audit trails, and quality oversight to address audit observations and ensure products licensure. This will require significant resources and commitment.

Risks identified for Camden

- Facilities readiness risk – limited: Construction work is well advanced, and key equipment is already onsite.

6/17/2020                                    ~ 1 ~

Produced to House Select Subcommittee on Coronavirus Crisis Pursuant to Oversight Request, Do Not Disclose Without Permission from Dept. for Health and Human Services

EmerCly_0000001

- Personnel risk – medium: Staffing plans seem inadequate to a possible doubling of production volumes, but alternative capacity will exist for fill/finish of most of the products.
- Scale up risk – limited: Fill/finish process tech transfer and scale up is less critical, and the site has experience with multiple products in commercial setting.
- Compliance risk – medium: The site has an existing capacity which is outdated, and constitutes a concern. The new expansion is state of the art, and fully in line with current regulatory expectations.

All of the above mentioned risks can be addressed successfully within the timelines of OWS, enabling successful manufacturing of the products, provided the necessary external support to assess and remediate will be engaged. This is especially true for the compliance risk at Bayview. Material deliveries and construction/qualification progress will also need to be monitored closely and may require intervention. Astra Zeneca has committed to support beyond tech transfer with onsite resources, until delivery of the committed doses. Similar commitment will be asked of J&J/Janssen.

The Emergent B. management is visibly committed to this project, which is a key requisite for success.


## Bayview plant:

This plant was acquired by Emergent in 2009, and consists today of 4 manufacturing areas. Areas 1 & 2 where gutted and rebuilt in 2011, and the plant was expanded in 2018 with the construction of areas 3 & 4. The partnership with BARDA was established in 2012. The facility has many development programs ongoing, and one commercial filing pending review.

The areas have a good layout, material and people flow, and appear well built, with separate upstream and downstream sub- areas and enough space to operate and maintain the equipment. Some of the existing equipment will be mothballed and replaced with new ones to suit the new products being transferred there.

Airlocks and area classifications allow manufacturing of products requiring BSL2 safety level. Areas 1&2 utilities are segregated from area 3&4, and personnel access is completely independent.

Areas 1&2 are mirror image floor plans, designed for multi-product concurrent manufacturing. Each area has segregated upstream suite, downstream suite and a component prep suite.

Areas 3&4 are single product manufacturing spaces, with different layouts. Area 3 has two downstream suites, while area 4 has a ballroom upstream and a ballroom downstream.

The utilities and the storage space require significant restructuring and expansion to support the volumes we are projecting to manufacture post validation. In addition to that, the Janssen product will require major adaptation in the equipment trains, and the purchase and installation of new equipment both for the upstream and downstream. Some of the existing equipment will be mothballed and left in place.

6/17/2020                                    ~ 2 ~

Produced to House Select Subcommittee on Coronavirus Crisis Pursuant to Oversight Request, Do Not Disclose Without Permission from Dep. of Health and Human Services

Operation Warp Speed CdN

Produced to House Select Subcommittee on Coronavirus Crisis Pursuant to Oversight Request, from Dep't of Health and Human Services Do Not Disclose Without Permission

## Bayview Facility and Process Flow

emergent

- The Bayview site consists of four segregated multi-purpose manufacturing suites (Area 1,2,3 and 4).

- Each manufacturing suite is provided with dedicated utilities including WFI distribution, HVAC and process gas distribution.

- Segregated areas for Upstream and Downstream processes



27  BAYVIEW OPERATIONS

BARDA/OWS Site Visit - Baltimore Sites

## Large Scale Manufacturing – Equipment and Platforms

emergent

### Process Equipment

- Flexible Single-Use Platform
- Accommodates up to 4000L bioreactors and associated downstream equipment

### Product Platforms

- Live viral vaccines
- Viral Vector
- Microbial
- Cell Culture

 

24  BAYVIEW OPERATIONS

BARDA/OWS Site Visit - Baltimore Sites

6/17/2020

~ 3 ~

EmerCly_0000003



The slide above shows the plan at the time of the visit, on June 4th. This plan has been changed since, and now the Novavax product is no longer planned for scale up and manufacturing at Emergent. The Janssen product will require facilities modifications, and the procurement of several units of downstream equipment, with an extensive lead time of up to 23 weeks. The AstraZeneca product instead will fit the facility without requiring any major change, and the limiting factor to the startup will be the tech transfer. Initial discussion with both companies have already started, and Emergent has received technical information packages to make these assessments.

The outcome of these assessments are the manufacturing schedule, and the list of key risks reported in the two following slides. The manufacturing schedule is being optimized, developing a new alternative excluding Novavax and possibly Vaxart (TBC). The schedule seems aggressive, and assumes a smooth tech transfer and no issues with the equipment delivery. BARDA is engaged and has started communicating the priority to the suppliers of disposable components and equipment.

The compression of the timelines has required the tech transfer to start, before the processes are fully defined. The Janssen process is currently being scaled up in the US, and so is the AstraZeneca process. There is a risk that some of the initial assessment on equipment suitability may have to be reviewed. Emergent is aware of this risk and so are the sponsor companies. I believe this risk to be limited, given the experience of the organization of the sponsor companies, and at Emergent.

The equipment and construction risk is more significant. There are a number of construction activities on site and off site which need to be completed and the facilities qualified before the cell line and viral seed can be introduced in the plant. Any restriction related to a new wave of infections may have an impact on the schedule. This risk has been identified, and mitigation actions studied.

EmerCly_0000004

The plant does not have enough warehouse space on site, and Emergent is in the process of building/leasing a new warehouse in the Baltimore area to serve all the 4 plants they own in that area. This is a less than ideal solution, given the high production volumes and level of activities expected in the Bayview plant, but unfortunately no better solutions were identified due to space constraints.



## Manufacturing Schedule

emergent

| | Q2 2020 | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|---|---|---|
| Area 1 50-2000L | NovaVax | AZ | NovaVax | J&J | | | J&J |
| Area 2 50-2000L | | | J&J | | | | J&J |
| Area 3 50-4000L | | | AZ | | | | |
| Area 4 50L | | Vaxart | NovaVax | | | | |

32    BAYVIEW OPERATIONS                                BARDA/OWS Site Visit - Baltimore Sites

## Risks / Issues / Challenges – Bayview

emergent

### Long lead times for some Equipment & Components

* Single Use components, i.e. bags
* Process equipment, i.e. 200L rockers/bioreactors, TFF systems
* Action:  Escalation process for critical path items, leverage good vendor relationships, emphasize priority with COVID response efforts

### CQV

* Understanding and alignment of requirements for emergency use batches
* Action:  Alignment with customer and discussions with regulatory authorities as required

### Rolling Tech Transfers...

* Use of platform processes not fully developed for COVID-19.
* Action:  Continued close collaboration with customers to ensure that we appropriately react to process/equipment changes

40    COVID-19 PROJECTS UPDATE                          BARDA/OWS Site Visit - Baltimore Sites

Produced to House Select Subcommittee on Coronavirus Crisis Pursuant to Oversight Request, Do Not Disclose Without Permission from Dept of Health and Human Services

6/17/2020                              ~ 5 ~

Operation Warp Speed                                                              CdN

The two key risks to the plan are linked to the hiring of people and their training, and the remediation of the compliance gaps identified by the FDA inspection held in April 2020. A mere detailed T&E plan was requested and solicited several times from Emergent, and as of 6/17 was not provided yet.

The following slide shows the current hiring plan to support the required production plan. I believe this plan to be inadequate to enable the company to manufacture at the required rate, but I recognize the limits in the plant's ability to grow, and the time required to train new employees. This increases the risk to the schedule obviously, and will have to be monitored closely. Offloading the Novavax program to a different facility will also help reduce the load on Emergent Bayview

The plant will have to operate on a 24/7 schedule, which means 5 teams will be required in manufacturing, QC and some of the other support functions. Keeping into account an attrition rate of the order of 10%-15%/year, we will have to extend the hiring plan and the company has accepted to review it and discuss it with BARDA. Reinforced quality oversight and training to strengthen compliance will also absorb resources.

## Bayview Headcount

| Department | Current FTEs | Contingency | Additional Temp/Contractors | FTE's Added |
|---|---|---|---|---|
| Manufacturing | 46 | 7 | 0 | 46 |
| QA/Validation | 23 | 4 | 4 | 9 |
| Quality Control | 33 | 2 | 0 | 19 |
| MS&T | 11 | 0 | 0 | 4 |
| AS&T | 8 | 2 | 0 | 0 |
| Eng./Facilities | 28 | 0 | 10 | 4 |
| Supply Chain | 7 | 0 | 0 | 3 |
| Project Mgmt. | 7 | 0 | 1 | 0 |
| Administrative | 8 | 0 | 0 | 1 |
| Total | 171 | 15 | 15 | 86 |
| | | | | 287 |

emergent

34    BAYVIEW HEADCOUNT                                    BARDA/OWS Site Visit - Baltimore Sites

## Compliance risk

The Bayview plant received a pre-approval inspection by the FDA resulting in 5 observations, mostly focused on data integrity in the QC lab, training of operators, and general QA practices. The plant also received a customer audit for cause triggered by some data integrity issues identified in the QC testing of the customer product.

6/17/2020                                    ~ 6 ~

Produced to House Select Subcommittee on Coronavirus Crisis Pursuant to Oversight Request, Do Not Disclose Without Permission from Dept of Health and Human Services

Operation Warp Speed                                                                                                    CdN

While these observations are not unusual in a startup mostly dedicated so far to development activities, they will require significant effort to be addressed to the agency's satisfaction. The resources and time required should be built into the plan

### Camden Plant :

The Camden plant is focused on fill finish and packaging operations. It is a relatively old facility acquired by Emergent in 2014. The plant cosmetics have been recently upgraded over the last few years, replacing floor finish, walls coverings and doors in manufacturing, but it is still original in the packaging and ancillary areas. The equipment is mostly obsolete, with manual operations, and very low capacity. The total manufactured volume in 2019 amounted to about 3mm vials.

The plant has 3 filling lines, 2 of which are for vials and one for PFSs. The two vials filling lines have open RABS, and are manually loaded with vials from trays, and manually unloaded. One line has one needle fill station and the other line has 2 needles fill station. The washing of the vials is performed in a separate room, and the vials are manually loaded into trays and put in a dry heat over for depyrogenation. From there the vials are manually loaded onto the filling line.

This set up is obsolete, and the FDA has challenged it since many years around the world.

The company has recently started investing in a new state of the art flexible filling line, which is in process of being installed, and expected to be operational by the end of the year. This new line appears to meet current regulatory expectations, and is equipped with an isolator. It will process vials in tubs pre-sterilized.

Inspection is manual, and so is packaging. Also this plant, like the Bayview facility has very limited storage space, and will require expansion of the warehouse.

People in the plant are mostly long term employees of that plant, and seem knowledgeable. The plant has undergone several regulatory inspection and customer audits. The most recent FDA inspection was successful with no 483 issued, the previous one from 2018 identified similar data integrity and training issues recently identified in Bayview.

### Conclusions:

The Bayview plant is preparing to accept two of the OWS vaccine processes. Risks can be mitigated with incremental support to the quality organization, and appropriate planning to ensure training is performed.

If the Camden plant is required to perform fill/finish operations, the new line under installation should be used exclusively.

June 17, 2020

Carlo de Notaristefani, Dr. Ing.

OWS Advisor Manufacturing & Supply Chain

6/17/2020                                           ~ 7 ~

Produced to House Select Subcommittee on Coronavirus Crisis Pursuant to Oversight Request, Do Not Disclose Without Permission from Dep't of Health and Human Services

EmerCly_0000007