.

# Exhibit 47


**CHARDAN** | RESEARCH

# Emergent BioSolutions, Inc. (EBS)
Therapeutics, Devices & Diagnostics

**Buy**
PT $92.00
Price $63.15

**Chardan**
Sales and trading – 7 a.m. to 7 p.m. ET   +1-646-465-9090

**Keay Nakae, CFA**          knakae@chardan.com
Senior Research Analyst          +1-646-465-9041

## EBS (Buy, PT $92): Issues at Bayview add uncertainty to CDMO revenue growth

### Key Changes

| Price target | From $112.00 | **To $92.00** |
|---|---|---|

### Update

**Emergent BioSolutions has been in the news recently, but not for the reasons they would like.** Making a critical mistake on a high profile manufacturing project will lead to that. The ramification is the uncertainty it has introduced into the revenue potential of Emergent's CDMO business, that had been the most important driver of its stock performance in 2020, but has now sold off significantly on this issue. For now, we know that the $174 mm associated with the drug substance manufacturing contract for AstraZeneca's (AZ, Unrated) Covid-19 vaccine candidate in 2021, will be significantly pared back, and the option to extend for additional years is gone. Manufacturing of drug substance for J&J Covid-19 vaccine at its Bayview facility is on pause pending remediation of the 483 observations from the FDA inspection of the facility last week. The key question for investors is what does this mean to the balance of this existing "take of pay" contract, which is valued at $480 million over years one (2021) and two (2022) under the 5 year J&J (JNJ, Unrated) contract announced last year.

On yesterday's earning call, Management did reduce its guidance range for 2021 CDMO revenue from $925-$965 mm to $765-$875 mm. Management stated that it could not project when J&J manufacturing might resume, and that some prior expected CDMO revenue for 2021 may be delayed and roll into 2022.

Based on the nature of the observations, the additional risks as well as further delays involved in switching to another manufacture, we currently assume that J&J continues to move forward with Emergent for the production of vaccine drug substance. Management stated that it expects to submit its remediation plan for the 483 observation to the FDA shortly. We would also remind investors of the additional $23 million that BARDA awarded to the Company earlier this month, to purchase additional biologics manufacturing equipment for this vaccine.

We believe that the longer term risk is what potential impact will this event have on Emergent's ability to secure future CDMO business? In 1Q, the Company did secure new contracts valued at $187 mm. This builds on the $53 mm in new business and existing project extensions for CDMO secured in 4Q20. However, this was before the news broke about the manufacturing issues on 31 March.

**We are lowering our 12-month price target from $112 to $92.**

**Please refer to important disclosure information and Regulation Analyst Certification found on pages 4 - 6 of this report.**

### Stock Data

| Stock rating | **Buy** |
|---|---|
| Price target | **$92.00** |
| Price (29-Apr-21) | $63.15 |
| Cash per share | $10.10 |
| Shares outstanding (m) | 54.00 |
| 3-months average volume | 814,885 |
| Market cap (m) | $3,410.10 |
| Cash (m) | $548.0 |
| Total debt (m) | $859.0 |

### Price performance

| 52-week price range | $60.70 - $137.61 |
|---|---|



Created by BlueMatrix

### EPS ($)

| Quarter | 2020A | 2021E | | 2022E | |
|---|---|---|---|---|---|
| | Actual | Curr | Prev | Curr | Prev |
| Q1 | (0.24) | 1.28 | 1.00 | (0.39) | (0.19) |
| Q2 | 1.73 | 0.89 | 1.84 | 0.32 | 0.90 |
| Q3 | 0.73 | 2.19 | 2.59 | 1.16 | 1.62 |
| Q4 | 3.49 | 2.82 | 2.88 | 1.56 | 2.00 |
| YEAR | 5.79 | 7.17 | 8.32 | 2.66 | 4.32 |
| P/E | 10.9x | 8.8x | – | 23.7x | – |

### Revenues ($ millions)

| Quarter | 2020A | 2021E | | 2022E | |
|---|---|---|---|---|---|
| | Actual | Curr | Prev | Curr | Prev |
| Q1 | 193.0 | 343.0 | 367.0 | 251.0 | 284.0 |
| Q2 | 395.0 | 398.0 | 487.0 | 333.0 | 386.0 |
| Q3 | 385.0 | 519.0 | 559.0 | 427.0 | 471.0 |
| Q4 | 583.0 | 565.0 | 592.0 | 465.0 | 513.0 |
| YEAR | 1,555.0 | 1,825.0 | 2,005.0 | 1,476.0 | 1,653.0 |

Even before this issue, we had been consistent in our belief that the key to further stock price appreciation in the near term will in large part be driven by the Company's ability to sustain the growth in its CDMO business. For now, we have lowered our CDMO revenue estimate for 2021 from $952 mm to $774 mm, and for 2022 from $542 mm to $373 mm. Given, the solid positioning of the rest of the business lines, coupled with the 32% decline in the stock since 31 March 2021, we are maintaining our Buy rating.

**Emergent has reported its 1Q 2021 results:** Reported revenue was $343 mm (+78%), which was within the range of prior 1Q guidance of $330-$370 mm. Adjusted EPS was $1.53. Management provided revenue guidance for 2Q 2021 to be in the range of $370-$430 mm.

Revenue from product sales in 1Q21 decreased by $10 mm (-7%) to $138 mm. Sales of anthrax vaccine increased to $55 mm (+6%) compared to $52 mm in 1Q20. Narcan product sales were $74 mm (+2%). As expected, there were no ACAM2000 sales in the quarter reflecting timing shifts in delivery of the product to the U.S. Government under its long term supply contract. The Company expects the next option year in its 10 year supply contract with HHS, to be exercised in 2Q, which is assumed in its full year revenue guidance for this product. Other Biodefense products were $9 mm (-64%) compared to $24 mm. Again there wer no sales of raxibacumab. The Company now does not expect to secure a new follow-on contract for raxibacumab until early in 2022, due to a delay in the issuance of the RFP. The Company also needs to complete the tech transfer to manufacture the product at its Bayview facility in the U.S., which is expected in 2H21. Revenue from contract manufacturing operations increased by $181 mm to $184 mm (+747%), and is expected to continue to ramp up from here for at least the next three quarters. Revenue from contracts, grants and collaborations was $21 mm, a decrease of $2 mm (-6%) from a year ago. Gross margin on product sales and contract manufacturing was 69.1%, which represented a y/y increase of 14.4%, reflecting the impact to the revenue mix, and current contract manufacturing projects that have a higher margin. Gross R&D expense of $52.5 mm, was $9.8 mm higher than a year ago. SG&A expense of $80.9 mm increased $11.2 mm from a year ago. The resulting GAAP net income was $69.7 mm, or GAAP EPS of $1.28 compared to a loss of -$12.5 mm and EPS of ($0.24) a year ago. Adjusted net income was $83.6 mm, while adjusted EPS was $1.53.

Management lowered its full year 2021 guidance: Revenue is projected to be in a range of $1,700-$1,900 mm compared to the prior $1,950 to $2,050 mm. Adjusted EBITDA is projected to be $620 to $720 mm compared to the prior $750 to $810 mm. Adjusted Net Income is now projected to be $395 to $470 mm compared to the prior $475 to $525 mm.

**Changes to Balance Sheet:** The Company ended the quarter with cash and equivalents of $548 mm compared to $621 mm at the end of 2020. Cash flow from operations in the quarter was $5.1 mm. Capital expenditure was $56.1 mm.We now project the Company will generate cash flow from operations in 2021 of $528 mm.

**Adjustments to Our Estimates:** For 2021 our revenue estimate is decreased by $180 mm to $1,825 mm. Our model assumes Narcan sales of $308 mm, BioThrax/AV7909 sales of $307 mm, ACAM2000 sales of $201 mm, and CDMO revenue of $774 mm. Our GAAP net income estimate is decreased from $461 mm to $391 mm, while our GAAP EPS is reduced by $1.15 from $8.32 to $7.17. This translates to adjusted net income of $447 mm or $8.20 per share.

## Valuation

We have used an NPV analysis to establish our 12-month price target, which considers future estimated revenue out to 2031. We use a WACC of 10% as our discount rate. Finally we assume a future fully diluted share count of 54 mm.

## Risks to achievement of target price:
### INVESTMENT RISKS

Investors should be aware of several events or factors that could adversely impact the company's financial performance and valuation. These risks include:

**The Company is highly dependent on U.S. government contracts.**

The Company derives the majority the majority of its revenue from sales of products such as BioThrax/AV7909, ACAM2000, and raxibacumab to the U.S. government under long term supply agreements for the Strategic National Stockpile (SNS). The U.S. government is also expected to be a principal customer for other biodefense products that the company either acquires or develops. Additionally, a significant portion of the company's revenue comes from U.S. government development contracts and grants. Hence, failure by the Company to secure future contracts with the U.S. government, or for the government to exercise the yearly options embedded in the existing contracts to purchase these products, would have a significant negative impact on the success of its business and operating results.

**The Company faces significant competition.**

The development and commercialization of new biopharmaceutical products is highly competitive and subject to rapid technological advances. There are a number of companies with biodefense products or product candidates competing with the company for both U.S. government procurement and development resources. The Company may also face future competition

with respect to its products from other companies and governments, universities and other non-profit research organizations. Its competitors may develop products that are safer, more effective, more convenient or less costly than any products that it may develop or market. This includes the approval of lower priced follow-on biologics, or "biosimilars," in the U.S. and other jurisdictions, which might affect the profitability or commercial viability of the company's biologic products. Further, its competitors may devote greater resources to market or sell their products, adapt more quickly to new technologies, scientific advances or patient preferences and needs, initiate or withstand substantial price competition more successfully than the company can can, or more effectively negotiate third-party licensing and collaborative arrangements.

**The Company's biologic products are complex to manufacture.**

Many of the Company's current product candidates are biologics, which can be complex to manufacture, especially in large quantities. The products must be made consistently and in compliance with a clearly defined manufacturing process. The Company cannot sell any lots that fail to satisfy the release testing specifications, which would impact expected timing of revenue recognition.

The above factors represent only some of the risks associated with investing in Emergent BioSolutions. For a complete list, investors should refer to the company's most recent SEC filings.

## Company Description

Emergent BioSolutions, Inc. was founded in 1998 and is headquartered in Gaithersburg, Maryland. The company is focused on the development and commercialization of medical countermeasure products that address public health threats. This includes Chemical, Biological, Radiological, Nuclear and Explosives (CBRNE) threats, as well as emerging infectious diseases such as pandemic influenza, Ebola, Dengue, and Zika. The U.S. government is the primary purchaser of these products and is also the source of substantial funding for the development of these Biodefense product candidates.

## Required Research Disclosures



### Distribution of Ratings/IB Services
### Chardan Capital Markets

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| BUY [BUY] | 66 | 86.84 | 6 | 9.09 |
| HOLD [NEUTRAL] | 9 | 11.84 | 0 | 0.00 |
| SELL [SELL] | 1 | 1.32 | 0 | 0.00 |
| NOT RATED [] | 0 | 0.00 | 0 | 0.00 |

### Regulation Analyst Certification("Reg AC") —

**ANALYST(s) CERTIFICATION:** The analyst(s) responsible for covering the securities in this report certify that the views expressed in this research report accurately reflect their personal views about "Company" and its securities. The analyst(s) responsible for covering the securities in this report certify that no part of their compensation was, is, or will be directly or indirectly related to the specific recommendation or view contained in this research report.

**DISCLOSURES**

**RATINGS**

**Buy:** Expected to materially outperform sector average over 12 months and indicates total return of at least 10% over the next 12 months.

**Neutral:** Returns expected to be in line with sector average over 12 months and indicates total return between negative 10% and 10% over the next 12 months.

**Sell:** Returns expected to be materially below sector average over 12 months and indicates total price decline of at least 10% over the next 12 months.

**Emergent BioSolutions, Inc. (EBS - $63.15 - Buy)**

Price target                $92.00

**VALUATION:**

We have used an NPV analysis to establish our 12-month price target, which considers future estimated revenue out to 2031. We use a WACC of 10% as our discount rate. Finally we assume a future fully diluted share count of 54 mm.

**RISKS TO ACHIEVEMENT OF TARGET PRICE:**

**INVESTMENT RISKS**

Investors should be aware of several events or factors that could adversely impact the company's financial performance and valuation. These risks include:

**The Company is highly dependent on U.S. government contracts.**

The Company derives the majority the majority of its revenue from sales of products such as BioThrax/AV7909, ACAM2000, and raxibacumab to the U.S. government under long term supply agreements for the Strategic National Stockpile (SNS). The U.S. government is also expected to be a principal customer for other biodefense products that the company either acquires or develops. Additionally, a significant

portion of the company's revenue comes from U.S. government development contracts and grants. Hence, failure by the Company to secure future contracts with the U.S. government, or for the government to exercise the yearly options embedded in the existing contracts to purchase these products, would have a significant negative impact on the success of its business and operating results.

**The Company faces significant competition.**

The development and commercialization of new biopharmaceutical products is highly competitive and subject to rapid technological advances. There are a number of companies with biodefense products or product candidates competing with the company for both U.S. government procurement and development resources. The Company may also face future competition with respect to its products from other companies and governments, universities and other non-profit research organizations. Its competitors may develop products that are safer, more effective, more convenient or less costly than any products that it may develop or market. This includes the approval of lower priced follow-on biologics, or "biosimilars," in the U.S. and other jurisdictions, which might affect the profitability or commercial viability of the company's biologic products. Further, its competitors may devote greater resources to market or sell their products, adapt more quickly to new technologies, scientific advances or patient preferences and needs, initiate or withstand substantial price competition more successfully than the company can can, or more effectively negotiate third-party licensing and collaborative arrangements.

**The Company's biologic products are complex to manufacture.**

Many of the Company's current product candidates are biologics, which can be complex to manufacture, especially in large quantities. The products must be made consistently and in compliance with a clearly defined manufacturing process. The Company cannot sell any lots that fail to satisfy the release testing specifications, which would impact expected timing of revenue recognition.

The above factors represent only some of the risks associated with investing in Emergent BioSolutions. For a complete list, investors should refer to the company's most recent SEC filings.

**FORWARD-LOOKING STATEMENTS:** This Report contains forward-looking statements, which involve risks and uncertainties. Actual results may differ significantly from such forward-looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in the "Risk Factors" section in the SEC filings available in electronic format through SEC Edgar filings at www.SEC.gov on the Internet.

**COMPENSATION OR SECURITIES OWNERSHIP:** The analyst(s) responsible for covering the securities in this report receives compensation based upon, among other factors, the overall profitability of Chardan Capital Markets including profits derived from investment banking revenue and securities trading and market making revenue. Unless noted in the DISCLOSURES section above, the analyst(s) that prepared the research report did not receive any compensation from the Company or any other companies mentioned in this report in the previous 12 months, or in connection with the preparation of this report. Unless noted in the DISCLOSURES section above, neither the analyst(s) responsible for covering the securities in this report, nor members of the analyst(s') household, has a financial interest in the Company, but in the future may from time to time engage in transactions with respect to the Company or other companies mentioned in the report.

For compendium reports (a research report covering six or more subject companies) please see the latest published research to view company specific disclosures.

**GENERAL:** This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell a solicitation of an offer to buy or sell any financial instruments or to particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by registered employees of Chardan Capital Markets. The information herein is believed by Chardan Capital Markets to be reliable and has been obtained from public sources believed to be reliable, but Chardan Capital Markets makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Chardan Capital Markets and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or group of Chardan Capital Markets and its affiliates. Chardan Capital Markets has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate.

Chardan Capital Markets does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The securities discussed in this report may not be suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance. Further information will be provided upon request.

Chardan Capital Markets' salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Chardan Capital Markets' clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Chardan Capital Markets. Receipt and review of this research report constituted your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Chardan Capital Markets.

This report is not intended for distribution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Chardan Capital Markets makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distributed to , (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b)persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.