.

# Exhibit 48

SEC Form 4

**FORM 4**

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person[*] <br><br> Kramer Robert <br><br> (Last)     (First)     (Middle) <br><br> 400 PROFESSIONAL DR, SUITE 400 <br><br> (Street) <br><br> GAITHERSBURG MD     20879 <br><br> (City)     (State)     (Zip) | 2. Issuer Name **and** Ticker or Trading Symbol <br> Emergent BioSolutions Inc. [ EBS ] <br><br> 3. Date of Earliest Transaction (Month/Day/Year) <br> 01/15/2021 <br><br> 4. If Amendment, Date of Original Filed (Month/Day/Year) | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) <br><br> X Director                10% Owner <br> X Officer (give title below)      Other (specify below) <br><br> President and CEO <br><br> 6. Individual or Joint/Group Filing (Check Applicable Line) <br> X Form filed by One Reporting Person <br>   Form filed by More than One Reporting Person |
|---|---|---|

**Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned**

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock[(1)] | 01/15/2021 | | M[(2)] | | 19,026 | A | $25.62 | 158,236[(3)] | D | |
| Common Stock[(1)] | 01/15/2021 | | S[(2)] | | 19,026 | D | $106.0076[(4)] | 139,210[(3)] | D | |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
**(e.g., puts, calls, warrants, options, convertible securities)**

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Options (Right to Buy) | $25.62 | 01/15/2021 | | M[(2)] | | | 19,026 | (1) | 03/10/2021 | Common Stock | 19,026 | $0 | 0 | D | |

**Explanation of Responses:**

1. Consists of an option granted on 03/11/2014 under the company's stock incentive plan as amended and restated.

2. All transactions listed on this Form 4 were made by the Reporting Person pursuant to a trading plan adopted on November 13, 2020 that is intended to comply with Rule 10b5-1(c) under the Securities Exchange Act of 1934, as amended (the "Exchange Act").

3. The number of derivative securities beneficially owned was adjusted to account for a change in previously reported PSUs. 8,163 PSUs were previously reported, of which only 5,169 vested on February 11, 2020.

4. The price reported is a weighted average sale price. These shares were sold in multiple transactions at prices ranging from $104.52 to $107.79.

**Remarks:**

/s/ S. Scott Lieberman, Attorney-in-fact                01/19/2021

** Signature of Reporting Person                Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**