**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: All Actions | |

**[Proposed] Order**

This Court, having considered Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, the papers filed by the parties therein, and having heard the oral argument of counsel, hereby ORDERS that Plaintiffs' Consolidated Amended Complaint for Violations of the Federal Securities Laws (ECF No. 54) is dismissed with prejudiced.

It is SO ORDERED on this ___ day of _____, 2022.

By_____

Paul W. Grimm
United States District Judge