**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**LEAD PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

Pursuant to Fed. R. Evid. 201(b) and (c)(2), Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System respectfully file this motion ("RJN Motion") seeking judicial notice of a recently published Congressional report, press release, and supporting materials assembled by Congress, which are submitted herewith as Appendix A, RJN Exhibits 1-37. The RJN Exhibits include manufacturing contracts, inspection reports, emails, and other documents concerning Defendant Emergent's Bayview facility that is at the center of this litigation. These materials were created, sent, or received by the Individual Defendants and other senior Emergent executives; by governmental entities like the FDA, HHS, and BARDA which contracted with Emergent to reserve Bayview manufacturing capacity; and/or by AstraZeneca and J&J, the two companies that contracted to manufacture COVID vaccines at Bayview.

Under Fourth Circuit precedent, the Congressional report, press release, and supporting documents are all proper subjects for judicial notice. The existence, authenticity, transmission, and contents of these documents is not subject to reasonable dispute because they can be accurately and readily determined from a sources whose accuracy cannot be reasonably questioned. The RJN Exhibits are all part of the public record, having been published on a Congressional website after being provided to Congressional investigators in response to their document requests during a Congressional investigation. The report itself, and others by FDA, BARDA, and HHS that are among the RJN Exhibits, are also publicly available government documents. Some RJN Exhibits

are agreements between Emergent and J&J or AstraZeneca for the vaccine manufacturing services around which the lawsuit revolves.  Some RJN Exhibits are Emergent documents and emails, many of them signed, sent, or received by Defendants Kramer and Husein, that Emergent itself produced to Congressional investigators bearing the company's Bates stamps.  Still other RJN Exhibits are similar documents sent to / from Emergent by J&J or AstraZeneca, or internal emails at those companies about the Bayview facility, also produced to Congressional investigators.

In support hereof, Lead Plaintiffs respectfully submit Appendix A with RJN Exhibits 1-37, which are the Congressional report and press release and 35 documents accessed via links in the report's footnotes, and the accompanying Memorandum of Law.  For the reasons set forth therein, Lead Plaintiffs respectfully ask the Court to take judicial notice of RJN Exhibits 1-37.

Dated:  July 19, 2022

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*

Matthew L. Tuccillo (admitted *pro hac vice*)
Jeremy A. Lieberman (admitted *pro hac vice*)
Jennifer Banner Sobers (admitted *pro hac vice*)
Dolgora Dorzhieva (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
jbsobers@pomlaw.com
ddorzhieva@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (admitted *pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel.: (310) 405-7190
jpafiti@pomlaw.com

***Lead Counsel for Lead Plaintiffs and the Class***

2

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch (admitted *pro hac vice*)
Brendan Schneiderman (admitted *pro hac vice*)
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
bschneiderman@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman
(*pro hac vice* applications forthcoming)
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for City of Fort Lauderdale Police & Firefighter's Retirement System*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2022, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which in turn sent notice to all counsel of record.


Dated:    July 19, 2022                              /s/ *Matthew L. Tuccillo*
                                                     Matthew L. Tuccillo