**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: All Actions | |

**[PROPOSED] ORDER**

This Court having read and considered Lead Plaintiffs' Motion for Judicial Notice and the Memorandum, Declaration, Appendix, and Exhibits in support thereof:

IT IS HEREBY ORDERED that the Motion is GRANTED and that the Court will take judicial notice of RJN Exhibits 1-37 as requested.

SO ORDERED this __ day of _____, 2022.

_____
Paul W. Grimm
United States District Judge