# Lead Plaintiffs' RJN

# Exhibit 10

| | |
|---|---|
| **From:** | ██████@ebsi.com |
| **To:** | Kramer, Robert (CEO) |
| **Sent:** | 6/24/2020 10:44:55 AM |
| **Subject:** | Re: [External] Please Review: Post Application Action Letter, FEI 3015448605 |

Agreed. Will align with Adam

Thx
Sk

Sean Kirk
EVP, Manufacturing and Technical Operations
██████(m)

Sent from my iPhone

On Jun 24, 2020, at 9:42 AM, Kramer, Robert (CEO) <██████@ebsi.com> wrote:

Sean,
Thanks for sharing this. We should discuss bringing in outside resources to get in front of this, while we recruit permanent resources to lead.

Bob

**From:** Kirk, Sean <██████@ebsi.com>
**Sent:** Wednesday, June 24, 2020 10:34 AM
**To:** Kramer, Robert (CEO) <██████@ebsi.com>
**Subject:** Fwd: [External] Please Review: Post Application Action Letter, FEI 3015448605

Bob
To our parking lot discussion at bayview last Friday, see below.

Of all the things we have to deliver on OWS, the thing that keeps me up at night is overall perception of state of quality systems at bayview.  As we discussed, Thankfully, we navigated the AZ and JNJ audits although they designated our systems as not ready for commercial.   Barda will audit bayview I Friday

Given that John assured everyone we were going to put a solid, "warning letter" type response in following the raxi PAI, the rejection by the fda is even more disconcerting.   I have responded to the below email with an absolute mandate to "fix this."

I will discuss further with Adam

Thx
Sk

Sean Kirk
EVP, Manufacturing and Technical Operations
██████m)

Sent from my iPhone

Begin forwarded message:

EBSI_HCOR_0035634

**From:** "Havey, Adam" <░░░░░@ebsi.com>
**Date:** June 24, 2020 at 8:25:32 AM CDT
**To:** "Kirk, Sean" <░░░░@ebsi.com>
**Subject:** Fwd: [External] Please Review: Post Application Action Letter, FEI 3015448605

Extremely frustrating

Sent from my iPhone

Begin forwarded message:

**From:** "Ducote, John" <░░░░░░@ebsi.com>
**Date:** June 24, 2020 at 9:15:16 AM EDT
**To:** "Muzzin, Dino" <░░░░░@ebsi.com>
**Cc:** "Havey, Adam" <░░░░░░@ebsi.com>, ░░░░░░░ <░░░░░@ebsi.com>, "Kirk, Sean" ░░░░@ebsi.com>
**Subject:** FW: [External] Please Review: Post Application Action Letter, FEI 3015448605

Hi Dino,

We have received comments from the FDA finding our responses to the Bayview audit deficient. We've got a team organized to respond. I will meet with them this afternoon and include RA. Actions to close the identified deficiencies are all readily achievable. Some have already been completed.
The level of expectation from the FDA is at a new level for us, and we'll need to adjust accordingly.

Best Regards,

░░░░░░░

SVP,
Global Quality

░░░░░░░

**From:** ░░░░░░░░ <░░░░░@ebsi.com>
**Sent:** Tuesday, June 23, 2020 10:00 AM
**To:** ░░░░░░ <░░░░@ebsi.com>; Ducote, John <░░░░@ebsi.com>; ░░░░ <░░░░@ebsi.com>; ░░░░░░░ <░░░░@ebsi.com>; ░░░░░░ <░░░░@ebsi.com>
**Subject:** FW: [External] Please Review: Post Application Action Letter, FEI 3015448605
**Importance:** High
**Sensitivity:** Confidential

I will set up time over the next 2 days to discuss at a high level and develop an adequate detailed plan to address deficiencies.

**From:** ░░░░░░ <░░░░@fda.hhs.gov>
**Sent:** Tuesday, June 23, 2020 9:26 AM
**To:** ░░░░░░░░ <░░░░@ebsi.com>
**Cc:** ░░░░░░ <░░░░@fda.hhs.gov>; ░░░░░░ <░░░░@fda.hhs.gov>
**Subject:** [External] Please Review: Post Application Action Letter, FEI 3015448605

Good morning,

Please see the attached Post Application Action Letter for the inspection dated April 09, 2020 to April 20, 2020.
Please confirm receipt of this e-mail.

EBSI_HCOR_0035635

Sincerely,

Technical Information Specialist
FDA/CDER/OPQ/OPRO

EBSI_HCOR_0035636