# Lead Plaintiffs' RJN Exhibit 12

## SECOND AMENDMENT TO TECHNOLOGY TRANSFER LETTER AGREEMENT

This Amendment (this "**Amendment**") is signed as of the signature date(s) below and made effective as of January 27, 2021 (the "**Effective Date**") by and between Janssen Pharmaceuticals, Inc. ("**Janssen**") and Emergent Manufacturing Operations Baltimore, LLC ("**Emergent**") and amends that Technology Transfer Letter Agreement effective as of April 20, 2020 by and between Janssen and Emergent, as amended (the "**Agreement**"). All terms not otherwise defined herein shall have the meanings ascribed to such terms in the Agreement.

WHEREAS, Janssen and Emergent find it in their respective interests to amend the Agreement.

NOW, THEREFORE, in consideration of the premises and of the mutual promises and covenants herein contained, the parties hereto agree as follows:

1. The parties acknowledge that they entered into a Manufacturing Services Agreement effective July 1, 2020 (the "**MSA**"), and that a term defined in the MSA, "Contract Year 1", has been inserted into the Agreement via this Amendment (see Section 3 below). As a result, the parties agree that their obligations in the Agreement to negotiate and work toward executing a CSA, set forth in Section 1 and the opening paragraph of Section 2 of the Agreement, shall be disregarded as of the date the parties entered into the MSA, July 1, 2020 ("**MSA Effective Date**"). Further, the parties agree that references to a future CSA in Sections 2.8(a) and 2.8(e) of the Agreement, as well as the PEP, shall be read, as of the MSA Effective Date, with the understanding that the parties entered into the MSA as of the MSA Effective Date.

2. As contemplated by Section 2.1(c) of the Agreement, the parties have agreed upon a revised PEP as set forth in Attachment 1 to this Amendment, which is hereby incorporated into and made a part of the Agreement as Appendix D. As such, Appendix C to the Agreement, which is the original PEP, is hereby deleted and replaced with "Intentionally Omitted." In addition, the reference to Appendix C in the fourth paragraph of Section 1 of the Agreement shall be changed to "Appendix D."

3. The fourth sentence of the third paragraph under Section 1 of the Agreement is hereby deleted and replaced with the following:

   "JANSSEN agrees to pay EMERGENT a non-refundable capacity commitment fee of USD ███ million (the "**Capacity Commitment Fee**") in exchange for EMERGENT reserving capacity in Suites 1 and 2 of EMERGENT's Bayview facility to manufacture a total of up to 80 commercial batches of Product, or if mutually agreed by the parties another vaccine or other product that uses a similar process as the Product, during "Contract Year 1" of the Manufacturing Services Agreement dated July 1, 2020 entered into by the parties, as such term is defined therein (for the sake of clarity, the parties agree that the cGMP/PPQ batches manufactured under this Agreement shall not be considered "commercial batches" as that term is used in this sentence)."

4. Section 2.1(f) of the Agreement is hereby deleted in its entirety and replaced with the following:

   "(f) If it is determined that a cGMP/PPQ batch does not meet the Product specifications set forth in the master batch record ("**Specifications**") solely as a result of EMERGENT's negligence or willful misconduct, then EMERGENT shall, as JANSSEN's sole and exclusive remedy, subject to Section 2.9(c), and as soon as it is commercially practical to do so following receipt of any required raw materials at EMERGENT's cost and expense, either (i) re-perform such cGMP/PPQ batch at EMERGENT's sole cost and expense other than the original price set forth in the PEP for such cGMP/PPQ batch; or (ii) provide JANSSEN a credit for the amounts paid by JANSSEN to EMERGENT for such cGMP/PPQ batch. If a cGMP/PPQ batch fails to meet Specifications for any cause other than solely EMERGENT's negligence or willful misconduct, then EMERGENT shall have no liability to JANSSEN with respect to such batch and

JNJ_HOUSE_COR00000081

JANSSEN shall pay EMERGENT for such batch. The parties acknowledge that obtaining a specific quantity of Product with respect to cGMP/PPQ batches is not guaranteed by EMERGENT."

5. Except as specifically amended hereby, all terms of the Agreement remain in full force and effect. In the event of any conflict between the Agreement and this Amendment, the provisions of this Amendment shall prevail.

IN WITNESS WHEREOF, the parties have caused this Amendment to be executed by their duly authorized representatives.

**Janssen Pharmaceuticals, Inc.**

By: ▮▮▮▮▮▮▮▮▮▮▮▮▮

Print ▮▮▮▮▮▮▮▮▮▮▮▮▮

Title: ▮▮▮▮▮▮▮▮▮▮▮▮▮   VP PROCUREMENT JANSSEN

Date:   15 FEB 2021.

**Emergent Manufacturing Operations Baltimore, LLC**

By: *Syed T Husain*
Electronically signed by: Syed T Husain
Reason: I approve this document
Date: Feb 3, 2021 11:38 EST

Print Name: Syed T Husain

Title: SVP & CDMO BU Head

Date: Feb 3, 2021

2

CONFIDENTIAL

**ATTACHMENT 1**

**APPENDIX D – REVISED PROJECT EXEUCTION PLAN PEP**

## PROJECT OVERVIEW

The project will be executed at Emergent's facility in Baltimore, MD ("Bayview") for drug substance manufacturing. At Janssen's request, a two-suite layout at the Bayview facility will be utilized in order to maximize throughput and minimize space constraints. The project will begin with a coordinated technology transfer of existing Janssen processes and starting materials to enable analytical method transfer, and preparation for process validation. Following successful tech transfer, the manufacturing team will mobilize to perform/manufacture ████████████████████████████████ The current plan is for ████████████████████ █████████████████████████ and the remainder of this document reflects that plan. However, due to potential differences in the manufacturing schedules for each Suite, the parties may mutually agree to shift one (1) or more cGMP/PPQ batches from one Suite to the other. In such case, the number of cGMP/PPQ batches to be manufactured in a given Suite reflected below shall be automatically updated to reflect the parties' agreement; the parties also acknowledge that the estimated timeline set forth below may be impacted and require an update as well.

## Development and Production Timeline (Estimated)

The following is an estimated timeline representing the currently expected duration of activities and is subject to change due to events beyond Emergent's control, including but not limited to (i) timing of the project commencement date, (ii) acquisition of materials and receipt of Janssen Materials, and (iii) acquisition of and IQOQPQ of equipment. All timelines set forth in this PEP are estimated and based on a number of assumptions and currently known information. Janssen acknowledges that portions of the work to be performed are experimental in nature and may not have been fully validated within generally accepted standards of the pharmaceutical industry. To the extent assumptions or information change, or there are unexpected results or events or delays, including but not limited to delays in receipt of materials or information from Janssen, timelines may be impacted. The timeline may be adjusted by mutual agreement of the parties (acting reasonably and in good faith).

| Task Name | Q2 2020 | | | Q3 2020 | | | Q4 2020 | | | Q1 2021 | | | Q2 2021 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 1 | 2 | 3 | 4 | 5 | 6 |
| Project Commitment | X | | | | | | | | | | | | | | |
| Equipment Acquisition and Validation | | X | X | X | X | X | X | X | X | | | | | | |
| Tech Transfer | X | X | X | X | X | X | X | X | X | X | | | | | |
| Method familiarization, QC training, and method validation | | X | X | X | X | X | X | X | X | | | | | | |
| Developmental Virus Inoculum (from Janssen) | | | | | X | | | | | | | | | | |
| Non-cGMP Demonstration Run 1 (Suite 2) | | | | | | | X | | | | | | | | |
| Non-cGMP Demonstration Run 2 (Suite 2) | | | | | | | X | | | | | | | | |
| Non-cGMP Engineering Run (Suite 2) | | | | | | | | X | X | | | | | | |
| cGMP Virus Inoculum (from Janssen) | | | | | | | X | | | | | | | | |
| cGMP/PPQ Batches (Suite 2) | | | | | | | X | X | X | X | | | | | |

JNJ_HOUSE_COR00000083

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Release of cGMP/PPQ Batches (Suite 2) | | | | | | | | | | �area | | | | | | | |
| cGMP/PPQ Batches (Suite 1) | | | | | | | | | | | | | | | | | |
| Release of cGMP/PPQ Batches (Suite 1) | | | | | | | | | | | | | | | | | |

## ESTIMATED CAPITAL PURCHASE AND FACILITY MODIFICATIONS (CAPEX)

In order to accommodate Janssen's process within the manufacturing suites, Emergent will acquire Janssen's specified equipment and make minor modifications to the facility. All product contact equipment (columns) required for the project will be purchased by Emergent and the associated costs of procurement plus an administrative fee will be invoiced to Janssen. Ownership and utilization of acquired equipment is governed by the parties' CSA. Below is an estimate (as of January 4, 2021) of the CAPEX costs that will be incurred plus an administrative fee for the acquisition of such items.

| Capital Expenditures: Equipment Acquisition & Facility Modifications | | | | | | |
|---|---|---|---|---|---|---|
| Qty | Task | Source | Deliverable | Unit Price | Total | Extended Price |
| | | | | | | |

4

CONFIDENTIAL

JNJ_HOUSE_COR00000084



[1] Per Change Order #6 to the Tech Transfer Agreement, effective 6/30/20; included in table subtotal above
[2] Per Change Order #4 to the Tech Transfer Agreement, effective 6/1/20; included in table subtotal above
[3] Per Change Order #5 to the Tech Transfer Agreement, effective 6/22/20; included in table subtotal above
[4] Per Change Order #14 to the Tech Transfer Agreement, effective 12/30/20; included in table subtotal above

[5] ██████████████████████████████████████████

5

CONFIDENTIAL                                    JNJ_HOUSE_COR00000085

Price Matrix

## PHASE I: TECH TRANSFER, CAPEX, AND cGMP/PPQ BATCHES

| | Drug Substance Tasks: Tech Transfer | | | | | |
|---|---|---|---|---|---|---|
| Qty | Task | Deliverable | Fees | Est. Pass Through Costs* | Line Total | |
| 1 | Technology Transfer | Process Description | ███ | | $ | 525,688 |
| N/A | Analytical Method Familiarization, cGMP Documentation, and QC Training | cGMP Documents and Trained QC Analysts | | | $ | 179,560 |
| N/A | cGMP Analytical Method Transfer | Transfer Reports | | | $ | 193,742 |
| ██ | Bill of Materials Build -Assumes ██ GMP/PPQ batches total ██ batches per suite) | Finalized BOM | | | $ | 12,966,328 |
| 2 | Bill of Materials Build (Safety Stock) | Finalized BOM | | | $ | 3,241,582 |
| 1 | Duplicate Raw Materials for Specific Vendor (Risk Mitigation) | Finalized BOM | | | $ | 37,203 |
| 1 | IT Data Collection upstream | Software Installed | | | $ | 174,649 |
| 1 | IT Data Collection downstream | Software Installed | | | $ | 50,410 |
| 1 | Raw Materials Testing | Test Results Received | | | $ | 1,504,940 |
| Subtotal | | | | | $ | 18,874,102 |



6

CONFIDENTIAL

JNJ_HOUSE_COR00000086

| Capital Expenditures: Equipment Acquisition & Facility Modifications | | | | | | |
|---|---|---|---|---|---|---|
| Qty | Task | Source | Deliverable | Unit Price | Total | Extended Price |



7

CONFIDENTIAL

JNJ_HOUSE_COR00000087



| Drug Substance Tasks: Manufacturing | | | | | |
|---|---|---|---|---|---|
| Qty | Task | Deliverable | Fees | Est. Pass Through Costs* | Line Total |
| Demonstration & cGMP/PPQ Runs and Process Validation | | | | | |
| 1 | Demonstration Run 1 (Suite 2) | Run Summary | | | $ 1,562,734[1] |
| 1 | Demonstration Run 2 (Suite 2) (inoculum # 1, Stages 1-2) | Run Summary | | | $ 1,090,914[2] |
| 1 | Engineering Run 1 (Suite 2) (inoculum # 2 and SH ▮) | Run Summary | | | $ 4,133,917[2] |
| 1 | Engineering Run 1 Release Testing (Suite 2) | Test Results | | | $ 62,389[2] |
| 1 | Process Validation Studies | Run Summary | | | $ 1,047,360[3] |
| 1 | Process Validation | Validation Master Plan | | | $ 3,427,403 |
| | | Protocols | | | |
| | | cGMP Campaign Summary Report | | | |
| cGMP/PPQ (Suite 1) | | | | | |
| ▮ | cGMP/PPQ Run ▮ cGMP Campaign (▮ Runs) -Suite 1 | Executed Batch Record per Run | | | $10,052,504 |
| | DS Process Monitoring | Test Results per Batch | | | $ 70,612 |
| | DS In-Process Control | Test Results per Batch | | | $ 74,892 |
| | cGMP DS Release | CoA | | | $ 97,488 |

8

CONFIDENTIAL

JNJ_HOUSE_COR00000088

| cGMP/PPQ (Suite 2) | | | | |
|---|---|---|---|---|
| cGMP/PPQ Run ███ cGMP Campaign █ Runs) -Suite 2 | Executed Batch Record per Run | ███████ | | $10,052,504 |
| DS Process Monitoring | Test Results per Batch | | | $ 70,612 |
| DS In-Process Control | Test Results per Batch | | | $ 74,892 |
| cGMP DS Release | CoA | | | $ 97,488 |
| | | **Subtotal** | | **$ 31,915,709** |

| Phase I Technology Transfer Subtotal | | | |
|---|---|---|---|
| Task | Fees | Est. Pass Through Costs* | Line Total |
| Tech Transfer | ███████ | | $ 18,874,102 |
| Capex Equipment Acquisition & Facility Modification | | | $ 26,133,188 |
| Capital Expenditure Suite Preparation, Equipment Installation / Qualification / Validation | | | $ 13,586,426 |
| Manufacturing | | | $ 31,915,709 |
| | | **Phase I Total** | **$ 90,509,425** |

## Assumptions

Emergent will:

| 1 | Use existing Emergent equipment that meets the needs for the Product |
|---|---|
| 2 | Ensure that all product contact equipment is either new, Product dedicated, or released as clean by validated cGMP methods |
| 3 | Perform development, validation and drug substance work as listed in this PEP |

Janssen will provide the following:

| 1 | Provide the manufacturing process and the affiliated cell banks/master cell banks and associated viral banks as indicated in this PEP with an affiliated certificate of analysis |
|---|---|
| 2 | Provide all pertinent product information, such that Emergent can assure employee safety |

CONFIDENTIAL

JNJ_HOUSE_COR00000089

| 3 | Supply enough quantity of critical reagents and reference materials for all analytical methods to complete the scope of work. |
|---|---|
| 4 | All intellectual property rights necessary to perform the services. |

Additional assumptions:

| 1 | Some analytical methods require sub-contracting and are currently included as estimated costs. ███████████████████████████████ ██████████████████████████████████████████ |
|---|---|
| 2 | The following methods are no longer applicable and/or will be validated by Janssen for commercial and hence are not included in the analytical strategy nor priced in this PEP: ██████████████████████ ████████████████ |

Scope of Work

Tech Transfer and Drug Substance Manufacturing

## TECHNOLOGY TRANSFER

Upon project initiation, Janssen will transfer all relevant technical information to Emergent, including:

- Current at-scale process
- Mixing studies and/or hold times
- Quantities of the WCB or RCB
- Freeze/thaw studies of DS
- Comparability study support
- Stability data, as available
- Manufacturing process details, as available
- Analytical methods, as available

Emergent will perform a gap analysis covering all aspects of the technology transfer (i.e. knowledge or skill, equipment, material gaps, etc.). Emergent will also perform a risk analysis and generate a risk management plan. The technical team will agree to performance criteria and will be the basis for evaluation of upstream and downstream transfer runs. Once all questions are resolved and materials are procured, project teams will begin activities related to manufacturing support activities.

Emergent will conduct a technology transfer program per an established SOP. As part of Emergent's overall technology transfer process, Emergent will develop a technology transfer plan, including a process and gap evaluation, safety review, transfer procedure, process outline and success criteria. It is assumed that the risk assessment and safety assessment will require minimal effort. Once the process is fully defined for execution at Bayview, a bill of materials (BOM) will be generated specific for executing using Emergent's single use systems. The BOM will also be used to generate cGMP/PPQ material request forms and material specifications required for procurement of raw materials and any new hardware. Long lead items will be identified from the BOM, including but not limited to required process equipment, Single-Use Bioreactor (SUB) bags, filters and resins. As the required materials and quantities are defined,

10

CONFIDENTIAL

JNJ_HOUSE_COR00000090

procurement will be initiated to minimize risk to schedule. Emergent will draft cGMP/PPQ batch records for the process and these batch records and solution preparation records will be available to be red-lined during the at-scale Demonstration Run and modified and approved prior to cGMP manufacturing use. All batch records will be issued prior to execution of cGMP/PPQ batches. All raw materials will be released prior to execution of cGMP/PPQ batches.

Phase appropriate cGMP/PPQ batches will be executed at the ███████████ The Demonstration Run batch will be executed using draft batch records. The cGMP/PPQ batches will be executed using approved batch records. The cGMP/PPQ batches will be released based upon evaluation of the executed batch records, analytical release assays and product specifications. The estimated batch price is based on a generic █████ viral process in single-use systems and historical experience executing similar at scale projects at Bayview.

Additionally, Emergent has provided ██████████████████████████████ ████████████████

**Proposed Two Suite Floor Layout**



11

CONFIDENTIAL

## cGMP ANALYTICAL DOCUMENTATION, QC TRAINING AND METHOD VALIDATIONS

Emergent will transfer the Janssen phase-appropriately validated (qualified) analytical methods described below from Janssen to Bayview, specifically to its Analytical Science & Technology (AS&T) group. Janssen's cGMP Analytical Method Strategy is detailed in Table 2.

**Table 2: Janssen cGMP Analytical Method Strategy**

| Method Description | Drug Substance | |
| --- | --- | --- |
| | IPC | Release |
| ███████████████████ | X | |
| | X | |
| | | X |
| | X | |
| | | X |
| | | X |
| | | X |
| | X | |

*outsourced testing

Emergent will commence with method familiarization, registering cGMP documentation and Quality Control (QC) analyst training (two analysts per method) on the non-outsourced analytical methods to demonstrate QC's performance of the required methods prior to cGMP transfer. Emergent's AS&T and Quality Control groups will perform the cGMP transfer of the methods. The cGMP transfers will be complete prior to initiation of the manufacture of cGMP/PPQ batches. Janssen will have ███████████ ██████ unless otherwise mutually agreed, to review and approve all validation protocols prior to laboratory execution. Janssen will also have ████████████████████ unless otherwise mutually agreed, to review and approve the reports prior to Emergent's Quality Assurance (QA) final approval.

### DRUG SUBSTANCE TESTING

The █████ Demonstration Run drug substance process at Bayview will be measured for in-process quality attributes using non-validated analytical methods and non-QA reviewed test results reporting.

The cGMP/PPQ █████ drug substance batches will be measured for in-process quality attributes and partially released using qualified analytical methods and QA released. Applicable analytical testing results (such as relevant IPC results) will be provided as a CoA after QA review and any associated deviation reports will be provided.

### Collaboration, Project Management, File Sharing

Emergent encourages collaboration with Janssen, and as such would like to establish recurring weekly meetings with the assigned project manager, which will be Janssen's point of contact for the project duration. The identified project manager will schedule meetings between the Emergent subject matter

12

CONFIDENTIAL

experts and Janssen, as requested. Emergent will set up a SharePoint site for collaboration and file sharing using our system. The project team from Emergent and Janssen will have access to upload and view all information. The file structure for the site will be determined by the joint project team.

**Emergent GMP Manufacturing Scheduling Policy**

Emergent will be required to place orders with certain vendors to meet scheduled timelines. ███████

████████████████████████████████████████ All parties assume proposals made by subcontractors are accurate with regards to cost and schedule.

**Emergent Document Approval Policy**

Janssen will have the following time periods, unless otherwise mutually agreed, for review and comment for the documents below once sent by Emergent.  After that time period, Emergent may opt to close the document by noting that Janssen did not respond within the required timeframe.

- Master Batch Records: 1 week (a shorter review period may be required to meet Janssen requested manufacturing dates.  If so, Emergent project management will inform Janssen and the parties will mutually agree on the required timing.)
- Routine Validation or Laboratory Reports: 1 week
- Technical Transfer Documentation: 1 week

For master batch records specifically, one round of master batch record approval changes by Janssen is included in the cost of developing the initial master batch record. ██████████

████████████████████████████████████████████████████ By signing the master batch record, Janssen agrees that the manufacturing process in the record is what it expects to occur.  For this reason, Emergent expects Janssen to pay particular attention to the most vital areas of the record, including but not limited to specifications, formulation calculations and steps, in-process and final product testing and fill target parameters.  Emergent will not be liable for errors in batches filled in accordance with Janssen approved master production records as a result of incorrect or omitted Janssen-and Product-specific information.

**Emergent Project Completion Policy**

Customers at Emergent authorize work through signing quotes, contracts, or change orders.  In order to bring closure to the process, the project will be considered closed one month after the last report or batch record is sent to Janssen.  Requests for information, regulatory support or additional work after this point require Emergent to identify the scope of the request and issue a new quote, contract, or change order to cover the request.

**Emergent Inventory Return Policy**

Upon closure of this project, Janssen will be contacted by project management to discuss disposition of the materials. Janssen will have 4 weeks to respond. The material will be disposed of or returned to Janssen at Janssen's expense.  If no instructions are received, the material will be returned to Janssen at Janssen's expense. The only material that falls outside this purview are stability and retain samples.

13

CONFIDENTIAL