# Lead Plaintiffs' RJN Exhibit 19

**From:**       Havey, Adam ███████████████

**To:**         Crowe, Sue (C)
**Sent:**       9/9/2020 8:02:32 AM
**Subject:**    FDA Prep Meeting 03Sep2020
**Attachments:** FDA Prep Meeting 03Sep2020.docx

Sue – I apologize.  I forgot to send this yesterday.  Maybe we can get on a quick call this week to discuss a few items.

1. Resourcing: Did ██████s resources help?  Any improvement in QC screening or hiring?  Any new consultants on board?  (Note: If ████could provide me with a revised org chat with new players and team members including consultants that would be helpful, not urgent)
2. FDA Prep and Meeting.  Sean will be in person.  I will be on the phone and available.  If you prefer me to be in person I will travel.
3. Other D2D Risks.  PM resources? ████? Tammy?

Talk Soon

**FDA Prep Meeting 02Sep2020**

1. Review FDA Document Request List – Tammy to lead
   a. We will stage documents as we go
   b. We will identify "concerns" requiring story boards
   c. We will start building SME list
   d. These items together will be the basis of our "inspection playbook"
2. Presentations Needed/Presenters:
   a. Opening presentation – Sue
   b. Mfg Capability / Schedule – █████████████
   c. Regulatory strategy – █████████
   d. Commercial GMP Readiness/Accelerated Improvement Plan – Sue
   e. Quantic Batch Certification program overview - Sue
3. Site Tour route
4. Audit Utopia Training for front/back room communication and to record requests and fulfillment
5. Side Wide Training – FDA interaction
6. Site/Client/BARDA Communication pre visit – █████
7. Site/Client/BARDA communication during visit – Sue
8. Site/Client/BARDA Communication post visit – ██████
9. Logistics – Front Room, Back Room, Runners, SMEs, Clients/BARDA, lunch, etc. – TBD
10. Risk Management Focus/Story Board – ██████████

> **Commented [HA1]:** Will we build storyboards or presentations in advance for key topics? Who own these and do you need experienced FDA inspection resources to create?

> **Commented [HA2]:** Will you have escorts? If yes who? Who leads the tour?

---------------------------------------------------------------------------------------------------------------

**FDA Prep Meeting 03Sep2020**

By now, I suspect this FDA "visit/inspection" and the prep for it is wildly different than anything you have participated in before…

You have probably heard me say several times that "we need to *manage* this visit/inspection closely…

What the heck am I talking about??

**Typical Inspections:** Since only registered commercial bio/pharmaceutical facilities are inspected (typically), the sites usually have a mature commercial GMP Quality System, experienced staff, and inspection experience.

**Our visit/inspection:** We have a great site with great people and great intentions…but:

> **Commented [HA3]:** I like this framing. It will be important to get █ to echo and shadow this…

1. We have been operating a clinical phase GMP Quality System (phase appropriate with a lot of flexibility) until the pandemic hit – we lack commercial GMP compliance maturity
2. We have little to no FDA (Regulatory) inspection experience
3. Our GMP compliance decisions at the site, although "risk based" have been heavily influenced by the pandemic, the need to accelerate commercial manufacturing of not fully-developed processes, and our collective desire to serve our nation/mankind by providing safe effective covid-19 vaccines

So – what is our risk? how do we mitigate our risk? how do we *manage* the visit/inspection?

**Our risk is high!**

How do we mitigate our risk?

- We need to frame/justify all of our shortcomings/challenges in light of the pandemic -AND – we need detailed and comprehensive remediation plans to give the FDA confidence that we can achieve commercial GMP compliance readiness in the short term:
  a. Internal Audit using external consultants, BARDA audit, AZ audit, Janssen audit – all of the findings quickly used to develop an accelerated quality improvement plan for commercial GMP readiness <u>with the full support</u> of Emergent Executive Management Team – weekly steering team and core team meetings!
  b. Make sure our site is presentable (beautiful) for the visit:
      i. Warehouse organization
      ii. Manufacturing – not cluttered, cleanable, clear signage for personnel/material/waste flow
      iii. Reception, conference room, restrooms, locker rooms
  c. Make sure short term, mid-term and continuous improvement provisions are in place – we are not in full compliance yet -BUT- we are making batches NOW (layers of oversight):
      i. QA on the floor overseeing critical steps/real time documentation review
      ii. Quantic batch certification
      iii. Customer and BARDA persons in plant
      iv. Real time expert deviation review
      v. New site head of quality. In challenging times FDA likes to see companies bring in proven "experts".
      vi. Addition of external consultants/industry experts in all facets of the operation/organization. We will present a listing of SME's, their firms, area of expertise...to FDA while on site. Again – full support of Emergent Executive Management Team (spending what is needed to achieve commercial GMP compliance readiness in short order)
  d. Prep, Prep, Prep – we need to self-identify ALL gaps ASAP and put remediation plans (Deviations, CAPAs, Protocols, Metrics, Improvement Plans, Story Boards) in place ASAP – **NO SURPRISES RAISED TO US BY FDA** – we know our house, we own it, we are continuously improving!!

What do I mean when I say "**manage**" the inspection/visit?  AND THIS IS IMPORTANT...

We have a limited window to give FDA confidence in our ability to achieve commercial GMP compliance at an accelerated pace – how do we do it?

1. Prep, Prep, Prep – self identify gaps, aggressive remediation plans/improvement plans, understand briefing package and previous communications with FDA, site appearance, staff trained on interaction

EBSI_HCOR_0032969

2. I need to be involved in, monitor, and manage all conversations with FDA – I will communicate with the back room in real time to coach and advise on what we present, who presents and how we present it.

3. Only SUPER SMEs (already known to FDA if possible) will be allowed to interact (for the most part) – this way we can consistently manage the message of continuous improvement and build confidence with FDA (when you are head of Q at a mature commercial site with a great GMP record, you can sit back and parade SMEs in and out all day – we are not there).  Our SUPER SMEs – on site for duration

   

   a. ██████████ – former head QA
   b. ████████ – MS&T, AS&T
   c. ████████ – Mfg Head with commercial experience
   d. ██████████ – Commissioning, Qualification, Validation
   e. ████████ – QC
   f. ████████ – QA
   g. ████████ – Facility design and operation
   h. ████████ – RA who has been center in all previous FDA communication leading up to the visit/inspection
   i. Sean Kirk -or- Adam Havey (or both) – to confirm/reinforce executive management commitment

4. The next level of SMEs (as required by topics) needs to be carefully considered up front. SME's will be coached and will not enter the inspection room without their corresponding SUPER SME.

5. Manage Pace and response:
   a. Back room operations need to be safely distanced from inspection room operations – ensure no over-hearing of conversations in backroom or hallway conversations…allow time for information to flow front room to back room and allow time to coach SMEs on presentation
   b. Don't have SME's in the inspection room unless specifically called upon to address an issue – if you have the experts in the inspection room – the FDA often calls on them to answer questions quickly without allowing time for reflection, thought, and coaching.
   c. Need a coaching room…and coaches
   d. How do we fill gaps in time? – I will request a large volume of pre-requested documents to be staged and available in the inspection room – if an FDA visitor/investigator is experiencing "down time" and seems agitated – I will offer an alternate document for them to review.
   e. Need clear pathways to communicate daily activities across site/network, clients, BARDA, etc. Need clear communication to site SMEs what issues need to be resolved each day (before next day) and who on site (remote) is required to support – before releasing key personnel daily.

Questions?

**Commented [HA4]:** Given your feedback can she handle this?

**Commented [HA5]:** Consider ████ or Dino

**Commented [HA6]:** Who will own and lead the Backroom? Will ████ be involved?

EBSI_HCOR_0032970