# Lead Plaintiffs' RJN

# Exhibit 23

Message
_____

**From:** ▮▮▮▮▮▮▮ [JSGUS] [▮▮▮▮▮@ITS.JNJ.COM]
**Sent:** 10/27/2020 1:29:58 PM
**To:** Lucik, Tammy (C) [▮▮▮@ebsi.com]
**Subject:** GMP readiness
**Attachments:** Copy of Emergent GMP Punchlist 26Oct2020.xlsx

good morning – hope all is well.
As follow-up to our Friday call, we have made a better organized table and have update some that remain as concerns but are not requirements for the GMP run.  Would you be able to update with the appropriate EMOB group and then attempt target dates (with the caveat that some of the assessments may lead to further actions.  Could we please get an update for later this afternoon?  Please let me know if you want to discuss, and thanks again for your support

▮▮▮▮▮▮▮

**External Quality**
1400 McKean Rd  P.O. Box 766
Spring House, PA 19477  USA
▮▮▮▮▮▮▮    mobile▮▮▮▮▮▮▮

JNJ_HOUSE_COR00000436

| Action |
| --- |
| **FDA PAI Commitments** |
| Ensure DI assessment is completed against equipment used in Janssen processing and testing and determine if further action is needed   prior to GMP production |
| **Janssen Audit Commitments** |
| Approve 1Q, 2Q, 3Q 2020 EM Trend Reports |
| Update SOP for cell bank chain of custody |
| Review gaps identified in cross-contamination risk assessment and determine if further action is needed prior to GMP p |
| **General Housekeeping** |
| Ensure sufficient gowning supplies available |
| Ensure gowning rooms are organized and appropriately maintained |
| Repair damaged flooring in upstream area and corridors |
| Repair rusted wheels on equipment |
| Implement controls to lift tubing from floors |
| Implement solution for tubing run under door from media prep area to cell culture area |
| Ensure inventory is appropriately staged for GMP production |
| **EMPQ** |
| Complete equipment installation and qualification in downstream suites 2 and 1 |
| Initiate EMPQ following equipment installation |
| Complete Janssen SME review of EMPQ data |
| **Mold Remediation** |
| Janssen SME review 1Q, 2Q, 3Q 2020 EM Trend Reports |
| Review holistic actions from mold remediation plan for impact to suites 2 and 1 |
| Determine if further action is needed prior to GMP production |
| **Retrospective Deviation Review** |
| Review gaps identified during retrospective deviation review and determine if any further actions are needed prior to C |

**JNJ_HOUSE_COR00000437**

| Owner | Must Have Prior to UPS GMP Run? | Must Have Prior to DSP GMP Run? | Target Date | Status |
|---|---|---|---|---|
|  |  |  |  |  |
| Emergent | Yes | Yes |  |  |
|  |  |  |  |  |
| Emergent | 1Q, 2Q Yes 3Q data reviewed | 1Q, 2Q Yes 3Q data reviewed |  |  |
| Emergent | No | No |  |  |
| Emergent/Janssen? | Yes | Yes |  |  |
|  |  |  |  |  |
| Emergent | Yes | Yes |  |  |
| Emergent | Yes | Yes |  |  |
| Emergent | Yes | Yes |  |  |
|  |  |  |  |  |
| Emergent | No | No |  |  |
| Emergent | Yes | Yes |  | In-progress |
| Emergent | Yes | Yes |  |  |
| Emergent | Yes | Yes |  |  |
|  |  |  |  |  |
| Emergent | N/A | Yes |  |  |
| Emergent | N/A | Yes |  |  |
| ███████ | Yes | Yes |  |  |
|  |  |  |  |  |
| ███████ | Yes | Yes |  |  |
|  | Yes | Yes |  |  |
|  | Yes | Yes |  |  |
|  |  |  |  |  |
| Emergent | Yes | Yes |  |  |

qu

CONFIDENTIAL

JNJ_HOUSE_COR00000438

**Comments**

Ensure we allow sufficient time to remediate any gaps prior to GMP run

Ensure we allow sufficient time to remediate any gaps prior to GMP run

Need to have a plan in place to resolve and to prevent or minimize rust in the future

New warehouse construction in-progress; know how much they have, where it is, and be able to pick it immediately when they need to use it; need to ensure appropriate maintenance of warehouse

Complete for upstream
Complete for upstream

Ensure we allow sufficient time to remediate any gaps prior to GMP run

Ensure we allow sufficient time to remediate any gaps prior to GMP run

**CONFIDENTIAL**

**JNJ_HOUSE_COR00000439**