# Lead Plaintiffs' RJN

# Exhibit 25

| | |
|---|---|
| **From:** | [JSGUS] @its.jnj.com> |
| **To:** | [CNTUS]; [JSGUS]; [JJCUS] |
| **CC:** | [JSGUS]; [GPSUS]; [JBVNL]; [JRDUS]; [JSGUS]; [GPSUS] |
| **Sent:** | 11/18/2020 11:06:19 PM |
| **Subject:** | FW: Emergent update |

All,

Just a quick update that it was decided yesterday to move forward with GMP/PPQ batches at Emergent on November 19th. This is not without known risks as have been previously communicated (e.g. little to no experience with downstream equipment and no downstream engineering run, ████ cell debris system seems to be running well now but still limited experience, some downstream equipment still in the process of being qualified / CSV assessed, raw materials being used at risk without all testing being completed, etc.) As a team we agreed that we can live with the risks and there are enough controls in place to ensure that all outstanding issues will be addressed prior to any material being released. Any planned deviations to existing procedures will be well documented in Emergent quality systems.

The following are some key points that were considered:

**DI Program is on track for equipment / instrumentation needed for GMP runs**

- All CSV/DI execution is planned to be completed prior to GMP use of the equipment. Timelines are in place and status will be reviewed weekly with Janssen. Any gaps / discrepancies / issues with meeting GMP timing or discrepancies that arise during the execution phase will need to be discussed and remediation controls aligned with Janssen.

**VHP Program for Area #1**

- This topic was discussed with ████████ and the Emergent Facility Engineer who was very knowledgeable of the process. VHP is secondary mode of decontamination of the space (normal change over activities use SporKlenz). Bioquell is the contractor that performs the execution. November 21st pm is when the Area #1 upstream and downstream will be decontaminated. **Emergent to provide VHP example report to see parameters, concentration, how long BIs are processed since they are more susceptible to continued kill when VHP process is finished. (Emergent will contact Bioquell to provide information on this).**

**EM Trends / Mold Investigation**

- Backlog of 2020 EM trend reports have been addressed. EM Reports / data and Mold gap assessment were assessed by ████████. Mold investigation was comprehensive in identifying opportunities for improvement. Remediation activities are formally tracked and are ongoing. 2020 3Q EM trend shows no significant mold problem in Areas #1/2. Emergent has implemented extensive training which has resulted in lower EM trends. **Janssen will continue to monitor this situation to determine if additional action / follow-up is needed.**

**EMPQ for Area #2**

- EMPQ at dynamic conditions with rooms / equipment fully utilized will be performed concurrently with the GMP batch, with the understanding that all EM that was performed in the area will be reviewed as a part of batch review process. **Janssen asked Emergent to ensure that they could have the EMPQ report finalized before the first batch is released, since timing in the beginning of the year seems reasonable to accomplish that. Commitment from Emergent is still needed on this.**

**General GMP / Housekeeping Topics**

- Most equipment was in its final location and areas were not as cluttered / disorganized as the visit on October 20th.
- Gowning areas were fully stocked, well organized and maintained in a compliant manner. No additional follow-up needed.
- Tubing pass through from Media Prep to Bioreactor Area was installed. However, a cover design needs to be added. Both rooms are the same classification (Grade D) so minimal issue from a differential pressure perspective.
- Tubing lifts are available and will have to be installed at levels as to not interfere with traffic and/or cause safety concerns. Emergent is aware and will address this prior to GMP activity.
- Floor damage in CNC corridors continues to need attention. Emergent will fully address issue during upcoming planned shutdown. In the interim, the damaged floor will be patched to create a cleanable surface.
- Discoloration at HEPA return vents in the downstream area will be assessed for potential corrosion and/or if

CONFIDENTIAL

due to collection of Sporklenz during disinfecting processes. Steps will be taken to remediate as needed.

- Tape residue on bottom of wheels of new equipment in downstream processing needs to be removed and wheels cleaned. This tape was applied at the equipment vendor to protect the wheels during initial shipment and should be removed during the qualification execution of the equipment.

## Retrospective Deviation Review

- Several deviation investigations were reviewed that have potential impact to Area #2. No immediate concerns were observed. Emergent will continue to work with Quantic on evaluating impact assessments and root cause analysis and remediate as needed.
- Power Outage / Backup Generator - May 2020 substation issue with power outage impacted the facility for several hours until a manual switch to backup power was made. Currently there is no automatic switchover available. A CAPA (target date: 31 March 2021) is in place to install an automatic backup power supply for the facility.

## Emergent Change Control for NPI

- FRM026476 v. 4.0 was reviewed and approved by Janssen on 18 November 2020 to move forward with GMP production

Do not hesitate to contact me if you have any questions.

Regards,



**From:** ████████ [JSGUS] <███████@ITS.JNJ.COM>
**Sent:** Wednesday, November 18, 2020 7:48 AM
**To:** ████ [GPSUS] <██████@its.jnj.com>; ████████ [JSGUS] <██████@its.jnj.com>; ████ [JANUS] <████@ITS.JNJ.com>; ████████ [JANUS] <████@ITS.JNJ.COM>; ████ [JANUS] <████@its.jnj.com>; ████ [JANUS] <████@its.jnj.com>; ████ [JRDUS] <████@its.jnj.com>; ████ [US] <████@ITS.JNJ.COM>; ████ [JJCUS] <████@its.jnj.com>; ████ [JBVNL] <████@its.jnj.com>; ████ [JSGUS] <████@its.jnj.com>; ████ [JSGUS] <████@its.jnj.com>; ████ [JRDNL] <████@its.jnj.com>; ████ [CPCUS] <████@its.jnj.com>; ████ [JNJCH] <████@its.jnj.com>
**Cc:** ████ [GBSPR] <████@its.jnj.com>; ████ [GPSUS] <████@its.jnj.com>; ████ [JRDUS] <████@ITS.JNJ.COM>; ████ [CPCUS] <████@ITS.JNJ.com>; ████ [JJCUS] <████@ITS.JNJ.com>; ████ [GPSIE Non-J&J] <████@ITS.JNJ.com>; ████ [GPSIE] <████@its.jnj.com>; ████ [JRDNL NON-J&J] <████@ITS.JNJ.com>; ████ [GPSUS] <████@its.jnj.com>; ████ [JRDUS] <████@its.jnj.com>; ████ [GPSUS] <████@its.jnj.com>; ████ [MCCUS] <████@its.jnj.com>; ████ [JSGUS] <████@its.jnj.com>

**Subject:** RE: Emergent update

Quality had additional meetings post the go/no-go meeting. We meet with EMOB engineering and our Janssen JJRC Sterility Assurance SMEs reviewed their process for the upcoming VHP of areas 1. We also received a further update on Data Integrity risks associated with our processing and lab equipment. A date when required for each equipment was provided and EMOB is confident those dates can be meet. -note many of the are within a day or2 of use. This will need to be micromanaged and updates will be provided at our weekly Quality calls. Based on this we meet with EMOB site management and gave the GO decision. -with the caveat that there are many actions that are JIT and there are many questions marks/concerns – but no known show stoppers.

CONFIDENTIAL



| Action | Owner |
|---|---|
| **FDA PAI Commitments** | |
| Ensure DI assessment is completed against equipment used in Janssen processing and testing and determine if further action is needed prior to GMP production | Emergent |
| **Janssen Audit Commitments** | |
| Review gaps identified in cross-contamination risk assessment and determine if further action is needed prior to GMP production | Emergent/Ja |
| **General Housekeeping** | |
| Repair damaged flooring in upstream area and corridors | Emergent |
| Implement solution for tubing run under door from media prep area to cell culture area | Emergent |
| **EMPQ** | |
| Initiate EMPQ following equipment installation | Emergent |
| Complete Janssen SME review of EMPQ data | |
| **Mold Remediation - NEED EMERGENT SME** | |
| Janssen SME review 1Q, 2Q, 3Q 2020 EM Trend Reports | |
| **Retrospective Deviation Review** | |
| Review gaps identified during retrospective deviation review and determine if any further actions are needed prior to GMP product | Emergent |

GMP readiness 17Nov2020

**From:** [GPSUS] <████@its.jnj.com>
**Sent:** Tuesday, November 17, 2020 10:10 PM
**To:** ████ [JSGUS] <████@its.jnj.com>; ████ [JANUS] <████@ITS.JNJ.com>; ████ [JANUS] ████@ITS.JNJ.COM>; ████ [JANUS] <████@its.jnj.com>; ████ [JANUS] <████@its.jnj.com>; ████ [JRDUS] <████@its.jnj.com>; ████ [US] <████@ITS.JNJ.COM>; ████ [JJCUS] <████@its.jnj.com>; ████ [JBVNL] <████@its.jnj.com>; ████ [JSGUS] <████@its.jnj.com>; ████ [JSGUS]

CONFIDENTIAL



< ██ @its.jnj.com [JRDNL] ██ ██ @its.jnj.com [GPCUS]
< ██ @its.jnj.com>; ██ [JNJCH] < ██ @its.jnj.com>

Cc: ██ [GBSPR] < ██ @its.jnj.com>; ██ [GPSUS] < ██ @its.jnj.com>; ██
██ [JSGUS] < ██ @ITS.JNJ.COM>; ██ [JRDUS] < ██ @ITS.JNJ.COM>;
██ [CPCUS] < ██ @ITS.JNJ.com>; ██ [JJCUS] < ██ @ITS.JNJ.COM>;
██ [GPSIE Non-J&J] < ██ @ITS.JNJ.com>; ██ [GPSIE] < ██ @its.jnj.com>; ██
██ [JRDNL NON-J&J] < ██ @ITS.JNJ.com>; ██ [GPSUS]
< ██ @its.jnj.com>; ██ [JRDUS] < ██ @its.jnj.com>; ██ [GPSUS]
< ██ @its.jnj.com>; ██ [MCCUS] < ██ @its.jnj.com>;

**Subject:** Emergent update

All,

Update on Emergent activities:

- A joint PPQ readiness go/no-go meeting was held today. With closure of pending activities (see slides below), PPQ manufacturing can begin this week as scheduled.
- Two engineering batches are now running in parallel
  - Eng run 1A continued through day 7 today in the ██ XDR SUB. Cell density and viability look good. ██ perfusion device is running well. pH control is being optimized.
  - Eng run 1B was initiated this evening in another ██ XDR SUB. New pH control strategy will be implemented. This run will proceed through the ██ SUB and subsequent downstream processing (DSP) to bulk fill.

Kind regards,

██



CONFIDENTIAL

# Stage 1 – Readiness Scorecard

 emergent

| 19 Nov<br>Wave Start | 01 Dec<br>iCEP | 12 Dec<br>iVIP | 16 Dec<br>DSP | 22 Dec<br>Fill |
|---|---|---|---|---|

| Stage 1: Cell Expansion | | Owner |
|---|---|---|
| Raw materials | Specifications effective; conditional release materials | |
| Components | Specifications effective; materials available for use | |
| Batch Records | Media Prep – routing internally and with client; target effective date COB 11/17<br>Stage 1 - Preculture – routing internally and with client; target effective date COB 11/18 | |
| SOPs / WIs | Rocker SOP and Accumax WI are approved | |
| Equipment | Bioprofile #OQ and 700L iWAVE IOQ report to be approved by COB 11/18 | |
| Utilities | Upstream WTI released | |
| Training | Training to be completed in learning system when BRs are effective | |

31    GMP RUN READINESS REVIEW                                    janssen

CONFIDENTIAL