# Lead Plaintiffs' RJN Exhibit 27

**From:** Oates, Mary ████████████████████████████████

**To:** Husain, Syed T.; Muzzin, Dino; Kirk, Sean; Havey, Adam
**Sent:** 12/19/2020 9:35:21 AM
**Subject:** RE: [External] FW: CONTROL CELLS - URGENT SUPPORT NEEDED
**Attachments:** AZD1222 Control Cell Investigation 14Dec2020.pptx

All-I received this from Sue yesterday. It shows 8 events of control cell cross-contamination, with the most recent earlier this week. Perhaps you all were already aware that this is an ongoing issue. I thought it happened once, perhaps twice, and that it had been remediated.

Mary

**From:** Husain, Syed T. <████████@ebsi.com>
**Sent:** Saturday, December 19, 2020 6:33 AM
**To:** ████████ <████████@ebsi.com>; ████████████ <████████@ebsi.com>; Crowe, Sue (C) <crowes@ebsi.com>
**Cc:** Oates, Mary <████████@ebsi.com>; Muzzin, Dino <████████@ebsi.com>; Kirk, Sean <████████@ebsi.com>; ████████████ <████████@ebsi.com>; ████████ <████████@ebsi.com>; Glover, James <████████@ebsi.com>
**Subject:** Fwd: [External] FW: CONTROL CELLS - URGENT SUPPORT NEEDED

Fyi, very interesting note, its mentions issues at "multiple sites".

Thoughts?

-Syed

Syed T. Husain
SVP & Head of CDMO Business Unit
Emergent BioSolutions

Begin forwarded message:

**From:** ████████████ <████████@astrazeneca.com>
**Date:** December 19, 2020 at 6:25:28 AM EST
**To:** ████████ - <████████████@novasep.com>, ████████@sk.com, ████████ -<████████@oxb.com>, ████████ - <████████@halix.nl>, ████████ <████████@cobrabio.com>, ████████ <████████@csl.com.au>, ████████ <████████@wuxiapptec.com>, ████████ <████████@siambioscience.com>, ████████ General Manager -" <████████@catalent.com>, ████████ <████████@mabxience.com>, "Husain, Syed T." <████████@ebsi.com>
**Cc:** ████████ <████████@astrazeneca.com>, ████████ <████████@astrazeneca.com>, ████████ <████████@astrazeneca.com>, ████████ <████████@astrazeneca.com>, ████████ <████████@astrazeneca.com>, ████████ <████████@astrazeneca.com>
**Subject:** [External] FW: CONTROL CELLS - URGENT SUPPORT NEEDED

Please find below an e-mail sent to your manufacturing and Quality leads; we would very much appreciate your support in making this a high priority for your organisation.

Many Thanks,

Confidential

EBSI_HCOR_0030446



Head of Influenza Vaccine Operations

_____

**AstraZeneca**
**Global Biologics Operations** | Liverpool
Plot 7 Renaissance Way, Speke, Liverpool, L24 9JW

█████ @astrazeneca.com

**From:** ████████
**Sent:** 19 December 2020 11:16
**To:** ████ @halix.nl; ████████ < ████████ @cobrabio.com>; ████ @jcrpharm.co.jp; ████ @catalent.com; ████ @irbm.com; ████ @cslbehring.com.au; ████ @siambioscience.com; ████ @oxb.com; ████ @novasep.com>; ████ @wuxibiologics.com; ████ @sk.com; ████ @mabxience.com; ████ @wuxibiologics.com; ████ @novasep.com; ████ @sk.com; ████ < ████ @oxb.com>; ████ @halix.nl; ████ < ████ @cobrabio.com>; ████ @csl.com.au; ████ @siambioscience.com; ████ @mabxience.com; ████ @ebsi.com
**Cc:** ████ < ████ @astrazeneca.com>; ████ < ████ @astrazeneca.com>; ████ < ████ @astrazeneca.com>; ████ < ████ @astrazeneca.com>; ████ < ████ @astrazeneca.com>; ████ < ████ @astrazeneca.com>; ████ < ████ @astrazeneca.com>; ████ < ████ @astrazeneca.com>
**Subject:** CONTROL CELLS - URGENT SUPPORT NEEDED

## AZD Collaboration Partners

First, we want to thank you all for your extraordinary partnership and collaboration in our journey to bring ChadOx-1 Cov-19 vaccine (AZD1222) to patients all over the world. One of our critical goals of this program is the fair and equitable supply of this vaccine to everyone and we are clearly making significant progress towards this aim.

We are writing to highlight and escalate a very serious risk that has been identified within our network related to the Drug Substance (DS) manufacturing process, as we have recently seen an increased incidence of growth challenges associated with control cells at multiple sites.

Our investigations clearly point towards cross contamination of the cells with AZD1222; this represents one of the highest potential vulnerabilities to our plans that we need to urgently mitigate. To do this we need your help, leadership and support.

We will be following up on this short communication with additional requests for detailed information (facility information, procedures, people/material flow diagrams, etc.) as well as recommendations from our own technical team so that we can work together to mitigate this serious risk by improving the microbial control strategy at your site.

Please find below the list of items that we will be following up on in the next few days:-.

(1)  Recommended general best practices (near-term risk reduction based on current learnings)
(2)  A request for facility documentation to support a site-specific risk assessment by AZ SMEs (deeper dive following up on first round questionnaire)
(3)  Proposed site-specific remedial actions (to be discussed between AZ SMEs and representatives from respective organizations)

This needs to be given a very high priority in your organisation and we count on your support; please reach out to us if you have any additional questions or need any help in responding to the information requests.

Confidential

Kind regards,

██████ and ████████

████████                          ████████

Head of Vaccine Operations          Head of Quality

Confidential                                                      EBSI_HCOR_0030448