# Lead Plaintiffs' RJN Exhibit 28

| | |
|---|---|
| **From:** | ██████ [██████@astrazeneca.com] |
| **Sent:** | 1/25/2021 12:30:29 PM |
| **To:** | ██████ [██████@astrazeneca.com]; ██████ [██████@astrazeneca.com]; ██████ |
| | [██████@astrazeneca.com]; ██████ [██████@astrazeneca.com]; ██████ |
| | [██████@astrazeneca.com] |
| **CC:** | ██████ [██████@astrazeneca.com] |

| | |
|---|---|
| **Subject:** | Emergent Commercial Escalation |
| **Attachments:** | Re: [External] Commercial Escalation |
| **Location:** | Microsoft Teams Meeting |

| | |
|---|---|
| **Start:** | 1/25/2021 9:00:00 PM |
| **End:** | 1/25/2021 9:30:00 PM |
| **Show Time As:** | Busy |

| | |
|---|---|
| **Required Attendees:** | ██████████████████ |
| **Optional Attendees:** | ██████ |

Hi All – a quick premeeting in advance of a call Tuesday with Syed at Emergent. See exchange attached. Would like to line up our facts (vs. his interesting view) including:

- 10 rejected batches to-date (nearly $30M in liability), some very clearly GmP deficiency related
- Quality challenges requiring join-up between J&J and AZ quality orgs
- Had to drop resources in ████ to do root-cause deep dive when Suite 1 challenges were evident

Need to have clear picture on the Development scope not executed by Emergent as AZ did the work, and address his notes pointing at AZ.

████ & ████ – sorry for being opportunistic with your weekly 1-on-1 timeslot!

Thanks, ████

---

# Microsoft Teams meeting

## Join on your computer or mobile app
Click here to join the meeting

## Join with a video conferencing device
████@m.webex.com
Video Conference ID: ██████
Alternate VTC dialing instructions

## Or call in (audio only)
██████████████████ United States, Los Angeles
Phone Conference ID: ██████
Find a local number | Reset PIN

The organiser may record this meeting in accordance with Legal requirements and AZ Privacy Policy. You will be notified if the meeting is recorded. If you do not consent to being recorded, please notify the meeting organiser in advance

HIGHLY CONFIDENTIAL

Learn More | Help | Meeting options | Legal

HIGHLY CONFIDENTIAL

AZ_COR _001795