# Lead Plaintiffs' RJN

# Exhibit 29



This document contains confidential information including but not limited to trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

# Monthly Report: July 2020

| | |
|---|---|
| Contract Title: | Emergent CIADM Manufacturing Capacity Reservation and Expansion |
| Contract Number: | HHSO0100201200004I |
| Order Number: | 75A50120F33007 |
| Reporting Period: | 01 Jul 2020 – 31 Jul 2020 |
| Principle Investigator: | Syed T. Husain |

Emergent Manufacturing Operations Baltimore
5901 E Lombard St
Baltimore, Maryland 21224 USA



[redacted]@ebsi.com

EmerCly_0005554



This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## Contents

1. Executive Summary ....................................................................................................................3

2. Program Management ..............................................................................................................4

    2.1.    Recruiting and On-Boarding............................................................................................4

    2.2.    Regulatory Affairs and Quality Assurance....................................................................4

3. Manufacturing Capacity Reservation ...................................................................................6

    3.1.    Bayview Capacity Reservation .......................................................................................6

    3.2.    Camden Capacity Reservation ......................................................................................7

    3.3.    Rockville Capacity Reservation.......................................................................................8

4. Drug Product Expansion ............................................................................................................9

    4.1.    Camden Flex Fill Line ........................................................................................................9

    4.2.    Rockville New Fill Line.......................................................................................................10

Appendix A: Consolidated Manufacturing Schedule.................................................................11

EmerCly_0005555



This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership, corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 1. Executive Summary

During the reporting period, capacity was reserved for pandemic preparedness and response consistent with the agreement. Although no COVID vaccine production was performed during this early stage of the agreement, efforts were undertaken to ensure availability of the reserved capacity. Two batches of Vaxart's COVID candidate scheduled to begin production in Bayview Area 4 in July were rescheduled to October to allow focus on preparation for Novavax production. Reserved capacity continues to be maintained in a state of readiness for anticipated demand.

Resources to meet the anticipated demand continue to be recruited and onboarded. Temporary hiring has been progressing rapidly. Experienced hiring is also progressing, but accelerating this hiring is an area of focus. Improvements in the compensation for manufacturing associates were implemented in July. The training strategies implemented in Bayview to accelerate the impact of the newly onboarded resources are being executed as planned.

Regulatory Affairs (RA) and Quality Assurance (QA) are engaged in a multi-faceted strategy to facilitate Emergency Use Authorization (EUA) and ensure approval of large-scale, late phase clinical and/or commercial manufacturing. This includes, but is not limited to, assurance of Good Manufacturing Practice (GMP) readiness, commercial compliance readiness, FDA engagement, deployment of joint RA/QA teams with clients, and an accelerated improvement plan at the Bayview facility. Type C Facility meetings have been secured with the FDA on 27 Aug 2020 (Bayview) and 17 Sep 2020 (Camden and Rockville).

Within Bayview, efforts to prepare Area 3 continue and are tracking towards a September production start for AstraZeneca's vaccine candidate. A delay in assumed availability of bioreactors resulted in a delay of the anticipated start of production from 01 Sep 2020 to 14 Sep 2020. Timely availability of process information, equipment, and materials remain critical to this timeline. Weekly meetings between Emergent and BARDA to ensure transparency and rapid escalation of issues continue.

Activities related to delivery of the Camden flex fill line project continued as expected during the reporting period. Mechanical completion of the facility was achieved. Delays in vendor training due to travel restrictions were escalated as a major risk to the schedule. With OWS support, much of this risk has been mitigated, although a one month delay to completion of CQV is still being projected. This delay is not expected to impact start of at-risk manufacturing and opportunities to accelerate the projected completion of CQV are under investigation.

Design and procurement for the Rockville new fill finish line continue to progress. A cadence of routine design meetings between Emergent, Integrated Project Services, and Groninger has been established. The architectural layout of the facility and the fill line were finalized. Both a permitting plan and a procurement plan for the project have been created.

In the next reporting period, recruiting and on-boarding to support capacity reservations and drug product expansion will continue with two focused recruiting events. A Type C meeting regarding Bayview will be held with the FDA. Bayview will continue to prepare for the upcoming AstraZeneca campaign and will escalate risks through the weekly meeting. Construction activities at Camden will wrap up as the project transitions fully to operational readiness activities. Design efforts on the Rockville new fill line will continue with awards being issued for long lead equipment.

EmerCly_0005556



This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 2. Program Management

### 2.1. Recruiting and On-Boarding

Increases in staffing across the Bayview, Camden, and Rockville sites to support growth in the business and provide risk mitigation against potential situations requiring staff quarantine continued. At the end of July, the sites had a combined vacancy rate (relative to year end targets) of 30% and 20% for full time employees and temporary employees, respectively. This is a reduction from 32% (full time employees) and 31% (temporary employees) vacancy rates at the end of June.

The higher rate of temporary employee hiring is expected, with the strategy to fill some full time roles by converting high performing temporary employees. However, with most temporary employees having little or no pharmaceutical experience, there is a need in the short term to increase the rate of experienced, full time hires.

One issue previously identified in hiring experienced manufacturing associates was a discrepancy between Emergent's compensation and that of other pharmaceutical companies in Maryland. In July this issue was rectified through the re-leveling of our manufacturing associate roles. The re-leveling has placed Emergent's compensation in line with that of other companies.

Progress continues to be made against the three tier training plan for manufacturing established in Bayview. At the conclusion of the reporting period 45%, 41%, and 33% of the expected 2020 training has been completed for Tiers 1,2, and 3, respectively.

In August, two focused recruiting events are planned to accelerate hiring. The first of these events, scheduled for 12 Aug 2020, is focused on Quality Assurance and Quality Control positions. The second event will focus on Manufacturing and will be hosted on 26 Aug 2020.

### 2.2. Regulatory Affairs and Quality Assurance

Regulatory Affairs (RA) and Quality Assurance (QA) are engaged in a multi-faceted strategy to facilitate Emergency Use Authorization (EUA) and ensure approval of large-scale, late phase clinical and/or commercial manufacturing. This includes, but is not limited to, assurance of Good Manufacturing Practice (GMP) readiness, commercial compliance readiness, FDA engagement, deployment of joint RA/QA teams with clients, and an accelerated improvement plan at the Bayview facility.

On 29 Jul 2020 Emergent facilitated a meeting with members from FDA, CBER, DMPQ to explore options for ongoing engagement. Following this meeting a Type C Facility Meeting Requests and associated Briefing Packages for the Bayview, Camden, and Rockville facilities were submitted. Type C meeting dates (27 Aug 2020 for Bayview and 17 Sep 2020 for Camden and Rockville) were secured. The overarching Type C meeting objectives are to

EmerCly_0005557



This document contains confidential information including, but not limited to, trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

discuss the activities taking place in support of the COVID-19 vaccine programs at the Bayview, Camden, and Rockville facilities.

In parallel, discussions with AstraZeneca's and Johnson & Johnson's QA and RA teams continue.  Specific contacts have been established and agreements on how to proceed together are under discussion.  The agreed upon approaches will be presented to FDA to determine timing and scope of FDA site visits.  The joint teams will also explore opportunities for Joint FDA Type C meetings and options for rolling batch specific reviews by FDA.

EmerCly_0005558

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership, corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 3. Manufacturing Capacity Reservation

### 3.1. Bayview Capacity Reservation

During the reporting period, capacity was reserved for pandemic preparedness and response consistent with the agreement. Although no COVID vaccine production was performed during this early stage of the agreement, efforts were undertaken to ensure availability of the reserved capacity. Two batches of Vaxart's COVID candidate, scheduled to begin production in Bayview Area 4 in July, were rescheduled to allow focus on Novavax production targeted to begin on 31 Aug 2020. The Vaxart batches are now scheduled to start on 07 Oct 2020.

AZ = AstraZeneca    NV = Novavax    VA = Vaxart

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bayview Area 3** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | 5 | 10 | 11 | 11 | 11 | 10 | 11 | 11 | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | 12 | 13 | | | | | | |
| **Bayview Area 4** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | NV | | VA | VA | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | 1 | | 1 | 1 | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

There are no issues impacting the availability of reserved capacity, however, significant work is underway to prepare for production of AstraZeneca's vaccine candidate in September. The production schedule for AstraZeneca is dependent on timely receipt of equipment and materials. All high-risk items are being closely monitored by Emergent and status updates are provided to BARDA through a weekly Emergent CDMO / BARDA COVID-19 project review meeting. During the reporting period, the assumed arrival date for the Area 3 bioreactors was changed from to 24 Jul 2020 to 18 Aug 2020. The change in this assumption led to a two week delay of the projected manufacturing start of AstraZeneca's COVID candidate in Area 3.

EmerCly_0005559

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 3.2. Camden Capacity Reservation

During the reporting period, capacity was reserved for pandemic preparedness and response. Although no COVID vaccine production was performed during this early stage of the agreement, efforts were undertaken to ensure availability of the reserved capacity. While no batches are forecasted to be produced in August, the reserved capacity will be maintained in a state of readiness for anticipated demand. There are no issues impacting the availability of reserved capacity.

At BARDA's request, utilization of the flex fill line for SAb Biotherapeutics COVID-19 candidate in 2021 is under evaluation.

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Camden Line 11B** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Camden Line 16B** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Camden Flex Fill** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | | | | | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

EmerCly_0005560

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 3.3. Rockville Capacity Reservation

The existing fill line at the Rockville facility is currently dedicated to production of ACAM2000 and is reserved for BARDA beginning in October 2020.  The new fill line at the Rockville facility is currently being designed and is reserved for BARDA beginning in October 2021.

The investments required to prepare the existing line to support multi-product production are being evaluated.

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rockville Existing Line** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| **Rockville New Line** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | | | | | | | | | | | | | | 8 | 8 | 8 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

EmerCly_0005561



This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 4. Drug Product Expansion

### 4.1. Camden Flex Fill Line

| Milestone | Baseline | Previous Forecast | Current Forecast |
|---|---|---|---|
| Arrival of equipment | 22-Jun-2020 | 22-Jun-2020 | 22-Jun-2020 |
| Completion of construction | 09-Jul-2020 | 09-Jul-2020 | 10-Jul-2020 |
| Completion of CQV | 18-Nov-2020 | 18-Nov-2020 | 18-Dec-2020 |

Mechanical completion of the facility was achieved in July. One wall between the GMP and mechanical spaces has not yet been constructed to facilitate equipment access for qualification activities. All trade permits were closed and application for the Certificate of Occupancy was submitted in July. Qualification activities for the reporting period continued on schedule.

Availability of Groninger and Ziel resources to execute vendor training due to travel restrictions was escalated as a concern with significant potential impact on the schedule. Through BARDA and OWS support much, but not all, of that risk has been mitigated. Changes to the training schedule have impacted timing of validation activities, resulting in a one month delay in completion of CQV from the baseline schedule. No impact to the start of at-risk manufacturing is projected as a result of this delay. The interaction of the training and validation timelines and opportunities to improve the CQV timing are in evaluation.

In August, receipt of the Certificate of Occupancy is expected. The interconnected wiring for the fill line will be completed, allowing qualification of the fill line to commence. All construction punchlist items are expected to be completed and the trades demobilized. The Operational Readiness team will take full control of the project with a significant focus on execution of Qualification and Validation activities.

EmerCly_0005562



This document contains confidential information and has restricted limited to trade effects, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 4.2. Rockville New Fill Line

| Milestone | Baseline | Previous Forecast | Current Forecast |
|---|---|---|---|
| Arrival of equipment | 18-May-2021 | 18-May-2021 | 19-May-2021 |
| Completion of construction | 20-Jul-2021 | 20-Jul-2021 | 21-Jul-2021 |
| Completion of CQV | 09-Sep-2021 | 09-Sep-2021 | 13-Sep-2021 |

Design for the new fill line continued with both the architectural layout and fill line layout being finalized. A procurement plan was created and user requirement specifications for long lead equipment are being drafted.

The permitting strategy was completed, aligned with Montgomery County, and incorporated into the IMS. The strategy includes the following milestones:
- 11 Sep 2020 – Early foundation and underground plumbing permit (critical path)
- 10 Oct 2020 – Manufacturing building permit (critical path)
- 15 Feb 2021 – Soil erosion permit
- 01 Mar 2021 – Administrative space, maintenance shop, and loading dock building permit

In August, the design drawing and specification process will continue to progress rapidly. Daily design meetings are being held and all document turnarounds are occurring in two business days. Execution against the procurement plan is underway and will result in the remaining long lead equipment, including the parts washer, sterilizing autoclave, decontamination autoclave, semi-automated inspection machine, automated inspection machine, cartoner, labeler, and compendial water storage tanks being awarded. Bidding for early trades will also commence in August.

EmerCly_0005563

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership, corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

# Appendix A: Consolidated Manufacturing Schedule

AZ = AstraZeneca    NV = Novavax    VA = Vaxart

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bayview Area 3** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | 5 | 10 | 11 | 11 | 11 | 10 | 11 | 11 | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | 12 | 13 | | | | |
| **Bayview Area 4** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | NV | | VA | VA | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | 1 | | 1 | 1 | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| **Camden Line 118** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| **Camden Line 168** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| **Camden Flex Fill** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | | | | | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| **Rockville Existing Line** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | | | 8 | 8 | 8 | 8 | 8 | | | | | | | | | |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| **Rockville New Line** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | | | | | | | | | | | | | | 8 | 8 | 8 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

EmerCly_0005564