# Lead Plaintiffs' RJN Exhibit 30



This document contains confidential information including but not limited to trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

# Monthly Report: August 2020

| | |
|---|---|
| Contract Title: | Emergent CIADM Manufacturing Capacity Reservation and Expansion |
| Contract Number: | HHSO01002012000004I |
| Order Number: | 75A50120F33007 |
| Reporting Period: | 01 Aug 2020 – 31 Aug 2020 |
| Principle Investigator: | Syed T. Husain |

Emergent Manufacturing Operations Baltimore
5901 E Lombard St
Baltimore, Maryland 21224 USA



█████@ebsi.com

EmerCly_0005565



This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus; or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership, corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## Contents

1.  Executive Summary .................................................................................................................3

2.  Program Management ...........................................................................................................4

    2.1.  Recruiting and On-Boarding ...........................................................................................4

3.  Manufacturing Capacity Reservation ...................................................................................5

    3.1.  Bayview Capacity Reservation .......................................................................................5

    3.2.  Camden Capacity Reservation ......................................................................................6

    3.3.  Rockville Capacity Reservation.......................................................................................7

4.  Drug Product Expansion .........................................................................................................8

    4.1.  Camden Flex Fill Line .......................................................................................................8

    4.2.  Rockville New Fill Line.......................................................................................................9

Appendix A: Consolidated Manufacturing Schedule............................................................10

EmerCly_0005566



This document contains information relating to trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 1. Executive Summary

During the reporting period, capacity was reserved for pandemic preparedness and response consistent with the agreement. Although no COVID vaccine production was performed during the reporting period, efforts were undertaken to ensure availability of the reserved capacity. One batch of Novavax's COVID candidate, scheduled to being production in Bayview Area 4 on 31 Aug 2020 was postponed until 14 Sep 2020 to allow time for baculovirus inoculum (used in the Novavax process) production. Reserved capacity continues to be maintained in a state of readiness for anticipated demand. Production of AstraZeneca's COVID candidate is expected to begin in Bayview Area 3 in September.

Resources to meet the anticipated demand continue to be recruited and onboarded. At the Maryland sites, total headcount increased by 22 in August. The additional hiring of 35 full time employees at Bayveiw was approved. While hiring continues to progress well, recruiting for experienced employees continues to be an area of focus. The training strategies implemented in Bayview to accelerate the impact of the newly onboarded resources are being executed as planned.

Within Bayview, efforts to prepare Area 3 continue and are tracking towards a September production start for AstraZeneca's vaccine candidate. Timely availability of process information, equipment, and materials remain critical to this timeline. Weekly meetings between Emergent and BARDA to ensure transparency and rapid escalation of issues continue. There has been good partnership through this forum, and BARDA's support has been critical.

Activities related to delivery of the Camden flex fill line project continued as expected during the reporting period. System acceptance testing was completed on the fill line and isolator. All systems have now progressed to or beyond the commissioning ready state. With OWS support, foreign vendors are expected to be available on site, but this availability continues to be a risk that Emergent will monitor closely.

Design and procurement for the Rockville new fill finish line continues to progress. Most user requirement specifications have been completed. The permitting plan is progressing as planned. All long lead equipment has been bid and recommendations for award have been developed. Alignment between BARDA, Emergent, and IPS on the applicability of FAR flow down clauses has been identified as a significant risk to the project. Conversations regarding this risk are on-going, and acceptable resolution is needed by 18 Sep 2020.

In the next reporting period, recruiting and on-boarding to support capacity reservations and drug product expansion will continue. Bayview will begin the AstraZeneca production campaign in Area 3 and start a Novavax batch in Area 4. Camden will continue operational readiness activities, with a focus on Groninger and Ziel availability on site. Design, procurement, and permitting activities will continue in Rockville in parallel to discussions regarding the FAR flow down clauses.

EmerCly_0005567



This document contains confidential information including, but not limited to, trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 2. Program Management

### 2.1. Recruiting and On-Boarding

Increases in staffing across the Bayview, Camden, and Rockville sites to support growth in the business and provide risk mitigation against potential situations requiring staff quarantine continued.  Overall, the total headcount of the Maryland sites increased by 22 in the reporting period.

At the end of July, the sites had a combined vacancy rate (relative to year end targets) of 30% and 24% for full time employees and temporary employees, respectively.  This is consistent with the 30% (full time employees) and an increase from 20% (temporary employees) vacancy rates at the end of July.  The full time employee vacancy rate remained constant due to the onboarding of 29 FTEs in the month offset by approval of an addition 35 headcount to be added by year end.  The increase is temporary employee vacancy is driven by conversions of selected temporary employees to full time status and by contracts ending and not being renewed.

With most temporary employees having little or no pharmaceutical experience, the need to increase the rate of experienced, full time hires remains.  Progress continues to be made against the three tier training plan for manufacturing established in Bayview.

EmerCly_0005568

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 3. Manufacturing Capacity Reservation

### 3.1. Bayview Capacity Reservation

During the reporting period, capacity was reserved for pandemic preparedness and response consistent with the agreement.  Although no COVID vaccine production was performed during this the reporting period, efforts were undertaken to ensure availability of the reserved capacity.  One batch of Novavx's COVID candidate, scheduled to begin production in Bayview Area 4 on 31 Aug 20, was delayed until mid September to allow time for production of the baculovirus inoculum (used in the Novavax process).  The Vaxart batches are scheduled to begin in October.

AZ = AstraZeneca    NV = Novavax    VA = Vaxart

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bayview Area 3** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Secured batch starts | | | | | 5 | 10 | 11 | 11 | 11 | 10 | 11 | 11 | | | | | | | | |
| Forecasted batch starts | | | | | | | | | | | | | 12 | 13 | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Bayview Area 4** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | NV | VA | VA | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | 1 | 1 | 1 | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

There are no issues impacting the availability of reserved capacity, however, significant work is underway to prepare for production of AstraZeneca's vaccine candidate in September.  The production schedule for AstraZeneca is dependent on timely receipt of equipment and materials.  All high-risk items are being closely monitored by Emergent and status updates are provided to BARDA through a weekly Emergent CDMO / BARDA COVID-19 project review meeting.

EmerCly_0005569

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 3.2. Camden Capacity Reservation

During the reporting period, capacity was reserved for pandemic preparedness and response. Although no COVID vaccine production was performed during this early stage of the agreement, efforts were undertaken to ensure availability of the reserved capacity. While no batches are forecasted to be produced in August, the reserved capacity will be maintained in a state of readiness for anticipated demand. Discussions with SAb Therapeutics regarding production of their COVID-19 therapeutic in Camden are currently underway. There are no issues impacting the availability of reserved capacity.

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Camden Line 11B** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Camden Line 16B** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | |
| **Camden Flex Fill** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | | | | | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

EmerCly_0005570

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership, corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 3.3. Rockville Capacity Reservation

The existing fill line at the Rockville facility is currently dedicated to production of ACAM2000 and is reserved for BARDA beginning in October 2020.  The new fill line at the Rockville facility is currently being designed and is reserved for BARDA beginning in October 2021.

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Rockville Existing Line** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | | |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |
| **Rockville New Line** | | | | | | | | | | | | | | | | | | | | |
| Reserved batch starts | | | | | | | | | | | | | | | | | | 8 | 8 | 8 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

EmerCly_0005571



This document contains confidential information including but not limited to trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

# 4. Drug Product Expansion

## 4.1. Camden Flex Fill Line

| Milestone | Baseline | Previous Forecast | Current Forecast |
|---|---|---|---|
| Arrival of equipment | 22-Jun-2020 | 22-Jun-2020 | 22-Jun-2020 |
| Completion of construction | 09-Jul-2020 | 09-Jul-2020 | 10-Jul-2020 |
| Completion of CQV | 18-Nov-2020 | 18-Nov-2020 | 18-Dec-2020 |

In August the Certificate of Occupancy was received. System acceptance testing on the fill line and isolator were completed. All mechanical systems have progressed to or beyond the commissioning ready status. Punchlist items, which were expected to be completed in August, continue to be identified and executed. There are no punchlist items impacting project critical path.

Qualification activities for the reporting period continued on schedule. The IQ and OQ of the critical utility systems began in August. The Camden September shutdown plan was finalized in August. During this shutdown, the Flex Fill and existing production areas will be air balanced with one another to allow for use of shared corridors.

Availability of Groninger and Ziel resources remains a risk with significant potential impact on the schedule. Through BARDA and OWS support much, but not all, of that risk has been mitigated. Resources and travel dates have been identified by Groninger. Zeil has agreed to provided resources, although names and dates have yet to be finalized.

In September, commissioning and qualification activities on the fill line, isolator, and critical utilities will continue. The Camden shutdown will be executed, with a focus on achieving air balancing between the new and existing areas.

EmerCly_0005572



This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership, corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## 4.2. Rockville New Fill Line

| Project Milestone | Baseline | Previous Forecast | Current Forecast |
|---|---|---|---|
| Arrival of equipment | 18-May-2021 | 18-May-2021 | 19-May-2021 |
| Completion of construction | 20-Jul-2021 | 20-Jul-2021 | 21-Jul-2021 |
| Completion of CQV | 09-Sep-2021 | 09-Sep-2021 | 13-Sep-2021 |

Design of the new fill line continued with the majority (qualitatively estimated at 80%) of user requirement specifications complete. Early permit packages continue to advance with the foundation and underground plumbing permit targeted for 11 Sep 2020 progressing as expected. All long lead equipment has been bid and recommendations for rewards have been developed.

Design documentation for the new fill line is substantially complete and Groninger has begun the process of modifying the fill line to meet Emergent's user requirements. A critical assumption for the fill line is that the design will utilize Ompi 2R bulk vials, consistent with Janssen's expected configuration for their COVID candidate.

A significant risk to the project is the alignment between BARDA, Emergent, and IPS on the applicability of FAR flow down clauses to this project. The discussions regarding applicability have delayed work that IPS would have performed in August, but as of the end of the reporting period have not impacted critical path. If this risk is not resolved by 18 Sep 2020, the critical path of the project will be impacted.

In September, design and procurement will continue to progress. Assuming resolution of the FAR flow down clause discussion, all long lead equipment will be ordered. The permit for foundation and underground plumbing is expected and efforts to prepare the manufacturing building permit (expected in October) will continue.

| Permit | Expected Receipt | Actual Receipt |
|---|---|---|
| Early foundation and underground plumbing | 11-Sep-2020 | |
| Manufacturing building | 10-Oct-2020 | |
| Soil erosion | 15-Feb-2021 | |
| Administrative space, maintenance shop, and loading dock building | 01-Mar-2021 | |

EmerCly_0005573

This document contains confidential information including but not limited to: trade secrets, processes, operations, style of work, or apparatus, or to the identity, confidential statistical data, amount or source of any income, profits, losses, or expenditures of any person, film, partnership,corporation, or association. The disclosure of any such information is restricted by 18 U.S. Code § 1905 and punishable by law. Additionally, this document contains contractor proposal information or source selection information. The disclosure of this information is restricted by 41 U.S.C. chapter 21 and 41 U.S.C. chapter 423.

## Appendix A: Consolidated Manufacturing Schedule

AZ = AstraZeneca    NV = Novavax    VA = Vaxart

**Bayview Area 3**

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | AZ | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Secured batch starts | | | | | 5 | 10 | 11 | 11 | 11 | 10 | 11 | 11 | | | | | | | | |
| Forecasted batch starts | | | | | | | | | | | | | 12 | 13 | | | | | | |

**Bayview Area 4**

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | NV | VA | VA | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | 1 | 1 | 1 | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

**Camden Line 118**

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserved batch starts | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

**Camden Line 168**

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserved batch starts | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | 0 | 0 | 0 | 0 | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

**Camden Flex Fill**

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserved batch starts | | | | | | | | | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

**Rockville Existing Line**

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserved batch starts | | | | | | 8 | 8 | 8 | 8 | 8 | | | | | | | | | | |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

**Rockville New Line**

| Reporting Period | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reserved batch starts | | | | | | | | | | | | | | | | | | 8 | 8 | 8 |
| Teaming partner | | | | | | | | | | | | | | | | | | | | |
| Actual batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted secured batch starts | | | | | | | | | | | | | | | | | | | | |
| Forecasted unsecured batch starts | | | | | | | | | | | | | | | | | | | | |

EmerCly_0005574