# Lead Plaintiffs' RJN Exhibit 34

Message
─────────────────────────────────────────────

**From:** Lucik, Tammy (C) [████@ebsi.com]
**Sent:** 2/5/2021 2:59:40 AM
**To:** ████████████ [████@its.jnj.com]
**CC:** Glover, James [████@ebsi.com]; ████████████ [████@ITS.JNJ.COM]; ████████████ [████@ebsi.com]
**Subject:** RE: [External] tour before FDA

─────────────────────────────────────────────

> **WARNING:** This email originated from outside the company. Do not click on links unless you recognize the sender and have confidence the content is safe. If you have concerns about this email, send it as an attachment to SuspiciousEmail@ITS.JNJ.COM.



I appreciate your want to be onsite and tour, but I would prefer that we not add any additional folks at this time. We are walking through daily as a leadership team. I am also going through with James and the team over the weekend and on Monday as well.

Tammy

─────────────────────────────────────────────

**From:** ████████ <████@ebsi.com>
**Sent:** Thursday, February 4, 2021 1:33 PM
**To:** ████████ <████@its.jnj.com>; Lucik, Tammy (C) <████@ebsi.com>
**Subject:** RE: [External] tour before FDA



As I will not be here on Friday or Monday, I am passing this to Tammy. She is coordinating site visitor requests.

Talk to you soon,

████████████

Senior Director Quality, Site Quality Head – Lansing

─────────────────────────────────────────────

**From:** ████████ <████@its.jnj.com>
**Sent:** Thursday, February 4, 2021 10:53 AM
**To:** ████████ <████@ebsi.com>
**Subject:** RE: [External] tour before FDA

I connected with ████ this morning and I am wondering if it would be ok for me to just join an existing walkthrough that she has scheduled with ████ on Monday, this way I am not adding any undue stress to quality in prep for the FDA the next day. Would this be ok?

─────────────────────────────────────────────

**From:** ████████ <████@ebsi.com>
**Sent:** Wednesday, February 3, 2021 5:19 PM
**To:** ████████████ <████@its.jnj.com>
**Subject:** RE: [External] tour before FDA



I am not able on Friday myself, but to be honest, if at all possible I would rather have the PIPS do it since they are already there on a daily basis. If there is something specific they escalate then we can consider that. As for general office areas and such I am sure ████ can attest as he has been here for the past week 😊

CONFIDENTIAL

██████████

Senior Director Quality, Site Quality Head – Lansing

**From:** ████████████ <██████@its.jnj.com>
**Sent:** Wednesday, February 3, 2021 4:36 PM
**To:** ████████ <██████@ebsi.com>
**Subject:** [External] tour before FDA

Hi ████

I wanted to check in with you about the possible site tour before the FDA arrives on site next week. I don't think I can make it on site on Friday this week, but if I worked with the PIPs to do that part for me, would it be ok for me to come on Monday to do a final walkthrough in the morning? Let me know!

██████████

Sr. Manager, Quality
Janssen Supply Chain

**Janssen**
PHARMACEUTICAL COMPANIES
of Johnson-Johnson

Janssen Supply Group, LLC
200 Great Valley Parkway
Malvern, PA 19355
Phone ████████████████████
██████@its.jnj.com

*Confidentiality Notice: This e-mail transmission is confidential and may be privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient and believe you have received this e-mail transmission in error, please reply to the sender, so that we can arrange for proper delivery, and then please delete the message from your inbox. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. Thank you.*

🖨 Please consider the environment before printing this email

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ████@ebsi.com. Thank you.

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ████@ebsi.com. Thank you.

CONFIDENTIAL