**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF**
**LEAD PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
<u>**MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**</u>

Pursuant to 28 U.S.C. § 1746, I, MATTHEW TUCCILLO, Esq., declare as follows:

1.     I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.     I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System and Lead Counsel for the Class in the above-captioned litigation ("Action").  My office is located at 600 Third Avenue, New York, NY 10016.

3.     I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeal for the Second and Ninth Circuits, and the United States District Courts for the District of Connecticut, the Northern District of Illinois, District of Massachusetts, and Eastern and Southern Districts of New York, and Southern District of Texas.  I am admitted *pro hac vice* to practice in this District.

4.     I submit this Declaration in support of Lead Plaintiffs' Opposition to Defendants' Motion to Dismiss (Dkt. No. 72) the First Amended Class Action Complaint (Dkt. No. 54) ("FAC") filed herewith.

5.      Attached herewith is an Appendix A that I created to illustrate the correlation between various alleged facts in the FAC so as to better illustrate them for the Court in its evaluation of the parties' arguments concerning Defendants' Motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19th day of July, 2022.

*/s/ Matthew L. Tuccillo, Esq.*
Matthew L. Tuccillo, Esq.

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Matthew L. Tuccillo, Esq.
Matthew L. Tuccillo, Esq.

3