**Appendix A**

*In re Emergent Biosolutions, Inc. Securities Litigation*, No. 8:21-cv-00955-PWG

**Misstatements And Corrective / News Events Compared Against Securities Transactions, Offerings, Resignations**

**Class Period = 3/10/2020 - 11/4/2021**

| Alleged Misstatements | Alleged Corrective Events & Other News | Suspiciously Timed Defendant / Insider Actions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Stock Transactions (Open Market) | Stock Transactions (10b5-1 Plan) | Stock Options Transactions | PSU Transactions | RSU Transactions | Bonuses / Compensation Increases | Offerings | Employment Changes |
| 3/10/2020 Press Release (¶129)<br>4/23/2020 Press Release (¶131)<br>4/30/2020 Form 8-K (¶134(a))<br>4/30/2020 Earnings Release (¶134(a), 221(a))<br>4/30/2020 Earnings Call (¶134(b))<br>4/30/2020 Earnings Call Slides (¶134(c))<br>5/1/2020 Q1 2020 10-Q (¶134(d), 221(b), 233)<br>5/8/2020 Emergent FDA 483 Response (¶136)<br>5/12/2020 Conference Slides (¶138)<br>6/1/2020 Form 8-K (¶140)<br>6/1/2020 Press Release (¶140)<br>6/11/2020 Press Release (¶143)<br>6/24/2020 Conference Slides (¶146) | 04/09 - 04/20/2020 FDA Bayview inspection (¶110)<br>4/20/2020 FDA Inspection Report (¶110)<br>2/20/2020 FDA 483 Report (¶111)<br>4/23/2020 $135M J&J contract (¶52)<br>5/30/2020 $628M BARDA contract (¶53)<br>6/11/2020 $87M AstraZeneca contract (¶54) | Kramer (¶270)<br>5/8/2020 Stock sale (95)<br><br>Lindahl (¶271)<br>5/8/2020 Stock sale (728) | | | | | | | |
| 7/6/2020 Press Release (¶148)<br>7/6/2020 CBS Report (¶151)<br>7/8/2020 Fox 5 News Report (¶153)<br>7/27/2020 Form 8-K (¶155)<br>7/30/2020 Form 8-K (¶157(a))<br>7/30/2020 Earnings Release (¶157(a), 222(a))<br>7/30/2020 Earnings Call (¶157(b))<br>7/31/2020 Q2 2020 10-Q (¶157(c), 222(b), 234)<br>8/12/2020 (¶160)<br>8/26/2020 Conference Slides (¶162)<br>9/14/2020 Conference (¶164) | 7/6/2020 $480M J&J contract (¶52)<br>7/27/2020 $174M AstraZeneca contract (¶54)<br>08/2020 AstraZeneca manufacturing starts (¶¶3, 55) | | | | | | | 8/7/2020 $450M debt offering closed (¶285) | |
| 10/5/2020 Conference (¶166)<br>11/5/2020 Form 8-K (¶168(a))<br>11/5/2020 Earnings Release (¶168(a), 223(a))<br>11/5/2020 Earnings Call (¶168(b))<br>11/5/2020 Earnings Call Slides (¶168(c))<br>11/5/2020 Q3 2020 10-Q (¶168(d), 223(b), 234)<br>11/18/2020 Conference Slides (¶170) | **Undisclosed:  10/2020 - 11/2020 - 7 AstraZeneca batches (~17M doses) destroyed due to microbial contamination (¶¶119, 121, 124; RJN Ex. 1)**<br><br>11/2020 J&J manufacturing starts (¶3)<br><br>**Undisclosed:  11/2020 - 1 J&J batch (30M doses) destroyed due to worker error (¶¶119, 121; RJN Ex. 1)** | Kramer (¶274)<br>Revises plan to increase sales | | | | | | | 12/2020 CW1 fired in retaliation (¶¶28, 64) |

# Appendix A

*In re Emergent Biosolutions, Inc. Securities Litigation*, No. 8:21-cv-00955-PWG

**Misstatements And Corrective / News Events Compared Against Securities Transactions, Offerings, Resignations**

Class Period = 3/10/2020 - 11/4/2021

| Alleged Misstatements | Alleged Corrective Events & Other News | Suspiciously Timed Defendant / Insider Actions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Stock Transactions (Open Market) | Stock Transactions (10b5-1 Plan) | Stock Options Transactions | PSU Transactions | RSU Transactions | Bonuses / Compensation Increases | Offerings | Employment Changes |
| 12/10/2020 Conferences Slides (¶172)<br>1/11/2021 Form 8-K (¶174)<br>1/11/2021 Press Release (¶174)<br>1/12/2021 Wells Fargo Meeting (¶177)<br>2/18/2021 Form 8-K (¶179(a))<br>2/18/2021 Earnings Release (¶179(a), 224(a))<br>2/18/2021 Earnings Call (¶179(b))<br>2/18/2021 Earnings Call Slides (¶179(c))<br>2/19/2021 2020 10-K (¶179(d), 224(b), 232)<br>3/1/2021 Forbes Article (¶181)<br>3/1/2021 Conference Slides (¶183)<br>3/3/2021 CNBC Interview (¶185) | **Undisclosed: 12/2020 - 2 J&J batches (30M doses) destroyed due to microbial contamination (¶124; RJN Ex. 1)**<br><br>**Undisclosed: 12/2020 - 04/2021 - 6 AstraZeneca batches (~14.5M doses) destroyed due to baterial contamination (¶¶119, 121; RJN Ex. 1)**<br><br>**Undisclosed: 01/2021 - 02/2021 - 1 J&J batch (15M doses) destroyed due to AstraZeneca cross-contamination (¶¶121, 124, 237)**<br><br>**Undisclosed: 02/09/2021 - 02/11/2021 - FDA Bayview inspection - Obstruction of FDA, J&J (RJN Exs. 1, 34, 35)**<br><br>**Undisclosed: 03/2021 - 04/2021 - 2 J&J batches (30M doses) destroyed due to microbial contamination** | Kramer (¶270)<br>2/9/2021 Stock sale (3,870)<br>2/9/2021 Stock sale (423)<br>2/24/2021 Stock sale (2,425)<br>2/26/2021 Stock sale (2,576)<br><br>Lindahl (¶271)<br>2/9/2021 Stock sale (2,522)<br>2/24/2021 Stock sale (1,010)<br>2/26/2021 Stock sale (819) | Kramer (¶270)<br>1/15/2021 Stock sale (19,026)<br>1/20/2021 Stock sale (2,232)<br>1/21/2021 Stock sale (21,900)<br>2/8/2021 Stock sale (45,397) | Kramer (¶270)<br>1/15/2021 Options exercised (19,026)<br>1/20/2021 Options exercised (2,232)<br>1/21/2021 Options exercised (21,900)<br>2/8/2021 Options exercised (32,397)<br>2/8/2021 Options exercised (13,000) | Kramer (¶270)<br>2/9/2021 PSU exercise (2,958)<br>2/9/2021 PSU exercise (323)<br>2/24/2021 PSI exercise (14,975)<br><br>Lindahl (¶271)<br>2/9/2021 PSU exercise (2,495)<br>2/24/2021 PSU exercise (4,012) | Kramer (¶270)<br>2/24/2021 RSU exercise (14,975)<br><br>Lindahl (¶271)<br>2/24/2021 RSU exercise (4,011) | Kramer (¶¶279-280))<br>2/9/2021 Bonus award ($1.225M)<br>2/9/2021 Salary increase (+14% to $1M)<br>2/9/2021 Stock / options awards ($5.6M)<br><br>Lindahl (¶¶279, 281)<br>2/9/2021 Bonus award ($462,000)<br>2/9/2021 Salary increase (+4.5% to $575,000)<br>2/9/2021 Stock / options awards ($1.5M)<br><br>Kirk [EVP for Manufacturing]<br>2/9/2021 Bonus award ($320,000)<br>2/9/2021 Special bonus award ($100,000)<br>2/9/2021 Stock / options awards ($1.2M) | | 1/2021<br>CW5 fired in retaliation (¶¶32, 64) |
| 4/1/2021 Press Release (¶187)<br>4/1/2021 CNBC Interview (¶189)<br>4/5/2021 Form 8-K (¶191)<br>4/5/2021 Press Release (¶191)<br>4/5/2021 J.P. Morgan Analyst Report (¶193)<br>4/14/2021 Kramer Op-Ed (¶195)<br>4/21/2021 Form 8-K (¶197)<br>4/21/2021 Press Release (¶¶71, 197)<br>4/29/2021 Form 8-K (¶199(a))<br>4/29/2021 Earnings Release (¶199(a), 225(a))<br>4/29/2021 Earnings Call (¶199(b))<br>4/29/2021 Earnings Call Slides (¶199(c))<br>4/30/2021 Q1 2021 1-Q (¶199(d), 225(b), 234)<br>4/30/2021 Emergent FDA 483 Response (¶¶113, 201)<br>5/12/2021 Form 8-K (¶203)<br>5/19/2021 Congressional Testimony (¶¶114-115, 205, 2633-267)<br>5/27/2021 Conference Slides (¶207)<br>6/11/2021 Press Release (¶209)<br>6/16/2021 Conference Slides (¶211) | **Undisclosed: Obstruction of HHS, BARDA (RJN Exs. 1, 36)**<br><br>Corrective: 3/31/2021 *New York Times* report (¶237)<br>Corrective: 4/1/2021 *AP* report (¶238)<br>Corrective: 4/3/2021 *New York Times* report (¶241)<br>4/4/2021 $23M BARDA Contract (¶53)<br>4/6/2021 New York Times article (¶¶117-120)<br>4/12 - 4/20/2021 - FDA Bayview Inspection (¶112)<br>Corrective: 4/19/2021 Form 8-K (¶243)<br>Corrective: 4/21/2021 FDA 483 Report (¶245)<br>Corrective: 4/29/2021 Earnings Call (¶249)<br>Corrective: 4/30/2021 CNBC Report (¶250)<br>Corrective: 4/30/2021 Emergent FDA 483 Response (¶251)<br>5/19/2021 Congressional Memo (¶¶122-125)<br>Corrective: 6/11/2021 *New York Times* report (¶254)<br>Corrective: 6/18/2021 *New York Times* report (¶256) | Kramer (¶270)<br>5/8/2021 Stock sale (94)<br><br>Lindahl (¶271)<br>5/8/2021 Stock sale (1,054) | | | | | | | 4/29/2021 Husein resigns (¶302)<br><br>4/29/2021 Kirk resigns (¶303)<br><br>4/29/2021 Oates [Head of Global Quality] resigns (¶304) |
| 7/29/2021 Form 8-K (¶213(a))<br>7/29/2021 Earnings Release (¶213(a), 226(a))<br>7/29/2021 Earnings Call (¶213(b))<br>7/29/2021 Earnings Call Slides (¶213(c))<br>7/29/2021 Press Release (¶213(d))<br>7/30/3021 Q2 2021 10-Q (¶213(c), 226(b), 234)<br>8/25/2021 Conference Slides (¶215)<br>9/14/2021 Conference Slides (¶217)<br>9/30/2021 SEC Letter (¶227) | **Undisclosed: 07/2021 - 09/2021 - U.S. govt halts payments (¶258(c))**<br><br>Corrective: 11/4/2021 Earnings Form 8-K (¶258(a))<br>Corrective: 11/4/2021 Earnings Release (¶258(a))<br>Corrective: 11/4/2021 Contract Form 8-K (¶258(b))<br>Corrective: 11/4/2021 Earnings Call (¶258(c))<br>Corrective: 11/4/2021 Kramer Op-Ed (¶258(d))<br><br>**11/4/2021 U.S. govt terminates all task orders (¶258(a))**<br>**11/4/2021 U.S. govt ends CIADM partnership (¶258(a))** | | | | | | | | |