**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[PROPOSED] ORDER**

This Court having read and considered Lead Plaintiffs' Motion to Partially Lift Discovery Stay, and the Memorandum and Declaration in support thereof:

IT IS HEREBY ORDERED that the Motion is GRANTED and that the stay of discovery pursuant to 15 U.S.C. § 78u-4(b)(3)(B) is lifted with respect to the following:

(1)    all documents that Defendants have produced to government or regulatory agencies, including Congress, the Food and Drug Administration ("FDA"), the Department of Health and Human Services ("HHS"), the Biomedical Advanced Research and Development Authority ("BARDA"), and the Securities and Exchange Commission ("SEC"), or government-sponsored entities, like Operation Warp Speed ("OWS"), and correspondence with the same, with respect to investigations, audits, or inspections concerning the facilities of Emergent Biosolutions, Inc. ("Emergent"), including the Bayview facility;

(2)    all documents pertaining to internal investigations or audits conducted by Defendants regarding quality control, regulatory compliance, and/or contamination risks or other deficiencies at Emergent's facilities including the Bayview facility;

(3)    unredacted versions of all documents cited in the 5/19/2021 Congressional Memo and the 5/10/2022 Congressional Report that were made publicly available in redacted form;

2

(4)     all documents cited by the 5/10/2022 Congressional Report but not made publicly available; and

(5)     all relevant documents provided to the U.S. House of Representatives' Committee on Oversight and Reform and the Select Subcommittee on the Coronavirus Crisis by third parties Johnson & Johnson, AstraZeneca, FDA, HHS, BARDA, or OWS.


SO ORDERED this __ day of _____, 2022.


_____
Paul W. Grimm
United States District Judge