**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: All Actions | |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF**
**<u>LEAD PLAINTIFFS' MOTION TO PARTIALLY LIFT DISCOVERY STAY</u>**

Pursuant to 28 U.S.C. § 1746, I, MATTHEW TUCCILLO, Esq., declare as follows:

1.     I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.     I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System and Lead Counsel for the Class in the above-captioned litigation ("Action").  My office is located at 600 Third Avenue, New York, NY 10016.

3.     I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeal for the Second and Ninth Circuits, and the United States District Courts for the District of Connecticut, the Northern District of Illinois, District of Massachusetts, and Eastern and Southern Districts of New York, and Southern District of Texas.  I am admitted *pro hac vice* to practice in this District.

4.     I submit this Declaration in support of Lead Plaintiffs' Motion to Partially Lift Discovery Stay filed herewith.

1

5.      Submitted herewith are Lead Plaintiffs' Motion, Memorandum in Support of the Motion, with Exhibits 1 and 2 attached thereto, and a Proposed Order.

6.      Exhibit 1, a Congressional memorandum dated May 19, 2021, is publicly available at

https://coronavirus.house.gov/sites/democrats.coronavirus.house.gov/files/Staff%20Memo%20re%20Emergent%20-%20FINAL.pdf. Exhibit 1 is a true and accurate copy of the document accessed via that link.

7.      Exhibit 2, a Congressional report dated May 10, 2022, is publicly available at https://coronavirus.house.gov/sites/democrats.coronavirus.house.gov/files/Coronavirus%20Vaccine%20Manufacturing%20Failures%20of%20Emergent%20BioSolutions.pdf.  Exhibit 2 is a true and accurate copy of the document accessed via that link.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 20th day of July, 2022.

*/s/ Matthew L. Tuccillo, Esq.*
Matthew L. Tuccillo, Esq.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by the Court's CM/ECF system on counsel of record on this 20th day of July, 2022.

Dated: July 20, 2022

*/s/ Matthew L. Tuccillo, Esq.*
Matthew L. Tuccillo, Esq.