**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

**RESUBMITTED DECLARATION OF MATTHEW L. TUCCILLO, ESQ.**
**IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**

Pursuant to 28 U.S.C. § 1746, I, MATTHEW TUCCILLO, Esq., declare as follows:

1.      I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System and Lead Counsel for the Class in the above-captioned litigation ("Action").  My office is located at 600 Third Avenue, New York, NY 10016.

3.      I am also a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeal for the Second and Ninth Circuits, and the United States District Courts for the District of Connecticut, the Northern District of Illinois, District of Massachusetts, and Eastern and Southern Districts of New York, and Southern District of Texas.  I am admitted *pro hac vice* to practice in this District.

4.      Per the guidance I received from the Court's Clerk, I submit this Resubmitted Declaration in support of Lead Plaintiffs' Motion for Judicial Notice (Dkt. No. 77) to supersede my prior Declaration (Dkt. No. 79) and provide the Court with highlighted copies of the Exhibits

thereto, in accordance with the Court's Docket Order of August 2, 2022 (Dkt. No. 96). Aside from highlighting of text, the Exhibits are otherwise the same as the set previously submitted with my prior Declaration.

5.      Submitted herewith is Resubmitted Appendix A in support of Lead Plaintiffs' Motion for Judicial Notice. I prepared Appendix A to identify the documents ("RJN Exhibits") that are the subject of Lead Plaintiffs' Motion for Judicial Notice. It is unchanged from the form submitted with my prior Declaration.

6.      Appendix A lists RJN Exhibits 1 through 37. All are publicly available through government websites.

7.      RJN Exhibit. 1, a Congressional report, is publicly available via a link posted on the webpage for the Congressional press release, which is https://coronavirus.house.gov/sites/democrats.coronavirus.house.gov/files/Coronavirus%20Vaccine%20Manufacturing%20Failures%20of%20Emergent%20BioSolutions.pdf. RJN Exhibit 1 is a true and accurate copy of the Congressional report accessed via that link.

8.      RJN Exhibit 2, a Congressional press release, is publicly available at https://coronavirus.house.gov/news/press-releases/trump-emergent-botched-millions-covid-vaccines-clyburn-report. RJN Exhibit 2 is a true and accurate copy of the press release accessed via that link.

9.      RJN Exhibits 2 through 37 are documents publicly available via links embedded within the footnotes of the Congressional report. For each of those exhibits, Appendix A lists the correlating footnote(s) of the Congressional report through which they are accessible. RJN Exhibits 2 through 37 are true and accurate copies of the documents accessed via those links.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 12th day of August, 2022.

*/s/ Matthew L. Tuccillo, Esq.*
Matthew L. Tuccillo, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August2022, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Matthew L. Tuccillo, Esq.*
Matthew L. Tuccillo, Esq.