**Appendix A – Lead Plaintiffs' Judicial Notice Documents**

The following is a list of documents for which Lead Plaintiffs seek judicial notice pursuant to their accompanying Motion for Judicial Notice ("RJN").  RJN Exhibits 1 and 2, respectively, are the House Committees' May 2022 report entitled "The Coronavirus Vaccine Manufacturing Failures of Emergent Biosolutions" and press release titled "Committees' Report on Emergent Biosolutions Uncovers Extensive Vaccine Manufacturing Failures, Deliberate Efforts to Hide Deficiencies."  The other RJN Exhibits are documents reviewed by the House Committees, cited within the Report's pages and footnotes, and made publicly available.

| RJN Ex. | Bates Stamp range | Date | Description | Report FN citations |
|---|---|---|---|---|
| 1 | N/a | May 2022 | House Committees' Report | N/a |
| 2 | N/a | 5/10/2022 | House Committees' press release | N/a |
| 3 | N/a | 4/1/2020 | BARDA "CGMP Quality Risk Analysis – Emergent Bayview Facility" | FN 8 |
| 4 | AZ_COR_001330-334 | 5/31 – 6/1/2020 | Emails between Emergent (Defendant Husain) and AstraZeneca re: Bayview | FN 11 |
| 5 | AZ_COR_000248-254 | 6/9 – 6/17/2020 | AstraZeneca Qualification Audit Report of the Bayview Facility | FN 12 |
| 6 | AZ_COR_000049-067 | 6/10/2020 | AstraZeneca / Emergent Master Services Agreement (Defendant Husain signed) | FN 15 |
| 7 | AZ_COR_000166-215 | 6/24/2020 | AstraZeneca / Emergent Master Services Agreement (Defendant Husain signed) | FN 15, 28 |
| 8 | EBSI-HCOR_0033072-073 | 6/11/2020 | FDA OPMA Post-Application Action Letter to Emergent re: Bayview inspection | FN 16 |

*In re Emergent Biosolutions Inc. Sec. Litig.*, No. 8:21-cv-00955-PWG (D. Md.)

| RJN Ex. | Bates Stamp range | Date | Description | Report citations |
|---|---|---|---|---|
| 9 | EBSI_HCOR_0033060-062 | 6/24/2020 | Internal Emergent emails (references Defendant Kramer) and FDA email to Emergent re: Bayview inspection | FN 21, 27 |
| 10 | EBSI_HCOR_0035634-636 | 6/23-6/24/2020 | Internal Emergent emails (Defendant Kramer); FDA email to Emergent re: Bayview inspection | FN 22, 27, 53 |
| 11 | JNJ_HOUSE_COR00000134-176 | 7/1/2020 | J&J / Emergent Manufacturing Services Agreement (Defendant Husain signed) | FN 23 |
| 12 | JNJ_HOUSE_COR00000081-093 | 1/27/2021 | J&J / Emergent Second Amendment to Technology Transfer Letter (Defendant Husain signed) | FN 24 |
| 13 | AZ_COR_000255-318 | 7/8/2020 | AstraZeneca / Emergent Master Quality Assurance Agreement | FN 25 |
| 14 | AZ_COR_001347-349 | 7/22/2020 | Emails between Emergent (Defendant Husain) and AstraZeneca re: Bayview inspection | FN 26 |
| 15 | AZ_COR_000145-149 | 7/24/2020 | AstraZeneca / Emergent COVID-19 Vaccine Drug Substance Manufacturing Schedule (Defendant Husain signed) | FN 28 |
| 16 | AZ_COR_001809-810 | 7/24/2020 | Emails between Emergent and AstraZeneca re: Bayview inspection | FN 30 |
| 17 | EBSI_COR_0020156-221 | 6/26-7/10/2020 | Department of Health and Human Services ("HHS") CIADM Audit Report of Bayview | FN 31 |
| 18 | EBSI_HCOR_0032963-966 | 9/3/2020 | Internal Emergent email attaching FDA Prep Meeting document | FN 34 |
| 19 | EBSI_HCOR-0032967-970 | 9/9/2020 | Internal Emergent email attaching FDA Prep Meeting document redline | FN 34 |
| 20 | JNJ_HOUSE_COR00000926-929 | 10/22/2020 | J&J email re: Bayview inspection | FN 36 |
| 21 | JNJ_HOUSE_COR00000722 | 10/23/2020 | Email between J&J and Emergent re: Bayview inspection | FN 36 |
| 22 | JNJ_HOUSE_COR00000434-435 | 10/23/2020 | Email between J&J and Emergent re: Bayview inspection | FN 37 |
| 23 | JNJ_HOUSE_COR00000436-439 | 10/27/2020 | Email between J&J and Emergent re: Bayview inspection | FN 37 |
| 24 | EBSI_HCOR_0026581-592 | 11/17/2020 | Email between consultant and Emergent re: Bayview inspection | FN 38 |

Appendix A – Lead Plaintiffs' Judicial Notice Documents

| RJN Ex. | Bates Stamp range | Date | Description | Report citations |
|---|---|---|---|---|
| 25 | JNJ_HOUSE_COR00000990-994 | 11/18/2020 | J&J emails re: Bayview | FN 39 |
| 26 | EBSI-HCOR-0029954-955 | 11/10/2020 | Emergent emails (Defendant Husain) re: Bayview | FN 42 |
| 27 | EBSI_HCOR_0030446-448 | 12/19/2020 | Emergent emails (Defendant Husain) and emails between AstraZeneca and Emergent re: contamination issues | FN 46 |
| 28 | AZ_COR_001794-795 | 1/25/2021 | AstraZeneca emails re: Bayview, discarded batches | FN 47, 90 |
| 29 | EmerCly_0005554-564 | 7/31/2020 | Emergent report (Defendant Husain as investigator) to HHS | FN 54 |
| 30 | EmerCly_0005565-574 | 8/31/2020 | Emergent report (Defendant Husain as investigator) to HHS | FN 54 |
| 31 | AZ_COR_001664-665 | 11/5/2020 | Emails between AstraZeneca and Emergent (Defendant Husain) re: Bayview | FN 56 |
| 32 | JNJ_HOUSE_COR00004290-291 | 4/3/2021 | J&J Talking Points for call with Emergent (Defendant Kramer) | FN 62 |
| 33 | JNJ_HOUSE_COR00001551-552 | 4/11-4/12/2021 | Emails between J&J and Emergent re: Bayview contamination | FN 63 |
| 34 | JNJ_HOUSE_COR00001062-063 | 2/3-2/5/2021 | Emails between J&J and Emergent re: Bayview contamination | FN 66, 67 |
| 35 | EBSI_HCOR_0046940-942 | 2/15-2/16/2021 | Emails between consultant and Emergent re: Bayview inspection, evidence concealment | FN 68, 69 |
| 36 | EBSI_HCOR_0023029-030 | 3/30-3/31/2021 | Emails between HHS, BARDA, and Emergent (Defendant Husain) re: Bayview contamination | FN 72, 73, 74 |
| 37 | EmerCly_0005644, 0005728-730 | 6/14/2021 | FDA letter to Emergent re: Bayview investigation | FN 76 |

*In re Emergent Biosolutions Inc. Sec. Litig.*, No. 8:21-cv-00955-PWG (D. Md.)