# Lead Plaintiffs' RJN Exhibit 4 (Highlighted)

From: Husain, Syed [____@ebsi.com]
Sent: 6/1/2020 1:29:54 PM
To: [____@astrazeneca.com]
Subject: RE: [External] RE: PR Update

Great.

-Syed

From: [____@astrazeneca.com>
Sent: Monday, June 1, 2020 9:28 AM
To: Husain, Syed [____@ebsi.com>
Subject: RE: [External] RE: PR Update

Thanks Syed. This will work

Biologics External Supply & Enabling Functions Director

AstraZeneca
Global Operations | Biologics
One Medimmune Way, Gaithersburg, MD 20878

M: [____]
[____@astrazeneca.com

From: Husain, Syed [____@ebsi.com>
Sent: Monday, June 1, 2020 9:06 AM
To: [____@astrazeneca.com>
Subject: RE: [External] RE: PR Update

Hi [____] –

Please see below –

Emergent's drug substance facility has four independent suites, thus the facility is capable of producing four independent products simultaneously. Emergent has a long history of drug substance manufacturing in the biologicals space, such as mammalian cell culture to produce proteins and monoclonal antibodies, microbial fermentations, and viral manufacturing (including viral vectors, live viruses, and vaccines). Emergent has the ability to manufacture GMP drug substance material for preclinical, clinical and commercial applications. Validated equipment at the facility includes scales up to 4,000 L. Bioreactors utilize single use technology, eliminating the need for cleaning validation and improving the customer's time to market. The facility, also designated as a Center for Innovation in Advanced Development and Manufacturing (CIADM) by the US Department of Health and Human Services has the capacity to produce tens to hundreds of millions of doses of vaccine on an annual basis, based upon the platform technology being leveraged

Does this work?

-Syed

From: [____@astrazeneca.com>
Sent: Monday, June 1, 2020 8:37 AM
To: Husain, Syed [____@ebsi.com>
Subject: RE: [External] RE: PR Update

HIGHLY CONFIDENTIAL

AZ_COR_001330

Actually – You could help me Syed. Could you give me a very brief description below in the Capability Description section for Emergent. Just needs to be brief.

| Vendor<br>Type of Service | Capability Description |
|---|---|
| EMERGENT | DS<br>DS/DP Analytical |

██████████

Biologics External Supply & Enabling Functions Director

---

**AstraZeneca**
**Global Operations** | Biologics
One MedImmune Way, Gaithersburg, MD 20878

M: ████████████
████████ @astrazeneca.com

---

**From:** Husain, Syed ████████ @ebsi.com>
**Sent:** Monday, June 1, 2020 8:24 AM
**To:** ████████ ████████ @astrazeneca.com>
**Subject:** RE: [External] RE: PR Update

I can imagine...good luck. This effort alone should make them give you more capacity...lol.

-Syed

---

**From:** ████████ ████████ @astrazeneca.com>
**Sent:** Monday, June 1, 2020 8:10 AM
**To:** Husain, Syed ████████ @ebsi.com>
**Subject:** RE: [External] RE: PR Update

Thanks – Completing a 30 page document is fun on a Monday morning...

██████████

Biologics External Supply & Enabling Functions Director

---

**AstraZeneca**
**Global Operations** | Biologics
One MedImmune Way, Gaithersburg, MD 20878

M: ████████████
████████ @astrazeneca.com

---

**From:** Husain, Syed ████████ @ebsi.com>
**Sent:** Monday, June 1, 2020 7:45 AM
**To:** ████████ ████████ @astrazeneca.com>
**Subject:** RE: [External] RE: PR Update

Hi ████ –

It is the following –

██████████

HIGHLY CONFIDENTIAL

-Syed

**From:** ██████████ ‹_____@astrazeneca.com›
**Sent:** Monday, June 1, 2020 7:41 AM
**To:** Husain, Syed ‹_____@ebsi.com›
**Subject:** [External] RE: PR Update

Hi Syed,

We are completing a rather large document for BARDA, describing our manufacturing supply chain for the US supply of the vaccine. Can you send me the extract address of the Bayview DS facilities where we will have the DS manufactured?

Kind regards

████████

Biologics External Supply & Enabling Functions Director

**AstraZeneca**
**Global Operations** | Biologics
**One MedImmune Way, Gaithersburg, MD 20878**

M:████████
████████@astrazeneca.com

**From:** Husain, Syed ‹_____@ebsi.com›
**Sent:** Monday, June 1, 2020 6:13 AM
**To:** ██████ ‹_____@astrazeneca.com›; ████████ ‹_____@astrazeneca.com›
**Subject:** RE: PR Update

CAUTION: This email originated outside AstraZeneca. Do not open the attachment(s) unless you recognize the sender and know the content is safe.

Hi All —

Please find attached a copy of the PR.

-Syed

**From:** Husain, Syed
**Sent:** Sunday, May 31, 2020 11:27 PM
**To:** ██████ ‹_____@astrazeneca.com›; ████████ ‹_____@astrazeneca.com›
**Subject:** PR Update

Hi ████████ —

FYI, I wanted to confidentially provide an update on a PR that will be issued tomorrow AM. It is a strategic collaboration re our CDMO services with the USG for Drug Substance and Drug Product manufacturing in support of the Warp Speed Initiative related to COVID-19. This collaboration strengthens our position and paves the way for us to work directly with leading innovators of COVID-19 vaccine candidates supported by BARDA such as AZ. We are ready and focused on ensuring the AZ project is a success. Looking forward to finalizing our discussions following your discussion with BARDA and having the technical teams focus on execution.

I will provide you with the PR in the AM prior to issuance. Please let me know if any questions. Thanks.

HIGHLY CONFIDENTIAL

-Syed

**Syed T. Husain**
SVP & Head of CDMO Business Unit

O
F
C
E  @ebsi.com

**Emergent BioSolutions**
400 Professional Drive, Suite 400, Gaithersburg, MD 20879
emergentbiosolutions.com | Linkedin | Twitter | Instagram

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ████ @ebsi.com. Thank you.

**Confidentiality Notice:** This message is private and may contain confidential and proprietary information. If you have received this message in error, please notify us and remove it from your system and note that you must not copy, distribute or take any action in reliance on it. Any unauthorized use or disclosure of the contents of this message is not permitted and may be unlawful.

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ████ @ebsi.com. Thank you.

**Confidentiality Notice:** This message is private and may contain confidential and proprietary information. If you have received this message in error, please notify us and remove it from your system and note that you must not copy, distribute or take any action in reliance on it. Any unauthorized use or disclosure of the contents of this message is not permitted and may be unlawful.

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ████ @ebsi.com. Thank you.

**Confidentiality Notice:** This message is private and may contain confidential and proprietary information. If you have received this message in error, please notify us and remove it from your system and note that you must not copy, distribute or take any action in reliance on it. Any unauthorized use or disclosure of the contents of this message is not permitted and may be unlawful.

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to

HIGHLY CONFIDENTIAL

sender, delete the message and destroy all copies of it. If you have questions, please email ███ @ebsi.com. Thank you.

**Confidentiality Notice:** This message is private and may contain confidential and proprietary information. If you have received this message in error, please notify us and remove it from your system and note that you must not copy, distribute or take any action in reliance on it. Any unauthorized use or disclosure of the contents of this message is not permitted and may be unlawful.

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ███ @ebsi.com. Thank you.

HIGHLY CONFIDENTIAL

AZ_COR_001334