# Lead Plaintiffs' RJN Exhibit 8 (Highlighted)



**OPMA POST-APPLICATION ACTION LETTER**

*OPMA USE ONLY:* Only 483 issued

| | |
|---|---|
| **DATE:** | June 11, 2020 |
| **FROM:** | ████ Staff Fellow, OPQ/OPMA/DBM-B2 |
| **SUBJECT:** | Review of PAI Findings at Emergent Manufacturing Operations Baltimore in support of BLA125349 S-025 raxibacumab |
| **THROUGH:** | ████████, Acting Division Director, OPQ/OPMA/DBM |
| | ████████ Site Quality Head |
| **TO:** | ████████ |
| | ████@ebsi.com |
| | FEI # 3015448605 |

The Office of Pharmaceutical Manufacturing Assessment (OPMA) has completed their assessment of the Establishment Inspection Report for the subject facility. Product specific coverage for the subject application, BLA 125349/S-025, was provided during the inspection.

==Following review of the inspection and your written responses, OPMA does not consider your facility ready to support commercial operations of the subject drug application. The remaining deficiencies outlined on the following page(s) should be addressed.== Corrective actions, quality system improvements, and supportive studies completed to address the deficiencies will be evaluated during the next review cycle and may be verified during a future on-site evaluation of the facility.

Provide your written response to the deficiencies to the email address below. If you have questions regarding this Memorandum, please contact: ████████ @fda.hhs.gov .

Sincerely,

**Regulatory Business Process Manager**
**CDER/OPQ/OPRO**

U.S. Food and Drug Administration
CDER Office of Pharmaceutical Quality
Office of Pharmaceutical Manufacturing Assessment
10903 New Hampshire Avenue
Silver Spring, MD 20903
www.fda.gov

Page 1 of 2

EBSI_HCOR_0033072

At the conclusion of the assessment, the following deficiencies remain:

**Facility Deficiency 1:**

You failed to demonstrate that the data submitted in the application is complete and accurate because your audit trail review may have not detected data deletion or reprocessing if the audit trail of the data file had been inactivated. For example, raw data generated using the 32 Karat software on the PA800 Capillary Electrophoresis System can be deleted directly from data folders. All users at the time of inspection still had instrument administrator privilege and can edit audit trail setting.

In addition, your response to Observation 1B only addressed data integrity issue of the QC lab analytical balances observed during inspection. Investigations and corrective actions failed to extend to all analytical equipment in the QC lab to ensure all data be protected from deletion or alteration.

**Facility Deficiency 2:**

Your response to Observations 2B and 2C was inadequate because your record review and revision failed to extend to all methods used for raxibacumab DP handling and testing to ensure that there is no potential gap in data documentation during raxibacumab receiving, storage, processing, and analysis.

**Facility Deficiency 3:**

Your corrective actions implemented for Observation 3A failed to include re-investigation and impact assessment for the 35 investigations conducted by the same analyst who had performed the invalid test and samples retested with verbal approval.

**U.S. Food and Drug Administration**
CDER Office of Pharmaceutical Quality
Office of Pharmaceutical Manufacturing Assessment
10903 New Hampshire Avenue
Silver Spring, MD 20903
www.fda.gov

EBSI_HCOR_0033073