# Lead Plaintiffs' RJN Exhibit 9 (Highlighted)

**From:** ▮▮▮@ebsi.com
**To:** Smith, Karen
**Sent:** 6/24/2020 11:22:19 AM
**Subject:** Re: [External] Please Review: Post Application Action Letter, FEI 3015448605

Yes, Room to improve is a huge understatement.   I've been on this soapbox for a few years with Adam, John, and Bob.  As our complexity as an org has increased our quality systems and associated harmonization have not kept pace in my opinion

Thx
Sk

Sean Kirk
EVP, Manufacturing and Technical Operations
▮▮▮▮▮ (m)

Sent from my iPhone

On Jun 24, 2020, at 10:20 AM, Smith, Karen <▮▮▮@ebsi.com> wrote:

Thanks.  I have already reached out to manish to discuss how reg is supporting this work – and future audits, because there will be more.
I get the impression you think our Quality group has room to improve?

From: Kirk, Sean <▮▮▮@ebsi.com>
Sent: Wednesday, June 24, 2020 8:18 AM
To: Smith, Karen <▮▮▮@ebsi.com>
Subject: Re: [External] Please Review: Post Application Action Letter, FEI 3015448605
Sensitivity: Confidential

Yes.  I had the same response. Very frustrated.  I was assured  by John that this response would be Very comprehensive.   That's what Adam, as Johns boss, and I were expecting.   I know Adam is equally frustrated as well

The one thing about OWS effort that keeps me up at night is this.  The perception of quality systems at bayview.

Will get you the docs.

Thx
Sk

Sean Kirk
EVP, Manufacturing and Technical Operations
▮▮▮▮▮ (m)

Sent from my iPhone

On Jun 24, 2020, at 10:14 AM, Smith, Karen ▮▮▮@ebsi.com> wrote:

Do you have a copy of both the audit findings and our responses that you can please send me.  It concerns me that John says "The level of expectation from the FDA is at a new level for us, and we'll need to adjust

Confidential

accordingly." My view is that we should always have been operating at a level that would pass an FDA audit! In addition, it is one thing to incur audit findings, but then we shouldn't also 'fail' the subsequent clean up plan.

I don't want to insert myself into the team and the weeds hence just emailed you. However I will be talking with ███████ offline to ask him what his plan is to work with John on fixing it and positioning us so that this doesn't happen again in the future for any of our sites.

Thanks karen

From: ███████ ███████ @ebsi.com>
Sent: Wednesday, June 24, 2020 6:55 AM
To: Smith, Karen ███████ @ebsi.com>
Subject: FW: [External] Please Review: Post Application Action Letter, FEI 3015448605
Sensitivity: Confidential

Hi Karen,

This is just FYI. Bayview is the mfg site in Baltimore that is not yet licensed. We had submitted the site for licensure of the QC part within the broader drug product related submission. FDA inspection had not turned out well and now our responses have not completely closed the follow on expectations. There is more to be done hence the sensitivity from Sean regarding the Quality aspect.

From: Kirk, Sean ███████ @ebsi.com>
Sent: Wednesday, June 24, 2020 9:25 AM
To: Ducote, John ███████ @ebsi.com>; Muzzin, Dino ███████ @ebsi.com>
Cc: Havey, Adam ███████ @ebsi.com>; ███████ @ebsi.com>
Subject: RE: [External] Please Review: Post Application Action Letter, FEI 3015448605
Sensitivity: Confidential

John,
After all the assurances from you that we were putting our best foot forward on this response, this is deeply concerning. That concern is exponentially amplified as we ramp up to produce hundreds of millions of doses of covid vaccine.

Fix this
sk

**Sean Kirk**
Executive Vice President
Manufacturing and Technical Operations

O ███████
C ███████
E ███████ @ebsi.com

**Emergent BioSolutions**
400 Professional Drive, Suite 400, Gaithersburg, MD 20879
emergentbiosolutions.com | LinkedIn | Twitter | Instagram

From: Ducote, John ███████ @ebsi.com>
Sent: Wednesday, June 24, 2020 8:15 AM
To: Muzzin, Dino ███████ @ebsi.com>
Cc: Havey, Adam ███████ @ebsi.com>; ███████ @ebsi.com>; Kirk, Sean ███████ @ebsi.com>
Subject: FW: [External] Please Review: Post Application Action Letter, FEI 3015448605

EBSI_HCOR_0033061

Importance: High
Sensitivity: Confidential

Hi Dino,

We have received comments from the FDA finding our responses to the Bayview audit deficient. We've got a team organized to respond. I will meet with them this afternoon and include RA. Actions to close the identified deficiencies are all readily achievable. Some have already been completed.
The level of expectation from the FDA is at a new level for us, and we'll need to adjust accordingly.

Best Regards,

**John Ducote**
SVP,
Global Quality

From: ████ ████ @ebsi.com>
Sent: Tuesday, June 23, 2020 10:00 AM
To: ████ < ████ @ebsi.com>; Ducote, John ████ @ebsi.com>; ████
< ████ @ebsi.com>; ████ < ████ @ebsi.com>; ████ < ████ @ebsi.com>
Subject: FW: [External] Please Review: Post Application Action Letter, FEI 3015448605
Importance: High
Sensitivity: Confidential

I will set up time over the next 2 days to discuss at a high level and develop an adequate detailed plan to address deficiencies.

From: ████ < ████ @fda.hhs.gov>
Sent: Tuesday, June 23, 2020 9:26 AM
To: ████ @ebsi.com>
Cc: ████ < ████ @fda.hhs.gov>; ████ < ████ @fda.hhs.gov>
Subject: [External] Please Review: Post Application Action Letter, FEI 3015448605

Good morning,

Please see the attached Post Application Action Letter for the inspection dated April 09, 2020 to April 20, 2020. Please confirm receipt of this e-mail.

Sincerely,

Technical Information Specialist
FDA/CDER/OPQ/OPRO

Confidential