# Lead Plaintiffs' RJN Exhibit 14 (Highlighted)



**From:** Kirk, Sean [██ @ebsi.com]
**Sent:** 7/22/2020 7:36:11 PM
**To:** ██ [██ @astrazeneca.com]
**CC:** ██ [██ @astrazeneca.com]; Husain, Syed [██ @ebsi.com]; Ducote, John [██ @ebsi.com]; Muzzin, Dino [██ @ebsi.com]; ██ [██ @astrazeneca.com]; ██ [██ @astrazeneca.com]
**Subject:** Re: [External] Bayview questions

██

Sounds great.   We will be in touch to arrange.


Thx
Sk

Sean Kirk
EVP, Manufacturing and Technical Operations
██ m)

Sent from my iPhone


On Jul 22, 2020, at 2:28 PM, ██ < ██ @astrazeneca.com> wrote:


Dear Sean,

Thank you for your prompt response and proposal that we set up a regular check in which I believe is a good idea. Maybe we set up a first check the first week of August giving the team a couple of weeks to move the work forward? Would be great if we could have ██ and myself from AZ.

Regards
██

----

**From:** Kirk, Sean < ██ @ebsi.com>
**Sent:** den 22 juli 2020 16:29
**To:** ██ < ██ @astrazeneca.com>
**Cc:** ██ < ██ @astrazeneca.com>; Husain, Syed < ██ @ebsi.com>; Ducote, John < ██ @ebsi.com>; Muzzin, Dino < ██ @ebsi.com>
**Subject:** RE: [External] Bayview questions

Dear ██

Thank you for the reach out.  I sent a note to ██ yesterday hoping to connect on this topic.  We had a good meeting with OWS leadership last Friday related to our action planning, and our next step was to engage with AZ leadership to discuss to build upon the EBS QA to AZ QA discussion that occurred this past Monday.  I've copied John Ducote, EBS global head of quality, Dino Muzzin, EBS Head of Manufacturing Operations, and Syed Husain, EBS Head of CDMO Business Unit, on this email as well.   We would be very open to scheduling a call and providing you with a deeper understanding of the multi-pronged approach.   In short, EBS has a strong history of regulatory compliance and is committed to an effective acceleration of the performance of Bayview.   I refer to this as an acceleration, as the past eight years of activity at Bayview as a US Government CIADM (Center for Innovation in Advanced Development and Manufacturing) facility has been primarily focused on the support of clinical candidates for CDMO clients and unmet medical countermeasure preparedness needs.  We have been transitioning and working toward a commercial portfolio

HIGHLY CONFIDENTIAL                                                      AZ_COR_001347

with our internal products and CDMO expansion over the last year. You will note a similar conclusion from your team's audit of the Bayview facility. The rapid response required by the COVID19 pandemic will move Bayview quicker into a state of commercial manufacturing for which we are in parallel accelerating our commercial compliance readiness. That being said, we are very disappointed with the response to the 483 even if it was focused on our analytical testing of a specific product but are confident Bayview has the appropriate fundamental quality systems and the capable workforce to successfully execute this acceleration. The multi-pronged, multi-month plan you refer to will ensure the appropriate level of oversight of near-term manufacturing/testing/ release of your product candidate balanced with the ongoing quality system optimization and cultural evolution. We are very confident in that.

At this point, we have brought to bear a significant number of additional resources and external support to ensure this is a success. For many years we have played a major role in national preparedness and response, and we will meet this challenge with even greater commitment and capability. We are imploring the "OWS" mindset to our approach, not leaving anything to chance. While I appreciate your offer to assign resources, I believe the best course of action in the near-term is to maintain routine connections with your Quality project team representatives to ensure they are effectively in the loop on the actions being taken on a daily basis. Having AZ Operations resources on site to ensure a successful start up given the rapidly evolving scale up of the process is an area I would focus on for the time being. This preference is rooted in a desire to not overwhelm the site, keep them focused on the effort at hand with advice from currently engaged consultant resources, and to preserve an appropriate number of personnel in our site on a daily basis as we continue to work to keep COVID19 from impacting our operations.

Please advise if you would like me to set up a call to discuss the plan more deeply. I would also suggest we can do a routine check in at our level as well to ensure we have constant governance.

Sincerely,
sk

**Sean Kirk**
Executive Vice President
Manufacturing and Technical Operations

O ███████████
C ███████████
E ███ @ebsi.com

**Emergent BioSolutions**
400 Professional Drive, Suite 400, Gaithersburg, MD 20879
emergentbiosolutions.com | LinkedIn | Twitter | Instagram

---

**From:** ████████ ◀ ████████ @astrazeneca.com>
**Sent:** Wednesday, July 22, 2020 1:58 AM
**To:** Kirk, Sean ◀ ███ @ebsi.com>
**Cc:** ████████ ◀ ████████ @astrazeneca.com>
**Subject:** [External] Bayview questions

Dear Sean,

I hope this e-mail finds you well. My name is ████████ and I'm leading AstraZeneca's global Covid-19 efforts from a CMC and Supply perspective. This includes the current joint efforts between our companies to stand up a US supply chain for the supply of the vaccine to BARDA/OWS which includes DS manufacturing at your Bayview facility.

We did recently receive information from your team about a PAI inspection of the Bayview QC that had resulted in a 483 with 5 observations and that OPMA didn't accept the responses submitted issuing a follow on with 3 Deficiencies associated with inadequate responses.

This of course raises concern within AstraZeneca and with our customer/partners in BARDA/OWS who has raised this with us repeatedly in the last week. ███████ the AZ head of global quality and myself did review of the situation with our team yesterday including the presentation the Emergent quality team had shared with our quality team regarding the background, the actions taken and the actions Emergent is planning to take to rectify the situation.

It was clear from the review that a lot of action have and are being taken to address the situation. What did raise concern with us was the time-line which in our view is too long (4 months) to get the situation resolved as the current plan for our vaccine projects includes using Bayview QC and if the action plan includes all elements of the Bayview facility e.g. manufacturing etc. Our quality team will raise these concerns with your team but I wanted to share them directly with you for transparency.

I know our quality and project teams are working closely together but wanted to reach out to you directly to share our concerns about the current situation and proposed time-line for addressing it, that it has the attention of both OWS and AZ executive leadership including our CEO and to check if there is anything we, from a AZ side, can do to support Emergent in the effort to address the situation. Please let us know if you for example would like us to provide quality SME support or if you want some one from AZ to join the steering committee I believe has been pulled together to oversee the efforts.

I have copied AZ-s global head of quality ███████ as I know he and his team are standing ready to support.

Kind Regards



---

Confidentiality Notice: This message is private and may contain confidential and proprietary information. If you have received this message in error, please notify us and remove it from your system and note that you must not copy, distribute or take any action in reliance on it. Any unauthorized use or disclosure of the contents of this message is not permitted and may be unlawful.

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ███████@ebsi.com. Thank you.

---

Confidentiality Notice: This message is private and may contain confidential and proprietary information. If you have received this message in error, please notify us and remove it from your system and note that you must not copy, distribute or take any action in reliance on it. Any unauthorized use or disclosure of the contents of this message is not permitted and may be unlawful.

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ███████@ebsi.com. Thank you.