# Lead Plaintiffs' RJN Exhibit 16 (Highlighted)

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent:** 7/24/2020 2:48:35 PM
**To:** Glover, James ▮▮▮@ebsi.com]
**Subject:** RE: [External] Topics for today's joint Emergent/AZ/BARDA weekly check-in

Thanks, James.

Re remediation plan, given that we start commercial manufacture in about 10 days and I assume in-process testing soon thereafter, shouldn't we have the plan and be into execution sooner than that? ==I'm concerned that the FDA observation was that Emergent isn't prepared for commercial manufacturing as things stand currently, and yet we will start commercial manufacture there very soon.==

Regards,

▮▮▮

---

**From:** ▮▮▮▮▮▮ ▮▮▮▮@ebsi.com>
**Sent:** Friday, July 24, 2020 10:45 AM
**To:** Glover, James <▮▮▮@ebsi.com>; ▮▮▮▮▮▮ ▮▮▮▮▮@astrazeneca.com>; ▮▮▮▮▮▮
<▮▮▮▮@astrazeneca.com>
**Cc:** ▮▮▮▮ ▮▮▮▮▮@astrazeneca.com>
**Subject:** RE: [External] Topics for today's joint Emergent/AZ/BARDA weekly check-in

Will be happy to take this,
BR
▮▮

---

**From:** Glover, James ▮▮▮@ebsi.com>
**Sent:** Friday, July 24, 2020 10:33 AM
**To:** ▮▮▮▮▮ <▮▮▮▮@astrazeneca.com>; ▮▮▮▮▮▮ <▮▮▮▮@astrazeneca.com>
**Cc:** ▮▮▮▮ <▮▮▮▮@astrazeneca.com>; ▮▮▮▮ <▮▮▮▮@ebsi.com>
**Subject:** RE: [External] Topics for today's joint Emergent/AZ/BARDA weekly check-in

Hi ▮▮▮,
- Materials and Equipment updates are fine.  I will defer to ▮▮ for this.  If she is not available at this time, I will present.
- Yes, I think this is premature. We already made a commitment to BARDA to provide the plan in 2 weeks.

Best Regards,

**James Glover**
Camden VP Manufacturing & Site Head / COVID -19 Program Lead

O ▮▮▮▮▮▮
C ▮▮▮▮▮▮
E ▮▮▮@ebsi.com

**Emergent BioSolutions**
5901 East Lombard Street, Baltimore, MD 21224
emergentbiosolutions.com | LinkedIn | Twitter | Instagram

HIGHLY CONFIDENTIAL

AZ_COR_001809

**From:** ████ <████@astrazeneca.com>
**Sent:** Friday, July 24, 2020 10:20 AM
**To:** Glover, James ████@ebsi.com>; ████ <████@astrazeneca.com>
**Cc:** ████ <████@astrazeneca.com>
**Subject:** [External] Topics for today's joint Emergent/AZ/BARDA weekly check-in

HI all

Here are topics I have in mind for the 3-way meeting today.  Your thoughts?

• Status update on materials and equipment – Emergent. Will be good to makes sure everyone is on the same page with regards to the latest updates re Sartobind Q filter since I know there were communications on that yesterday I believe.
• Update on 483 remediation plan – I know the AZ QA lead was hoping to talk with the Emergent QA lead today to align on this.  If there is no new information, we may want to wait until the plan is documented for further discussion. James, any perspectives?

We of course have a call right before this one on Friday so there may be topics that come from that.  I'm wondering about more detail of the "engineering batch" activities perhaps?

Regards,

████

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ████@ebsi.com. Thank you.

**HIGHLY CONFIDENTIAL**