# Lead Plaintiffs' RJN Exhibit 20 (Highlighted)

**From:**        [JSGUS] <        @its.jnj.com>
**To;**          [CNTUS];          [JJCUS];          [GPSBE];
                 [JRDUS];          [GPSUS];          [JBVNL];          [JSGUS]
**CC:**          [JSGUS]
**Sent;**        10/22/2020 2:46:41 AM
**Subject:**     Emergent Site Visit

All,

Below is summary from the EQ/JJRC visit to Emergent on 20-21 Oct 2020, Further discussions / alignment are planned within Quality & Compliance and the project team to determine next steps and if the GMP/PPQ batch planned for 06 Nov 2020 is still appropriate or is more time / engineering run needed.

Regards,

## Emergent Visit - GMP Readiness Review (20-21 Oct 2020)

**Scope of Visit:**
· To review progress for Qualification Audit action items, FDA 483 Remediation and overall GMP readiness.

**Executive Summary:**
· Emergent has been challenged with all the holistic site gap assessments / improvement projects to maintain focus on basic GMP standards. It is unclear given the compressed timelines and ongoing finalization of manufacturing processes, to determine if the site is GMP ready at this point in time or if they can effectively manage all the remediation efforts to ensure timelines do not get extended. It is recommended that Emergent work with Janssen to prioritize all remediation plans to determine what items need to be completed prior to GMP / PPQ activities. In general, the following outstanding items need to be completed prior to GMP manufacturing:

  o All items identified in the recent FDA response letter need to be fully addressed. If not fully completed, risks must be identified for those specific topics and agreed upon with Janssen with interim controls as necessary. Any remaining DI topics need to be assessed for impact to the Janssen product.

  o All Janssen Audit remediation plans that missed due dates / needed to be extended should be appropriately escalated and aligned with Janssen on next steps.

  o Planned EMPQ at maximum conditions needs to be completed and/or in process with baseline acceptable results. All outstanding 2020 EM reports need to be approved. If the 3Q 2020 report is not ready for approval, results should be compiled, trended and shared.

  o Micro SME from Janssen should further evaluate EM results and mold remediation investigation / plans to ensure that root cause / contributing factors will appropriately address any microbiological issues. CAPAs from the mold investigations should be further assessed for any significant concerns.

  o Basic GMP / housekeeping / gowning issues need to be fully addressed. Repair of all damaged flooring in classified areas needs to be finished. Equipment needs to be finalized, placed in proper locations, qualified, and all associated tubing needs to be appropriately addressed.

  o Media preparation area adjacent to the upstream manufacturing and separated via an overhead door needs to be further assessed for contamination potential. Transfer process for media via flexible tubing needs to be addressed to ensure proper closure of the overhead door.

  o Any significant issues with the retrospective deviation review that impact quality systems and/or activities associated with the Janssen product need to be fully addressed.

  o Emergent certification of GMP readiness needs to in place and shared with Janssen.

  o It is recommended that a follow-up visit by Janssen take place to verify items listed above were properly addressed before moving forward with GMP/PPQ batches.

**Qualification Audit - Action Item Update:**
· Overall action items are progressing to plan and have not been extended. However there is concern for lack of attention and/or focus based on the following concerns:

  o For Major observation #1, timeliness of EM trend reports continues to be a challenge for the site. For example, the EM trend report for 1Q 2020 is currently in draft and 2Q 2020 has yet to be drafted. CAPA 2143 / 2446 due 30 Nov 2020 for training of analysts and revision to SOP 00291 to require deviations for any late Utility Monitoring or EM trends reports is progress. Janssen highlighted their concerns with the lack of urgency in completing trend reports and continuing not to follow timing requirements specified in procedures.

  o For Minor observation #3, Process / procedure for handover from the warehouse to manufacturing of cell

JNJ_HOUSE_COR00000926

banned still review-00955-DLB action taken on CAPA 2544 due to date Page 3 of 5 2020. **This issue will be escalated within Emergent**

- o For Minor observation #4, Viral cross contamination risk assessment was completed by 30 Sep 2020. Out of this risk assessment a mitigation strategy for gaps of all four areas is now captured in a CAPA that is due 31 March 2021. Emergent needs to clarify when the mitigation plans for suite 1 and suite 2 will be completed and how this may impact GMP manufacturing of the Janssen Covid-19 Vaccine. The Viral Cross Contamination Control Strategy / Microbial Contamination Control Strategy was due 30 Sep 2020 (CAPA 2548) and is not completed on time. **This issue will be escalated within Emergent.**

## Qualification Audit - Follow-Up Item Update:

■■■■■■■■■■■■■■■■ assessment on target to be approved by the end of the month as part of the overall DI assessment.
- · Reject cage will only be used for rejected material not QT material unless it is designated for reject and will not be returned to usable material. Procedure to specify this is under revision.
- · SOP043593 v1.0 - Receiving and Distributing Purchased Materials is deficient in that it does not include a specified timeframe by which temperature sensitive materials being received must be allocated to proper cold storage locations. Emergent has no plans of defining a timeframe for temperature sensitive materials and will rely on temperature tales to track that shipments remain within labeled conditions.
- · Mold issues associated with the facility shutdown / startup, inadequate gowning / wipe down procedures for materials coming from the warehouse to weigh and dispense are being addressed in a holistic investigation defined below.

## Periodic Mold Issues - EM Excursion Investigation:

- · Holistic deep dive investigation was initiated in August 2020 and was facilitated by an industry consultant.
  - o 30 some observations / improvements were identified and tracked via project timelines but not individually via CAPA / quality system. **After discussions with Janssen, Emergent committed to have CAPAs with child records to group activities associated with remediation of gaps.**
  - o Change Control will be opened to follow implementation remediation / improvement actions.
- · EMPQ to be re executed at max dynamic conditions (people, equipment, materials). Qualification will executed in parallel with GMP manufacturing.
  - o Timing: Area 1 by end of November 2020 and Area 2 by January / February 2021
  - o CAPA in place to track EMPQ activities
  - o **Emergent needs to assess EMPQ impact to GMP readiness and what specific parts of the EMPQ should be completed of Suites 1 and 2 in order to be considered GMP ready**
- · NPI introduction procedure does not currently require a umbrella change control for introduction of new product.
  - o **Emergent QA working with Operations to address the requirements moving forward.**

## GMP / Housekeeping / General Concerns from Tour (Suite 1 & 2, Warehouse, Chem Weigh):

- · Overall the GMP areas were cluttered, disorganized and did not appear in a GMP ready state:
  - o Gowning areas were cluttered, not well organized and not properly stocked with gowning supplies. Gowning areas very tight and difficult to ensure gowns did not contact flooring while donning.
  - o GMP beard covers were not available during the tours of GMP Suites 1 and 2. Operator was observed in classified area without a beard cover and just a mask for Covid-19 purposes.
  - o Flooring damaged throughout CNC / clean room areas were identified with tape. Epoxy was applied and was not smooth in many instances and needs to be finished to ensure a smooth surface for adequate cleaning
  - o Media preparation area is only separated from the compounding area via an overhead door and raises questions concerning processing simultaneously in both areas. Transfer tubing under the door is needed to transport media to manufacturing tanks. Doors the door not being completely closed during manufacturing allowing for potential migration of powders. Procedural controls / cleaning program needs to be closely followed to ensure no potential of contamination by media powders. Emergent should consider designing permanent opening in the wall for transfer tubing.
  - o Some equipment had rusted metal at wheels in GMP areas
  - o Manufacturing arears were cluttered with equipment in varying degrees of qualification status and it was not clear the final location for each piece of equipment.
  - o Flexible tubing, cables and connections were found lying on the floor. System/holders are needed to keep these items off the floor
  - o Warehouse was cluttered with not all material being stored in rack locations, various materials were staged in several non-identified areas
- · Emergent / Janssen should consider performing an engineering run prior to PPQ. Upstream manager was not

JNJ_HOUSE_COR00000927

comfortable with ███████████████████████████████████ and how it will function since very limited experience and still having issues that they are working through. Janssen technical expert was not concerned since ████████ replaced with ████████ and was coordinating with Springhouse technical experts. VCD curve is acceptable so far. The disconnect between Emergent and Janssen needs to be addressed.

**Quality Standards Gap Assessment Update:**
- Internal quality standard gap assessment against regulatory guidances, regulations, company standards, BARDA Feedback, FDA Visit, customer audits, etc. is in progress
- CAPA created for each of the 6 Waves (36 Quality System Elements in total). This gap assessment/remediation is reviewed and periodically assess by BARDA
- 28 of 36 elements have been completed to date
  - Tech Transfer - Wave 4 and Stability - Wave 5 are in progress
  - Wave 6 remains to be completed (6 elements)
- Focused on SOPs and training on the key systems. Consultants are addressing some key system elements (e.g. EM and Cell banking, DI)
- Wave 1 remediation by Nov 2020
- Wave 2 remediation by Feb 2021
- Wave 3 - Wave 5 remediation in early to mid-2021
- Wave 6 remediation by Jun/July 2021 (more commercial impact e.g. recalls)

**Retrospective Deviation Review:**
- Retrospective review initiated for all deviations based on the April 2020 FDA inspection and includes a 7 year look back.
- 97% complete (246 of 253 complete)
- 68 deviation without product impact assessments - **Janssen needs to better understand the risk / impact**
- Only 51 had root cause identified - **Janssen needs to better understand the risk associated / impact**
- Remediation plan was to be completed by 19 Oct 2020
- Identify deviations that warrant remediation (risk assessment approach)
- Develop approach to address grouped deviations by QSE

**Quantic Certification Update:**
- Part of the Continuous improvement program
- There is no FDA expectation / agreement to have Quantic doing certification of batches. Use of Quantic can be terminated at any time when it is no longer value added.
- Reviewing deviations, batch records, assessing for gaps
- Reviewed independently from the site
- Quantic uses a checklist to document their review and will be uploaded with the batch record. Review is performed in parallel with the client. A certification letter will be provided to the client when Quantic is finished with their review.
- **Follow-up is needed if a discrepancy is found and not agreed upon between Emergent / Quantic / Janssen, how will this be handled and documented?**

**DI Program:**
- Program moving forward, heightened awareness and focus based on the FDA 483 from April 2020
- Consultant being used to manage the program and remediation efforts
- DI program not reviewed during the September FDA visit. Holistic approach is being taken to address all DI gaps. GMP Bootcamp was put in place for all employees around GMP expectations. Mitigation due dates are on target to be complete. Some items will be completed in parallel with scheduled GMP production.
- Additional IT/Automation/DI items identified in the most recent FDA response (25 September 2020) need to be included in the overall DI gap assessment / remediation program

**FDA 483 (April 2020) Status Update:**
- Emergent follow-up response was sent to the FDA on 28 August 2020
- Type A meeting was requested by Emergent for 03 October 2020, FDA answered the questions via their formal response letter which was received on 25 September 2020. Based on the FDA response, the meeting request was subsequently canceled.
- FDA completed their review and Emergent response was deemed adequate with additional follow-ups:
  - Complete assessment of Laboratory practices and documentation systems, computer systems and DI improvement plan. CAPA is being developed and holistic plan is needed to pull together all the DI items currently in progress as well as ones identified specifically in the FDA response letter.
  - Lockman hired to assist with IT gap / remediation.
- Based on the FDA Complete Response Letter, the post action letter and additional general comments will be

CONFIDENTIAL

assessed during the next PAI at this facility once the PAS is resubmitted.

· It is inferred by this FDA letter that all follow-up items identified must be completed prior to PAS being resubmitted.

· <mark>Emergent will not provide a redacted copy of the FDA response (as specific to Emergent PAS product but the issue impacts all campaigns). Janssen will need to escalate to potentially obtain a redacted copy.</mark>

· Emergent to follow-up with the FDA on status of the EIR, inspection closure and inspection classification.

