# Lead Plaintiffs' RJN Exhibit 21 (Highlighted)

| | |
|---|---|
| **From:** | [JSGUS] <​ @ITS.JNJ.COM> |
| **To:** | Lucik, Tammy (C) |
| **Sent:** | 10/23/2020 12:38:19 AM |
| **Subject:** | summary from Janssen on-site visit |

Hello Tammy, attached find the executive summary that was presented to Janssen Compliance and Quality. I would be happy to discuss tomorrow

**Executive Summary:**

- Emergent has been challenged with all the holistic site gap assessments / improvement projects to maintain focus on basic GMP standards. It is unclear given the compressed timelines and ongoing finalization of manufacturing processes, to determine if the site is GMP ready at this point in time or if they can effectively manage all the remediation efforts to ensure timelines do not get extended. It is recommended that Emergent work with Janssen to prioritize all remediation plans to determine what items need to be completed prior to GMP / PPQ activities. In general, the following outstanding items need to be completed prior to GMP manufacturing:
  - o All items identified in the recent FDA response letter need to be fully addressed. If not fully completed, risks must be identified for those specific topics and agreed upon with Janssen with interim controls as necessary. Any remaining DI topics need to be assessed for impact to the Janssen product.
  - o All Janssen Audit remediation plans that missed due dates / needed to be extended should be appropriately escalated and aligned with Janssen on next steps.
  - o Planned EMPQ at maximum conditions needs to be completed and/or in process with baseline acceptable results. All outstanding 2020 EM reports need to be approved. If the 3Q 2020 report is not ready for approval, results should be compiled, trended and shared.
  - o Micro SME from Janssen should further evaluate EM results and mold remediation investigation / plans to ensure that root cause / contributing factors will appropriately address any microbiological issues. CAPAs from the mold investigations should be further assessed for any significant concerns.
  - o Basic GMP / housekeeping / gowning issues need to be fully addressed. Repair of all damaged flooring in classified areas needs to be finished. Equipment needs to be finalized, placed in proper locations, qualified, and all associated tubing needs to be appropriately addressed.
  - o Media preparation area adjacent to the upstream manufacturing and separated via an overhead door needs to be further assessed for contamination potential. Transfer process for media via flexible tubing needs to be addressed to ensure proper closure of the overhead door.
  - o Any significant issues with the retrospective deviation review that impact quality systems and/or activities associated with the Janssen product need to be fully addressed.
  - o Emergent certification of GMP readiness needs to in place and shared with Janssen.
  - o It is recommended that a follow-up visit by Janssen take place to verify items listed above were properly addressed before moving forward with GMP/PPQ batches.

**External Quality**
1400 McKean Rd  P.O. Box 766
Spring House, PA 19477  USA