# Lead Plaintiffs' RJN Exhibit 22 (Highlighted)



Message
_____

**From:**            [JSGUS] ▮▮▮▮@ITS.JNJ.COM]
**Sent:** 10/23/2020 9:07:06 PM
**To:** Lucik, Tammy (C) ▮▮▮@ebsi.com]; Crowe, Sue (C) ▮▮▮@ebsi.com]
**Subject:** GMP readiness - Janssen visit
**Attachments:** on-site issues - GMP readiness.xlsx

Good afternoon, I had hoped for a more detailed list but wanted to get you a start ASAP

Basically the concern from Janssen is related to GMP readiness (being less than 2 weeks away)

*External Quality*
1400 McKean Rd  P.O. Box 766
Spring House, PA 19477  USA

CONFIDENTIAL

JNJ_HOUSE_COR00000434

## 483 response

FDA CRL requires complete assessment of Laboratory practices and documentation systems, computer systems and DI improvement plan. Assessment for those impacting Janssen product - risks identified/interim controls

## Janssen audit response

3 observation have CAPAs related to GMP readiness pending. Observation #4 Cross Contamination strategy links to CAPA due31Mar2021 - prioritize areas 2 and 1 prior to align with GMP date

## EMPQ at maximim conditions

Performed in parallel with manufacturing/in process with baseline acceptable results. Area 2 by end of Nov and Area 1 by Feb20201. assess impact to GMP readiness and what specific parts of the EMPQ impact GMP readiness. Ties into tour concern related to equipment placement.

## Mold remediation

evaluation of 1Q-3Q data related to areas 2 and 1 by Janssen SME along with mold remediation investigation/plans to ensure root cause or contributing factors are appropriately addressed. CAPAs from investigation assessed for impact to areas 2 and 1

## Concerns from tour

gowning areas conditions, gowning supplies, floor damage in hallways and upstream, rusted wheels on equipment, tubing and hoses on floor, media prep area containment and transfer hose under door, overcrowding of equipment and final placement (also impacts EMPQ), condition of warehouse

## retrospective deviation review

from this review, are there any missed root causes (cannot recall other buckets of identified gaps) which could potentially impact Janssen GMP campaign. What is the overall risk to current campaigns

CONFIDENTIAL

JNJ_HOUSE_COR00000435