# Lead Plaintiffs' RJN Exhibit 24 (Highlighted)

**From:** Lucik, Tammy (C) ███████████████████████████████

**To:** Crowe, Sue (C)
**Sent:** 11/17/2020 10:00:00 AM
**Subject:** FW: [External] Bayview second response - details
**Importance:** High
**Attachments:** Audit 1068_Corporate Audit 2020_Amended Response_02NOV2020-FINAL.pdf

I need your input on ███████ 's comments below.
T

**From:** ███████████ ‹ ████████ @ebsi.com›
**Sent:** Tuesday, November 17, 2020 9:57 AM
**To:** Lucik, Tammy (C) ‹ ██████ @ebsi.com›
**Subject:** FW: [External] Bayview second response - details
**Importance:** High

Hey Tammy,

Please see below.

████████████████

Senior Director
Global Quality Compliance

O ██████████████████
C ██████████████████
E ████████ @ebsi.com

**Emergent BioSolutions**
400 Professional Drive, Suite 400, Gaithersburg, MD 20879
emergentbiosolutions.com | Linkedin | Twitter | Instagram

**From:** ███████████ ‹ ████████ @ebsi.com›
**Sent:** Tuesday, November 17, 2020 9:51 AM
**To:** ███████████ ‹ ████████ @ebsi.com›
**Cc:** ███████████ ‹ ████████ @ebsi.com›
**Subject:** FW: [External] Bayview second response

Hi ██████

Refer to the email below for the issue with the response. I've also attached Bayview's responses.

**From:** ███████████ ‹ ████████ @icloud.com›
**Sent:** Monday, November 16, 2020 11:46
**To:** ████████ ‹ ████████ @ebsi.com›; ███████████ ‹ ████████ @ebsi.com›
**Cc:** ████████ ‹ ████████ @ebsi.com›
**Subject:** [External] Bayview second response

Dear ██████ and ███████

Bayview has tried to treat the audit process as if it is a compliance inspection. In some instances that would be acceptable, and for some things even here I am probably okay with it. However, since they are going through

manufacturing now, and soon EUA/PPQ, then BLA, this is really not okay for many aspects, as they are not a FDA approved facility.  For the equipment qualification citation, the following is their latest response:

*"We commit to going back to the original protocol to ensure the leveraged data meets the criteria and evaluate if corrective action is needed to further improve the current qualification documentation.* **Due Date: 30NOV2020"**

This is not acceptable as I know what they've done for at least the two pieces of equipment in question is not acceptable.  Likely, it is most of the equipment, if not all of it.  I would have expected that qual would  have been re-done for these two equipment by now at minimum.  There is <u>no debate</u> in this one, as Bayview seems to think there is. Also, I think there is no one at that facility that knows what this should look like.  There is also nothing there that regulatory will need to write the data qual summaries they will need for any BLA to supply to BLA sponsors. ███████ has also confirmed that FDA did not speak to SAT/FAT issues.

Ultimately, Emergent will have to decide what level of risk they are willing to accept, but this is one of those where you really better listen to me and do exactly what I tell you to.  I had similar issues with another firm earlier in my career and I literally begged them to not submit their BLA when they did and to complete more of work such as that discussed here.  CBER/DMPQ sent them  a huge CR letter- 33 pages,  a lot of it I had already written to them in reports, almost word for word what FDA wrote them.

Your choice. ███████ this is in your wheelhouse- compliance.  And I am stating very loudly that this work is NON-CGMP compliant. And a direct regulatory risk.

Literally, I should probably spend time on site just to look at equipment qual.

Best Regards,

███████

EBSI_HCOR_0026592