# Lead Plaintiffs' RJN Exhibit 26 (Highlighted)

| From: | Muzzin, Dino |
| --- | --- |
| To: | Husain, Syed T.; Kirk, Sean |
| Sent: | 11/10/2020 10:08:52 AM |
| Subject: | FW: AZ Update |
| Attachments: | Emergent and AZ Update 09Nov20.pptx |

Will have more before 5

Dino Muzzin

From: ▮▮▮ <▮▮@ebsi.com>
Sent: Tuesday, November 10, 2020 9:50 AM
To: Muzzin, Dino <▮▮@ebsi.com>
Subject: RE: AZ Update

See below.

From: Muzzin, Dino <▮▮@ebsi.com>
Sent: Tuesday, November 10, 2020 9:21 AM
To: ▮▮ <▮▮@ebsi.com>
Subject: RE: AZ Update

Still need updates on these topics. Focus on key actions, decisions, outcomes and next steps.

- *Agreed to a slow down in area 3. BV team to lead assessment into benefits and impact gained by slowing down. Work the plan with AZ team. Key message: is a robust, well defined process improves our ability to operate in a state of control. Slowdown in not solely due to GMP concerns.*
- *Initial recommendation is to keep running in area 1 as planned.* **What are the plans for slowdown? When will a decision be made**

*We will have a slowdown plan by early afternoon today. We plan to present it to AZ at our 4pm meeting.*

- *4 AZ senior level resources showing up Monday, in addition to PIPs* **How did onboarding go?**      **Onboarding went well.   This is the team we will meet with Daily at 4pm**
  - ▮▮ *– OPS*
  - ▮▮ *- Q*
  - ▮▮ *– Micro*
  - ▮▮ *– VP Tech Ops (new to the team/site)*
- *BV leadership team start daily GEMBA walks Monday – MFG, labs, whse* **Did this start Monday? Who went, how many shifts, key observations?**

  *Yes, this started on Monday. I personally took part in a 6S audit of Area 1 Upstream, and a Warehouse GEMBA.*

  *Observations from Area 1*

1. Shoes in Women's Gowning/Locker Room are all over the floor. I would assume Men's Room will be similar situation. This area requires 6S.
2. The Hallway going to the De-gowning Room is full of trash in bags. When will all these trash going to be out of here? Trash are piling up.

EBSI_HCOR_0029954

3. There's a puddle of liquid under and around the SS batch holder in the back corner of Area 1.
4. Area 1, its supporting rooms and gowning areas will need to be 6S.  A 6S lead have been identified (█████ █████) to work with a team to 6S manufacturing.
5. Warehouse is much improved and organized since the work over the weekend.   Need to sustain.

- o *This was a **KEY** topic.*
- o *Make BLT presence know on the shop floor -every shift, daily*
- **Identify bioburden root cause  Send me talking points on what's been ruled out, focus for this week?**

*Preliminary reads from Area 3 show no Bioburden. Team is focused on differences between Area 1 and Area 3.  Team is also very focused on the AKTA skid in Area 1 and will be doing additional sampling today. Also focused on Raw Materials as a potential for introducing Endotoxin.*

- o *Learn from area 1*
- o *Prevent issues in area 3 (rule out WFI and process waste system)*
- *Shore up GMP practices* **Did we make changes to meeting attendance?  When did it start?  AZ concerned?**

**No Change yet.  █████ is working on a Plan that we will submit to AZ tomorrow.**

- o *Free up key BV resources from meetings to attend matters on the mfg floor*
- o *AZ said lack of GMP fundamentals (gowning, clean room behavior, etc) contributing to bioburden issue*

Dino Muzzin

█████████████

**From:** █████████ <█████@ebsi.com>
**Sent:** Tuesday, November 10, 2020 6:45 AM
**To:** Muzzin, Dino <█████████@ebsi.com>
**Subject:** AZ Update

This is an update of Workflows we have established with AZ.  We are meeting Daily at 4pm to review and update the slide.

█████████

Vice President/ GM Maryland Sites

**Emergent BioSolutions**
5901 E. Lombard St.
Baltimore, MD 21224

t █████████
f █████████
c █████████
e █████@ebsi.com
www.emergentbiosolutions.com
www.linkedin.com/companies/emergent-biosolutions
@emergentbiosolu

Cangene bioPharma, LLC doing business as Emergent BioSolutions