# Lead Plaintiffs' RJN Exhibit 31 (Highlighted)

| | |
|---|---|
| **From:** | Husain, Syed T. [_____@ebsi.com] |
| **Sent:** | 11/6/2020 12:09:57 PM |
| **To:** | [_____]@astrazeneca.com]; [_____]@astrazeneca.com] |
| **CC:** | Muzzin, Dino [_____@ebsi.com]; Kirk, Sean [_____@ebsi.com] |
| **Subject:** | Fwd: Weekly AZ Status Dashboard |
| **Attachments:** | 2020-11-05 - AZ Project Dashboard.pdf; ATT00001.htm |

CAUTION: This email originated outside AstraZeneca. Do not open the attachment(s) unless you recognize the sender and know the content is safe.

Hi [ ] and [ ] -

Please find attached the weekly report, a few additional items to note -

1. The new war room approach to the bioburden / micro investigation has been established with dedicated AZ ans Emergent resources. Team is working very collaboratively ans with urgency. Presume you both receive the daily summaries - below is yesterdays -

All,

Decision was made today to cancel 1:30 PMmeeting and to send a daily update to the team at the end of the day.  Here are items that we reviewed today:

- Built workstreams for MFG and QC
- Reviewed Bio/Endo testing process with QC
- P&ID review of the AKTA & TFF skids
- QC data review.
- Built initial timeline for EM, WFI, and process excursions.

Tomorrow the plan is to look at the following items:

- AKTA Remediation and schedule a time with GE to meet.
- Review raw materials spec
- Bio/Endo data of the raw materials
- Raw material conditional release deviations
- Preliminary Bio/Endo data (Batch # 2201 & 2248)
- Batch Genealogy
- WFI/EM graphs
- Build overlay/extended heat map

2. QC we fully understand is a critical topic for Emergent to improve on, we see major improvements on timelines with our dedicated PM managing the daily review board. We have a new Sr Director starting Monday that will be fully focuses on processes and people.

3. GMP 2 in area 3 has been completed, which would be the first one in Area 3. Positive progress by the team.

-Syed

Syed T. Husain

HIGHLY CONFIDENTIAL

AZ_COR_001664

SVP & Head of CDMO Business Unit
Emergent BioSolutions

Begin forwarded message:



**From:** ▐▐▐▐▐▐ <▐▐▐▐▐@ebsi.com>
**Date:** November 5, 2020 at 7:41:27 PM EST
**To:** ▐▐▐▐ <▐▐▐▐▐@astrazeneca.com>, ▐▐▐▐▐▐ ·▐▐▐▐▐@astrazeneca.com>, ▐▐▐▐ <▐▐▐▐@astrazeneca.com>, ▐▐▐▐▐ <▐▐▐▐@astrazeneca.com>
**Cc:** "Husain, Syed T." ·▐▐▐@ebsi.com>, ▐▐▐ <▐▐@ebsi.com>, ▐▐▐ <▐▐@ebsi.com>, ▐▐ ▐·<▐▐@ebsi.com>, ▐▐▐ <▐▐@ebsi.com>, ▐▐ <▐▐@ebsi.com>, "Crowe, Sue (C)" <▐@ebsi.com>
**Subject: Weekly AZ Status Dashboard**

All,

Please see attached the AZ dashboard slide deck. It's converted to PDF because of the original file size.
I have saved the original PowerPoint file on the AZ SharePoint site.



Thanks,
▐▐

Project Manager, CIADM
Bayview PMO

O ▐▐▐▐
C
E ▐▐▐▐ @ebsi.com

**Emergent BioSolutions**
400 Professional Drive, Suite 400, Gaithersburg, MD 20879
emergentbiosolutions.com | LinkedIn | Twitter | Instagram

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ▐▐▐ @ebsi.com. Thank you.

HIGHLY CONFIDENTIAL