# Lead Plaintiffs' RJN Exhibit 33 (Highlighted)

| | |
|---|---|
| **From:** | Lucik, Tammy (C) < ██████ @ebsi.com> |
| **To:** | ██████████ [US] |
| **CC:** | ██████████ [JANUS] |
| **Sent:** | 4/12/2021 12:43:06 AM |
| **Subject:** | RE: [External] Urgent: Observed Procedural Non-conformance |

- Immediately following the meeting with ████, ███████ and ██████, the issues were escalated by ███ to Quality and Operations management
- A joint meeting was held with Quality shopfloor personnel and Production Supervisors to discuss all the issues identified by the Janssen PIPs and the Emergent shop floor team
- Emphasis was on the need to follow procedures generally with specific focus on those impacting contamination containment and the risk to the product if this is not followed
- Additional discussion continued on utilizing quality and the Janssen PIPs as an additional resource to ensure we are meeting cGMP and site procedures
- Supervisors were instructed to push this message to the teams in their shift meetings, and to be vigilant in following these standards
- Emergent Quality OTF observations not able to be addressed at the time are now being handled in Tier 2 meetings to ensure follow-up

We can talk more tomorrow.

**From:** ████████████ [US] < ███████ @its.jnj.com>
**Sent:** Sunday, April 11, 2021 4:52 PM
**To:** Lucik, Tammy (C) < █████ @ebsi.com>
**Cc:** ████████████ [JANUS] < ███████ @ITS.JNJ.com>
**Subject:** [External] Urgent: Observed Procedural Non-conformance
**Importance:** High

Tammy,

On April 6th one of our QA persons-in-plant observed two instances of associates entering the material airlock from the warehouse and crossing over the line of demarcation. The issue was escalated so that cleaning and disinfection could take place. According to our person-in-plant, once the cleaning was performed inappropriate crossing of the line of demarcation occurred again.

Additionally, our QPIP indicated that EMOB associates were not sure what bins could travel to which locations, how to clean and disinfect items, and the absence of cleaning materials (sporklenz, wipes and IPA) in the area. The QPIP also indicated a lack of supervision on the floor. These issues were discussed with ████████

Please confirm:
- What interim controls have been put in place to gain control over this process?
- An investigation/CAPA have been opened to investigate root cause and CAPA have or will be opened to prevent recurrence.

An urgent response would be greatly appreciated.

Kind Regards,

████████

████████
Janssen Quality Lead - Vaccines

**Johnson & Johnson**

CONFIDENTIAL

O:
M:
___@its.jnj.com
http://www.jnj.com

Confidentiality Notice: This e-mail transmission is confidential and may be privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient and believe you have received this e-mail transmission in error, please reply to the sender, so that we can arrange for proper delivery, and then please delete the message from your inbox. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege. Thank you.

P Please consider the environment before printing this email

This e-mail communication (including any attachments) contains information from Emergent BioSolutions or its affiliates that is confidential and may be privileged. The information contained herein is intended only for the use of the addressee(s) named above. If you are not the intended recipient (or the agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution, use, or copying of this communication is strictly prohibited. If you have received this e-mail in error, please immediately reply to sender, delete the message and destroy all copies of it. If you have questions, please email ___@ebsi.com. Thank you.

CONFIDENTIAL