# Lead Plaintiffs' RJN Exhibit 36 (Highlighted)

**From:** Husain, Syed T. (SVP)

**To:** Lucik, Tammy (C)
**CC:** Glover, James; Oates, Mary
**Sent:** 3/31/2021 4:53:49 AM
**Subject:** Re: [External] Clarifications Questions on Interim Investigation

Hi Tammy -

Pls respond along the following lines -

Appreciate the questions, we are actively working on the investigation with Janssen, we will share the details via Janssen as we conclude the investigation.

Looping me and Tim into the email.

-Syed

Syed T. Husain
SVP & Head of CDMO Business Unit
Emergent BioSolutions

On Mar 30, 2021, at 3:43 PM, Lucik, Tammy (C) <█████@ebsi.com> wrote:

Team,

They are getting too involved and I don't want to send anything that would contradict what J&J would have sent already. Please advise on how to manage this email.

Tammy

**From:** █████ (OS/ASPR/BARDA) <█████@hhs.gov>
**Sent:** Tuesday, March 30, 2021 3:02 PM
**To:** Lucik, Tammy (C) <█████@ebsi.com>
**Cc:** █████ (OS/ASPR/BARDA) (CTR) <█████@hhs.gov>; █████ (OS/ASPR/BARDA) (CTR) <█████@hhs.gov>; █████ (OS/ASPR/BARDA) <█████@hhs.gov>; █████ (OS/ASPR/BARDA) <█████@hhs.gov>
**Subject:** [External] Clarifications Questions on Interim Investigation

Hello Tammy,
3/5/21- Notification from Leiden on potential cross- contamination or was it 3/16/21
3/12/21- PIP made discovery of shared equipment- so when was this piece equipment shared and removed- were other lots affected by this piece of equipment? Was the equipment swabbed ?  When was equipment moved or disinfected? Where was this date documented for the shared equipment?
? date on ID PCR- was the  same testing done for 8 on 6,7, 9 and 10. Can I see the test results?
? test on ID PCR for GMP# 2 (21003402)and #4(21003117)

I don't see where the investigation has dates of when activities happen? I don't see  the explanation on the elimination of , the other lots, 21003402 and 21003117.  Did they go through the same ID PCR testing after the 2nd passaging?

When there were failures in the control cells , can  I see the laboratory investigations? How does one know these

EBSI_HCOR_0023029

failures were confined to the laboratory?

Quality Branch Chief
Assistant Secretary for Preparedness and Response(ASPR)
Biomedical Advanced Research and Development Authority(BARDA)
U.S. Department of Health and Human Services(HHS)
Tip O' Neill Building
200 C Street S.W.
Washington, D.C. 20201

EBSI_HCOR_0023030