**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-PWG |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: All Actions | |

**RESUBMITTED DECLARATION OF MATTHEW L. TUCCILLO, ESQ.**
**IN SUPPORT OF LEAD PLAINTIFFS'**
**MOTION TO PARTIALLY LIFT DISCOVERY STAY**

Pursuant to 28 U.S.C. § 1746, I, MATTHEW TUCCILLO, Esq., declare as follows:

1.      I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I am a Partner at the law firm Pomerantz LLP ("Pomerantz"), counsel for Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System and Lead Counsel for the Class in the above-captioned litigation ("Action").  My office is located at 600 Third Avenue, New York, NY 10016.

3.      I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeal for the Second and Ninth Circuits, and the United States District Courts for the District of Connecticut, the Northern District of Illinois, District of Massachusetts, and Eastern and Southern Districts of New York, and Southern District of Texas.  I am admitted *pro hac vice* to practice in this District.

4.      Per guidance I received from the Court's Clerk, I submit this Resubmitted Declaration in support of Lead Plaintiffs' Motion to Partially Lift Discovery Stay (Dkt. No. 86) ("Lift-Stay Motion") to supersede my prior Declaration (Dkt. No. 88) and provide the Court with

highlighted copies of the Exhibits thereto, in accordance with the Court's Docket Order of August 2, 2022 (Dkt. No. 96).  Aside from highlighting of text, the Exhibits are otherwise the same as the set previously submitted with my prior Declaration.

5.      Submitted herewith as Exhibit 1 is a Congressional memorandum dated May 19, 2021, which is publicly available at https://coronavirus.house.gov/sites/democrats.coronavirus.house.gov/files/Staff%20Memo%20re%20Emergent%20-%20FINAL.pdf. Exhibit 1 is a true and accurate copy of the document accessed via that link.

6.      Exhibit 2, a Congressional report dated May 10, 2022, is publicly available at https://coronavirus.house.gov/sites/democrats.coronavirus.house.gov/files/Coronavirus%20Vaccine%20Manufacturing%20Failures%20of%20Emergent%20BioSolutions.pdf.  Exhibit 2 is a true and accurate copy of the document accessed via that link.

7.      Exhibit 2 hereto is the same as prior-submitted RJN Exhibit 1 (Dkt. No. 101-2), with one difference – the copy submitted herewith adds additional highlighting in the report's footnotes to emphasize the underlying cited documents that were not made publicly available, with respect to which the Lift-Stay Motion seeks relief from the PSLRA discovery stay to obtain.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 19[h] day of August, 2022.

*/s/ Matthew L. Tuccillo, Esq.*
Matthew L. Tuccillo, Esq.

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served by the Court's

CM/ECF system on counsel of record on this 19th day of August, 2022.

Dated: August 19, 2022

*/s/ Matthew L. Tuccillo, Esq.*
Matthew L. Tuccillo, Esq.