# EXHIBIT 1

United States District Court
Southern District of Texas

**ENTERED**

March 31, 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MIRIAM EDWARDS, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-4330 |
| | § | |
| MCDERMOTT INTERNATIONAL, INC., | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending before the Court is a motion to dismiss the complaint filed by Plaintiff

Nova Scotia Health Employees' Pension Plan under Federal Rule of Civil Procedure

12(b)(6). The motion (Dkt. 125) is **DENIED**. An opinion will follow.

SIGNED at Houston, Texas, this 31st day of March, 2021.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1