# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
In re:                                   :
                                         :
SILVERCORP METALS, INC. SECURITIES       :
LITIGATION                               :
-----------------------------------------x
ALAN MARSCH, Individually and on         :
Behalf of All Others Similarly           :
Situated,                                :
                                         :
        Plaintiff,                       :
                                         :
                                         :       12 Civ. 9456 (JSR)
        -v-                              :
                                         :            ORDER
RUI FENG, JIANGO "MYLES" GAO, MENG       :
"MARIA" TANG, and SILVERCORP METALS      :
INC.,                                    :
                                         :
        Defendants.                      :
-----------------------------------------x

JED S. RAKOFF, U.S.D.J.

        On December 28, 2012, plaintiff filed this class-action suit

against Silvercorp Metals, Inc., and its officers, Rui Feng, Jiango

Gao, and Meng Tang, alleging violations of Section 10(b) of the

Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §

78j(b), Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5,

and Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a). By Order

dated April 12, 2013, the Court appointed Charles A. Burnes and Dale

Hachiya as co-lead plaintiffs for the proposed class, see Order, No.

12 Civ. 9456, ECF No. 32 (S.D.N.Y. Apr. 12, 2013). On May 24, 2013,

the plaintiffs filed an amended complaint, which withdrew their

claims against Jiango Gao, but otherwise raised substantially the

same claims.

1

On June 14, 2013, defendants jointly moved to dismiss the amended complaint, and the Court heard oral argument on the motion on July 17, 2013. After carefully considering the parties' written submissions and oral argument, the Court hereby grants defendants' motion to dismiss with respect to the individual defendants, including the Section 20(a) claims, but denies the motion to dismiss with respect to Silvercorp itself.

An opinion explaining the reasons for this ruling will issue in due course, at which point the parties should jointly convene a call with Chambers to discuss scheduling further proceedings. The Clerk of the Court is hereby directed to close item number 37 on the docket of this case.

SO ORDERED.

Dated: New York, NY
August 2, 2013

JED S. RAKOFF, U.S.D.J.