# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEAMSHIP TRADE ASSOCIATION OF BALTIMORE-INTERNATIONAL LONGSHOREMAN'S ASSOCIATION PENSION FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  -v-<br><br>OLO INC., NOAH GLASS, and PETER J. BENEVIDES,<br><br>        Defendants. | 22-cv-8228 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

This is a putative class action filed by plaintiff the Steamship Trade Association of Baltimore-International Longshoreman's Association Pension Fund against defendants Olo Inc. ("Olo"), a provider of software to restaurants, and two of Olo's officers, Noah Glass and Peter J. Benevides. The complaint alleges that defendants made false and/or misleading statements about the number of restaurants that actively used Olo's services and about Olo's partnership with Subway restaurants.

On February 3, 2023, defendants moved to dismiss the complaint. Upon consideration of the parties' written submissions and oral argument, the Court hereby denies defendants' motion. An opinion explaining the reasoning for this decision will follow in due course. The parties are instructed to submit a joint proposed case management plan by no later than 5:00 PM on April 14, 2023.

The Clerk is respectfully directed to close entry number 39 on the docket of this case.

SO ORDERED.

New York, NY
April 10 , 2023

_____
JED S. RAKOFF, U.S.D.J.

2

# General Information

| | |
|---|---|
| **Case Name** | Pompano Beach Police And Firefighters Retirement System v. Olo Inc. et al |
| **Court** | U.S. District Court for the Southern District of New York |
| **Date Filed** | Mon Sep 26 00:00:00 EDT 2022 |
| **Judge(s)** | JED SAUL RAKOFF |
| **Federal Nature of Suit** | Statutes: Securities / Commodities / Exchanges [850] |
| **Docket Number** | 1:22-cv-08228 |
| **Parties** | POMPANO BEACH POLICE AND FIREFIGHTERS RETIREMENT SYSTEM; Pompano Beach Police And Firefighters Retirement System; Olo Inc.; Peter J. Benevides; Noah Glass; Steamship Trade Association-International Longshoremens Association Pension Fund; I.B.E.W. Local Union No. 357 Pension Trust Fund Plan A |

**Bloomberg Law®**

© 2023 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service