# EXHIBIT A

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: All Actions | |

### <u>AGREEMENT TO BE BOUND BY DISCOVERY CONFIDENTIALITY ORDER</u>

1.       I have been informed by counsel that certain documents or information to be disclosed to me in connection with the above-captioned Action, have been designated as confidential.

2.       I have received a copy of the Discovery Confidentiality Order, entered in this Action.  I have read the Discovery Confidentiality Order and I understand its provisions.

3.       I will comply with all of the provisions of the Discovery Confidentiality Order.  I will hold in confidence, will not disclose to anyone other than those persons specifically authorized by the Discovery Confidentiality Order, and will not use for purposes other than for this Action any information designated "Confidential" or "Confidential – Attorneys' Eyes Only" that I receive in this Action, except as otherwise permitted under the Discovery Confidentiality Order.

Date:_____       By:_____