**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**[PROPOSED] ORDER**

Upon consideration of (1) Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion"); (2) the Memorandum of Law in support thereof; (3) the Declaration of Matthew L. Tuccillo in support of the Motion and exhibits thereto; (4) all other pleadings and arguments submitted to this Court; and for good cause shown,

**IT IS HEREBY ORDERED** that:

1.      The Motion is **GRANTED**;

2.      This case is certified as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3);

3.      Lead Plaintiffs the Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighters' Retirement System are appointed as Class Representatives; and

4.      Pomerantz LLP is appointed as Class Lead Counsel and Cohen Milstein Sellers & Toll PLLC is appointed as Class Liaison Counsel pursuant to Fed. R. Civ. P. 23(g).

**IT IS SO ORDERED** on this _____ day of _____, _____.


_____
The Honorable Deborah L. Boardman
U.S. District Court Judge

{00590205;1 }