**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO:  All Actions | |

**DECLARATION OF MATTHEW L. TUCCILLO IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL**

I, Matthew L. Tuccillo, hereby declare pursuant to 28.U.S.C. § 1746 as follows:

1.      I am a partner at Pomerantz LLP.  I am a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeal for the Second and Ninth Circuits, and the United States District Courts for the District of Connecticut, the Northern District of Illinois, District of Massachusetts, and Eastern and Southern Districts of New York, and Southern District of Texas.  I am admitted *pro hac vice* to practice in this District.  My office is located at 600 Third Avenue, New York, NY 10016.

2.      I represent Lead Plaintiffs the Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighters' Retirement System in the above-captioned action, and I am an attorney admitted to practice *pro hac vice* in this Court.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify completely thereto.

3.      I submit this declaration in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

1

4.      Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Matthew D. Cain, PhD, in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

5.      Attached hereto as Exhibit B is a true and correct copy of the Declaration of Stefan Cowell in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

6.      Attached hereto as Exhibit C is a true and correct copy of the Declaration of Lynn Wenguer in support of Lead Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

7.      Attached hereto as Exhibit D is a true and correct copy of the firm resume of Pomerantz LLP.

8.      Attached hereto as Exhibit E is a true and correct copy of an excerpt from the firm resume of Cohen Milstein Sellers & Toll PLLC.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, New York on February 9, 2024.

*/s/ Matthew L. Tuccillo* _
Matthew L. Tuccillo (admitted *pro hac vice*)
POMERANTZ LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
mltuccillo@pomlaw.com