# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

**<u>DECLARATION OF STEFAN COWELL IN SUPPORT OF LEAD PLAINTIFFS'</u>**
**<u>MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS</u>**
**<u>REPRESENTATIVES AND CLASS COUNSEL</u>**

I, Stefan Cowell, declare as follows pursuant to 28 U.S.C. § 1746:

1.      The Nova Scotia Health Employees' Pension Plan ("NSHEPP") is a Lead Plaintiff in this action.  I submit this declaration in support of Lead Plaintiffs' motion for class certification.

2.      I am the Chief Executive Officer of NSHEPP, and I am fully authorized to enter into and execute this declaration on behalf of NSHEPP.

3.      As set forth in my certification attached with the First Amended Class Action Complaint (*See* ECF No. 54-1), NSHEPP purchased Emergent stock during the Class Period, and suffered damages as a result.

4.      On December 23, 2021, the Court appointed NSHEPP as one of the Lead Plaintiffs in this action. NSHEPP understands that acting as a class representative in this action involves serving as a fiduciary for the benefit of the class of investors in Emergent stock that it seeks to represent.

5.      NSHEPP has acted to protect its own and the Class's interests in this action by retaining competent counsel. NSHEPP is well aware of the extensive experience of proposed

Class Counsel Pomerantz LLP in protecting shareholder rights and class action litigation.

6.    NSHEPP has diligently pursued the effective prosecution of this action. Among other things, NSHEPP authorized the filing of the motion seeking to be appointed Lead Plaintiff and reviewed the initial complaint and the operative Complaint, the motion to dismiss briefing, and the Court's related orders and opinions.  NSHEPP has participated in discovery by serving initial disclosures and written discovery requests and responses, and is prepared to engage in further, appropriate document and deposition discovery, pursuant to the governing rules, any agreements among counsel and/or any rulings by the Court.  NSHEPP has also participated in and overseen strategic decisions and has communicated on a regular basis with counsel concerning case status, Court orders, litigation papers, and strategy, including most recently with respect to pre-trial discovery and Lead Plaintiffs' motion for class certification.

7.    NSHEPP continues to be fully committed to actively prosecuting the action in the best interest of the Class. NSHEPP continues to discharge its obligations to participate in this action by supervising this litigation and its counsel, and (to the extent necessary and appropriate) by producing responsive documents and being prepared to give testimony at deposition and at trial.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Dated this February 6th, 2024, at Dartmouth, Nova Scotia

_____
Stefan Cowell
Chief Executive Officer
Nova Scotia Health Employees' Pension Plan

2