# EXHIBIT C

## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

## DECLARATION OF LYNN WENGUER IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

I, Lynn Wenguer, declare as follows pursuant to 28 U.S.C. § 1746:

1. Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale P&F") is a Lead Plaintiff in this action. I submit this declaration in support of Lead Plaintiffs' motion for class certification.

2. I am the Plan Administrator of Fort Lauderdale P&F, and I am fully authorized to enter into and execute this declaration on behalf of Fort Lauderdale P&F.

3. As set forth in my certification attached with the First Amended Class Action Complaint (*See* ECF No. 54-2), Fort Lauderdale P&F purchased Emergent stock during the Class Period, and suffered damages as a result.

4. On December 23, 2021, the Court appointed Fort Lauderdale P&F as one of the Lead Plaintiffs in this action. Fort Lauderdale P&F understands that acting as a class representative in this action involves serving as a fiduciary for the benefit of the class of investors in Emergent stock that it seeks to represent.

5. Fort Lauderdale P&F has acted to protect its own and the Class's interests in this action by retaining competent counsel. Fort Lauderdale P&F is well aware of the extensive experience of proposed Class Counsel Pomerantz LLP in protecting shareholder rights and class

action litigation.

6.      Fort Lauderdale P&F has diligently pursued the effective prosecution of this action. Among other things, Fort Lauderdale P&F authorized the filing of the motion seeking to be appointed Lead Plaintiff and reviewed the initial complaint and the operative Complaint, the motion to dismiss briefing, and the Court's related orders and opinions.  Fort Lauderdale P&F has participated in discovery by serving initial disclosures and written discovery requests and responses, and is prepared to engage in further, appropriate document and deposition discovery, pursuant to the governing rules, any agreements among counsel and/or any rulings by the Court. Fort Lauderdale P&F has also participated in and overseen strategic decisions and has communicated on a regular basis with counsel concerning case status, Court orders, litigation papers, and strategy, including most recently with respect to pre-trial discovery and Lead Plaintiffs' motion for class certification.

7.      Fort Lauderdale P&F continues to be fully committed to actively prosecuting the action in the best interest of the Class. Fort Lauderdale P&F continues to discharge its obligations to participate in this action by supervising this litigation and its counsel, and (to the extent necessary and appropriate) by producing responsive documents, and being prepared to give testimony at deposition and at trial.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Dated this _Feb  09_ , 2024 at _9:50_, _A.M_

Lynn Wenguer
Plan Administrator
Fort Lauderdale Police & Firefighters'
Retirement System

2