**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: All Actions | |

**DEFENDANTS' STATEMENT OF NON-OPPOSITION**

Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System (the "Plaintiffs") filed a motion for class certification in the above-captioned litigation on February 9, 2024 (the "Motion").  ECF No. 165.  Defendants do not oppose whether Plaintiffs satisfy the requirements for class certification at this time.

Should the Court, however, conclude that class certification is warranted and grant the Motion, Defendants reserve all rights, including specifically to argue that:  (i) shareholders who invested after May 19, 2021 did not do so in reliance on a market price that was inflated by the alleged fraud, and (ii) any subsequent drop in Emergent's stock price was not the result of a corrective disclosure because the allegedly omitted information was already publicly known.  *See In re Health Management, Inc.*, 184 F.R.D. 40, 45 (E.D.N.Y Jan. 23, 1999) ("[I]f, as the record develops, the undisputed evidence confirms that all or part of the defendant[s'] contentions that the class period should be limited, [they] may move for appropriate relief by a motion for partial summary judgment or otherwise."); *In re Chi. Bridge & Iron Co. N.V. Sec. Litig.*, 2019 WL 5287980 at *40 (S.D.N.Y. Oct. 18, 2019) (holding that the decision to shorten a class period is

"appropriately left to trial or a motion for summary judgment").[1]  As Plaintiffs acknowledge in their brief, the Court dismissed all challenged statements dated after May 19, 2021.  Memorandum in Support of Motion at 2-3 (ECF No. 165-2).  That is because it concluded that the information Plaintiffs allege was misleadingly omitted from the public statements was already in the public domain by May 19, 2021, and thus it was not plausible that including allegedly omitted information in post-May 19, 2021 statements would have significantly altered the total mix of information made available to a reasonable investor.  Memorandum Opinion at 60-61 (ECF No. 124).

Should it be necessary, Defendants also specifically reserve their right to move at the appropriate time to exclude from the class shareholders who invested after May 19, 2021, and from the damages analysis the impact of any alleged corrective disclosures made after May 19, 2021.

Finally, Defendants reserve their rights to take further discovery from Lead Plaintiff relevant to class certification, to move pursuant to Federal Rule of Civil Procedure 23(c)(1)(C) to decertify any class or any portion of any class that the Court may certify, to disqualify Lead Plaintiff as inadequate under Federal Rule of Civil Procedure 23(a)(4), or to revise the class definition in connection with any potential settlement or otherwise, to the extent any of the foregoing is warranted by legal or factual developments that occur or that Defendants become aware of after the date of this filing.

---

[1] Should the Court prefer that the parties address these issues now, as opposed to a later stage in the litigation, including in the summary judgment stage or at trial, Defendants respectfully request permission to submit briefing on these critical issues.

Dated:   April 15, 2024                          Respectfully submitted,

                                                 */s/ Michael G. Bongiorno*

                                                 **Counsel for Defendant Emergent BioSolutions Inc.**
                                                 Michael G. Bongiorno (admitted *pro hac vice*)
                                                 WILMER  CUTLER  PICKERING  HALE  AND
                                                 DORR LLP
                                                 7 World Trade Center
                                                 250 Greenwich Street
                                                 New York, NY 10007
                                                 Telephone: (212) 230-8800
                                                 Facsimile: (212) 230-8888
                                                 michael.bongiorno@wilmerhale.com

                                                 Timothy J. Perla (admitted *pro hac vice*)
                                                 Dan Willey (admitted *pro hac vice*)
                                                 Kim A. Crowley (admitted *pro hac vice*)
                                                 WILMER  CUTLER  PICKERING  HALE  AND
                                                 DORR LLP
                                                 60 State Street
                                                 Boston, MA 02109
                                                 Telephone: (617) 526-6000
                                                 Facsimile: (617) 526-5000
                                                 Timothy.Perla@wilmerhale.com
                                                 Dan.Willey@wilmerhale.com
                                                 Kim.Crowley@wilmerhale.com

                                                 **Counsel for Defendant Robert G. Kramer, Sr.**
                                                 Kirby Behre
                                                 Margot Laporte (admitted *pro hac vice*)
                                                 MILLER & CHEVALIER
                                                 900 16th Street NW
                                                 Washington, DC 20006
                                                 Telephone: (202) 626-5800
                                                 Facsimile: (202) 626-5801
                                                 kbehre@milchev.com
                                                 mlaporte@milchev.com

                                                 **Counsel for Defendant Syed T. Husain**
                                                 Veronica E. Callahan (admitted *pro hac vice*)
                                                 ARNOLD & PORTER KAYE SCHOLER LLP
                                                 250 West 55th Street
                                                 New York, NY 10019
                                                 Telephone: (212) 836-8000
                                                 Facsimile: (212) 836-8689

                                                 -3-

veronica.callahan@arnoldporter.com

Stephanna F. Szotkowski (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
stephanna.szotkowski@arnoldporter.com

Chasity Fair (admitted *pro hac vice*)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
chasity.fair@arnoldporter.com

***Counsel for Defendants Emergent BioSolutions Inc., Robert G. Kramer, Sr., and Syed T. Husain***
William M. Krulak, Jr. (Fed. Bar No. 26452)
Ariana K. DeJan-Lenoir (Fed. Bar No. 20522)
MILES & STOCKBRIDGE PC
100 Light St.
Baltimore, MD 21202
Telephone: (410) 385-3448
Facsimile: (410) 698-4501
wkrulak@milesstockbridge.com
adejanlenoir@milesstockbridge.com