**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: All Actions | |

**JOINT STIPULATION AND ORDER EXTENDING DEADLINE FOR SUBSTANTIAL COMPLETION OF DOCUMENT DISCOVERY**

Lead Plaintiffs and Defendants (the "Parties") in the above-captioned action, by and through their undersigned counsel of record, in light of an agreement in principle to settle this litigation, respectfully submit this stipulation to seek a stay of all litigation deadlines, except as set forth below, and state as follows:

WHEREAS, the Parties' document discovery efforts began with the service of initial requests on November, 15, 2023 and responses and objections thereto on December 19, 2023;

WHEREAS, in response to those initial requests, the Parties have made productions of documents, consisting primarily of Defendants' prior productions to various governmental bodies, including follow up productions, and Lead Plaintiffs' productions of certain investment management documents;

WHEREAS, Lead Plaintiffs have served subpoenas on over a half-dozen third parties, including AstraZeneca and Johnson & Johnson, leading to ongoing meet and confer discussions and document productions;

WHEREAS, on April 1, 2024, after a partial review of party and non-party documents received to date, Lead Plaintiffs served additional discovery requests on Defendants, including second document requests;

WHEREAS, the Parties made progress toward completing their productions in response to one another's initial requests, including more recent work by Defendants to reevaluate redactions in materials previously produced to the government and to make ongoing supplemental productions and one Lead Plaintiff's production of emails and attachments resulting from collection, search, review, and production of from pertinent email custodians;

WHEREAS, the Parties have balanced their intent to meet and confer further regarding outstanding discovery issues, including additional productions to be made under the prior-served requests and in particular Lead Plaintiffs' second requests as well as the second Lead Plaintiff's email and attachment production, with their continuous good-faith efforts to reach a global resolution of this litigation as described below;

WHEREAS, the Court granted Lead Plaintiffs' class certification motion on June 18, 2024 (ECF 178);

WHEREAS, before and since, the Parties have devoted substantial time and efforts towards a potential global resolution of this litigation, including by attending an in-person mediation on February 13, 2024, participating in a follow-up session over Zoom on February 22, 2024, and thereafter continuing to discuss a potential resolution, primarily through regular, often weekly telephonic communications, including additional conversations with the mediator;

WHEREAS, the Court previously extended the deadline to substantially complete party document productions three times, moving it from May 2, 2024 (ECF 159 at 1) to June 10, 2024 (ECF 171) to July 24, 2024 (ECF 176) to August 26, 204 (ECF 182), and thereafter the Parties have continued their efforts to advance both discovery and resolution negotiations in good faith as described above;

WHEREAS, the Parties' resolution efforts have recently achieved an agreement in principle to settle this litigation, with an intent to present the proposed settlement to the Court for preliminary approval by September 12, 2024;

THEREFORE, the Parties jointly stipulate, subject to approval of the Court, as follows:

1.  The Parties shall present the proposed settlement to the Court by September 12, 2024, for its preliminary approval determination.

2.  The August 26, 2024 extended deadline to substantially complete party document production and all other deadlines in §I of the Court's Scheduling Order of November 21, 2023 (ECF No. 159) are hereby stayed pending the Court's final decision on the proposed settlement.

**IT IS SO STIPULATED AND ORDERED.**

DATED: August    27,    2024

_____
THE HONORABLE DEBORAH L. BOARDMAN
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2024                          **POMERANTZ LLP**

/s/ Matthew L. Tuccillo

Matthew L. Tuccillo (admitted *pro hac vice*)
Jeremy A. Lieberman (admitted *pro hac vice*)
Jennifer Banner Sobers (admitted *pro hac vice*)
Zachary Denver (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
jalieberman@pomlaw.com
mltuccillo@pomlaw.com
jbsobers@pomlaw.com
zdenver@pomlaw.com

3

**POMERANTZ LLP**
Jennifer Pafiti (admitted *pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Tel.: (310) 405-7190
jpafiti@pomlaw.com

***Lead Counsel for Lead Plaintiffs and the Class***

4

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Steven J. Toll*

Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch (admitted *pro hac vice*)
Brendan Schneiderman (admitted *pro hac vice*)
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com
bschneiderman@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**

*/s/ Robert D. Klausner*

Robert D. Klausner
Stuart Kaufman
(*pro hac vice* applications forthcoming)
7080 NW 4th Street
Plantation, Florida 33317
Tel.: (954) 916-1202
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for City of Fort Lauderdale Police & Firefighter's Retirement System*

5

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Dan Willey*

Michael G. Bongiorno (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Michael.Bongiorno@wilmerhale.com

Timothy J. Perla (admitted *pro hac vice*)
Dan Willey (admitted *pro hac vice*)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Timothy.Perla@wilmerhale.com
Dan.Willey@wilmerhale.com

***Counsel for Defendant Emergent BioSolutions Inc.***

**MILLER & CHEVALIER CHARTERED**

*/s/ Kirby Behre*

Kirby Behre
900 16th Street NW
Washington, DC 20006
Telephone: (202) 626-5861
Facsimile: (202) 626-5801
kbehre@milchev.com

***Counsel for Defendant Robert G. Kramer, Sr.***

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Veronica E. Callahan*

Veronica E. Callahan (admitted *pro hac vice*)
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Veronica.callahan@arnoldporter.com

Stephanna F. Szotkowski (admitted *pro hac vice*)
70 West Madison Street, Ste. 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Stephanna.szotkowski@arnoldporter.com

Chasity A. Fair (admitted *pro hac vice*)
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Chasity.fair@arnoldporter.com

***Counsel for Defendant Syed T. Husain***

**MILES & STOCKBRIDGE P.C.**

*/s/ William M. Krulak Jr.*

William M. Krulak, Jr. (Fed. Bar No. 26452)
Ariana K. DeJan-Lenoir (Fed. Bar No. 20522)
100 Light Street
Baltimore, Maryland 21202
Telephone: (410) 385-3448
Facsimile: (410) 698-4501
wkrulak@milesstockbridge.com
adejanlenoir@milesstockbridge.com

***Counsel for Defendants Emergent BioSolutions Inc., Robert G. Kramer, Sr., and Syed T. Husain***

7