**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

**DECLARATION OF MATTHEW L. TUCCILLO IN SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF <u>SETTLEMENT AND APPROVAL OF NOTICE TO THE SETTLEMENT CLASS</u>**

I, Matthew L. Tuccillo, hereby declare as follows:

1.      I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I am a partner of the law firm of Pomerantz LLP, Lead Counsel for Lead Plaintiffs the Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System.  My office is located at 600 Third Avenue, New York, NY 10016.

3.      I am admitted *pro hac vice* to appear before this Court in this action.  I am also a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeals for the Second, Fifth, and Ninth Circuits, and the United States District Courts for the District of Connecticut, the Northern District of Illinois, the District of Massachusetts, the Eastern and Southern Districts of New York, the Eastern District of Wisconsin, and the Southern District of Texas.

4.      I submit this Declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class filed herewith.

5.      Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement (the "Stipulation"), dated September 12, 2024.  Attached as Exhibits to the Stipulation are the following documents:

> (a)      Exhibit A to the Stipulation: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice;
>
> (b)      Exhibit B1 to the Stipulation: Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing (Long-Form Notice);

(c)     Exhibit B2 to the Stipulation: Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing (Short-Form Notice);

(d)     Exhibit C to the Stipulation: Notice of Pendency and Proposed Settlement of Class Action;

(e)     Exhibit D to the Stipulation: Proof of Claim and Release Form;

(f)     Exhibit E to the Stipulation: [Proposed] Order and Final Judgment.

6.     Attached hereto as Exhibit 2 is a true and correct copy of Laarni T. Bulan and Laura E. Simmons, *Securities Class Action Settlements – 2023 Review and Analysis*, Cornerstone Research 2024.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Fairfield, Connecticut on September 12, 2024.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo