# EXHIBIT B2

EXHIBIT B2

Emergent BioSolutions Inc. Sec. Settlement
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

**Court-Ordered Legal Notice**
**Forwarding Service Requested**

*Important Notice about a Securities*
*Class Action Settlement*

*You may be entitled to a payment.*
*This Notice may affect your legal*
*rights.*

*Please read it carefully.*

Case No. 8:21-cv-00955-DLB (D. Md.)
Case Pending in U.S. District Court for District of Maryland

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*In re Emergent BioSolutions Inc. Sec. Litig.,* Case No. 8:21-cv-00955-DLB (D. Md.)
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*VISIT www.strategicclaims.net/emergent OR CALL (866) 274-4004 FOR MORE INFORMATION.*

**If you purchased or otherwise acquired the common stock of Emergent BioSolutions Inc. ("Emergent") (NYSE: EBS) between March 10, 2020 and November 4, 2021, both dates inclusive, you could be entitled to a payment from a proposed settlement ("Settlement") reached in this action ("Action").  Your rights may be affected by this Action and the Settlement.** A hearing will be held on _____, 2025 at __:00 a.m. before the Honorable Deborah L. Boardman, at the United States District Court for the District of Maryland, 6500 Cherrywood Lane, Suite 445, Greenbelt, MD 20770 to determine: whether the proposed Settlement of the Action against Defendants Emergent, Robert G. Kramer, Sr., Syed T. Husain, and former Defendant Richard S. Lindahl ("Settling Defendants") for forty million dollars ($40,000,000.00) and the Plan of Allocation should be approved as fair, reasonable and adequate and whether the Action should be dismissed with prejudice against the Settling Defendants, as set forth in the Stipulation of Settlement ("Stipulation") filed with the Court; whether Lead Counsel's application for an award of attorneys' fees of 30%, plus interest, and expenses not to exceed five hundred thousand dollars ($500,000), plus interest, should be granted; and whether Lead Plaintiffs' request for reimbursement of eighty thousand dollars ($80,000) in the aggregate for their time and expenses incurred in representing the Settlement Class should be granted.

The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the U.S. federal securities laws, Settling Defendants made material misrepresentations and omissions, with scienter, concerning Emergent's business operations, reported results, and internal controls concerning Emergent's COVID-19 manufacturing. Settling Defendants deny the allegations. For a full description of the Settlement and your rights and to make a claim, you may obtain the Stipulation, long-form Notice of Proposed Settlement of Class Action, and the Proof of Claim and Release Form ("Proof of Claim") by visiting the website: www.strategicclaims.net/emergent (the "Website") or you may request copies from the Claims Administrator by: (1) mail: Emergent BioSolutions Inc. Securities Settlement, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; or (2) call toll-free: (866) 274-4004.

To qualify for payment, you must submit a valid Proof of Claim, with supporting documentation, received no later than _____, 2025.  You will be bound by any Judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, received no later than _____, 2025. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to the Settlement, Plan of Allocation, request for award of attorneys' fees and expenses, or Lead Plaintiffs' request for awards no later than _____, 2025. The long-form Notice and the settlement website explain how to exclude yourself or to object.

Lead Plaintiffs and the Settlement Class are represented by Lead Counsel: Matthew L Tuccillo, Pomerantz LLP, 600 Third Ave., 20th Floor, New York, NY 10016, (212) 661-1100.  You may, but do not have to, attend the Court hearing and be heard.