# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

<u>**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**</u>

**TO:    ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF EMERGENT BIOSOLUTIONS INC. ("EMERGENT") (NYSE: EBS) BETWEEN MARCH 10, 2020 AND NOVEMBER 4, 2021, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Maryland, that a hearing will be held on _____, 2025, at __:__ _.m. before the Honorable Deborah L. Boardman, United States District Judge, at the courthouse for the United States District Court, District of Maryland, 6500 Cherrywood Lane, Suite 445, Greenbelt, MD 20770 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action for consideration in the amount of forty million dollars ($40,000,000.00) should be approved by the Court as fair, reasonable, and adequate; (2) whether the Plan of Allocation is fair and reasonable, and should be approved; (3) whether Lead Counsel's application for an award of attorneys' fees of up to thirty percent (30%), and reimbursement of out-of-pocket expenses of not more than five hundred thousand dollars ($500,000) plus interest on such fees and expenses, and a compensatory award for Lead Plaintiffs of not more than eighty thousand dollars ($80,000) total, all to be paid from the Settlement Fund, should be approved; and (4) whether this Action should be dismissed with prejudice against the Settling Defendants as set forth in the Stipulation of Settlement dated September 12, 2024 (the "Stipulation") filed with the Court.

You are receiving this Notice because the Court has certified a class of investors for settlement purposes only ("Settlement Class") and you may be a member of the Settlement Class ("Settlement Class Member"). The proposed Settlement Class will consist of all Persons who purchased, or otherwise acquired, the common stock of Emergent (NYSE: EBS) during the Settlement Class Period. Excluded from the Settlement Class are Settling Defendants; members of their immediate families and their affiliates; any entity in which Settling Defendants had a controlling or partnership interest during the Settlement Class Period; any person serving as an Officer or director of Emergent during the Settlement Class Period; the judges presiding over the Action and the

1

immediate family members of such judges; and the successors, heirs, and assigns of any excluded person.

If you purchased or acquired Emergent common stock during the Settlement Class Period, your rights may be affected by this Action and the Settlement thereof, including the release and extinguishment of claims you may possess relating to your ownership interest in Emergent common stock. If you have not received a more-detailed, long-form Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing ("Notice") and the Proof of Claim and Release Form, you may obtain copies of these documents and the Stipulation by downloading them at the Claims Administrator's website at: www.strategicclaims.net/emergent. If you are unable to do so, you may contact the Claims Administrator to obtain copies:

Emergent BioSolutions Inc. Securities Settlement
Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
(866) 274-4004

The case has been litigated since April 19, 2021. Lead Plaintiffs allege that, in violation of the U.S. federal securities laws, Settling Defendants made material misrepresentations and omissions, with scienter, concerning Emergent's business operations, reported results, and internal controls causing Emergent's common stock price to be inflated during the Settlement Class Period. Lead Plaintiffs further allege that revelation of Settling Defendants' fraud caused statistically significant stock declines, thereby injuring Lead Plaintiffs and the Settlement Class of investors. Settling Defendants have denied and continue to deny these allegations, deny that they committed any act or omission giving rise to any liability or violation of the law, and believe that the claims are without merit. The Settlement will resolve the lawsuit and the Released Claims as to the Settling Defendants, Released Defendant Parties, and other Released Parties. Lead Plaintiffs and the Settlement Class are represented by Lead Counsel who may be reached by contacting: Matthew L. Tuccillo or Jennifer B. Sobers, Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, NY 10016, (212) 661-1100.

If you are a Settlement Class Member, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release Form received no later than _____, 2025, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any Judgment rendered in the Action whether or not you make a claim.

If you want to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion, in accordance with the procedures set forth in the long-form Notice, so that it is received no later than _____, 2025. If you decide to exclude yourself from the Settlement Class and wish to file your own individual lawsuit based on the Released Settlement

2

Class Claims, Settling Defendants and Released Defendant Parties may argue that you face a time bar under applicable statutes of limitation or repose, risks that you should discuss with an appropriate legal advisor. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any Judgment entered in the Action pursuant to the Settlement Stipulation.

If you are a Settlement Class Member and do not exclude yourself, you can object to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and compensatory award to Lead Plaintiffs in the manner and form explained in the detailed Notice and received no later than _____, 2025.

Any questions regarding the Settlement should be directed to Lead Counsel for the Settlement Class.

**PLEASE DO NOT CONTACT THE COURT, THE CLERK'S OFFICE, THE SETTLING DEFENDANTS, OR SETTLING DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

Dated: _____     BY ORDER OF THE COURT
                                    UNITED STATES DISTRICT COURT
                                    DISTRICT OF MARYLAND

3