# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

## <u>PROOF OF CLAIM AND RELEASE FORM</u>

### A. <u>GENERAL INSTRUCTIONS & INFORMATION</u>

1.    You are urged to read carefully the accompanying Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing (the "Notice").

2.    To file a claim and recover under the Settlement of this Action, you must submit this Proof of Claim and Release Form (the "Proof of Claim").  However, such filing is not a guarantee that you will share in the proceeds of the Settlement in the Action.

**3.    Your completed and signed Proof of Claim must be received on or before _____, 2025, addressed to the Claims Administrator at:**

Emergent BioSolutions Inc. Securities Settlement
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
(866) 274-4004

4.    If you are a member of the Settlement Class and you do not timely request exclusion, you will be bound by the terms of any judgment entered in the Action.

5.    If you are **not** a member of the Settlement Class, **do not** submit a Proof of Claim.

**6.    For help completing this Proof of Claim, please contact the Claims Administrator.**

### B. <u>INSTRUCTIONS FOR FILLING OUT THE PROOF OF CLAIM FORM</u>

**Important additional information regarding the Settlement and this Proof of Claim is contained in the accompanying Notice.  Please refer to the Plan of Allocation set forth in the accompanying Notice for a detailed explanation of how a Claimant's Recognized Loss will be calculated.**

1.    To be eligible to participate in the distribution of the Net Settlement Fund, a claimant ("Claimant") must have purchased, or otherwise acquired, the common stock of Emergent BioSolutions Inc. ("Emergent") (NYSE: EBS) between March 10, 2020 and November 4, 2021, both dates inclusive (the "Settlement Class Period").  However, because the PSLRA provides for a "90-Day Lookback Period" (described in the Plan of Allocation set forth in the Notice), you must provide documentation related to

your purchases and sales of Emergent common stock during the period from March 10, 2020, through and including February 2, 2022, in order for the Claims Administrator to calculate your Recognized Loss amount under the Plan of Allocation and process your claim.

2.    The submission of a Proof of Claim does not ensure that your claim will be upheld or that you will share in any recovery. All claims are subject to verification and investigation. You may be requested to provide further information.

3.    All claims must be made by persons or entities who were beneficial owners (as opposed to record holders or nominees) of shares of Emergent common stock.  (Brokerage firms, banks and other nominees are requested to transmit copies of the Notice and this Proof of Claim to their present or former customers who were such beneficial owners).  If the Emergent common stock was owned jointly, all joint owners must complete and sign the Proof of Claim.

4.    Executors, administrators, guardians, conservators and trustees may complete and sign the Proof of Claim on behalf of persons or entities represented by them, but they must identify such persons or entities and provide proof of their authority (*e.g.,* powers of attorney or currently effective letters testamentary or letters of administration) to do so.

5.    You must file a separate Proof of Claim for each differently named account or ownership, such as an individual account, an IRA account, a joint account, or a custodial account, etc.  Joint tenants, co-owners, or custodians of accounts under the UGMA should file a single claim.  Claimants who file one or more claims (*e.g.,* one in Claimant's name and one for an IRA or joint ownership) must identify the other claims filed.

6.    The date of purchase and/or sale of shares of Emergent common stock is the "trade" date and not the "settlement" date.

7.    The first-in, first-out basis ("FIFO") will be applied to both purchases and sales.

8.    Exercise of option contracts will be considered to be purchases or sales of stock.  The purchase/sale date of the common stock shall be the exercise date of the option and the purchase/sale price of the common stock shall be the strike price of the option..

9.    The date of covering a "short sale" is deemed to be the date of purchase of Emergent common stock; and the date of a "share sale" is deemed to be the date of sale of Emergent common stock. Common stock originally sold short will have a Recognized Loss of zero.

10. No cash payment will be made on a claim where the potential distribution is less than ten dollars ($10.00).

11. You must attach to your claim form **copies** of brokerage confirmations, monthly statements or other documentation of your transactions in Emergent common stock for your claim to be valid.  If such documents are not available, a complete list of acceptable supporting documentation can be found on the Claims Administrator's website: www.strategicclaims.net/emergent.  Failure to provide this documentation could delay verification of your claim or could result in rejection of your claim.

12. If your trading activity during the Settlement Class Period exceeds 50 transactions, you must provide all purchase and sale information required in the Schedule of Transactions in an electronic file. For a copy of instructions and the parameters concerning an electronic submission, contact the Claims Administrator by phone: (866) 274-4004; by email: info@strategicclaims.net; or via the website:www.strategicclaims.net/emergent.

13. If you have questions or need additional Proofs of Claim, contact the Claims Administrator via the information in the preceding paragraph.  You may make photocopies of this form.

*Emergent BioSolutions Inc. Sec. Litig.*

**PROOF OF CLAIM**

*The Claims Administrator must receive this form no later than _____, 2025.*

**C. CLAIMANT IDENTIFICATION** *(Please Type or Print)*

_____

Beneficial Owner's Name *(as it appears on your brokerage statement)*

_____

Joint Beneficial Owner's Name *(as it appears on your brokerage statement)*

_____

Street Address

_____       _____   _____

City                                                                            State                            Zip Code

_____       _____

Foreign Province / Country                                     Social Security or Taxpayer Identification Number

Specify <u>one</u> of the following:

□ Individual(s)          □ Corporation          □ UGMA Custodian          □ IRA

□ Partnership          □ Estate          □ Trust          □ Other: _____

_____   _____ (Day) _____ _____ (Evening)

Area Code       Telephone Number                            Area Code         Telephone Number

_____       _____

Facsimile Number                                                 E-Mail Address

_____

Record Owner's Name and Address *(if different from beneficial owner listed above)*

_____

3

**D. SCHEDULE OF TRANSACTIONS IN EMERGENT COMMON STOCK**

_____     _____
Name                                                                Social Security or Taxpayer Identification Number

1.  State the total number of Emergent common shares owned at the close of trading on March 9, 2020, long or short *(if none, enter "0"; if other than zero, must be documented):*

2.  Separately list each and every **purchase** of Emergent common stock during the period March 10, 2020 **through** November 4, 2021, inclusive, and provide the following information *(must be documented):*

| Purchase Date *(list chronologically)* Month/Day/Year | Number of Common Shares Purchased | Price Per Share *(excluding commissions, taxes, and other fees)* | Total Purchase Price *(excluding commissions, taxes, and other fees)* |
|---|---|---|---|
| ____ / ____ / ____ | | $ | $ |
| ____ / ____ / ____ | | $ | $ |
| ____ / ____ / ____ | | $ | $ |
| ____ / ____ / ____ | | $ | $ |

3.  State the total number of Emergent common shares **purchased** during the period November 5, 2021 **through** February 2, 2022, inclusive *(if none, enter "0"; if other than zero, must be documented):*

4.  Separately list each and every **sale** of Emergent common stock during the period March 10, 2020 **through** February 2, 2022, inclusive, and provide the following information *(must be documented):*

| Sale Date *(list chronologically)* Month/Day/Year | Number of Common Shares Sold | Price Per Share *(excluding commissions, taxes, and other fees)* | Total Sale Price *(excluding commissions, taxes, and other fees)* |
|---|---|---|---|
| ____ / ____ / ____ | | $ | $ |
| ____ / ____ / ____ | | $ | $ |
| ____ / ____ / ____ | | $ | $ |
| ____ / ____ / ____ | | $ | $ |

5.  State the total number of Emergent shares owned at the close of trading on February 2, 2022, long or short *(if none, enter "0"; if other than zero, must be documented):*

**If you need additional space, attach the required information on separate, numbered sheets in the same format as above and print your name and Social Security or Taxpayer Identification number at the top of each additional sheet.**

### YOU MUST ALSO READ THE RELEASE AND SIGN THE CERTIFICATION OR THE W-8 CERTIFICATION BELOW

**E. SUBMISSION TO JURISDICTION OF THE COURT**

   By submitting this Proof of Claim Form and Release, I/we, and every Settlement Class Member I/we represent, submit to the jurisdiction of the United States District Court for the District of Maryland for purposes of this Action and the Settlement of the Action, as reflected in the Stipulation of Settlement (the "Stipulation"). I/We further agree to be bound by the orders of the Court, agree that this Proof of Claim Form, my/our status or the status of the Settlement Class member I/we represent as a Claimant, and the allowable amount of this claim will be subject to review and further inquiry, and that I/we will furnish such additional documentation with respect to this Proof of Claim as may be required.

**F. RELEASE**

   1.   By signing this Proof of Claim and Release Form, and in consideration of the establishment of the Settlement Consideration, as of the effective date thereof, the undersigned claimant ("Claimant") on behalf of himself/herself/itself, his/her/its successors, heirs, executors, administrators, and assigns, hereby releases and forever discharges (a) Defendant Emergent, (b) Defendant Robert G. Kramer, Sr., (c) Defendant Syed T. Husain, (d) former Defendant Richard S. Lindahl (e) all other current and former executive Officers and directors of Emergent, (f) all other employees of Emergent, and (g) any past, present, or future affiliates, divisions, joint ventures, assigns, assignees, assignors, direct or indirect parents or subsidiaries, shareholders, controlling shareholders, successors, predecessors, parent corporations, sister corporations, subsidiaries, affiliates, principals, legatees, devisees, spouses, receivers, settlors, and entities in which a Defendant has a controlling interest, and each of their past, present, or future Officers, directors, agents, employees, independent contractors, servants, partners, partnerships, members, attorneys, controlling shareholders, advisors, financial or investment advisors, auditors, accountants, insurers (including reinsurers and co-insurers) and immediate family members, and the legal or personal representatives, heirs, trusts, trustees, executors, estates, administrators, beneficiaries, successors-in-interest, or assigns of any of the foregoing (altogether the "Released Defendant Parties") from any and all claims and causes of action of every nature and description, including both known claims and Unknown Claims, asserted or unasserted, class or individual in nature, mature or not mature, liquidated or unliquidated, accrued or not accrued, whether arising under any federal, state, local, administrative, statutory, common or foreign law, or any other law, or rule or regulation, at law or in equity that Lead Plaintiffs, Lead Counsel, other Plaintiffs' counsel, or any Settlement Class Member (the "Released Plaintiff Parties"): (i) directly or indirectly in the FAC; (ii) could have been or in the future might be asserted in any court or forum that arise out of, are based on, or relate to the allegations, transactions, facts, events, matters, occurrences, representations, statements, acts, disclosures, or omissions set forth in the FAC; and (iii) that arise out of, are based on, or relate to, the purchase, acquisition, sale, or disposition of shares of Emergent common stock on the New York Stock Exchange (NYSE: EBS) during the Settlement Class Period (the "Released Settlement Class Claims").

   2.   Conversely, Settling Defendants and the other Released Defendant Parties, hereby fully, finally, and forever release, relinquish, and discharge any and all claims and causes of action of every nature and description, whether known or Unknown Claims, whether asserted or unasserted, that the Settling

5

Defendants or the other Released Defendant Parties could have raised in the Action against the Lead Plaintiffs, Lead Counsel or other Released Plaintiff Parties, whether arising under state, federal, local, common, statutory, administrative or foreign law, or any other law, rule or regulation, at law or in equity, whether class or individual in nature, whether accrued or unaccrued, whether liquidated or unliquidated, whether matured or unmatured, which arise out of or relate to the commencement, prosecution or settlement of the Action (except for any derivative claims concerning the facts alleged in the FAC, and claims to enforce the Settlement) and claims for violations of Fed. R. Civ. P. 11 or any other fee or cost-shifting claim (the "Released Defendant Claims").

3.    For purposes of these release provisions, "Unknown Claims" means and includes (i) any and all Released Settlement Class Claims that Lead Plaintiffs, Released Plaintiff Parties, or any Settlement Class Member do not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties which, if known by him, her or it, might have affected his, her or its decision(s) with respect to the Settlement; and (ii) any and all Released Defendant Claims that any Settling Defendant or other Released Party does not know or suspect to exist in his, her, or its favor, which if known by him, her, or it might have affected his, her, or its decision(s) with respect to the Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, the Released Parties shall be deemed to have, and by operation of the Judgment, shall have, to the fullest extent permitted by law, expressly waived and relinquished, the provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides:  "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."  The Parties acknowledge, and Settlement Class Members and the other Released Parties by operation of law shall be deemed to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Settlement Class Claims and Released Defendant Claims was separately bargained for and a material element of the Settlement.

## G. REPRESENTATIONS

I/We acknowledge that I/we have read the Notice, and that pursuant thereto I/we file this claim to participate in the Settlement.

I/We hereby warrant and represent that neither I/we, nor any person I/we represent, is a Settling Defendant (as defined in the Notice) with respect to any of the claims asserted in the Action, a member of the immediate family of any of the Settling Defendants, or anyone excluded from the Settlement Class as it is defined in the Stipulation, or a person or entity who has requested exclusion from the Settlement Class.

I/We hereby warrant and represent that I am/we are authorized to execute and deliver this Proof of Claim and Release Form.

## H. CERTIFICATION

I/We certify that I am/we are not subject to backup withholding. **(If you have been notified by the IRS that you are subject to backup withholding, strike out the previous sentence.).**

**I/We certify that I/we purchased Emergent common stock listed in the above Schedule during the period between March 10, 2020 and November 4, 2021, both dates inclusive.**

I/We declare and affirm under penalties of perjury that the foregoing information and the documents attached hereto, including the Social Security or Taxpayer Identification Number shown on this Proof of Claim, are true, correct and complete to the best of my/our knowledge, information and belief, and that this Proof of Claim was executed this _____ day of _____, 2024  in:

_____

(City)                                    (State/Country)

6

_____  
Signature of Claimant

_____  
Signature of Joint Claimant, if any

_____  
(Print your name here)

_____  
(Print your name here)

_____  
Signature of Person signing on behalf of Claimant

_____  
(Print your name here)

_____  
Capacity of person signing on behalf of Claimant, if other than an individual, (Executor, President, Custodian, etc.)

**SUBSTITUTE FORM W-8:** IF YOU ARE NOT A RESIDENT OR CITIZEN OF THE UNITED STATES, COMPLETE THE FOLLOWING:

Permanent residence (principal office if a corporation)

If your claim is connected with a trade or business conducted in the U.S., please provide the name and address of your U.S. business, the type of business, and the Federal Tax Identification Number of the U.S. business.

_____  
Name of U.S. Business

_____  
Address of U.S. Business

_____    _____  
Type of Business                                Tax Identification Number

   **W-8 Certification:** Under the penalties of perjury, I certify that the information provided above is true, correct and complete.

   Signature(s) _____    Date: _____

               _____    Date: _____

7

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT**
**AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.**

**Reminder Checklist:**

1.  Remember to sign the above Release and Certification (or W-8 Certification).

2.  Remember to attach only **copies** of acceptable supporting documentation, a complete list of which can be found on the Claims Administrator's website at www.strategicclaims.net/emergent.

3.  Do not send originals of stock certificates.

4.  Keep copies of the completed claim form and documentation for your own records.

5.  If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested, or its equivalent. **You will bear all risks of delay or non-delivery of your claim.**

6.  If your address changes in the future, or if these documents were sent to an old or incorrect address, please send us **written** notification of your new address.

If you have questions or concerns regarding your claim, please contact the Claims Administrator at:

Emergent BioSolutions Inc. Securities Settlement
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

8