**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

**CONSENT MOTION TO MODIFY ORDER PRELIMINARILY
APPROVING SETTLEMENT AND PROVIDING FOR NOTICE**

Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighters' Retirement System  respectfully request that the Court slightly modify its Order Preliminarily Approving Settlement and Providing For Notice (ECF 187) ("Preliminary Approval Order") to clarify that the notice program will include mailing only the Court-approved short-form notice to Settlement Class Members in the form set forth in Stipulation of Settlement Exhibit B2 (ECF 185-6), which directs Settlement Class members to the Claims Administrator's website for access to the long-form notice (Exhibit B1) and Proof of Claim and Release Form (Exhibit D) ("Proof of Claim"), as opposed to mailing both the short-form notice and Proof of Claim, as provided in the Preliminary Approval Order.  In support, Lead Plaintiffs state as follows:

1.      On October 4, 2024, the Court entered the Preliminary Approval Order, granting Lead Plaintiffs' preliminary approval motion (ECF 185).

2.      During discussions with the Claims Administrator, Lead Counsel became aware that the Preliminary Approval Order, as submitted to the Court, inadevertently directs that both the short-form notice and Proof of Claim be mailed to Settlement Class Members by the Claims

1

Administrator or brokers / nominees.  *See* Preliminary Approval Order, ¶¶4(b), 5.  However, that language is counter to the text of the Court-approved short-form notice (ECF 185-6) itself, which directs recipients to the Claims Administrator's website to obtain the Proof of Claim and other Settlement documents and provides the Claims Administrator's contact information should hard copies be desired by any given recipient.  It is also counter to the short-form notice's cost-reduction benefit by reducing postage expenditures to reach the same number of Settlement Class members.  In sum, mailing the lengthy Proof of Claim with the Court-approved short-form notice would likely confuse recipients while greatly increasing postage costs.

3.      For these reasons, Lead Counsel and the Claims Administrator believe the better approach is to mail just the Court-approved short-form notice, as was the original intent.  Lead Counsel apologizes to the Court for the scrivener's errors in the proposed preliminary approval order submitted as part of the Stipulation of Settlement and preliminay approval motion package.

4.      Submitted as Exhibit A to the accompanying declaration is a proposed amended preliminary approval order clarifying that just the short-form notice will be mailed and, should the Court agree, adding language that would permit Lead Counsel to make any other conforming changes in the notice documents as might be observed during the effectuation of the notice program without having to recontact and burden the Court further.  Submitted as Exhibit B is a redline showing these minimal changes against the Preliminary Approval Order entered.

5.      Accordingly, Lead Plaintiffs respectfully request that the Court enter the accompanying revised preliminary approval order (Exhibit A).

6.      Lead Counsel conferred with Defendants' counsel, who consent to the relief requested.

DATED: October 11, 2024

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo (admitted *pro hac vice*)
Jeremy A. Lieberman (admitted *pro hac vice*)
Jennifer Banner Sobers (admitted *pro hac vice*)
Zachary Denver (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: mltuccillo@pomlaw.com
jalieberman@pomlaw.com
jbsobers@pomlaw.com
zdenver@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (admitted *pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman (*pro hac vice* applications forthcoming)
7080 NW 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
Email: bob@robertdklausner.com
stu@robertdklausner.com
*Additional Counsel for City of Fort Lauderdale Police & Firefighter's Retirement System*

3

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
(*pro hac vice* applications forthcoming)
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 11, 2024, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Matthew L. Tuccillo*
Matthew L. Tuccillo