**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: All Actions | |

**DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN SUPPORT OF CONSENT MOTION TO MODIFY ORDER PRELIMINARILY <u>APPROVING SETTLEMENT AND PROVIDING FOR NOTICE</u>**

I, Matthew L. Tuccillo, Esq., hereby declare as follows:

1.      I am over twenty-one years of age, and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration.

2.      I am a Partner of the law firm of Pomerantz LLP, Lead Counsel for Lead Plaintiffs Nova Scotia Health Employees' Pension Plan and City of Fort Lauderdale Police & Firefighter's Retirement System.  My office is located at 600 Third Avenue, New York, NY 10016.

3.      I am admitted *pro hac vice* to appear before this Court in this action.  I am also a member in good standing of the Bars of the States of Connecticut and New York and the Commonwealth of Massachusetts, the United States Supreme Court, the United States Circuit Courts of Appeals for the Second, Fifth, and Ninth Circuits, and the United States District Courts for the District of Connecticut, the Northern District of Illinois, the District of Massachusetts, the Eastern and Southern Districts of New York, the Eastern District of Wisconsin, and the Southern District of Texas.

1

4.      I submit this Declaration in support of Lead Plaintiffs' Consent Motion to Modify the Order Preliminarily Approving Settlement and Providing for Notice, filed herewith.

5.      Attached hereto as Exhibit A is a true and correct copy of the [Proposed] Amended Order Preliminarily Approving Settlement and Providing for Notice.

6.      Attached hereto as Exhibit B is a true and correct copy of a redlined version of the [Proposed] Amended Order Preliminarily Approving Settlement and Providing for Notice, as compared against the Court's Preliminary Approval Order (ECF 187).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Fairfield, Connecticut, on October 11, 2024.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo