UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br> All Actions | |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AWARD OF
ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND COMPENSATORY AWARDS FOR LEAD PLAINTIFFS**

PLEASE TAKE NOTICE that Lead Plaintiffs Nova Scotia Health Employees' Pension Plan ("NSHEPP") and City of Fort Lauderdale Police & Firefighters' Retirement System ("Fort Lauderdale"), on behalf of themselves and all members of the proposed Settlement Class, will move this Court on February 27, 2025 at 10 a.m., before the Honorable Deborah L. Boardman, at the United States District Court, District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770, for an Order, pursuant to Fed. R. Civ. P. 23(e)(2)(C)(iii), 23(h), and 54(d)(2)(A)-(B) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§78u-4(a)(4) and (a)(6), approving the following payments from the Settlement Fund: (i) an award of attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund, or twelve million dollars ($12,000,000), plus interest, in accordance with the PSLRA, 15 U.S.C. §78u-4(a)(6), to Lead Counsel Pomerantz LLP, for distribution in its discretion amongst other Lead Plaintiffs' counsel[1]; (ii) reimbursement of Lead Plaintiffs' counsel's expenses totaling $278,526.00, in accordance with the PSLRA, 15

---

[1] Lead Plaintiffs were also represented by Liaison Counsel Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), and Fort Lauderdale was also represented by additional counsel Klausner Kaufman Jensen & Levinson ("Klausner Kaufman").

U.S.C. §78u-4(a)(6); and (iii) compensatory awards of $37,499.25 to NSHEPP and $3,000.00 to Fort Lauderdale, pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(4).

Lead Plaintiffs are filing herewith a Memorandum of Law and the following declarations in support of both this motion and Lead Plaintiffs' contemporaneous motion seeking final approval of the Settlement, approval of the plan of allocation, and certification of the Settlement Class: (i) the Declaration of Matthew L. Tuccillo, Esq. of Lead Counsel, with exhibits; (ii) the Declaration of Daniel S. Sommers, Esq. of Cohen Milstein, with exhibits; (iii) the Declaration of Robert D. Klausner, Esq. of Klausner Kaufman, with exhibits; (iv) the Declaration of Stefan Cowell of NSHEPP; (v) the Declaration of Lynn Wenguer of Fort Lauderdale; and (vi) the Declaration of Margery Craig of Strategic Claims Services, with exhibits, reporting on the notice program and Settlement Class member submissions of claims, exclusions, and objections as of February 3, 2025.

Lead Plaintiffs will submit a proposed order on February 20, 2025 with their reply papers on the motion, which will address exclusions and objections.

Dated: February 6, 2025   Respectfully submitted,

**POMERANTZ LLP**

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo (admitted *pro hac vice*)
Jeremy A. Lieberman (admitted *pro hac vice*)
Jennifer Banner Sobers (admitted *pro hac vice*)
Zachary Denver (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
Email: mltuccillo@pomlaw.com
jalieberman@pomlaw.com
jbsobers@pomlaw.com
zdenver@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (admitted *pro hac vice*)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Class*

**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
Robert D. Klausner
Stuart Kaufman
7080 NW 4th Street
Plantation, Florida 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
Email: bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for City of Fort Lauderdale Police & Firefighter's Retirement System*

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Steven J. Toll (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
1100 New York Avenue N.W.
Suite 800, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2025, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Matthew L. Tuccillo*
Matthew L. Tuccillo