# EXHIBIT 2

**In re Emergent BioSolutions Inc. Sec. Litig. , No. 8:21-cv-00955-DLB (D. Md.)**

EXHIBIT 2

***POMERANTZ LLP***

***LODESTAR FROM INCEPTION THROUGH FEBRUARY 6, 2025 ****

| Attorneys | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Jeremy A. Lieberman | Managing Partner | 133.80 | $1,375.00 | $183,975.00 |
| Matthew L. Tuccillo | Partner | 2272.45 | $1,150.00 | $2,613,317.50 |
| Jennifer Pafiti | Partner | 32.00 | $975.00 | $31,200.00 |
| Emma Gilmore | Partner | 7.00 | $975.00 | $6,825.00 |
| Brian Calandra | Partner | 83.40 | $950.00 | $79,230.00 |
| J. Alexander Hood II | Partner | 49.10 | $950.00 | $46,645.00 |
| Jennifer Banner Sobers | Of Counsel | 1245.50 | $850.00 | $1,058,675.00 |
| Jessica N. Dell | Associate | 1441.50 | $750.00 | $1,081,125.00 |
| Zachary Denver | Associate | 310.30 | $750.00 | $232,725.00 |
| Thomas H. Przybylowski | Associate | 9.25 | $650.00 | $6,012.50 |
| Dolgora Dorzhevia | Associate | 287.50 | $625.00 | $179,687.50 |
| Brandon M. Cordovi | Associate | 338.40 | $600.00 | $203,040.00 |
| Villi Shteyn | Associate | 80.00 | $600.00 | $48,000.00 |
| James M. LoPiano | Associate | 14.80 | $600.00 | $8,880.00 |
| Allison Tierney | Staff Attorney | 24.00 | $565.00 | $13,560.00 |
| Megan Scott | Project Associate | 807.00 | $530.00 | $427,710.00 |
| Kris Druhm | Project Associate | 160.00 | $530.00 | $84,800.00 |
| Cary S. Graham | Project Associate | 56.00 | $530.00 | $29,680.00 |
| Thomas Garrette | Project Associate | 860.75 | $495.00 | $426,071.25 |
| Posey Swope | Project Associate | 783.00 | $495.00 | $387,585.00 |
| Bryan Lew | Project Associate | 708.00 | $495.00 | $350,460.00 |
| Garth Lewis | Project Associate | 216.00 | $495.00 | $106,920.00 |
| LaKeith Hoskin | Project Associate | 182.90 | $495.00 | $90,535.50 |
| James Micciulla | Project Associate | 756.50 | $465.00 | $351,772.50 |
| | | | | |
| **Attorney Sub-Total** | | 10859.15 | | $8,048,431.75 |
| | | | | |
| Support Staff | Title | Hours | Hourly Rate | Total |
| Simon Hall | Paralegal | 11.90 | $375.00 | $4,462.50 |
| Jack Lo | Paralegal | 38.50 | $365.00 | $14,052.50 |
| Ellen Jordan | Paralegal | 98.00 | $360.00 | $35,280.00 |
| Maria Mastrogiacomo | Paralegal | 38.80 | $360.00 | $13,968.00 |
| Jessie Huang | Paralegal | 2.00 | $110.00 | $220.00 |
| | | | | |
| **Support Staff Sub-Total** | | 189.20 | | $67,983.00 |
| | | | | |
| **TOTAL LODESTAR** | | 11048.35 | | $8,116,414.75 |

* Excludes work on motion seeking award of attorney's fees, reimbursement of expenses, and awards to Lead Plaintiffs