# EXHIBIT 3

*In re Emergent BioSolutions Inc. Sec. Litig.* , No. 8:21-cv-00955-DLB (D. Md.)

EXHIBIT 3
*POMERANTZ LLP*
*EXPENSES FROM INCEPTION THROUGH FEBRUARY 6, 2025*

| Description | Amount |
|---|---|
| Experts | $154,420.54 |
| Mediation Services | $29,921.88 |
| E-discovery (database, licenses, tech support) | $29,304.35 |
| Investigation Services | $23,468.08 |
| Other Discovery (FOIA charges, record request fees) | $21,859.43 |
| Legal Research (Westlaw, Lexis, PACER, Bloomberg) | $6,742.11 |
| Travel, Lodging & Meals | $3,130.43 |
| Overtime-Clerical | $2,954.42 |
| Press Releases & Newswires | $2,454.55 |
| Process Services | $2,336.00 |
| Postage & FedEx | $198.50 |
| Photocopies | $143.65 |
| Court Reporter / Transcripts | $136.50 |
| **Total Expenses** | $277,070.44 |