# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | |

**DECLARATION OF DANIEL S. SOMMERS, ESQ. IN SUPPORT OF BOTH
(I) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT,
CERTIFICATION OF THE SETTLEMENT CLASS,
AND APPROVAL OF PLAN OF ALLOCATION; AND
(II) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
AND COMPENSATORY AWARDS FOR LEAD PLAINTIFFS**

Pursuant to 28 U.S.C. § 1746, I, Daniel S. Sommers, hereby declare as follows:

1.      I am over twenty-one years of age and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration, and if called upon, could and would testify completely thereto.

2.      I am a partner of the law firm Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"), Court-appointed Liaison Counsel for Lead Plaintiffs NSHEPP and Fort Lauderdale.[1] My office is located at 1100 New York Avenue NW, Suite 800, Washington, DC 20005.  I make this Declaration in support of Lead Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards for Lead Plaintiffs ("Fees Motion").

3.      I am a member in good standing of the Bar of this Court.  I am also in good standing and admitted to practice in New York, New Jersey, and the District of Columbia.

4.      Cohen Milstein's credentials and qualifications, including with respect to securities class action litigation, are summarized in the Firm's resume, a true and correct copy of which is attached as Exhibit 1.

5.      This Action was pursued on a fully contingent basis.  Cohen Milstein has not received any payment for its services in prosecuting this litigation, nor has it been reimbursed its out-of-pocket expenses incurred in the prosecution of the litigation.

6.      The total number of hours expended by Cohen Milstein in litigating against the Defendants in this Action from its inception and in securing and advancing the Settlement is 270.75 hours.  Based upon Cohen Milstein's current billing-rate structure, Cohen Milstein's total lodestar is $263,423.75 for attorney and staff time.  Neither the time nor the lodestar set out in this

---

[1]      Unless otherwise defined, all capitalized terms herein have the same meaning as assigned in the Stipulation and Agreement of Settlement (ECF 185-3) ("Stipulation").

paragraph include time spent preparing the fee application or this Declaration in support thereof. Cohen Milstein performed the following substantive tasks in furtherance of the litigation: providing Lead Counsel with guidance on the Court's Local Rules and procedures; reviewing and filing pleadings, motions, and other court documents; and traveling to and attending court proceedings.

7.      The schedule annexed hereto as Exhibit 2 is a summary that reflects the amount of time spent by each attorney and professional support staff at Cohen Milstein's current billing rates. The schedule was prepared from daily time records prepared and maintained by Cohen Milstein, which are available at the Court's request for *in camera* review – to protect any attorney-client privilege or work-product protection – if the Court so desires as part of its consideration.

8.      The current hourly rates for the attorney and professional support staff at Cohen Milstein are reasonable and customary current rates charged for each such individual's time. Cohen Milstein's lodestar figures are based upon the firm's current normal billing rates for similar litigations, which do not include charges for expensed time.  Any expensed items are billed separately, and such charges are not duplicated in Cohen Milstein's billing rates.

9.      Cohen Milstein has incurred a total of $1,455.56 in unreimbursed expenses in connection with the prosecution of this Action.  Attached hereto as Exhibit 3 is a summary of Cohen Milstein's unreimbursed expenses incurred, compiled from records regularly maintained by Cohen Milstein.

10.     The expenses incurred pertaining to this Action are reflected in the books and records of Cohen Milstein, prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred by Cohen Milstein.

11.     The expenses incurred in the prosecution of this Action do not include the expenses of the Claims Administrator associated with providing Court-ordered Notice of the Settlement and administering claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Washington, D.C. on January 30, 2025.


*/s/ Daniel S. Sommers*
Daniel S. Sommers