# EXHIBIT 2

| *In re Emergent BioSolutions Inc. Sec. Litig.* , No. 8:21-cv-00955-DLB (D. Md.) | | | | |
|---|---|---|---|---|
| EXHIBIT 2 | | | | |
| *COHEN MILSTEIN SELLERS & TOLL PLLC* | | | | |
| *LODESTAR FROM INCEPTION THROUGH FEBRUARY 6, 2025* * | | | | |
| | | | | |
| **Attorneys** | **Title** | **Hours** | **Hourly Rate** | **Total** |
| Toll, Steven J. | Partner | 8.75 | $1,495.00 | $13,081.25 |
| Sommers, Daniel S. | Partner | 47.50 | $1,425.00 | $67,687.50 |
| Reiser, Julie G. | Partner | 8.25 | $1,295.00 | $10,683.75 |
| Bunch, S. Douglas | Partner | 110.25 | $1,085.00 | $119,621.25 |
| Schneiderman, Brendan | Associate | 54.25 | $680.00 | $36,890.00 |
| | | | | |
| **Attorney Sub-Total** | | 229.00 | | $247,963.75 |
| | | | | |
| **Support Staff** | **Title** | **Hours** | **Hourly Rate** | **Total** |
| Lee, JiHoon | Paralegal | 4.50 | $395.00 | $1,777.50 |
| Asim, Rhyma | Paralegal | 26.75 | $380.00 | $10,165.00 |
| Horner, T. Gil | Paralegal | 7.00 | $335.00 | $2,345.00 |
| Kluger, Joshua | Paralegal | 3.50 | $335.00 | $1,172.50 |
| | | | | |
| **Support Staff Sub-Total** | | 41.75 | | $15,460.00 |
| | | | | |
| **TOTAL LODESTAR** | | 270.75 | | $263,423.75 |

* Excludes work on motion seeking award of attorney's fees, reimbursement of expenses, and awards to Lead Plaintiffs