# EXHIBIT 3

*In re Emergent BioSolutions Inc. Sec. Litig.*, **No. 8:21-cv-00955-DLB (D. Md.)**

| EXHIBIT 3 | |
|---|---|
| ***COHEN MILSTEIN SELLERS & TOLL PLLC*** | |
| ***EXPENSES FROM INCEPTION THROUGH FEBRUARY 6, 2025*** | |
| | |
| Description | Amount |
| | |
| Filing Fees, Courtesy Copies, Court Costs | $1,100.00 |
| Legal Research (Westlaw, Lexis, PACER, Bloomberg) | $273.60 |
| Postage & FedEx | $57.10 |
| Travel, Lodging & Meals | $24.86 |
| Experts | $0.00 |
| Mediation Services | $0.00 |
| Investigation Services | $0.00 |
| Other Discovery (FOIA charges, record request fees) | $0.00 |
| E-discovery (database, licenses, tech support) | $0.00 |
| Press Releases & Newswires | $0.00 |
| Process Services | $0.00 |
| Overtime-Clerical | $0.00 |
| Photocopies | $0.00 |
| Court Reporter / Transcripts | $0.00 |
| | |
| **Total Expenses** | $1,455.56 |