# EXHIBIT 2

***In re Emergent BioSolutions Inc. Sec. Litig.* , No. 8:21-cv-00955-DLB (D. Md.)**

| EXHIBIT 2 | | | | |
|---|---|---|---|---|
| ***KLAUSNER, KAUFMAN, JENSEN & LEVINSON*** | | | | |
| ***LODESTAR FROM INCEPTION THROUGH FEBRUARY 6, 2025\**** | | | | |
| | | | | |
| Attorneys | Title | Hours | Hourly Rate | Total |
| Robert D. Klausner | Partner | 45.90 | $750.00 | $34,425.00 |
| | | | | |
| **TOTAL LODESTAR** | | 45.90 | | $34,425.00 |

\* Excludes work on motion seeking award of attorney's fees, reimbursement of expenses, and awards to Lead Plaintiffs