**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB<br><br>CLASS ACTION |
| THIS DOCUMENT RELATES TO:<br>All Actions | |

**DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE PUBLICATION NOTICE; (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; AND (D) CLAIMS RECEIVED AS OF FEBRUARY 3, 2025**

I, Margery Craig, declare as follows:

1. I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over eighteen years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over five hundred and fifty (550) class action settlements since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**MAILING OF THE POSTCARD NOTICE**

2. Pursuant to the Court's Amended Order Preliminarily Approving Settlement and Providing for Notice, dated October 16, 2024 (Dkt. No. 189, the "Preliminary Approval Order"), SCS was appointed as Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned Action.[1] I submit this declaration in order to provide the Court and the Parties information regarding the

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of September 12, 2024 (Dkt. No. 185-3, the "Stipulation").

mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    SCS sent the Depository Trust Company ("DTC") the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing ("Notice") and the Proof of Claim and Release Form ("Proof of Claim") (collectively, the "Notice and Proof of Claim") for the DTC to publish on its Legal Notice System ("LENS") on October 25, 2024.  LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.  A true and correct copy of the Notice and Proof of Claim is attached as **Exhibit A**.

4.    As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers/owners whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers/owners.  The names and addresses of these beneficial purchasers/owners are known only to the nominees.  SCS maintains a proprietary master list consisting of 1,039 banks and brokerage companies ("Nominee Account Holders"), as well as 1,267 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On October 25, 2024, SCS caused a letter to be mailed or e-mailed to the 2,306 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that within ten (10) calendar days from the date of the letter, they either: (a) request from SCS sufficient copies of the Postcard Notice to send to each of their customers who may be beneficial purchasers/owners, and within ten (10) calendar days after receipt of the copies of Postcard Notice, mail them to such customers; or (b) provide SCS with a

list of the names, mailing addresses, and e-mail addresses, to the extent e-mail addresses were available, of such beneficial purchasers/owners so that SCS could promptly mail the Postcard Notice directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit B.**

5.      SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 43 individuals and/or entities identified in the transfer records that were provided to SCS by Lead Counsel. These records reflect the individuals and/or entities that purchased or otherwise acquired the common stock of Emergent BioSolutions Inc. ("Emergent") between March 10, 2020 and November 4, 2021, both dates inclusive.   The transfer record mailing was completed on October 25, 2024.   Following this mailing, SCS received 47,701 additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received requests from two nominees for Postcard Notices so that the nominees could forward them to 80,845 of their clients, and two nominees notified SCS that they mailed a total of 1,582 Postcard Notices to their clients.  As of February 3, 2025, 130,171 Postcard Notices[2] have been mailed to potential Settlment Class Members.  **Exhibit C** is a copy of the Postcard Notice.

6.      Additionally, SCS received 13 e-mail addresses for potential Settlement Class Members for whom no physical mailing address was available from individuals or nominees requesting that SCS e-mail the Notice and Proof of Claim link to these potential Settlement Class Members.  SCS promptly emailed the link to the Notice and Proof of Claim to these 13 potential Settlement Class Members. As of February 3, 2025, 13 e-mails have been sent to potential Settlement Class Members.

---

[2] SCS has received 39 requests from potential Settlment Class Members for the Notice and Proof of Claim to be mailed to them.  SCS immediately mailed the Notice and Proof of Claim to the potential Settlement Class Members.

7.      In total, 130,184 notices (either via mailed Postcard Notice or e-mailed Notice and Proof of Claim link) were sent to potential Settlement Class Members by SCS or nominees.

8.      Out of the 130,171 Postcard Notices mailed by SCS or a nominee, 4,187 were returned to SCS as undeliverable.  Of these, the United States Postal Service provided forwarding addresses for 169, and SCS immediately mailed another Postcard Notice to the updated addresses. The remaining 4,018 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 2,053 were re-mailed to updated addresses.

## PUBLICATION OF THE PUBLICATION NOTICE

9.      Pursuant to the Preliminary Approval Order, the Notice of Pendency and Proposed Settlement of Class Action ("Publication Notice") was published once over a newswire service that distributes nationally in the United States.  SCS published the Publication Notice electronically over *Globe Newswire* on October 25, 2024.  The confirmation of publication is attached hereto as **Exhibit D.**

## TOLL-FREE PHONE LINE

10.     SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request a copy of the Notice and Proof of Claim.  SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBPAGE

11.     On October 25, 2024, SCS established a dedicated webpage for this Settlement on its website at www.strategicclaims.net/Emergent.  The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains information related to the current status of the case, including important case dates such as the Settlement Hearing date, the deadlines by which exclusions and

objections must be received, and the deadline to file claims. The webpage also contains the online claim filing link and important case documents, such as the downloadable versions of the Notice and Proof of Claim, the Postcard Notice, the Preliminary Approval Order, and the Stipulation with exhibits. SCS will continue to maintain and update the webpage throughout the Settlement administration process. As of February 3, 2025, the website has received 25,134 page views from 4,406 unique users.

## REPORT ON EXCLUSIONS AND OBJECTIONS

12.     The Postcard Notice, Notice, Publication Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion are to be mailed to SCS such that they are received no later than February 6, 2025. SCS has been monitoring all mail delivered for this case. As of February 3, 2025, SCS has received five requests for exclusion; of these, two requests are valid, while the remaining three requests are currently invalid for not being submitted in accordance with the instructions outlined in the Notice. SCS has notified the three individuals whose requests were invalid of the inadequacy of the exclusion request and has not received a response. Copies of the two valid exclusion requests are attached hereto as **Exhibit E**. Copies of the three invalid exclusion requests are attached hereto as **Exhibit F**.

13.     The Postcard Notice, Notice, Publication Notice, and Settlement webpage further informed Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to Lead Plaintiff are required to submit their objection in writing such that the request is received by Lead Counsel and Settling Defendants' Counsel, as well as filed with the Clerk of the Court, no later than February 6, 2025. As of February 3, 2025, SCS has neither received any objections nor been notified that any objections were received.

**CLAIMS RECEIVED AS OF FEBRUARY 3, 2025**

14.    As of February 3, 2025, SCS has received 11,001 claims.  The Postcard Notice, Notice, Publication Notice, and Settlement webpage informed potential Settlement Class Members that the claims filing deadline was received online or by mail no later than February 4, 2025.  SCS is currently processing the claims that have been submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 6th day of February 2025, in Media, Pennsylvania.


Margery Craig

6