# EXHIBIT B

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF SETTLEMENT CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net   FAX: (610) 565-7985

October 25, 2024

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential Settlement Class Members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO PURCHASED OR OTHERWISE ACQUIRED THE COMMON STOCK OF EMERGENT BIOSOLUTIONS INC. ("EMERGENT") (NYSE: EBS) BETWEEN MARCH 10, 2020 AND NOVEMBER 4, 2021, BOTH DATES INCLUSIVE.

Excluded from the Settlement Clase are Settling Defendants; the officers and directors of Emergent during the Settlement Class Period; members of their immediate families and their legal representatives, heirs, successors or assigns; and any entity in which any Settling Defendants have or had a controlling interest.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| In re Emergent BioSolutions Inc. Securities Settlement<br>Civil No. 8:21-cv-00955-DLB<br>Claim Filing Deadline: February 4, 2025<br>Exclusion Deadline: February 6, 2025<br>Objection Deadline: February 6, 2025<br>Settlement Hearing: February 27, 2025 | Cusip Number: 29089Q105<br>Ticker Symbol: NYSE: EBS |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please advise us in writing; or
2. **Supply us with names, and last known addresses, and email addresses (to the extent known)** of your beneficial purchasers/owners and we will do the mailing of the Postcard Notice ("Notice"). Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample Postcard Notices to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:

- **$0.03 per name, address, and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing and Proof of Claim and Release Form and important documents are available on the website www.strategicclaims.net/emergent. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
In re Emergent BioSolutions Inc. Securities Settlement