# EXHIBIT E

**EXHIBIT E**

Kim A Overhiser

Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

RE: In re Emergent BioSolutions Inc

I request an exclusion from the Settlement Class in" In re Emergent BioSolutions Inc. Sec. Litig., Case No. 8:21-cv-00955-DLB." I've included the date(s), price(s), and number(s) of all purchases and sales of Emergent common stock during the Settlement Class Period.

**PURCHASES**

| DATE | PRICE | NUMBER |
|------|-------|--------|
| 5/27/2020 | $84.00 | 1 |
| 5/28/2020 | $83.70 | 1 |
| 5/28/2020 | $82.81 | 1 |
| 6/12/2020 | $69.60 | 1 |

**SALES**

| DATE | PRICE | NUMBER |
|------|-------|--------|
| 10/30/2020 | $89.72 | 4 |

Sincerely,

Kim A. Overhiser



*Kim Overhiser*

28 DEC 2024 PM 1 L



DEC 3 1 2024

In re: Emergent BioSolutions Inc.
Strategic Claims Services
600 N. Jackson St., Ste 205
Media, PA  19063

19063-256455

Stacey Tomaka

January 14, 2025

**In re Emergent BioSolutions Inc. Securities Settlement**
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

To Whom it May Concern,

I, Stacey Tomaka, request exclusion from the Settlement Class in *In re Emergent BioSolutions Inc. Sec. Litig.,* Case No. 8:21-cv-00955-DLB.

This includes only the following stock I was awarded from Emergent BioSolutions. See attached statement for further information if needed.

**Stock Distribution:**

- Total Award Shares Quantity: 109
- Shares Traded Quantity: 37
- Shares Issued Quantity: 72

**Market Value Per Share:** $71.88

**Share Release Date:** 06-22-2020

**Shares Received Date:** 06-23-2020 (Quantity: 72 Shares Received)

Sincerely,

**Stacey Tomaka**

# EMPLOYEE STOCK PLAN RELEASE CONFIRMATION
**Provided by EMERGENT BIOSOLUTIONS INC**
STACEY TOMAKA                                                    Employee ID:

## Release Summary

| | | | |
|---|---|---|---|
| Account Number | | Release Date | **06-22-2020** |
| Tax Payment Method | **Withhold Shares** | Shares Released | **109.0000** |
| Company Name (Symbol) | **EMERGENT BIOSOLUTIONS INC (EBS)** | Market Value Per Share | **$71.880000** |
| | | Award Price Per Share | **$0.000000** |
| Award Number | **18001946** | | |
| Award Date | **06-15-2020** | | |
| Award Type | **RSU** | | |
| Plan | **EP06** | | |

## Release Details

### Calculation of Gain

| | |
|---|---|
| Market Value | $7,834.92 |
| Award Price | ($0.00) |
| Total Gain | $7,834.92 |

### Stock Distribution

| | |
|---|---|
| Award Shares | 109.0000 |
| Shares Traded | (37.0000) |
| Shares Issued | 72.0000 |

Registration:

### Calculation of Taxes

| | Taxable Gain $ | Rate % | Amount $ |
|---|---|---|---|
| Federal | 7,834.92 | 22.00000 | 1,727.20 |
| Social Security | 7,834.92 | 6.20000 | 485.77 |
| Medicare | 7,834.92 | 1.45000 | 113.61 |
| MI-State | 7,834.92 | 4.25000 | 332.98 |
| Total Tax | | | $2,659.56 |

### Funds Required

| | |
|---|---|
| Total Tax | $2,659.56 |
| Trade Value | ($2,659.56) |
| Total Due Company | $0.00 |

This information was provided to E*TRADE Securities LLC, a subsidiary of Morgan Stanley, ("E*TRADE") by your company. E*TRADE does not guarantee the accuracy or completeness of the information provided by your company. If a sale is associated with these shares, the trade confirmation provided by E*TRADE Securities LLC is the only accurate record of the sale transaction.

The data shown on this statement is based on your company's records. The company reserves the right to make corrections to this data. The purchase shown on this statement is subject to the terms of the plan under which the purchase was made.

Stacey Tomaka



FOREVER                                    USA

In re Emergent BioSolutions Inc. Securities
Settlement
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

19063-256455