# EXHIBIT F



**SUPPORT CENTER**
Support Ticket System

12/18/2024 02:23:02 PM

# Ticket #706260

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Susan Lohman |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 12/18/2024 02:08:05 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 12/18/2024 02:22:41 PM |
| **Due Date** | 12/19/2024 02:08:05 PM | **Last Message** | 12/18/2024 02:08:06 PM |

## Ticket Details

| | |
|---|---|
| **Case:** | Emergent Biosolutions |

# Emergent Bio-Solutions Case Number: 8:21-cv-00955-DLB (D.MD)

---

12/18/2024 02:08:06 PM  Emergent Bio-Solutions Case Number: 8:21-cv-00955-DLB (D.MD)    Susan Lohman

I received a postcard-size notice of the above-mentioned Class Action Lawsuit.

I would like to OPT OUT of this suit as I have no idea what it is about or how you may have obtained my name.

Please take my name off of your Claims List.

Thank you,
Susan  K Lohman

---

12/18/2024 02:22:41 PM    George Allen

Good afternoon,

Thank you for contacting us regarding the *Emergent Biosolutions* Settlement.

**In order to properly exclude yourself from the litigation, please be advised that you must**

---

# SUPPORT CENTER
## Support Ticket System

12/18/2024 02:23:02 PM

**follow the instructions on p. 5 of the attached Notice and Claim Form, reprinted below:**

**13. How do I get out of the proposed Settlement?**

To exclude yourself from the Settlement Class, you must send a letter by First-Class Mail (**e-mail or phone call will not suffice**) stating that you "request exclusion from the Settlement Class in In re Emergent BioSolutions Inc. Sec. Litig., Case No. 8:21-cv-00955-DLB." Your letter must include the date(s), price(s), and number(s) of all purchases and sales of Emergent common stock during the Settlement Class Period.

In addition, you must include your name, address, telephone number, and your signature. You must mail your exclusion to be received no later than February 6, 2025 to:


In re Emergent BioSolutions Inc. Securities Settlement

c/o Strategic Claims Services

600 N. Jackson St., Ste. 205

Media, PA 19063

Your rights/options with respect to the Settlement are otherwise summarized on p. 2 of the Notice.

If you have any further questions, please feel free to contact our office.


Thank you.


--

Claims Administrator

Strategic Claims Services, Inc.

600 N. Jackson St. - Suite 205

Media PA 19063

Phone: 610-565-9202

Fax: 610-565-7985

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Final Emergent Long Form Notice and Proof of Claim.pdf (1 mb)



**SUPPORT CENTER**
Support Ticket System

01/28/2025 01:28:19 PM

# Ticket #533712

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | Catherine Lee |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 01/28/2025 12:56:08 PM | **Source** | Email |

| | | | |
|---|---|---|---|
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | Default SLA | **Last Response** | 01/28/2025 01:27:51 PM |
| **Due Date** | 01/29/2025 12:56:08 PM | **Last Message** | 01/28/2025 12:56:08 PM |

**Ticket Details**

| **Case:** | Emergent Biosolutions |
|---|---|

## Exclusion from Emergent BioSolutions Inc Claim

| 01/28/2025 12:56:08 PM Exclusion from Emergent BioSolutions Inc Claim | Catherine Lee |
|---|---|

Hello,
I would like to exclude myself from this claim, but I don't see anywhere on the website that indicates how I do this. All I see is the link to make a claim and the deadline date to exclude myself.

How do I exclude myself?

Thanks,

Catherine

| 01/28/2025 01:27:51 PM | George Allen |
|---|---|

**SUPPORT CENTER**
Support Ticket System

01/28/2025 01:28:19 PM

Good afternoon,

Thank you for contacting us about the *Emergent BioSolutions Inc. Securities Settlement.*

**Please note: You cannot exclude yourself by telephone or email.**

For detailed information about how to exclude yourself from the Settlement, please see information found on p. 5 of the attached Notice/Claim Form, also reprinted below:

To exclude yourself from the Settlement Class, you must send a letter by First-Class Mail (e-mail or phone call will not suffice) stating that you "request exclusion from the Settlement Class in In re Emergent BioSolutions Inc. Sec. Litig., Case No. 8:21-cv-00955-DLB." Your letter must include the date(s), price(s), and number(s) of all purchases and sales of Emergent common stock during the Settlement Class Period. In addition, you must include your name, address, telephone number, and your signature. You must mail your exclusion to be received no later than February 6, 2025 to:

In re Emergent BioSolutions Inc. Securities Settlement
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

If you have any further questions, please feel free to contact our office.

Thank you.


--
Claims Administrator
Strategic Claims Services, Inc.
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Final Emergent Long Form Notice and Proof of Claim.pdf (1 mb)

**Emergent BioSolutions Inc. Securities Settlement**
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

toll-free: (866) 274-4004

**RE: Emergent BioSolutions Inc. Sec. Litig., Case No. 8:21-cv-00955-DLB (D. Md.)**
    Related Cases: 8:23-cv-02969-DLB / 8:21-cv-01595-DLB

**Emergent BioSolutions Inc.**
400 Professional Drive Suite 400
Gaithersburg, MD 20879
**EIN 14-1902018** / 240-631-3200 / lindahlr@ebsi.com

**Executive Team**

ROBERT G. KRAMER SR. / RICHARD S. LINDAHL / SYED T. HUSAIN

Dear Principals:                                      January 16th, 2025

THIS IS TO: **1)** acknowledge the receiving of your class action first mailed communication (via post card), as ordered and authorized by the Federal Court, awareness me first time, as invited co-Plaintiff, about this multi-billion securities fraud case concerns; **2)** to decline (opt-out) my inclusion in the movant parties' discussed settlement; **3)** to decline your ultra-low compensation, based on $40 million dollars class allocated shared funds; and **4)** more importantly, to officially notify you the following solutions for mutual benefit (see attachment).

Sincerely,

*Alberto Medina Lys*

**Alberto Medina**


**EBLM.US**

**Emergent BioSolutions Inc.**
400 Professional Drive Suite 400
Gaithersburg, MD 20879
**EIN 14-1902018** / 240-631-3200 / lindahlr@ebsi.com

**Executive Team**

ROBERT G. KRAMER SR. / RICHARD S. LINDAHL / SYED T. HUSAIN

**RE: Emergent BioSolutions Inc. Sec. Litig., Case No. 8:21-cv-00955-DLB (D. Md.)**
   Related Cases: 8:23-cv-02969-DLB / 8:21-cv-01595-DLB

Dear Principals:                                                                    January 16th, 2025

THIS IS TO: **1)** acknowledge the receiving of your class action first mailed communication (via post card), as ordered and authorized by the Federal Court, awareness me first time, as invited co-Plaintiff, about this multi-billion securities fraud case concerns; **2)** to decline (opt-out) my inclusion in the movant parties' discussed settlement [already notified to your Claims Administrator]; **3)** to decline your ultra-low compensation, based on $40 million dollars class allocated shared funds; and **4)** more importantly, to officially notify you the following solutions for mutual benefit.

NUMBER ONE

As one of the major tax filers in America, with $900+ trillion inherited assets (**eblm.us**), I am willing to invest around $5 billion in your company after selling to your main top institutional shareholders my $80 billion 3 square kilometers oceanfront real estate property located at Puerto Rico USA to build a Tax Free Caribbean biodiversity R&D center to develop new drugs in the small molecule sector, matching you current expertise.

I think your close relationship with Vanguard Group Inc, Marshall Wace LLP, Charles Schwab Investment Management, Inc., Blackrock Inc., State Street Corporation, American Century Companies Inc, Morgan Stanley, Oak Hill Advisors, L.P., Invesco Ltd., Connor Clark & Lunn Investment Management Ltd etc. will make possible this syndicated cash-shares-swap venture, having the effect of increasing your company financials and capitalization value exponentially, mainly because the access of unique biological resources.

The accomplishment of this acquisition will require an initial funding of $2 billion from buyers to execute due diligence, upfront consultation, exclusives, a leverage buy out, legal services, governmental lobbying and administration. **This solution will recover your $40 million class action loss multiple times.**

See more details at **https://solutionsforall.net/multimillion.html**

NUMBER TWO

**If you are not interested to go forward with the first solution** proceed to send immediately a **ten years** (10) **term contract,** jointly with the first monthly payment of **$2.5 million U.S. dollars ($2,500,000)** to settle out of the court (correct) already filed damages [via a **1099MISC** information return] by the sum of **Nine Point Nine Billion Dollars ($9,999,888,777.00)** in taxable earnings before the Internal Revenue Service due to **a)** artificially inflating the Company's stock price; **b)** fraud exposure; and **c)** making material misstatements and omissions between March, 2020 and November, 2021, eventually fully disclosed & investigated by the media and first Plaintiffs, producing the stock price collapse, **from $133 to $10 today,** all in violation of the Securities Exchange Act of 1934, Sections §§10(b) and 20(a), 15 U.S.C. §§78j(b) & 78t(a), and Rule 10b-5, promulgated under by the Securities and Exchange Commission ("SEC"), 17 C.F.R. §240.10b-5.

For your benefit, here I am enclosing copies of aforesaid filing, jointly with the most recent communication from the U.S. Treasury regarding the criminal prosecution of activities and exposures affecting the safety of my multi trillion inherited wealth, and estate administration.

Should not receive the demanded due solution, separate civil and criminal **non-class actions** will be taken, including the filing of additional multi-billion annual accumulated damages.

Sincerely,

**Alberto Medina**


**Cc:**


**Address for Legal Notices & Service of Process**


**Emergent BioSolutions Inc. Securities Settlement**
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063

toll-free: (866) 274-4004

**Courtesy Notifications**

PLAINTIFFS REPS

**Matthew L. Tuccillo (admitted pro hac vice)**
Jeremy A. Lieberman (admitted pro hac vice)
Jennifer Banner Sobers (admitted pro hac vice)
Zachary Denver (admitted pro hac vice)
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
mltuccillo@pomlaw.com
jalieberman@pomlaw.com
jbsobers@pomlaw.com
zdenver@pomlaw.com

Jennifer Pafiti (admitted pro hac vice)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

**Robert D. Klausner**
Stuart Kaufman (pro hac vice applications
forthcoming)
**KLAUSNER, KAUFMAN, JENSEN & LEVINSON**
7080 NW 4th Street
Plantation, FL 33317
Tel: (954) 916-1202
Fax: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

**Steven J. Toll** (Md. Bar No. 15824)
Daniel S. Sommers (Md. Bar No. 15822)
S. Douglas Bunch
(pro hac vice applications forthcoming)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
dbunch@cohenmilstein.com


DEFENDANT REPS

**Michael G. Bongiorno**
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-937-7220
michael.bongiorno@wilmerhale.com

**Kirby D. Behre**
**MILLER & CHEVALIER CHARTERED**
900 16th Street NW
Washington, DC 20006
Telephone: 202-626-5960
Fax: 202-626-5801
kbehre@milchev.com

**Veronica E. Callahan**
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, NY 10019
Telephone: 212-836-8000
veronica.callahan@arnoldporter.com

**CIVIL CASE / ACTION COURT**

Clerk of the Court
United States District Court District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

USDOJ, FBI & IRS, if needed and/or apply


**EBLM.US**

☐ CORRECTED (if checked)

Case 0:21-cv-00955-DLB Document 197-6 Filed 02/06/25 Page 11 of 21

| PAYER's name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>ALBERTO MEDINA | 1 Rents<br><br>$ | Form **1099-MISC**<br><br>(Rev. January 2024)<br><br>2024 | **Miscellaneous Information** |
|---|---|---|---|
| | 2 Royalties<br><br>$ | | |
| | 3 Other income<br><br>$ 9999888777.00 | 4 Federal income tax withheld<br><br>$ | **Copy B For Recipient** |
| PAYERS TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds<br><br>$ | 6 Medical and health care payments<br><br>$ | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported |
| RECIPIENT'S name, street address(including apt. no.), City or town, state or province, country, and ZIP or foreign postal code<br>Emergent BioSolutions Inc<br>400 Professional Drive<br>Suite 400<br>Gaithersburg MD 20879<br>US<br>240-631-3200 | 7. Payer made direct sales totaling $5,000 or more of consumer products to recipient for resale ☐ | 8 Substitute payments in lieu of dividends or interest<br><br>$ | |
| | 9 Crop insurance proceeds<br><br>$ | 10 Gross proceeds paid to an attorney<br><br>$ | |
| | 11 Fish purchased for resale<br><br>$ | 12 Section 409A deferrals<br><br>$ | |
| 13 FATCA filing requirement<br>☐ | 14 Excess golden parachute payments<br><br>$ | 15 Nonqualified deferred compensation<br><br>$ | |
| Account number (see instructions)<br>2020SECURITIESFRAUD | 16 State tax withheld<br><br>$<br><br>$ | 17 State/Payer's state no. | 18 State Income<br><br>$<br><br>$ |

Form **1099-MISC** (Rev. 1-2024)  www.tax1099.com -IRS Approved e File Provider  www.irs.gov/Form1099MISC

**Instructions for Recipient**

**Recipient's taxpayer identification number (TIN).**. For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the payer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Amounts shown may be subject to self-employment (SE) tax.** Individuals should see the Instructions for Schedule SE (Form 1040). Corporations, fiduciaries, or partnerships must report the amounts on the appropriate line of their tax returns

**Box1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business. See Pub. 527.

**Box2.** Report royalties from oil, gas, or mineral properties; copyrights; and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the Schedule E (Form 1040) instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box3.** Generally, report this amount on the "Other income" line of Schedule 1 (Form 1040) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your TIN. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box5.** Shows the amount paid to you as a fishing boat crew member by the operator, who considers you to be self-employed. Self-employed individuals must report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** If checked, consumer products totaling $5,000 or more were sold to you for resale, on a buy-sell, a deposit-commission, or other basis. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Schedule 1 (Form 1040).

**Box 9.** Report this amount on Schedule F (Form 1040).

**Box 10.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 11.** Shows the amount of cash you received for the sale of fish if you are in the trade or business of catching fish.

**Box 12.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A plus any earnings on current and prior year deferrals

**Box 13.** . If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its account reporting requirement under chapter 4 of the Internal Revenue Code. You may also have a filing requirement. See the Instructions for Form 8938.

**Box 14.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See your tax return instructions for where to report.

**Box 15.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. Any amount included in box 12 that is currently taxable is also included in this box. Report this amount as income on your tax return. This income is also subject to a substantial additional tax to be reported on Form 1040, 1040-SR, or 1040-NR. See the instructions for your tax return.

**Boxes 16-18.** Show state or local income tax withheld from the payments

**Future developments.**. For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1099MISC.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

**Department of the Treasury**
**Internal Revenue Service**
Washington, DC 20224

**Date:** 04/12/2024

69059CAA
BASILIO LOPEZ MARTIN ESTATE
MEDINA ALBERTO LOPEZ ADM
% ALBERTO MEDINA LOPEZ

Dear BASILIO LOPEZ MARTIN ESTATE :

We are providing you this letter to notify you that an Internal Revenue Service (IRS) contractor has been charged with the unauthorized inspection or disclosure of your tax return or return information, between 2018 and 2020.[1]

We have enclosed copies of Internal Revenue Code (IRC) Section 7431 and the criminal charge with this letter. IRC 7431(a) provides for civil claims for unauthorized disclosure of return information.

The Department of Justice is prosecuting this matter and has provided information about the Crime Victims' Rights Act and the status of this criminal case at **Justice.gov/criminal-vns/case/united-states-v-charles-littlejohn**. If you have any questions about your rights under the Crime Victims' Rights Act, please email the Department of Justice at **CRM-PIN.Victims@usdoj.gov**.

If you have questions about the law or any private right of action you may have, you should consult an attorney.

If you have questions for IRS about this matter, you can email us at **Notification.7431@irs.gov**, and we'll respond to you. Please do not email sensitive information (e.g., Employee Identification numbers, business addresses, bank routing and account numbers or other sensitive Business or Personally Identifiable Information).

Enclosures:
IRC Section 7431
Copy of criminal information, U.S. v. Littlejohn

---

1. See 26 USC Sec. 7431, as amended by the Taxpayer Browsing Protection Act of 1997.

**Letter 6613-A (3-2024)**
Catalog Number 94663T

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    )
                             )
    vs.                      )
                             )
CHARLES EDWARD LITTLEJOHN,   )
                             )
    Defendant.               )
                             )

Case: 1:23-cr-00343
Assigned To : Reyes, Ana C.
Assign. Date : 9/29/2023
Description: INFORMATION (A)

## INFORMATION

The United States charges:

## GENERAL ALLEGATIONS

1.    From in or about 2017 until in or about 2021, Defendant **CHARLES EDWARD LITTLEJOHN** served as a contractor to Company A, a consulting firm that serviced public and private clients.

2.    During the relevant period, Defendant primarily worked on contracts Company A had obtained with the U.S. Department of the Treasury's Internal Revenue Service ("IRS"). Pursuant to 26 U.S.C. § 6103(n), returns and return information were disclosed to Defendant for purposes of tax administration.

3.    From in or about 2018 until in or about 2020, while Defendant was working on an IRS contract, he stole tax returns and return information associated with Public Official A and thousands of the nation's wealthiest people, including returns and return information dating back more than 15 years. He thereafter disclosed the tax information associated with Public Official A to News Organization 1 and the other tax information to News Organization 2. Both news organizations published numerous articles describing the tax information they obtained from the Defendant.

## TAX FORFEITURE ALLEGATION
### (28 U.S.C. § 2461(c); 26 U.S.C. § 7302)

6.    Paragraphs 1 through 5 of this Information are re-alleged and fully incorporated here by reference.

7.    Pursuant to Title 28, United States Code, Section 2461(c) and Title 26, United States Code, Section 7302, the United States gives notice to Defendant **CHARLES EDWARD LITTLEJOHN**, that in the event of his conviction for the offense charged in this Information, all property he has used in violating the provisions of the internal revenue laws is subject to forfeiture.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

Lauren Castaldi
Jonathan E. Jacobson
Trial Attorneys
Public Integrity Section
United States Department of Justice
1301 New York Ave. NW
Washington, DC 20530
Telephone: (202) 514-1412

3

822680x4x6x5x6
Alberto Medina

1**************************SNGLP 480

Strategic Claims Services
Emergent BioSolutions Inc. S. Settlement
P O Box 230
600 N Jackson St Ste 205
Media, PA 19063-2564

JAN 2 3 2025

FIRST-CLASS



ZIP 48507
02 7H
0006145701

US POSTAGE PITNEY BOWES

$ 000.97°

JAN 18 2025

Outlook

## In Re Emergent BioSolutions Inc. Securities Litigation

**From** Margery Craig <mcraig@strategicclaims.net>
**Date** Wed 2/5/2025 3:59 PM
**To** alberto_medina

📎 1 attachment (1 MB)
Final Emergent Long Form Notice and Proof of Claim.pdf;

Good afternoon,

Thank you for contacting us regarding the *In Re Emergent BioSolutions Inc. Securities Litigation* Civil No. 8:21-cv-00955-DLB.

In order to properly exclude yourself from the litigation, please be advised that you must follow the instructions on page 5 #13 of the attached Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing, reprinted below:

To exclude yourself from the Settlement Class, you must send a letter by First-Class Mail (e-mail or phone call will not suffice) stating that you "request exclusion from the Settlement Class in *In re Emergent BioSolutions Inc. Sec. Litig.*, Case No. 8:21-cv-00955-DLB." **Your letter must include the date(s), price(s), and number(s) of all purchases and sales of Emergent common stock during the Settlement Class Period.** In addition, you must include your name, address, telephone number, and your signature. You must mail your exclusion to be received no later than February 6, 2025 to:

In re Emergent BioSolutions Inc. Securities Settlement
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

If you have any questions, please contact our office toll free 866-274-4004 or email info@strategicclaims.net.

Regards,

Margie Craig
Project Manager
Strategic Claims Services, Inc.
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the*

delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.

 **Outlook**

---

**Re: In Re Emergent BioSolutions Inc. Securities Litigation**

---

**From** Alberto Medina

**Date** Wed 2/5/2025 4:16 PM

**To** Margery Craig <mcraig@strategicclaims.net>

Yes, Thanks

That exclusion communication has been sent to:

In re Emergent BioSolutions Inc. Securities Settlement
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

======

On Wednesday, February 5, 2025 at 03:59:58 PM EST, Margery Craig <mcraig@strategicclaims.net> wrote:

Good afternoon,

Thank you for contacting us regarding the *In Re Emergent BioSolutions Inc. Securities Litigation* Civil No. 8:21-cv-00955-DLB.

In order to properly exclude yourself from the litigation, please be advised that you must follow the instructions on page 5 #13 of the attached Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing, reprinted below:

To exclude yourself from the Settlement Class, you must send a letter by First-Class Mail (e-mail or phone call will not suffice) stating that you "request exclusion from the Settlement Class in *In re Emergent BioSolutions Inc. Sec. Litig.*, Case No. 8:21-cv-00955-DLB." **Your letter must include the date(s), price(s), and number(s) of all purchases and sales of Emergent common stock during the Settlement Class Period.** In addition, you must include your name, address, telephone number, and your signature. You must mail your exclusion to be received no later than February 6, 2025 to:

In re Emergent BioSolutions Inc. Securities Settlement
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

If you have any questions, please contact our office toll free 866-274-4004 or email info@strategicclaims.net.

Regards,

Margie Craig
Project Manager

 **Outlook**

---

## Re: In Re Emergent BioSolutions Inc. Securities Litigation

**From** Alberto Medina
**Date** Wed 2/5/2025 4:40 PM
**To** Margery Craig <mcraig@strategicclaims.net>

---

📎 1 attachment (654 KB)
Emergent Bio Inc BINDER.pdf;

Thanks! The exclusion was sent pursuant RICO Act, and, as explained in the received post card.

$9.9 billion in damages were already filed before the Internal Revenue Service via 1099MISC.

Keep me informed if company want to settle as shown in OPTION 1 or OPTION 2

Alberto Medina

See attachment.

On Wednesday, February 5, 2025 at 03:59:58 PM EST, Margery Craig <mcraig@strategicclaims.net> wrote:

Good afternoon,

Thank you for contacting us regarding the *In Re Emergent BioSolutions Inc. Securities Litigation* Civil No. 8:21-cv-00955-DLB.

In order to properly exclude yourself from the litigation, please be advised that you must follow the instructions on page 5 #13 of the attached Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing, reprinted below:

To exclude yourself from the Settlement Class, you must send a letter by First-Class Mail (e-mail or phone call will not suffice) stating that you "request exclusion from the Settlement Class in *In re Emergent BioSolutions Inc. Sec. Litig.*, Case No. 8:21-cv-00955-DLB." **Your letter must include the date(s), price(s), and number(s) of all purchases and sales of Emergent common stock during the Settlement Class Period.** In addition, you must include your name, address, telephone number, and your signature. You must mail your exclusion to be received no later than February 6, 2025 to:

In re Emergent BioSolutions Inc. Securities Settlement
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

Case 8:21-cv-00955-DLB    Document 197-6    Filed 02/06/25    Page 21 of 21

 **Outlook**

## Re: In Re Emergent BioSolutions Inc. Securities Litigation

**From** Margery Craig <mcraig@strategicclaims.net>
**Date** Wed 2/5/2025 5:22 PM
**To** alberto_medina

Dear Mr. Medina:

Thank you for your response.  Please note, for an exclusion request letter to be valid, it is required to include the date(s), price(s), and number(s) of all purchases and sales of Emergent common stock during the Settlement Class Period.  Your exclusion communication did not include that information.  However, given your express desire to be excluded from the Settlement Class, Lead Counsel has informed us they intend to ask the Court to exclude you, notwithstanding the deficient letter.  Regardless, please either mail or email a valid exclusion request letter that includes the date(s), price(s), and number(s) of your purchases and sales of Emergent, which counsel can present to the Court even if it is received late.

Regards,

Margie Craig
Project Manager
Strategic Claims Services, Inc.
600 North Jackson Street
Suite 205
Media, PA 19063
610-565-9202 x1005
Toll free 866-274-4004
Fax 610-565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*