# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br><br> All Actions | |

**SUPPLEMENTAL DECLARATION OF MATTHEW L. TUCCILLO, ESQ. IN
SUPPORT OF BOTH (I) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT,
CERTIFICATION OF THE SETTLEMENT CLASS,
AND APPROVAL OF PLAN OF ALLOCATION (ECF 190); AND
(II) LEAD PLAINTIFFS' UNOPPOSED MOTION FOR
AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,
<u>AND COMPENSATORY AWARDS FOR LEAD PLAINTIFFS (ECF 191)</u>**

Pursuant to 28 U.S.C. §1746, I, Matthew L. Tuccillo, hereby declare as follows:

1.      I am over twenty-one years of age and I am fully competent to make this Declaration.  I have personal knowledge of the facts set forth in this Declaration, and if called upon, could and would testify completely thereto.

2.      I am a Partner of the law firm Pomerantz LLP ("Pomerantz"), Court-appointed Lead Counsel for Lead Plaintiffs NSHEPP and Fort Lauderdale.  My office is located at 600 Third Avenue, 20th Floor, New York, NY 10016.  I make this Declaration in further support of both (i) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation (ECF 190) and (ii) Lead Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Awards for Lead Plaintiffs (ECF 191).

3.      I am a member in good standing of the Bars of the State of New York, the State of Connecticut, and the Commonwealth of Massachusetts.  I am also a member in good standing of the Bar of the Supreme Court of the United States, the Bars of the U.S. Courts of Appeal for the Second, Fifth, and Ninth Circuits, and the Bars of the United States District Courts for the Southern and Eastern Districts of New York, the District of Connecticut, the District of Massachusetts, the Northern District of Illinois, the Eastern District of Wisconsin, and the Southern District of Texas.

4.      To the best of my knowledge, as of the date of this Declaration, no objections have been raised by Settlement Class Members to the Settlement, the Plan of Allocation, the proposed award of attorneys' fees or reimbursement of expenses, or the proposed compensatory awards to Lead Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Fairfield, Connecticut on February 20, 2025.

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo