**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. SECURITIES LITIGATION | Civil No. 8:21-cv-00955-DLB <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: <br> All Actions | |

**SUPPLEMENTAL DECLARATION OF MARGERY CRAIG CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE; (B) REPORT ON**
**REQUESTS FOR EXCLUSION AND OBJECTIONS;**
**AND (C) CLAIMS RECEIVED TO DATE**

I, Margery Craig, declare as follows:

1.    I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eighteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action settlements since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON MAILING OF THE POSTCARD NOTICE**

2.    Pursuant to the Court's Amended Order Preliminarily Approving Settlement and Providing for Notice, dated October 16, 2024 (Dkt. No. 189, the "Preliminary Approval Order"), SCS was appointed as Claims Administrator to supervise and administer the notice procedure, as well as the processing of claims in connection with the Settlement of the above-captioned Action.[1] I submit this supplemental declaration to the Declaration of Margery Craig Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Publication Notice; (C) Report on Requests

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of September 12, 2024 (Dkt. No. 185-3, the "Stipulation").

1

for Exclusion and Objections; and (D) Claims Received as of February 3, 2025 (Dkt. No. 197, the "Craig Declaration"), in order to provide the Court and the Parties with updated information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.    As noted in the Craig Declaration, SCS mailed or e-mailed 2,306 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.    Since the execution of the Craig Declaration, SCS has not received any additional requests to mail or email and has not mailed or emailed any additional Postcard Notices. Thus, the totals reported in the Craig Declaration for Postcard Notices mailed (130,171 mailed to potential Settlement Class Members either by SCS or nominees) and links to the Notice and Proof of Claim emailed (13 sent to potential Settlement Class Members for whom no physical mailing address was available) remain accurate. In total, 130,184 notices (either via mailed Postcard Notice or e-mailed Notice and Proof of Claim link) were sent to potential Settlement Class Members.[2]

### UPDATE ON TOLL-FREE PHONE LINE

5.    SCS continues to maintain a toll-free telephone number (1-866-274-4004) for potential Settlement Class Members to call for information about the Settlement. SCS continues to promptly respond to each telephone inquiry and will address Settlement Class Members' inquiries through the claims process.

---

[2] In addition, SCS received 39 requests from potential Settlement Class Members for the Notice and Proof of Claim to be mailed to them. SCS immediately mailed the Notice and Proof of Claim to the 39 potential Settlement Class Members.

## UPDATE ON SETTLEMENT WEBSITE

6. SCS continues to maintain its dedicated webpage for this Settlement on its website at www.strategicclaims.net/Emergent. The webpage remains accessible 24 hours a day, 7 days a week. The webpage contains information related to the current status of the case, including important case dates such as the Settlement Hearing date and the deadlines by which claims, exclusions, and objections were to be received. The webpage also contains the online claim filing link and important case documents, such as the Postcard Notice, the Preliminary Approval Order, and the Stipulation with exhibits. As of February 19, 2025, the website has received 27,679 pageviews from 4,713 unique users, an increase of 10.1% and 7.0%, respectively, over the figures provided in the Craig Declaration.

## UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS

7. The Postcard Notice, Notice, Publication Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed to SCS such that they were received no later than February 6, 2025. SCS has been monitoring all mail delivered for this case. As previously reported in the Craig Declaration, SCS received five requests for exclusion, and of these, two requests were valid, while the remaining three requests were and remain invalid for not being submitted in accordance with the instructions outlined in the Notice. Copies of the two valid exclusions and the three invalid exclusions with SCS's request for additional information were attached to the Craig Declaration as Exhibits E and F. Since the Craig Declaration, SCS has not received any additional exclusion requests nor any responses to SCS requests for additional information from the invalid exclusions. SCS will continue to be the repository for exclusion requests beyond the receipt deadline and will report to Lead Counsel any exclusion requests that are received.

8.      The Postcard Notice, Notice, Publication Notice, and the Settlement webpage further informed Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation, the application for attorneys' fees and expenses, or any application of an award to Lead Plaintiff that they were required to submit their objections in writing such that the requests were received by Lead Counsel and Settling Defendants' Counsel, as well as filed with the Clerk of the Court, no later than February 6, 2025.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objection was submitted.

### CLAIMS RECEIVED TO DATE

9.      The deadline for claims submission was receipt either online or by mail no later than February 4, 2025.  SCS received 64,035 timely claims from potential Settlement class members, almost six times greater than the figure provided in the Craig Declaration.  Also, as of February 19, 2025, SCS has received 470 untimely claims, with most received before February 7, 2025.[3]  Thus, the total number of claims received, timely and untimely as of February 19, 2025 is 64,505.  SCS is currently conducting quality assurance reviews of the submitted claims, such as verifying that the claims include the required supporting documentation and detecting duplicative claims. Once this audit process is complete, claimants with incomplete or invalid claims will be given an opportunity to supplement or complete their claims. With these steps currently outstanding, the number of claims considered valid has not yet been finally determined.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of February 2025, in Media, Pennsylvania.

Margery Craig

---

[3] SCS has only received 16 claims after February 7, 2025 and 6 claims after February 11, 2025.