**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE EMERGENT BIOSOLUTIONS INC. DEMAND REFUSED STOCKHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 8:23-cv-02969-DLB<br>(Consolidated with 1:23-cv-03408-MJM) |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE THAT Plaintiffs Richard J. Levine, as Trustee of the Levine/Berenson Trust, and Christopher Seaver hereby file and serve this notice of dismissal of the above-captioned action (the "Action") with prejudice pursuant to the Order and Final Judgment entered by the Court in the related action, *In re Emergent BioSolutions Inc. Stockholder Derivative Litigation*, Master Case No.: 8:21-cv-01595-DLB. ECF No. 69.

Dated: August 8, 2025

**THE KAPLAN LAW FIRM PLLC**

/s/ Matthew B. Kaplan
Matthew B. Kaplan D. Md. No. 18724
1100 N Glebe Rd
Suite 1010
Arlington, VA 22201
(703) 665-9529 (phone)
Mbkaplan@thekaplanlawfirm.com

*Liaison Counsel for Plaintiffs*

Robert C. Schubert
Willem F. Jonckheer*
Schubert Jonckheer & Kolbe LLP
2001 Union Street, Suite 200
San Francisco, CA 94123
(415) 788-4220 (phone)
rschubert@sjk.law
wjonckheer@sjk.law
* *Pro hac vice*

James M. Ficaro
The Weiser Law Firm, P.C.
200 Barr Harbor Dr, Suite 40
West Conshohocken, PA 19428
(610) 225-2677
jmf@weiserlawfirm.com

***Co-Lead Counsel for Plaintiffs***

2